

E-FILED
Thursday, 02 September, 2004  02:25:33 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
SEP - 1 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DENISE N. MOLDENHAUER,

 Plaintiff,

vs.

TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN; TAZEWELL COUNTY; TPCCC BOARD OF DIRECTORS; SHERIFF ROBERT HUSTON; CHIEF TIMOTHY GILLESPIE; EX-MAYOR DAVID TEBBEN; COUNTY BOARD MEMBER JAMES UNSICKER; EX-CITY MANAGER RICHARD HERSTEIN; AND STEVEN F. THOMPSON, DIRECTOR

 Defendants.

Case No. 04-1169

## ENTRY OF APPEARANCE

JOHN A. SLEVIN of VONACHEN, LAWLESS, TRAGER & SLEVIN enters his and the firm's appearance as counsel for Plaintiff, DENISE N. MOLDENHAUER, in this matter.

JOHN A. SLEVIN is a member in good standing of the bar of this Court.

Dated: 9/1/04

John A. Slevin
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton, Suite 425
Peoria, IL 61602
Ph: (309) 676-8986
Fax: (309) 676-4130

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

## PROOF OF SERVICE

STATE OF ILLINOIS  )
                   )  SS.
COUNTY OF PEORIA   )

The undersigned attorney hereby certifies that a copy of the foregoing **Entry of Appearance** was served upon the attorneys of record by enclosing a copy of same in envelope(s) addressed as follows:

Jeffrey E. Krumpe
Patrick a. Murphey
Miller, Hall & Triggs
416 Main Street, Suite 1125
Peoria, IL 61602
**Counsel for Tazewell-Pekin Consolidated Communications Center; TPCCC Board of Directors, Tazewell County, Sheriff Robert Huston; Director Steven Thompson; County Board Member James Unsicker**

Bradford B. Ingram
Candace Brugger Spomar
Heyl, Royster, Voelker & Allen
Miller, Hall & Triggs
124 S.W. Adams, Suite 600
Peoria, IL 61602
**Counsel for Ex-City Manager Richard Herstein; Chief Timothy Gillespie; City of Pekin; Ex-Mayor David Tebben**

and by depositing said envelope(s) with first-class postage fully prepaid in the U.S. Mail at Peoria, Illinois, or by hand delivering to the same address, on the ___ day of September, 2004.

John A. Slevin

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:   (309) 676-8986
Fax:  (309) 676-4130

Vonachen,
Lawless, Trager
& Slevin

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

o:\jas\clients\moldenhauer\entry of appearance