E-FILED
Thursday, 02 September, 2004  02:29:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER,<br><br>            Plaintiff,<br><br>vs.<br><br>TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN; TAZEWELL COUNTY; TPCCC BOARD OF DIRECTORS; SHERIFF ROBERT HUSTON; CHIEF TIMOTHY GILLESPIE; EX-MAYOR DAVID TEBBEN; COUNTY BOARD MEMBER JAMES UNSICKER; EX-CITY MANAGER RICHARD HERSTEIN; AND STEVEN F. THOMPSON, DIRECTOR<br><br>            Defendants. | Case No. 04-1169 |

### CERTIFICATE OF INTEREST

The undersigned, counsel of record for DENISE N. MOLDENHAUER, Plaintiff, furnishes the following in compliance with Rule 11.3 of this Court:

1. Denise N. Moldenhauer is the Plaintiff in the above captioned cause represented the undersigned attorney of Vonachen, Lawless, Trager & Slevin;

2. That Denise N. Moldenhauer is not a corporation; and

3. The law firm of Vonachen, Lawless, Trager & Slevin, and its partners and associates, are expected to appear on behalf of Denise N. Moldenhauer in the above captioned cause.

Dated: 9/1/04

John A. Slevin
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton, Suite 425
Peoria, IL 61602
Ph:   (309) 676-8986
Fax:  (309) 676-4130

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

## PROOF OF SERVICE

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF PEORIA    )

The undersigned attorney hereby certifies that a copy of the foregoing **Certificate of Interest** was served upon the attorneys of record by enclosing a copy of same in envelope(s) addressed as follows:

| | |
|---|---|
| Jeffrey E. Krumpe<br>Patrick a. Murphey<br>Miller, Hall & Triggs<br>416 Main Street, Suite 1125<br>Peoria, IL 61602<br>**Counsel for Tazewell-Pekin Consolidated Communications Center; TPCCC Board of Directors, Tazewell County, Sheriff Robert Huston; Director Steven Thompson; County Board Member James Unsicker** | Bradford B. Ingram<br>Candace Brugger Spomar<br>Heyl, Royster, Voelker & Allen<br>Miller, Hall & Triggs<br>124 S.W. Adams, Suite 600<br>Peoria, IL 61602<br>**Counsel for Ex-City Manager Richard Herstein; Chief Timothy Gillespie; City of Pekin; Ex-Mayor David Tebben** |

and by depositing said envelope(s) with first-class postage fully prepaid in the U.S. Mail at Peoria, Illinois, or by hand delivering to the same address, on the ___ day of September, 2004.

John A. Slevin

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:   (309) 676-8986
Fax:  (309) 676-4130

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

o:\jas\clients\moldenhauer\cert of interest

2