

E-FILED
Thursday, 02 September, 2004  02:32:49 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
SEP - 1 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DENISE N. MOLDENHAUER,

    Plaintiff,

vs.

TAZEWELL-PEKIN CONSOLIDATED
COMMUNICATIONS CENTER; CITY OF
PEKIN; TAZEWELL COUNTY; TPCCC
BOARD OF DIRECTORS; SHERIFF
ROBERT HUSTON; CHIEF TIMOTHY
GILLESPIE; EX-MAYOR DAVID TEBBEN;
COUNTY BOARD MEMBER JAMES
UNSICKER; EX-CITY MANAGER
RICHARD HERSTEIN; AND STEVEN F.
THOMPSON, DIRECTOR

    Defendants.

Case No. 04-CV-1169

---

DENISE N. MOLDENHAUER,

    Plaintiff,

vs.

TAZEWELL-PEKIN CONSOLIDATED
COMMUNICATIONS CENTER;
TAZEWELL COUNTY; CITY OF PEKIN;
STEVEN F. THOMPSON, DIRECTOR;
TPCCC BOARD OF DIRECTORS; SHERIFF
ROBERT HUSTON; CHIEF TIMOTHY
GILLESPIE, EX-MAYOR DAVID TEBBEN,
COUNTY BOARD MEMBER JAMES
UNSICKER; AND EX-CITY MANAGER
RICHARD HERSTEIN,

    Defendants.

Case No. 04-CV-1170

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

### MOTION TO CONSOLIDATE AND FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, DENISE N. MOLDENHAUER, by JOHN A. SLEVIN of VONACHEN, LAWLESS, TRAGER & SLEVIN, moves to consolidate the captioned cases and moves for leave to file an Amended Complaint, and would show to the Court, as follows:

1. That on May 21, 2004, Denise Moldenhauer filed in 04-CV-1169 a *pro se* Complaint under the Americans with Disabilities Act. This Complaint named as Defendants, Tazewell-Pekin Consolidated Communications Center; City of Pekin, Tazewell County, TPCCC Board of Directors; Steven F. Thompson, Director; Sheriff Robert Huston, Chief Timothy Gillespie, Ex-Mayor David Tebben, County Board Member James Unsicker, and Ex-City Manager Richard Herstein. Also on May 21, 2004, Denise Moldenhauer filed in 04-CV-1170 a *pro se* Complaint under the Family and Medical Leave Act naming the same entities and individuals.

2. Plaintiff would seek to file an Amended Complaint properly alleging her cause of action under both statues in the same Complaint, but in separate counts.

3. To conserve judicial resources and to avoid duplicate motions or pleadings by the Defendants, Plaintiff would request that the two captioned cases be consolidated into 04-CV-1169, the earlier filed case and that she be given fourteen (14) days to file her First Amended Complaint in which she will state her claim under both the Americans with Disabilities Act and the Family and Medical Leave Act in separate counts.

4. A proposed Order is attached hereto.

Respectfully submitted,

DENISE N. MOLDENHAUER, Plaintiff

By: _____
JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton, Suite 425
Peoria, IL 61602
Ph:   (309) 676-8986
Fax:  (309) 676-4130

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

## PROOF OF SERVICE

STATE OF ILLINOIS    )
                     )  SS.
COUNTY OF PEORIA     )

The undersigned attorney hereby certifies that a copy of the foregoing **Motion to Consolidate and for Leave to File Amended Complaint** was served upon the attorneys of record by enclosing a copy of same in envelope(s) addressed as follows:

Jeffrey E. Krumpe
Patrick a. Murphey
Miller, Hall & Triggs
416 Main Street, Suite 1125
Peoria, IL 61602
**Counsel for Tazewell-Pekin Consolidated Communications Center; TPCCC Board of Directors, Tazewell County, Sheriff Robert Huston; Director Steven Thompson; County Board Member James Unsicker**

Bradford B. Ingram
Candace Brugger Spomar
Heyl, Royster, Voelker & Allen
Miller, Hall & Triggs
124 S.W. Adams, Suite 600
Peoria, IL 61602
**Counsel for Ex-City Manager Richard Herstein; Chief Timothy Gillespie; City of Pekin; Ex-Mayor David Tebben**

and by depositing said envelope(s) with first-class postage fully prepaid in the U.S. Mail at Peoria, Illinois, or by hand delivering to the same address, on the ____ day of September, 2004.

_____
John A. Slevin

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:    (309) 676-8986
Fax:   (309) 676-4130

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

o:\jas\clients\moldenhauer\mot to consolidate and for leave

3