E-FILED
Friday, 03 September, 2004  03:05:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER, <br><br> Plaintiff, <br><br> vs. <br><br> TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER, et al. <br><br> Defendants. | Case No. 04-CV-1169 |
| DENISE N. MOLDENHAUER, <br><br> Plaintiff, <br><br> vs. <br><br> TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER, et al., <br><br> Defendants. | Case No. 04-CV-~~1670~~ 1170 |

## ORDER

On motion therefore to consolidate the captioned cases, and the Court being advised in the premises and finding that consolidation of these two cases would result in a conservation of judicial resources, as well as the costs to the parties,

IT IS THEREFORE ORDERED that said cases are consolidated in the name and style of cause number 04-CV-1169.

Entered: 9/2/04

S/ Michael M. Mihm
JUDGE

o:\jas\clients\moldenhauer\order