**E-FILED**
Tuesday, 05 October, 2004  04:32:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

DENISE N. MOLDENHAUER,

   Plaintiff,

 vs.

TAZEWELL-PEKIN CONSOLIDATED
COMMUNICATIONS CENTER; CITY OF
PEKIN, ILLINOIS; TAZEWELL COUNTY,
ILLINOIS; STEVEN F. THOMPSON;
DAVID TEBBEN; JAMES UNSICKER;
ROBERT HUSTON; and TIMOTHY
GILLESPIE,

   Defendants.

Case No. 04-CV-1169

**RESPONSE TO MOTION TO DISMISS PLAINTIFF'S FIRST
AMENDED COMPLAINT BY TAZEWELL-PEKIN CONSOLIDATED
COMMUNICATIONS CENTER, TAZEWELL COUNTY,
STEVEN F. THOMPSON, JAMES UNSICKER and ROBERT HUSTON**

NOW COMES Plaintiff, DENISE N. MOLDENHAUER, by JOHN A. SLEVIN of

VONACHEN, LAWLESS, TRAGER & SLEVIN, one of her attorneys, and in response to the

Motion to Dismiss Plaintiff's First Amended Complaint filed on behalf of Defendants,

TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER ("TAZCOM"),

TAZEWELL COUNTY ("TAZEWELL"), STEVEN F. THOMPSON ("THOMPSON"),

JAMES UNSICKER ("UNSICKER") and ROBERT HUSTON ("HUSTON") would show to the

Court, as follows

Plaintiff would adopt the Response to the Motion to Dismiss Plaintiff's First Amended

Complaint filed by the CITY OF PEKIN, DAVID TEBBEN and TIMOTHY GILLESPIE, as

incorporated herein.

**VONACHEN,
LAWLESS, TRAGER
& SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

Additionally, Plaintiff would point out that she has adequate alleged that she is a qualified individual with a disability entitling her to the protections of the ADA, namely, she suffered from chronic pancreatitis with acute flare-ups, which required total bed rest, no food or drink usually lasting only a single day, but occasionally required hospitalization for more than a day. The contention that Plaintiff suffered from chronic absenteeism is simply a contention of these Defendants and is without basis or merit.

As to Count II, Plaintiff properly stated a cause of action for two reasons: first, as a joint employee of TAZCOM, PEKIN and TAZEWELL, there were more than 50 employees; and, second, TAZCOM, PEKIN and TAZEWELL are a public agency and as such, there is no requirement for 50 or more employees. See 29 U.S.C. §2611(4)(A)(iii) and 29 C.F.R. §825.104(a) ("public agencies are covered employers without regard to the number of employees employed.")

WHEREFORE, Plaintiff prays that the Motion to Dismiss of TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER, TAZEWELL COUNTY, STEVEN F. THOMPSON, JAMES UNSICKER and ROBERT HUSTON be denied.

DENISE N. MOLDENHAUER, Plaintiff

By:_____/s/ JOHN A. SLEVIN_____

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton, Suite 425
Peoria, IL 61602
Ph:    (309) 676-8986
Fax:   (309) 676-4130

**VONACHEN,
LAWLESS, TRAGER
& SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

## PROOF OF SERVICE

STATE OF ILLINOIS )
                               )        SS.
COUNTY OF PEORIA      )

The undersigned attorney hereby certifies that a copy of the foregoing **RESPONSE TO MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT BY TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER, TAZEWELL COUNTY, STEVEN F. THOMPSON, JAMES UNSICKER and ROBERT HUSTON** was electronically mailed or delivered by other means upon the attorneys of record, as follows:

Jeffrey E. Krumpe
Patrick a. Murphey
Miller, Hall & Triggs
416 Main Street, Suite 1125
Peoria, IL 61602
**Counsel for Tazewell-Pekin Consolidated Communications Center; TPCCC Board of Directors, Tazewell County, Sheriff Robert Huston; Director Steven Thompson; County Board Member James Unsicker**

Bradford B. Ingram
Candace Brugger Spomar
Heyl, Royster, Voelker & Allen
Miller, Hall & Triggs
124 S.W. Adams, Suite 600
Peoria, IL 61602
**Counsel for Ex-City Manager Richard Herstein; Chief Timothy Gillespie; City of Pekin; Ex-Mayor David Tebben**

on the 5th day of October, 2004.

                                         /s/ JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:     (309) 676-8986
Fax:    (309) 676-4130

**VONACHEN, LAWLESS, TRAGER & SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

o:\jas\clients\moldenhauer\resp to mot to dismiss of tazcom, tazewell

3