E-FILED
Tuesday, 26 October, 2004  10:51:42 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DENISE N. MOLDENHAUER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 04-CV-1169 |
| TAZEWELL-PEKIN CONSOLIDATED ) | |
| COMMUNICATIONS CENTER, ) | |
| TAZEWELL COUNTY, CITY OF PEKIN, ) | |
| DAVID TEBBEN, TIMOTHY GILLESPIE,) | |
| STEVEN F. THOMPSON, JAMES ) | |
| UNSICKER, ROBERT HUSTON ) | |
| ) | |
| Defendants. ) | |

## RULE 16 SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on October 26, 2004, via telephone, and was attended by: Johns A. Selvin for the plaintiff and Patrick A. Murphy and Bradford B. Ingram for the defendant.

1. The parties will exchange information as required by Rule 26(a)(1) by December 15, 2004.

2. Third party actions and any amendments to the pleadings must be filed by February 1, 2005.

3. Expert witnesses shall be disclosed as follows:

   a) Plaintiff's expert(s):  by August 1, 2005;

   b) Defendant's expert(s):  by September 1, 2005.

4. Depositions of expert witnesses must be taken by:

   a) Plaintiff's expert(s):  by November 1, 2005;

   b) Defendant's expert(s):  by December 1, 2005.

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

5. Discovery shall be completed by January 1, 2006. Any written interrogatories or requests to produce served after the date of the Scheduling Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

6. All dispositive motions shall be filed by February 1, 2006.

7. The scheduling conference may, at the discretion of the Magistrate Judge, be canceled if the Magistrate Judge approves the parties' proposed scheduling order as submitted.

        DENISE N. MOLDENHAUER

BY:    s/ John A. Slevin
    VONACHEN, LAWLESS, TRAGER & SLEVIN
    John A. Slevin

    CITY OF PEKIN, DAVID TEBBEN, and TIMOTHY GILLESPIE

BY:    s/ Bradford B. Ingram
    HEYL, ROYSTER, VOELKER & ALLEN
    Bradford B. Ingram
    #3127206

    TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; TPCCC BOARD OF DIRECTORS, TAZEWELL COUNTY, SHERIFF ROBERT HUSTON, DIRECTOR STEVEN THOMPSON, COUNTY BOARD MEMBER JAMES UNSICKER

BY:    s/ Patrick A. Murphey
    MILLER, HALL & TRIGGS
    Patrick A. Murphey

**HEYL ROYSTER VOELKER & ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2004, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| John Slevin | Jeffrey E. Krumpe |
| Voncachen, Lawless, Trager & Slevin | Patrick A. Murphey |
| 456 Fulton St., Suite 425 | Miller, Hall & Triggs |
| Peoria, IL 61602-1240 | 416 Main Street, Suite 1125 |
| jslevin@vltslaw.com | Peoria, IL 61602 |
| | jeffrey.krumpe@mhtlaw.com |

                                                s/ Bradford B. Ingram   #3127206
                                                Attorney for Defendant
                                                Heyl, Royster, Voelker & Allen
                                                124 S.W. Adams, Suite 600
                                                Peoria, IL 61602
                                                309-676-0400
                                                309-676-3374
                                                309-676-3374
                                                bingram@hrva.com

BBI/yet
P1975
PMI 001

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DENISE N. MOLDENHAUER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 04-CV-1169 |
| TAZEWELL-PEKIN CONSOLIDATED ) | |
| COMMUNICATIONS CENTER, ) | |
| TAZEWELL COUNTY, CITY OF PEKIN, ) | |
| DAVID TEBBEN, TIMOTHY GILLESPIE, ) | |
| STEVEN F. THOMPSON, JAMES ) | |
| UNSICKER, ROBERT HUSTON ) | |
| ) | |
| Defendants. ) | |

ORDER

Proposed Scheduling Order approved.

_____
DATED

_____
JUDGE

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400