UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 04-CV-1169 |
| TAZEWELL-PEKIN CONSOLIDATED ) | |
| COMMUNICATIONS CENTER, ) | |
| TAZEWELL COUNTY, CITY OF PEKIN, ) | |
| DAVID TEBBEN, TIMOTHY GILLESPIE, ) | |
| STEVEN F. THOMPSON, JAMES ) | |
| UNSICKER, ROBERT HUSTON ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

NOW COME the Defendants, CITY OF PEKIN, DAVID TEBBEN, and TIMOTHY GILLESPIE, by their attorneys, BRADFORD B. INGRAM and CANDACE BRUGGER SPOMAR of HEYL, ROYSTER, VOELKER & ALLEN, P.C., and certify that Defendants have this date served upon the Plaintiff the following discovery:

    Rule 26 Disclosure

                      CITY OF PEKIN, DAVID TEBBEN, and
                      TIMOTHY GILLESPIE

                BY: s/ Bradford B. Ingram
                  HEYL, ROYSTER, VOELKER & ALLEN
                    Bradford B. Ingram
                        #3127206

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

1

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument RULE 26 DISCLOSURE was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in the United States Mail in Peoria, Illinois, on the 3rd day of December, 2004.

John A. Slevin
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240

Patrick A. Murphey
Jeffrey E. Knupe
Miller, Hall & Triggs
416 Main Street
Suite 1125
Peoria, IL 61602

                                                s/Bradford B. Ingram
                                                Bradford B. Ingram

CBS/dmm
G:\75\P1975\P1975COC 001 Rule 26 Disclosure.wpd

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400