**E-FILED**
Wednesday, 15 December, 2004 02:39:16 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **DENISE N. MOLDENHAUER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 04-1169 |
| | ) | |
| **TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN; TAZEWELL COUNTY; STEVEN F. THOMPSON; DAVID TEBBEN; JAMES UNSICKER, ROBERT HUSTON; and TIMOTHY GILLESPIE** | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

**NOW COMES** Defendants, TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER and STEVEN F. THOMPSON by their attorneys Miller, Hall & Triggs, and certifies that it has on this date served upon all parties of record the following discovery:

Rule 26 Disclosure

TAZEWELL-PEKIN CONSOLIDATED
COMMUNICATIONS CENTER, Defendant

BY   /s/ Patrick A. Murphey
Patrick A. Murphey
for Miller, Hall & Triggs

Patrick A. Murphey
Jeffrey E. Krumpe
Miller, Hall & Triggs
416 Main Street, Suite 1125
Peoria, IL 61602
309/671-9600

**PROOF OF SERVICE**

The undersigned certifies that a copy of the Rule 26 Disclosure was served upon the following attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorney at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in the United States mail in Peoria, IL on the 15th day of December, 2004:

John Sleven
Vonachen Lawless Trager & Slevin
456 Fulton, Suite 425
Peoria, IL 61602

Bradford B. Ingram
Heyl, Royster, Voelker & Allen
124 S.W. Adams, Suite 600
Peoria, IL 61602

BY      /s/ Patrick A. Murphey
            Patrick A. Murphey
            for Miller, Hall & Triggs

Patrick A. Murphey
Jeffrey E. Krumpe
Miller, Hall & Triggs
416 Main Street, Suite 1125
Peoria, IL  61602
309/671-9600