E-FILED
Wednesday, 15 December, 2004  02:42:04 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **DENISE N. MOLDENHAUER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 04-1169 |
| ) | |
| **TAZEWELL-PEKIN CONSOLIDATED** ) | |
| **COMMUNICATIONS CENTER; CITY OF** ) | |
| **PEKIN; TAZEWELL COUNTY; STEVEN F.** ) | |
| **THOMPSON; DAVID TEBBEN; JAMES** ) | |
| **UNSICKER, ROBERT HUSTON; and** ) | |
| **TIMOTHY GILLESPIE** ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

**NOW COMES** Defendants, TAZEWELL COUNTY, JAMES UNSICKER and ROBERT HUSTON by their attorneys Miller, Hall & Triggs, and certifies that it has on this date served upon all parties of record the following discovery:

Rule 26 Disclosure

        TAZEWELL COUNTY, JAMES UNSICKER and
        ROBERT HUSTON, Defendants

BY   /s/ Patrick A. Murphey
        Patrick A. Murphey
        for Miller, Hall & Triggs

Patrick A. Murphey
Jeffrey E. Krumpe
Miller, Hall & Triggs
416 Main Street, Suite 1125
Peoria, IL  61602
309/671-9600

**PROOF OF SERVICE**

      The undersigned certifies that a copy of the Rule 26 Disclosure was served upon the following attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorney at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in the United States mail in Peoria, IL on the 15th day of December, 2004:

John Sleven
Vonachen Lawless Trager & Slevin
456 Fulton, Suite 425
Peoria, IL 61602

Bradford B. Ingram
Heyl, Royster, Voelker & Allen
124 S.W. Adams, Suite 600
Peoria, IL 61602

                                              BY   /s/ Patrick A. Murphey
                                                             Patrick A. Murphey
                                                             for Miller, Hall & Triggs

Patrick A. Murphey
Jeffrey E. Krumpe
Miller, Hall & Triggs
416 Main Street, Suite 1125
Peoria, IL 61602
309/671-9600