E-FILED
Wednesday, 27 April, 2005 04:22:48 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER,<br><br>      Plaintiff,<br><br>vs.<br><br>TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN, ILLINOIS; TAZEWELL COUNTY, ILLINOIS; STEVEN F. THOMPSON; DAVID TEBBEN; JAMES UNSICKER; ROBERT HUSTON; and TIMOTHY GILLESPIE,<br><br>      Defendants. | Case No. 04-CV-1169 |

## SECOND AMENDED COMPLAINT

Plaintiff, DENISE N. MOLDENHAUER, by JOHN A. SLEVIN of VONACHEN, LAWLESS, TRAGER & SLEVIN, with leave of court first had and obtained, files this, her Second Amended Complaint against the Defendants, TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER ("TAZCOM"); CITY OF PEKIN ("PEKIN"); TAZEWELL COUNTY ("TAZEWELL"); STEVEN F. THOMPSON; ('THOMPSON"); DAVID TEBBEN ("TEBBEN"); JAMES UNSICKER ("UNSICKER"); ROBERT HUSTON ("HUSTON"); and TIMOTHY GILLESPIE ("GILLESPIE") and states as follows:

### COUNT I
### AMERICANS WITH DISABILITIES ACT

Plaintiff would repeat and reallege in its entirety Count I of her First Amended Complaint.

**VONACHEN,
LAWLESS, TRAGER
& SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

## COUNT II
## FAMILY AND MEDICAL LEAVE ACT

Plaintiff would repeat and reallege in its entirety Count II of her First Amended Complaint.

## COUNT III
## RETALIATION AND DISCRIMINATION UNDER THE ADA AND FMLA

Plaintiff, DENISE N. MOLDENHAUER, for her complaint against TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER ("TAZCOM"); CITY OF PEKIN ("PEKIN"); TAZEWELL COUNTY ("TAZEWELL"); STEVEN F. THOMPSON; ('THOMPSON"); DAVID TEBBEN ("TEBBEN"); JAMES UNSICKER ("UNSICKER"); ROBERT HUSTON ("HUSTON"); and TIMOTHY GILLESPIE ("GILLESPIE"), states as follows:

23. Plaintiff repeats and realleges Paragraphs One through Seven (1-7) of Count I of her First Amended Complaint as and for Paragraphs One through Seven (1-7) of this Second Amended Complaint.

24. Plaintiff repeats and realleges Paragraphs Sixteen through Twenty (16-20) of Count II of her First Amended Complaint as and for Paragraphs Sixteen through Twenty (16-20) of this Second Amended Complaint.

25. On or about January 22, 2003, Plaintiff filed her Complaint with the U.S. Department of Labor for violations of the Family Medical Leave Act.

26. That because she sought accommodations under the Americans with Disabilities Act and sought sick time under the Family Medical Leave Act and further, because of filing her Complaint with the U.S. Department of Labor, Plaintiff was discriminated against and was

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

ultimately discharged. No other similarly situated employee who did not file a charge was subjected to similar adverse employment action, to-wit:

    a) Plaintiff was placed on "sick verification." Each day she was "sick" from work, she was required to present a permit attesting to her ability to return to work, as well as a receipt for the office attesting to the fact that she indeed had seen a physician. All other employees were required only to bring a medical note when out for two or more days.

    b) Plaintiff was informed she would be checked on at home to verify she was there recovering. This was never done to any other employee.

    c) No other employee was docked a sick day and vacation day for the same sick day.

    d) Other employees were allowed an FMLA leave, while Plaintiff was not.

    e) No other employee was terminated while out on paid sick leave. Plaintiff was.

    f) No other employee was fire or suspended for being sick.

    g) No other employee ever lost seniority and vacation time for being sick, as Plaintiff did.

    h) Plaintiff was not allowed to take pain medication at work, while other employees were allowed.

27. On April 18, 2003, Plaintiff was fired by her employer by reason of her absence due to her disabling condition. This termination was made at the direction of the Board of Directors and on the recommendation of THOMPSON.

WHEREFORE, Plaintiff prays that she be awarded damages for her back pay, front pay, loss of retirement benefits, attorneys' fees, and such other and further relief as the Court deems appropriate under the circumstances.

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

## JURY DEMAND

Plaintiff requests that this cause be tried by a jury.

            DENISE N. MOLDENHAUER, Plaintiff

         By:   /s/ JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton, Suite 425
Peoria, IL 61602
Ph: (309) 676-8986
Fax: (309) 676-4130

**VONACHEN, LAWLESS, TRAGER & SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

-4-

-5-

# PROOF OF SERVICE

STATE OF ILLINOIS )
) SS.
COUNTY OF PEORIA )

The undersigned attorney hereby certifies that a copy of the foregoing **Second Amended Complaint** was electronically mailed or delivered by other means upon the attorneys of record, as follows:

| | |
|---|---|
| Jeffrey E. Krumpe | Bradford B. Ingram |
| Patrick a. Murphey | Candace Brugger Spomar |
| Miller, Hall & Triggs | Heyl, Royster, Voelker & Allen |
| 416 Main Street, Suite 1125 | Miller, Hall & Triggs |
| Peoria, IL 61602 | 124 S.W. Adams, Suite 600 |
| **Counsel for Tazewell-Pekin Consolidated Communications Center; TPCCC Board of Directors, Tazewell County, Sheriff Robert Huston; Director Steven Thompson; County Board Member James Unsicker** | Peoria, IL 61602 |
| | **Counsel for Ex-City Manager Richard Herstein; Chief Timothy Gillespie; City of Pekin; Ex-Mayor David Tebben** |

on the 26th day of April, 2005.

/s/ JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:    (309) 676-8986
Fax:   (309) 676-4130

o:\jas\clients\moldenhauer\second amended complaint

**VONACHEN, LAWLESS, TRAGER & SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

-5-