E-FILED
Friday, 20 May, 2005  02:13:54 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DENISE N. MOLDENHAUER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 04-1169 |
| ) | |
| TAZEWELL-PEKIN CONSOLIDATED ) | |
| COMMUNICATIONS CENTER; CITY OF ) | |
| PEKIN; TAZEWELL COUNTY; STEVEN F. ) | |
| THOMPSON; DAVID TEBBEN; JAMES ) | |
| UNSICKER, ROBERT HUSTON; and ) | |
| TIMOTHY GILLESPIE ) | |
| Defendants. ) | |

**ANSWER TO SECOND AMENDED COMPLAINT**

NOW COME the Defendants, TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER ("TPCCC"), TAZEWELL COUNTY, STEVEN F. THOMPSON, JAMES UNSICKER, AND SHERIFF ROBERT HUSTON, by their attorney, PATRICK A. MURPHEY of MILLER, HALL & TRIGGS, and for their Answer to Plaintiff's Second Amended Complaint, state as follows:

**COUNT I**

1. Defendants admit the allegations of paragraph 1.

2. Defendants deny the allegations of paragraph 2.

3. Defendants deny the allegations of paragraph 3.

4. Defendants deny the allegations of paragraph 4.

5. Defendants deny the allegations of paragraph 5.

6. Defendants deny the allegations of paragraph 6.

7. Defendants deny the allegations of paragraph 7.

8. Defendants deny the allegations of paragraph 8.

9. Defendants deny the allegations of paragraph 9.

10. Defendants deny the allegations of paragraph 10.

11. Defendants deny the allegations of paragraph 11.

12. Defendants deny the allegations of paragraph 12.

WHEREFORE, the Defendants, TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER (TPCCC), TAZEWELL COUNTY, STEVEN F. THOMPSON, JAMES UNSICKER, AND SHERIFF ROBERT HUSTON request that Judgment be entered in their favor and against the Plaintiff on Count I of the Second Amended Complaint and further relief as the Court deems just and equitable.

## FIRST DEFENSE

Plaintiff fails to state a claim upon which relief can be granted and the Second Amended Complaint should be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(6).

## SECOND DEFENSE

Plaintiff failed to name Tazewell County, James Unsicker and/or Sheriff Robert Huston in her EEOC charge and these Defendants did not have an opportunity to conciliate on their own behalf. Therefore, none of these Defendants are proper parties to this lawsuit.

## THIRD DEFENSE

Plaintiff was not an employee of Tazewell County, James Unsicker or Sheriff Robert Huston.

FOURTH DEFENSE

Plaintiff is not a qualified individual with a disability as defined by the Americans with Disabilities Act as she was unable to perform the essential requirements of her job with or without reasonable accommodations.

FIFTH DEFENSE

Plaintiff does not have a "disability" as defined under the Americans with Disabilities Act.

SIXTH DEFENSE

Plaintiff was terminated by her employer TPCCC for legitimate and nondiscriminatory reasons.

SEVENTH DEFENSE

Plaintiff's charge of discrimination was not timely filed pursuant to the Americans with Disabilities Act, and she is not entitled to pursue this action for that reason.

EIGHTH DEFENSE

Plaintiff has failed to mitigate her damages.

NINTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the statute of limitations.

**COUNT II**

13. Defendants admit the allegations of paragraph 13.

14. Defendants deny the allegations of paragraph 14.

15. Defendants admit the allegations of paragraph 15.

16. Defendants admit that the Board of Directions of TPCCC were Tebben, Gillespie, Huston and Unsicker in 2001-2003. Defendants deny the remaining allegations of paragraph 16.

17. Defendants deny the allegations of paragraph 17.

18. Defendants deny the allegations of paragraph 18.

19. Defendants deny the allegations of paragraph 19.

20. Defendants deny the allegations of paragraph 20.

22. [Miss-numbered] Defendants deny the allegations of paragraph 22.

WHEREFORE, the Defendants, TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER, TAZEWELL COUNTY, STEVEN F. THOMPSON, JAMES UNSICKER, AND SHERIFF ROBERT HUSTON request that judgment be entered in its favor and against the Plaintiff and for such other relief as the court deems necessary and proper.

### FIRST DEFENSE

Plaintiff fails to state a claim upon which relief can be granted and should be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(6).

### SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, by the statute of limitations.

### THIRD DEFENSE

Plaintiff does not suffer from a serious health condition as defined by the Family and Medical Leave Act.

FOURTH DEFENSE

Defendants, TAZEWELL COUNTY, STEVEN F. THOMPSON, JAMES UNSICKER AND SHERIFF ROBERT HUSTON were not the Plaintiff's employer, and are not an employer under the Family and Medical Leave Act with respect to Plaintiff, and may not be held liable thereunder.

FIFTH DEFENSE

TPCCC is not subject to the requirements of the Family and Medical Leave Act as it does not employee fifty or more people.

SIXTH DEFENSE

Defendants STEVEN F. THOMPSON, JAMES UNSICKER AND SHERIFF ROBERT HUSTON are not individually liable under the Family and Medical Leave Act.

SEVENTH DEFENSE

Plaintiff has failed to mitigate her damages.

EIGHTH AFFIRMATIVE DEFENSE

Plaintiff Moldenhauer does not meet the qualifications necessary for Family and Medical Leave Act under the statute and/or failed to satisfy the conditions precedent to entitlement to leave under the statute.

NINTH AFFIRMATIVE DEFENSE

Individual Defendants Huston, Unsicker and/or Thompson, as public officials, are entitled to immunity from any liability upon Plaintiff's claim.

TENTH AFFIRMATIVE DEFENSE

Plaintiff's employment termination was for legitimate, nondiscriminatory and unprotected reasons which do not violate the Family and Medical Leave Act.

## COUNT III

23. Defendants repeat and re-allege their answers to paragraphs 1-7 of Count I of the First Amended Complaint as their answers to paragraphs 1-7 of the Second Amended Complaint.

24. Defendants repeat and re-allege their answers to paragraphs 16-20 of Count II of the First Amended Complaint as their answers to paragraphs 16-20 of the Second Amended Complaint.

25. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 25.

26. Defendants deny the allegations of paragraph 26, including each and every sub-paragraph thereof.

27. Defendants deny the allegations of paragraph 27.

WHEREFORE, the Defendants, TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER, TAZEWELL COUNTY, STEVEN F. THOMPSON, JAMES UNSICKER, AND SHERIFF ROBERT HUSTON request that Judgment be entered in their favor and against the Plaintiff on Count III of the Second Amended Complaint and further relief as the Court deems just and equitable.

## FIRST DEFENSE

Plaintiff fails to state a claim upon which relief can be granted and should be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(6).

## SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, by the statute of limitations and/or the Plaintiff's claim exceeds the scope of the charge filed with the EEOC and is therefore barred in this case.

## THIRD DEFENSE

Plaintiff was terminated by her employer TPCCC for legitimate and nondiscriminatory reasons.

## FOURTH DEFENSE

Plaintiff is not a qualified individual with a disability who could perform the essential requirements of her job without reasonable accommodation.

## FIFTH DEFENSE

Plaintiff does not have a disability as defined under the Americans with Disabilities Act.

## SIXTH DEFENSE

Plaintiff failed to meet the legitimate expectations of her employer TPCCC.

## SEVENTH DEFENSE

Plaintiff did not engage in any statutorily protected activity for which she suffered retaliation.

## EIGHTH DEFENSE

Plaintiff's employer TPCCC did not employee any individual similarly situated to the Plaintiff.

## NINTH DEFENSE

Plaintiff has failed to mitigate her damages.

TENTH DEFENSE

Defendants Unsicker, Huston and/or Thompson, as public officials, are entitled to immunity from any liability upon Plaintiff's claim.

                    TAZEWELL-PEKIN CONSOLIDATED
                    COMMUNICATIONS CENTER,
                    TAZEWELL COUNTY, STEVEN F.
                    THOMPSON, JAMES UNSICKER, AND
                    SHERIFF ROBERT HUSTON

                    By:    s/ Patrick A. Murphey
                           Patrick A. Murphey
                           For MILLER, HALL & TRIGGS

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    John Slevin
    Vonachen, Lawless, Trager & Slevin
    456 Fulton Street, Suite 425
    Peoria, IL 61602-1240
    jslevin@vltslaw.com

    Bradford B. Ingram
    Heyl, Royster, Voelker & Allen
    124 S.W. Adams, Suite 600
    Peoria, IL 61602
    bingram@hrva.com

                              s/ Patrick A. Murphey
                              Patrick A. Murphey
                              For MILLER, HALL & TRIGGS