E-FILED
Friday, 29 July, 2005 04:44:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN, ILLINOIS; TAZEWELL COUNTY, ILLINOIS; STEVEN F. THOMPSON; DAVID TEBBEN; JAMES UNSICKER; ROBERT HUSTON; and TIMOTHY GILLESPIE,<br><br>    Defendants. | Case No. 04-CV-1169 |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENT(S)

The undersigned certifies that a true and correct copy of each of following discovery document(s), along with a copy of this Notice, was sealed in a postage prepaid envelope addressed as set forth below and deposited in the U.S. Mail at Peoria, Illinois, on the 29th day of July, 2005.

Documents: *Plaintiff's Request to Admit*
*Plaintiff's Request to Produce to City of Pekin*
*Plaintiff's Request to Produce to Tazewell County, Illinois*
*Plaintiff's Request to Produce to Tazewell-Pekin Consolidated Communications Center*

To:  Jeffrey E. Krumpe
    Patrick a. Murphey
    Miller, Hall & Triggs
    416 Main Street, Suite 1125
    Peoria, IL 61602
    **Counsel for Tazewell-Pekin Consolidated Communications Center; TPCCC Board of Directors, Tazewell County, Sheriff Robert Huston; Director Steven Thompson; County Board Member James Unsicker**

Bradford B. Ingram
Candace Brugger Spomar
Heyl, Royster, Voelker & Allen
Miller, Hall & Triggs
124 S.W. Adams, Suite 600
Peoria, IL 61602
**Counsel for Ex-City Manager Richard Herstein; Chief Timothy Gillespie; City of Pekin; Ex-Mayor David Tebben**

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

The original of each said discovery document(s) was not filed with the Court but retained by the undersigned pursuant to Local Rule, and this Notice was filed electronically with the Clerk of the U.S. District Court, Central District of Illinois, and a copy of same was served electronically or was delivered by other means upon the attorneys of record on the 29th day of July, 2005.

                                              s/JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:    (309) 676-8986
Fax:   (309) 676-4130

o:\jas\clients\moldenhauer\nos

**VONACHEN,
LAWLESS, TRAGER
& SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986