E-FILED
Friday, 26 August, 2005  03:58:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| DENISE N. MOLDENHAUER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 04-CV-1169 |
| TAZEWELL-PEKIN CONSOLIDATED | ) | |
| COMMUNICATIONS CENTER, | ) | |
| TAZEWELL COUNTY, CITY OF PEKIN, | ) | |
| DAVID TEBBEN, TIMOTHY GILLESPIE, | ) | |
| STEVEN F. THOMPSON, JAMES | ) | |
| UNSICKER, ROBERT HUSTON | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

NOW COME the Defendants, CITY OF PEKIN, DAVID TEBBEN, and TIMOTHY

GILLESPIE, by their attorneys, BRADFORD B. INGRAM and CANDACE BRUGGER SPOMAR

of HEYL, ROYSTER, VOELKER & ALLEN, P.C., and certify that Defendants have this date

served upon the Plaintiff the following discovery:

Response to Request to Admit

CITY OF PEKIN, DAVID TEBBEN, and
TIMOTHY GILLESPIE

BY:  s/ Bradford B. Ingram
HEYL, ROYSTER, VOELKER & ALLEN
Bradford B. Ingram
#3127206

**HEYL ROYSTER
VOELKER
& ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

1

## **PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument RULE 26 DISCLOSURE was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in the United States Mail in Peoria, Illinois, on the 26th day of August, 2005.

John A. Slevin
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240

Patrick A. Murphey
Jeffrey E. Krumpe
Miller, Hall & Triggs
416 Main Street
Suite 1125
Peoria, IL 61602

     s/Bradford B. Ingram
     Bradford B. Ingram

CBS/dmm
G:\75\P1975\P1975COC 002 request to admit.wpd

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

2