UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 04-CV-1169 |
| TAZEWELL-PEKIN CONSOLIDATED ) | |
| COMMUNICATIONS CENTER, ) | |
| TAZEWELL COUNTY, CITY OF PEKIN, ) | |
| DAVID TEBBEN, TIMOTHY GILLESPIE, ) | |
| STEVEN F. THOMPSON, JAMES ) | |
| UNSICKER, ROBERT HUSTON ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

NOW COME the Defendants, CITY OF PEKIN, DAVID TEBBEN, and TIMOTHY GILLESPIE, by their attorney, BRADFORD B. INGRAM of HEYL, ROYSTER, VOELKER & ALLEN, P.C., and certify that Defendants have this date served upon the Plaintiff the following discovery:

Response to Plaintiff's Request to Produce

CITY OF PEKIN, DAVID TEBBEN, and
TIMOTHY GILLESPIE


BY:  s/ Bradford B. Ingram
 Bradford B. Ingram  #3127206
 Attorney for Defendant
 HEYL, ROYSTER, VOELKER & ALLEN
 124 S. W. Adams, Suite 600
 Peoria, IL 61602
 309-676-0400
 309-676-3374 (Fax)
 bingram@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Slevin
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
309-676-8986
309-676-4130 (fax)

Patrick A. Murphey
Jeffrey E. Krumpe
Miller, Hall & Triggs
416 Main Street
Suite 1125
Peoria, IL 61602
309-671-9600
309-671-9616 (fax)

                                                  s/Bradford B. Ingram
                                                  Bradford B. Ingram  #3127206
                                                  Attorney for Defendant
                                                  HEYL, ROYSTER, VOELKER & ALLEN
                                                  124 S. W. Adams, Suite 600
                                                  Peoria, IL 61602
                                                  309-676-0400
                                                  309-676-3374 (Fax)
                                                  bingram@hrva.com

JKK
G:\75\P1975\P1975COC 003 request for produce.wpd

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400