UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 04-CV-1169 |
| TAZEWELL-PEKIN CONSOLIDATED ) | |
| COMMUNICATIONS CENTER, ) | |
| TAZEWELL COUNTY, CITY OF PEKIN, ) | |
| DAVID TEBBEN, TIMOTHY GILLESPIE, ) | |
| STEVEN F. THOMPSON, JAMES ) | |
| UNSICKER, ROBERT HUSTON ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

NOW COME the Defendants, CITY OF PEKIN, DAVID TEBBEN, and TIMOTHY GILLESPIE, by their attorney, BRADFORD B. INGRAM of HEYL, ROYSTER, VOELKER & ALLEN, P.C., and certify that Defendants have this date served upon the Plaintiff the following discovery:

Defendant's Request to Produce Propounded to Plaintiff

Defendant's Interrogatories to Plaintiff

HEYL ROYSTER VOELKER &ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

1

CITY OF PEKIN, DAVID TEBBEN, and
TIMOTHY GILLESPIE


BY: s/ Bradford B. Ingram
Bradford B. Ingram  #3127206
Attorney for Defendant
HEYL, ROYSTER, VOELKER & ALLEN
124 S. W. Adams, Suite 600
Peoria, IL 61602
309-676-0400
309-676-3374 (Fax)
bingram@hrva.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Slevin
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
309-676-8986
309-676-4130 (fax)

Patrick A. Murphey
Jeffrey E. Krumpe
Miller, Hall & Triggs
416 Main Street
Suite 1125
Peoria, IL 61602
309-671-9600
309-671-9616 (fax)

                                                                                                                                           s/Bradford B. Ingram  
                                                        Bradford B. Ingram  #3127206  
                                                        Attorney for Defendant  
                                                        HEYL, ROYSTER, VOELKER & ALLEN  
                                                        124 S. W. Adams, Suite 600  
                                                        Peoria, IL 61602  
                                                        309-676-0400  
                                                        309-676-3374 (Fax)  
                                                        bingram@hrva.com

JKK  
G:\75\P1975\P1975COC 004 COC for req to prod and AI.wpd

HEYL ROYSTER VOELKER & ALLEN

Suite 600  
124 S.W. Adams Street  
Peoria, IL 61602-1352  
Fax (309) 676-3374  
(309) 676-0400