E-FILED
Friday, 30 December, 2005 02:55:14 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER, <br><br> Plaintiff, <br><br> vs. <br><br> TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN, ILLINOIS; TAZEWELL COUNTY, ILLINOIS; STEVEN F. THOMPSON; DAVID TEBBEN; JAMES UNSICKER; ROBERT HUSTON; and TIMOTHY GILLESPIE, <br><br> Defendants. | Case No. 04-CV-1169 |

**MOTION TO CONTINUE TRIAL**

NOW COMES Plaintiff, DENISE N. MOLDENHAUER, by JOHN A. SLEVIN of VONACHEN, LAWLESS, TRAGER & SLEVIN, one of her attorneys, and would respectfully move this Court to continue the current trial setting of October 2, 2006, and would show to the Court, as follows:

1. That Plaintiff's counsel, John A. Slevin, has a personal conflict the week and weekend prior to the scheduled trial date of October 2, 2006.

2. That Plaintiff's counsel has spoken with defense counsel Bradford Ingram and Patrick Murphey, both of whom have no objection to this motion.

3. In fact, Defense counsel, Patrick Murphey, would join in this request for a continuance due to the untimely death of his law partner, Thomas Davis, who was the responsible attorney for this case, which has resulted in a delay of discovery.

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

WHEREFORE, Plaintiff prays that the trial of this cause currently set for October 2, 2006, be continued for forty-five (45) days and scheduled accordingly on the trial calendar of the Court.

                    DENISE N. MOLDENHAUER, Plaintiff

                    By:      s/ JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton, Suite 425
Peoria, IL 61602
Ph:    (309) 676-8986
Fax:   (309) 676-4130

**VONACHEN, LAWLESS, TRAGER & SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

2

**PROOF OF SERVICE**

STATE OF ILLINOIS )
                  ) SS.
COUNTY OF PEORIA  )

      The undersigned attorney hereby certifies that the original of the foregoing **MOTION TO CONTINUE TRIAL** was filed electronically with the Clerk of the U.S. District Court, Central District of Illinois, and a copy of same was served electronically or delivered by other means upon the attorneys of record, as follows:

| | |
|---|---|
| Jeffrey E. Krumpe<br>Patrick A. Murphey<br>Miller, Hall & Triggs<br>416 Main Street, Suite 1125<br>Peoria, IL 61602<br>**Counsel for Tazewell-Pekin Consolidated Communications Center; Tazewell County, Robert Huston; Steven Thompson; & James Unsicker** | Bradford B. Ingram<br>Candace Brugger Spomar<br>Heyl, Royster, Voelker & Allen<br>Miller, Hall & Triggs<br>124 S.W. Adams, Suite 600<br>Peoria, IL 61602<br>**Counsel for City of Pekin, David Tebben & Timothy Gillespie** |

on the 30th day of December, 2005.

                                              s/ JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:   (309) 676-8986
Fax:  (309) 676-4130

**VONACHEN, LAWLESS, TRAGER & SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

o:\jas\clients\moldenhauer\mot to continue trial