UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DENISE N. MOLDENHAUER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 04-CV-1169 |
| TAZEWELL-PEKIN CONSOLIDATED | ) |
| COMMUNICATIONS CENTER, | ) |
| TAZEWELL COUNTY, CITY OF PEKIN, | ) |
| DAVID TEBBEN, RICHARD HERSTEIN, | ) |
| TIMOTHY GILLESPIE, | ) |
| STEVEN F. THOMPSON, | ) |
| TAZEWELL-PEKIN CONSOLIDATED | ) |
| COMMUNICATIONS CENTER BOARD | ) |
| OF DIRECTORS, EXECUTIVE BOARD | ) |
| OF DIRECTORS FOR T.P.C.C.C., | ) |
| JAMES UNSICKER, ROBERT HUSTON | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

NOW COMES John K. Kim of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters her appearance in the above-captioned cause on behalf of the Defendant, CITY OF PEKIN, DAVID TEBBEN, and TIMOTHY GILLESPIE.  Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

CITY OF PEKIN, DAVID TEBBEN, AND
TIMOTHY GILLIESPIE


s/ John K. Kim
Attorney for Defendants
Heyl, Royster, Voelker & Allen
124 S.W. Adams, Suite 600
Peoria, IL  61602
(309) 676-0400 - phone
(309) 676-3374 - fax
E-mail: jkim@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2006, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

John Slevin
Voncachen, Lawless, Trager & Slevin
456 Fulton St., Suite 425
Peoria, IL 61602-1240
jslevin@vltslaw.com

Jeffrey E. Krumpe
Patrick A. Murphey
Miller, Hall & Triggs
416 Main Street, Suite 1125
Peoria, IL 61602
jeffrey.krumpe@mhtlaw.com

                                        s/ John K. Kim
                                        Attorney for Defendants
                                        Heyl, Royster, Voelker & Allen
                                        124 S.W. Adams, Suite 600
                                        Peoria, IL   61602
                                        (309) 676-0400 - phone
                                        (309) 676-3374 - fax
                                        E-mail: jkim@hrva.com

**HEYL ROYSTER**
**VOELKER & ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400