AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

| | |
|---|---|
| **DENISE N. MOLDENHAUER** <br> V. <br> **TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER, et al.** | **SUBPOENA IN A CIVIL CASE** <br><br> Case Number:[1]   04-CV-1169 |

TO: Custodian of Medical Records for
Pekin ProHealth, Inc.
600 S. 13th Street, Suite J, Pekin, IL 61554

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A

| PLACE | DATE AND TIME |
|---|---|
| Heyl, Royster, Voelker & Allen, 124 S.W. Adams Street, Suite 600, Peoria, IL 61602 | Wednesday, February 1, 2006 at 9:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) <br> s/John K. Kim   -   City of Pekin, David Tebben and Timothy Gillespie | DATE <br> **January 18, 2006** |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
John K. Kim, Heyl, Royster, Voelker & Allen, 124 S.W. Adams Street, Suite 600, Peoria, IL 61602
Phone No.: (309) 676-0400

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

ATTACHMENT A

    A.    Copies of any and all medical records and files relating in any way to **Denise Moldenhauer (DOB: 4/29/1955;SSN: 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)**, including but not limited to the following:

    a.    All doctors and nurses notes and records.

    b.    All emergency room reports.

    c.    All report of radiographs including x-rays, bone scans, MRI's, CT scans.

    d.    All toxicology test results including blood alcohol and controlled substance and cannabis results.

    e.    All consultation reports.

    f.    All histories and physicals.

    g.    All admissions and discharge summaries.

    h.    All physical therapy and treatment records.

    i.    All other hospital and physician records of whatsoever kind or nature.

    j.    All records from any other physician, hospital and healthcare practitioner in your possession.

    k.    List by category and describe any records **NOT** furnished.

    l.    All bills, invoices, or statements for services rendered.

This Subpoena does not request nor does it require production of any records privileged by the Illinois Mental Health and Developmental Disabilities Confidentiality Act, 740 ILCS 110/1 *et seq.*; the Illinois Alcoholism and Other Drug Abuse Dependency Act, 20 ILCS 301/1-1, *et seq.* 42 USC §290dd-2(a) and 42 C.F.R. Part 2 or any other records containing any reference to HIV or AIDS.

<u>THIS SUBPOENA IS FOR ALL RECORDS IN YOUR POSSESSION AND UNDER YOUR CONTROL, REGARDLESS OF THE DATES REFLECTED IN THE RECORDS. DO NOT OMIT ANY RECORDS.</u>

G:\75\P1975\P1975SUB 003 Medical Attachment A.wpd

-1-