UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DENISE N. MOLDENHAUER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 04-CV-1169 |
| | ) | |
| **TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN; TAZEWELL COUNTY; STEVEN F. THOMPSON; DAVID TEBBEN; JAMES UNSICKER, ROBERT HUSTON; and TIMOTHY GILLESPIE,** | ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I served the foregoing **Response to Plaintiff's Request to Produce** upon the attorney of record by enclosing a copy of same in an envelope addressed as follows:

> Mr. John A. Slevin
> Vonachen, Lawless, Trager & Slevin
> 456 Fulton, Suite 425
> Peoria, Illinois 61602

and hand delivered same on January 20, 2006.

Pursuant to 28 U.S.C. 1746, under penalty of perjury, the foregoing is true and correct.

Executed on January 20, 2006.

/s/ Darin M. LaHood