IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-CV-1169 |
| ) | |
| TAZEWELL-PEKIN CONSOLIDATED ) | |
| COMMUNICATIONS CENTER; CITY OF ) | |
| PEKIN; TAZEWELL COUNTY; STEVEN F. ) | |
| THOMPSON; DAVID TEBBEN; JAMES ) | |
| UNSICKER, ROBERT HUSTON; and ) | |
| TIMOTHY GILLESPIE, ) | |
|     Defendants. ) | |

### NOTICE OF TAKING DEPOSITION

To:
| | | |
|---|---|---|
| John A. Slevin | Bradford B. Ingram | Sivertsen Reporting |
| Vonachen, Lawless, Trager & Slevin | John Kim | 5220 W. Briarstone Dr. |
| 456 Fulton Street, Suite 425 | Heyl, Royster, Voelker & Allen | Peoria, IL 61515 |
| Peoria, IL 61602 | 124 S.W. Adams, Ste. 600 | |
| | Peoria, IL 61602 | |

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE THAT on **Monday, May 1, 2006, at 9:30 a.m.** at the law offices of Vonachen, Lawless, Trager & Slevin, 456 Fulton Street, Suite 425, Peoria, Illinois the undersigned will take the deposition of **Denise N. Moldenhauer** under Rule 30 of the Federal Rules of Civil Procedure; said deposition will be taken on oral interrogatories before Sivertsen Reporting Service, a Notary Public, or any other officer authorized by law to take depositions in like cases.

The undersigned certifies that a true copy of this Notice was sealed in a postage prepaid envelope addressed as above set forth and deposited in the U.S. Mail at Peoria, Illinois, or hand delivered on the 20th day of April, 2006.

                                      TAZEWELL-PEKIN CONSOLIDATED
                                    COMMUNICATIONS CENTER; TAZEWELL
                                    COUNTY, ILLINOIS; STEVEN F. THOMPSON,
                                    JAMES UNSICKER and ROBERT HUSTON,
                                    Defendants

Patrick A. Murphey                                   By_____
Darin M. LaHood
Miller, Hall & Triggs                                       Patrick A. Murphey
416 Main Street, Suite 1125                         For Miller, Hall & Triggs
Peoria, IL 61602-1161
(309) 671-9600