IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER, ) | |
|         Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-CV-1169 |
| ) | |
| TAZEWELL-PEKIN CONSOLIDATED ) | |
| COMMUNICATIONS CENTER; CITY OF ) | |
| PEKIN; TAZEWELL COUNTY; STEVEN F. ) | |
| THOMPSON; DAVID TEBBEN; JAMES ) | |
| UNSICKER, ROBERT HUSTON; and ) | |
| TIMOTHY GILLESPIE, ) | |
|         Defendants. ) | |

**NOTICE OF TAKING DEPOSITION**

To:  John A. Slevin                        Bradford B. Ingram                     Sivertsen Reporting
     Vonachen, Lawless, Trager & Slevin    John Kim                               5220 W. Briarstone Dr.
     456 Fulton Street, Suite 425          Heyl, Royster, Voelker & Allen         Peoria, IL 61515
     Peoria, IL 61602                      124 S.W. Adams, Ste. 600
                                           Peoria, IL 61602

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE THAT on **Monday, May 1, 2006, at 9:30 a.m.** at the law offices of Vonachen, Lawless, Trager & Slevin, 456 Fulton Street, Suite 425, Peoria, Illinois the undersigned will take the deposition of **Denise N. Moldenhauer** under Rule 30 of the Federal Rules of Civil Procedure; said deposition will be taken on oral interrogatories before Sivertsen Reporting Service, a Notary Public, or any other officer authorized by law to take depositions in like cases.

The undersigned certifies that a true copy of this Notice was sealed in a postage prepaid envelope addressed as above set forth and deposited in the U.S. Mail at Peoria, Illinois, or hand delivered on the 20th day of April, 2006.

                                    TAZEWELL-PEKIN CONSOLIDATED
                                    COMMUNICATIONS CENTER; TAZEWELL
                                    COUNTY, ILLINOIS; STEVEN F. THOMPSON,
                                    JAMES UNSICKER and ROBERT HUSTON,
                                    Defendants

Patrick A. Murphey                             By   /s/ Patrick A. Murphey_____
Darin M. LaHood                                         Patrick A. Murphey
Miller, Hall & Triggs                                   For Miller, Hall & Triggs
416 Main Street, Suite 1125
Peoria, IL  61602-1161
(309) 671-9600