## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DENISE N. MOLDENHAUER,           ) | |
|          Plaintiff,    ) | |
| vs.                              ) | Case No. 04-CV-1169 |
|                                  ) | |
| TAZEWELL-PEKIN CONSOLIDATED      ) | |
| COMMUNICATIONS CENTER; CITY OF   ) | |
| PEKIN; TAZEWELL COUNTY; STEVEN F.) | |
| THOMPSON; DAVID TEBBEN; JAMES    ) | |
| UNSICKER, ROBERT HUSTON; and     ) | |
| TIMOTHY GILLESPIE,               ) | |
|          Defendants. ) | |

### CERTIFICATE OF SERVICE

I served the foregoing **Notice** upon the attorneys of record by enclosing a copy of same in envelopes addressed as follows:

>Mr. John A. Slevin
>Vonachen, Lawless, Trager & Slevin
>456 Fulton, Suite 425
>Peoria, Illinois  61602

>Mr. Bradford B. Ingram
>Heyl, Royster, Voelker & Allen
>124 S.W. Adams, Suite 600
>Peoria, Illinois  61602

and by depositing said envelopes with first class postage fully prepaid in the United States mail at Peoria, Illinois on May 16, 2006.

Pursuant to 28 U.S.C. 1746, under penalty of perjury, the foregoing is true and correct.

Executed on May 16, 2006.

                                                      /s/ Darin M. LaHood