E-FILED
Monday, 22 May, 2006  04:36:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER,<br><br>Plaintiff,<br><br>vs.<br><br>TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN, ILLINOIS; TAZEWELL COUNTY, ILLINOIS; STEVEN F. THOMPSON; DAVID TEBBEN; JAMES UNSICKER; ROBERT HUSTON; and TIMOTHY GILLESPIE,<br><br>Defendants. | Case No. 04-CV-1169 |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENT(S)

The undersigned certifies that a true and correct copy of each of following discovery document(s), along with a copy of this Notice, was sealed in a postage prepaid envelope addressed as set forth below and deposited in the U.S. Mail at Peoria, Illinois, on the 22nd day of May, 2006.

Document(s): *Plaintiff's Response to Defendants' Request to Produce (propounded by Tazewell-Pekin Consolidated Communications Center, Tazewell County, Steven F. Thompson, James Unsicker and Robert Huston)*

To:  Jeffrey E. Krumpe                     Bradford B. Ingram
     Patrick A. Murphey                    Candace Brugger Spomar
     Miller, Hall & Triggs                 Heyl, Royster, Voelker & Allen
     416 Main Street, Suite 1125           124 S.W. Adams, Suite 600
     Peoria, IL 61602                      Peoria, IL 61602
     **Counsel for Tazewell-Pekin Consolidated**    **Counsel for City of Pekin, David**
     **Communications Center; Tazewell County,**    **Tebben & Timothy Gillespie**
     **Robert Huston; Steven Thompson & James**
     **Unsicker**

**VONACHEN,
LAWLESS, TRAGER
& SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

The original of each said discovery document(s) was not filed with the Court but retained by the undersigned pursuant to Local Rule, and this Notice was filed electronically with the Clerk of the U.S. District Court, Central District of Illinois, and a copy of same was served electronically or was delivered by other means upon the attorneys of record on the 22nd day of May, 2006.

s/JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:     (309) 676-8986
Fax:    (309) 676-4130

o:\jas\clients\moldenhauer\nos3

**VONACHEN, LAWLESS, TRAGER & SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

-2-