UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>TAZEWELL-PEKIN CONSOLIDATED )<br>COMMUNICATIONS CENTER; CITY OF )<br>PEKIN; TAZEWELL COUNTY; STEVEN F. )<br>THOMPSON; DAVID TEBBEN; JAMES )<br>UNSICKER, ROBERT HUSTON; and )<br>TIMOTHY GILLESPIE, )<br>      Defendants. ) | Case No. 04-CV-1169 |

## AGREED MOTION TO EXTEND DISPOSITIVE MOTION DATE

The parties to this case hereby agree to continue the June 30, 2006, date to file dispositive motions, stating:

  1.  The parties have recently completed several depositions and are currently engaged in preliminary settlement negotiations.

  2.  Pursuant to Federal Rule of Civil Procedure 6(b) and CDIL-LR 6.1, parties may seek an extension of time within which to file their dispositive motions.

  3.  The parties request an additional forty-five (45) days or until August 15, 2006, within which to file dispositive motions.

  4.  Defendant's counsel has consulted by telephone with the attorneys for the other parties concerning this agreed motion. All of the parties agree to this motion.

1

**WHEREFORE,** the parties request that the Court grant them an additional forty-five (45) days or until August 15, 2006 to file its dispositive motions in this action.

        TAZEWELL-PEKIN CONSOLIDATED
        COMMUNICATIONS CENTER; TAZEWELL
        COUNTY, ILLINOIS; STEVEN F. THOMPSON,
        JAMES UNSICKER and ROBERT HUSTON,
        Defendants


BY:   /s/ Patrick A. Murphey
        Patrick A. Murphey


CITY OF PEKIN, Defendant


BY:   /s/ Bradford B. Ingram
        Bradford B. Ingram


DENISE MOLDENHAUER, Plaintiff


BY:   /s/ John A. Slevin
        John A. Slevin