**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| DENISE N. MOLDENHAUER,   )<br>　　　　　Plaintiff,   )<br>　vs.　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>TAZEWELL-PEKIN CONSOLIDATED   )<br>COMMUNICATIONS CENTER; CITY OF   )<br>PEKIN; TAZEWELL COUNTY; STEVEN F.   )<br>THOMPSON; DAVID TEBBEN; JAMES   )<br>UNSICKER, ROBERT HUSTON; and   )<br>TIMOTHY GILLESPIE,   )<br>　　　　　Defendants.   ) | Case No. 04-CV-1169 |

## CERTIFICATE OF SERVICE

I served the foregoing **Agreed Motion to Extend Dispositive Motion Date** upon the attorneys of record by enclosing a copy of same in envelopes addressed as follows:

> Mr. John A. Slevin
> Vonachen, Lawless, Trager & Slevin
> 456 Fulton, Suite 425
> Peoria, Illinois  61602

> Mr. Bradford B. Ingram
> Heyl, Royster, Voelker & Allen
> 124 S.W. Adams, Suite 600
> Peoria, Illinois  61602

and by depositing said envelopes with first class postage fully prepaid in the United States mail at Peoria, Illinois on June 14, 2006.

Pursuant to 28 U.S.C. 1746, under penalty of perjury, the foregoing is true and correct.

Executed on June 14, 2006.

　　　　　　　　　　　　　　　　　　　/s/ Darin M. LaHood