**E-FILED**
Monday, 03 July, 2006  09:53:44 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-CV-1169 |
| ) | |
| TAZEWELL-PEKIN CONSOLIDATED ) | |
| COMMUNICATIONS CENTER; CITY OF ) | |
| PEKIN; TAZEWELL COUNTY; STEVEN F. ) | |
| THOMPSON; DAVID TEBBEN; JAMES ) | |
| UNSICKER, ROBERT HUSTON; and ) | |
| TIMOTHY GILLESPIE, ) | |
| Defendants. ) | |

## REQUEST TO ADMIT

Now comes the Defendants, TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; TAZEWELL COUNTY; STEVEN F. THOMPSON; JAMES UNSICKER; and ROBERT HUSTON, by its attorneys, MILLER, HALL, & TRIGGS, pursuant to Federal Rule of Civil Procedure 36, requests that plaintiff Denise N. Moldenhauer admit upon oath for the purposes of the said cause only, the following facts:

1. The plaintiff was employed with the Tazewell-Pekin Consolidated Communications Center, Inc. (Taz-Com) as a dispatcher/telecommunicator from August, 1983, until her termination effective of April 24, 2003.

2. The plaintiff claims to have been discriminated against by her employer, between January 1, 1999 and April 18, 2003 on the basis of a disability.

3. Prior to January 1, 1999, the plaintiff was not discriminated against by her employer.

4.    Between January and July, 1999, plaintiff Denise N. Moldenhauer used 12.5 days of sick leave during those months, on which days she was absent.  During calendar year 1999, plaintiff Denise N. Moldenhauer did not work during the months of August through December, and was absent from work that entire period.

5.    During calendar year 2000, plaintiff Denise N. Moldenhauer was absent from work and did not work any days in calendar year 2000.

6.    The plaintiff Denise N. Moldenhauer took approximately 25 days of sick leave during calendar year 2001, on which days she was absent from work.

7.    The plaintiff Denise N. Moldenhauer took approximately 34 days of sick leave during calendar year 2002, on which days she was absent from work.

8.    In 2003, prior to her dismissal from her employment, plaintiff Denise N. Moldenhauer took approximately 6 days of sick leave during the period from January 1 through April 18th, during which days she was absent from work.

9.    On January 31, 2001, plaintiff Denise N. Moldenhauer was absent from work.

10.    On or about January 31, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

11.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "not feeling well at all".

12.    The above-specified reason for the January 31, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

13.    On February 9, 2001, plaintiff Denise N. Moldenhauer was absent from work.

14.    On or about February 9, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work on February 9, 2001 verbally by telephone.

15.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a headache".

16.    The above-stated reason for the February 9, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

17.    On February 17, 2001, plaintiff Denise N. Moldenhauer was absent from work.

18.    On or about February 17, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work on February 17, 2001 verbally by telephone.

19.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a headache".

20.    The above-stated reason for the February 17, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

21.    On February 27, 2001, plaintiff Denise N. Moldenhauer was absent from work.

22.    On or about February 27, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work on February 27, 2001 verbally by telephone.

23.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "no voice".

24.    The above-stated reason for the February 27, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

25.    On March 30, 2001, plaintiff Denise N. Moldenhauer was absent from work.

26.    On or about March 30, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work on March 30, 2001 verbally by telephone.

27.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a migraine".

28.    The above-stated reason for the March 30, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

29.    On April 11, 2001, plaintiff Denise N. Moldenhauer was absent from work.

30.    On or about April 11, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work on April 11, 2001 verbally by telephone.

31.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a tooth ache, no sleep".

32.    The above-mentioned reason for the April 11, 2001 sick time was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

33.    On April 12, 2001, plaintiff Denise N. Moldenhauer was absent from work.

34.    On or about April 12, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work on April 12, 2001 verbally by telephone.

35.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "sick".

36.    The above-mentioned reason for the April 12, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

37.    On April 26, 2001, plaintiff Denise N. Moldenhauer was absent from work.

38.    On or about April 26, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work on April 26, 2001 verbally by telephone.

39.     TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "something Chris has - hoarse".

40.     The above-mentioned reason for the April 26, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

41.     On April 27, 2001, plaintiff Denise N. Moldenhauer was absent from work.

42.     On or about April 27, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent on April 27, 2001 verbally by telephone.

43.     TPCCC departmental records state that the plaintiff gave no reason(s) for her absence from work on April 27, 2001.

44.     Taz-Com Director Steve Thompson was provided no additional information regarding Plaintiff's April 27, 2001 absence.

45.     On April 28, 2001, plaintiff Denise N. Moldenhauer was absent from work.

46.     On or about April 28, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent on April 28, 2001 verbally by telephone.

47.     TPCCC departmental records state that the plaintiff gave no reason(s) for her absence from work on April 28, 2001.

48.     Taz-Com Director Steve Thompson was provided no additional information regarding Plaintiff's April 28, 2001 absence.

49.     On May 12, 2001, plaintiff Denise N. Moldenhauer was absent from work.

50.     Plaintiff Denise N. Moldenhauer provided no reason(s) why she was absent from work on May 12, 2001.

51.     TPCCC departmental records state that the plaintiff gave no reason for her absence from work on May 12, 2001.

52.     On May 23, 2001, plaintiff Denise N. Moldenhauer was absent from work.

5

53.     On or about May 23, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

54.     TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "sick – woke up".

55.     The above-mentioned reason for the May 23, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

56.     On July 5, 2001, plaintiff Denise N. Moldenhauer was absent from work.

57.     On or about July 5, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

58.     TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "up all night with migraine".

59.     The above-mentioned reason for the July 5, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

60.     On July 14, 2001, plaintiff Denise N. Moldenhauer was absent from work.

61.     On or about July 14, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

62.     TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a migraine, severe".

63.     The above-mentioned reason for the July 14, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

64.     On July 28, 2001, plaintiff Denise N. Moldenhauer was absent from work.

65.     On or about July 28, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

66.     TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a migraine".

67.     The above-mentioned reason for the July 28, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

68.     On August 9, 2001, plaintiff Denise N. Moldenhauer was absent from work.

69.     On or about August 9, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

70.     TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a migraine".

71.     The above-mentioned reason for the August 9, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

72.     On August 31, 2001, plaintiff Denise N. Moldenhauer was absent from work.

73.     On or about August 31, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

74.     TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a migraine".

75.     The above-mentioned reason for the August 31, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

76.     On September 27, 2001, plaintiff Denise N. Moldenhauer was absent from work.

77.    On or about September 27, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

78.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a sore throat, nausea, ear ache".

79.    The above-mentioned reason for the September 27, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

80.    On October 6, 2001, plaintiff Denise N. Moldenhauer was absent from work.

81.    On or about October 6, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

82.    TPCCC departmental records state that the plaintiff gave no reason for her absence from work on October 6, 2001.

83.    Taz-Com Director Steve Thompson was provided no additional information regarding plaintiff's October 6, 2001 absence.

84.    On October 19, 2001, plaintiff Denise N. Moldenhauer was absent from work.

85.    On or about October 19, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

86.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "aches - pains".

87.    The above-mentioned reason for the October 19, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

88.     On October 20, 2001, plaintiff Denise N. Moldenhauer was absent from work.

89.     On or about October 20, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

90.     TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "sick – flu symptoms".

91.     The above-mentioned reason for the October 20, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

92.     On October 30, 2001, plaintiff Denise N. Moldenhauer was absent from work.

93.     On or about October 30, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

94.     TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "vomiting".

95.     The above-mentioned reason for the October 30, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

96.     On November 7, 2001, plaintiff Denise N. Moldenhauer was absent from work.

97.     On or about November 7, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

98.     TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a pancreatitis attack".

99.    The above-mentioned reason for the November 7, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

100.    On November 20, 2001, plaintiff Denise N. Moldenhauer was absent from work.

101.    On or about November 20, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

102.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she "went home sick – not feeling well".

103.    The above-mentioned reason for the November 20, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

104.    On November 21, 2001, plaintiff Denise N. Moldenhauer was absent from work.

105.    On or about November 21, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

106.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "sick".

107.    The above-mentioned reason for the November 21, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

108.    On December 5, 2001, plaintiff Denise N. Moldenhauer was absent from work.

109.   On or about December 5, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

110.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "sick".

111.   The above-mentioned reason for the December 5, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

112.   On December 15, 2001, plaintiff Denise N. Moldenhauer was absent from work.

113.   On or about December 15, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

114.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "an ear ache".

115.   The above-mentioned reason for the December 15, 2001 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

116.   On December 28, 2001, plaintiff Denise N. Moldenhauer was absent from work.

117.   On or about December 28, 2001, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

118.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a migraine".

119.   The above-mentioned reason for the December 28, 2001 absence was the only information provided by Taz-Com Director Steve Thompson about the plaintiff's absence.

120.   On January 3, 2002, plaintiff Denise N. Moldenhauer was absent from work.

121.   On or about January 3, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

122.   TPCCC departmental records state that the reason that plaintiff gave for her absence was that she was "feeling ill – needed to leave".

123.   The above-mentioned reason for the January 3, 2002 absence was the only information provided by Taz-Com Director Steve Thompson about the plaintiff's absence.

124.   On January 18, 2002, plaintiff Denise N. Moldenhauer was absent from work.

125.   On or about January 18, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

126.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "not feeling well after procedure".

127.   The above-mentioned reason for the January 18, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

128.   On January 29, 2002, plaintiff Denise N. Moldenhauer was absent from work.

129.   On or about January 29, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

130.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "flu/abdominal pains".

131.   The above-mentioned reason for the January 29, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

132.   On January 31, 2002, plaintiff Denise N. Moldenhauer was absent from work.

133.   On or about January 31, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

134.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "pain same as usual, just worse".

135.   The above-mentioned reason for the January 31, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

136.   On February 9, 2002, plaintiff Denise N. Moldenhauer was absent from work.

137.   On or about February 9, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

138.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "not feeling well".

139.    The above-mentioned reason for the February 9, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

140.    On February 12, 2002, plaintiff Denise N. Moldenhauer was absent from work.

141.    On or about February 12, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

142.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "lots of abdominal pain said she will try to get into doctor".

143.    The above-mentioned reason for the February 12, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

144.    On February 20, 2002, plaintiff Denise N. Moldenhauer was absent from work.

145.    On or about February 20, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

146.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had an accident on February 17, 2002 and "fell across upper abdomen area full force across a wooden foot board of a bed and then onto the floor hitting my chest area (chest wall and abdomen wall contusion)".

147.    The above-mentioned reason for the February 20, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

148.   On February 21, 2002, plaintiff Denise N. Moldenhauer was absent from work.

149.   On or about February 21, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

150.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had an accident on February 17, 2002 and "fell across upper abdomen area full force across a wooden foot board of a bed and then onto the floor hitting my chest area (chest wall and abdomen wall contusion)".

151.   The above-mentioned reason for the February 21, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

152.   On February 22, 2002, plaintiff Denise N. Moldenhauer was absent from work.

153.   On or about February 22, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

154.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had an accident on February 17, 2002 and "fell across upper abdomen area full force across a wooden foot board of a bed and then onto the floor hitting my chest area (chest wall and abdomen wall contusion)".

155.   The above-mentioned reason for the February 22, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

156.   On February 23, 2002, plaintiff Denise N. Moldenhauer was absent from work.

15

157.    On or about February 23, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

158.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had an accident on February 17, 2002 and "fell across upper abdomen area full force across a wooden foot board of a bed and then onto the floor hitting my chest area (chest wall and abdomen wall contusion)".

159.    The above-mentioned reason for the February 23, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

160.    On February 26, 2002, plaintiff Denise N. Moldenhauer was absent from work.

161.    On or about February 26, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

162.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had an accident on February 17, 2002 and "fell across upper abdomen area full force across a wooden foot board of a bed and then onto the floor hitting my chest area (chest wall and abdomen wall contusion)".

163.    The above-mentioned reason for the February 26, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

164.    On March 7, 2002, plaintiff Denise N. Moldenhauer was absent from work.

165.    On or about March 7, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent on March 7, 2002 verbally by telephone.

166.     TPCCC departmental records state that the plaintiff gave no reason(s) her absence time from work on March 7, 2002.

167.     Taz-Com Director Steve Thompson was provided no additional information regarding plaintiff's March 7, 2002 absence.

168.     On March 12, 2002, plaintiff Denise N. Moldenhauer was absent from work.

169.     On or about March 12, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absence from work verbally by telephone.

170.     TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "possible flu – vomiting - temperature".

171.     The above-mentioned reason for the March 12, 2002 absence was the only information provided to Taz-Com Director Steve Thompson about the plaintiff's absence.

172.     On March 26, 2002, plaintiff Denise N. Moldenhauer was absent from work.

173.     On or about March 26, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent on March 26, 2002 verbally by telephone.

174.     TPCCC departmental records state that the plaintiff gave no reason(s) for her absence from work on March 26, 2002.

175.     Taz-Com Director Steve Thompson was provided no additional information regarding plaintiff's March 26, 2002 absence.

176.     On March 29, 2002, plaintiff Denise N. Moldenhauer was absent from work.

177.   On or about March 29, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

178.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "not feeling well".

179.   The above-mentioned reason for the March 29, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

180.   On April 2, 2002, plaintiff Denise N. Moldenhauer was absent from work.

181.   On or about April 2, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

182.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "abdominal pain".

183.   The above-mentioned reason for the April 2, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

184.   On April 17, 2002, plaintiff Denise N. Moldenhauer was absent from work.

185.   On or about April 17, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

186.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "lots of abdominal pain".

187.   The above-mentioned reason for the April 17, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

188.   On May 2, 2002, plaintiff Denise N. Moldenhauer was absent from work.

189.   On or about May 2, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

190.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she "left ill".

191.    The above-mentioned reason for the May 2, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

192.    On May 3, 2002, plaintiff Denise N. Moldenhauer was absent from work.

193.    On or about May 3, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

194.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a fever".

195.    The above-mentioned reason for the May 3, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

196.    On June 13, 2002, plaintiff Denise N. Moldenhauer was absent from work.

197.    On or about June 13, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

198.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she "left work, ill".

199.    The above-mentioned reason for the June 13, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

200.    On June 14, 2002, plaintiff Denise N. Moldenhauer was absent from work.

201.    On or about June 14, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

202.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "abdominal pain".

203.   The above-mentioned reason for the June 14, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

204.   On July 5, 2002, plaintiff Denise N. Moldenhauer was absent from work.

205.   On or about July 5, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

206.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "abdominal pain".

207.   The above-mentioned reason for the July 5, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

208.   On July 16, 2002, plaintiff Denise N. Moldenhauer was absent from work.

209.   On or about July 16, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

210.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a serious health condition".

211.   The above-mentioned reason for the July 16, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

212.   On July 26, 2002, plaintiff Denise N. Moldenhauer was absent from work.

213.   On or about July 26, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

214.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "sick due to serious medical condition".

215.   The above-mentioned reason for the July 26, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

216.    On August 3, 2002, plaintiff Denise N. Moldenhauer was absent from work.

217.    On or about August 3, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

218.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a serious medical condition".

219.    The above-mentioned reason for the August 3, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

220.    On August 23, 2002, plaintiff Denise N. Moldenhauer was absent from work.

221.    On or about August 23, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

222.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "sick".

223.    The above-mentioned reason for the August 23, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

224.    On August 31, 2002, plaintiff Denise N. Moldenhauer was absent from work.

225.    On or about August 31, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

226.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "running a fever".

227.   The above-mentioned reason for the August 31, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

228.   On September 17, 2002, plaintiff Denise N. Moldenhauer was absent from work.

229.   On or about September 17, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

230.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "not feeling well".

231.   The above-mentioned reason for the September 17, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

232.   On September 25, 2002, plaintiff Denise N. Moldenhauer was absent from work.

233.   On or about September 25, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

234.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she "needed to take a pain pill".

235.   The above-mentioned reason for the September 25, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

236.   On October 3, 2002, plaintiff Denise N. Moldenhauer was absent from work.

237.   On or about October 3, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

238.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a medical condition – sick".

239.   The above-mentioned reason for the October 3, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

240.   On October 10, 2002, plaintiff Denise N. Moldenhauer was absent from work.

241.   On or about October 10, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

242.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a migraine".

243.   The above-mentioned reason for the October 10, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

244.   On October 19, 2002, plaintiff Denise N. Moldenhauer was absent from work.

245.   On or about October 19, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

246.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a medical condition".

247.   The above-mentioned reason for the October 19, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

248.   On October 25, 2002, plaintiff Denise N. Moldenhauer was absent from work.

249.   On or about October 25, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent on October 25, 2002 verbally by telephone.

250.   TPCCC departmental records state that the plaintiff gave no reason(s) for her absence from work on October 25, 2002.

251.   Taz-Com Director Steve Thompson was provided no additional information regarding plaintiff's October 25, 2002 absence.

252.   On October 29, 2002, plaintiff Denise N. Moldenhauer was absent from work.

253.   On or about October 29, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

254.   TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "sick – feels like flu".

255.   The above-mentioned reason for the October 29, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

256.   On October 30, 2002, plaintiff Denise N. Moldenhauer was absent from work.

257.   On or about October 30, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

24

258.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she "went home sick on 10/29/02 just can't make it in".

259.    The above-mentioned reason for the October 30, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

260.    On November 30, 2002, plaintiff Denise N. Moldenhauer was absent from work.

261.    On or about November 30, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent on November 30, 2002 verbally by telephone.

262.    TPCCC departmental records state that the plaintiff gave no reason(s) for her absence from work on November 30, 2002.

263.    On December 7, 2002, plaintiff Denise N. Moldenhauer was absent from work.

264.    On or about December 7, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

265.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "a medical condition".

266.    The above-mentioned reason for the December 7, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

267.    On December 10, 2002, plaintiff Denise N. Moldenhauer was absent from work.

268.    On or about December 10, 2002, plaintiff Denise N. Moldenhauer was off work for that day because it related to her birthday.

269.    TPCCC departmental records indicate that the plaintiff took that day off due to her birthday.

270.    On December 11, 2002, plaintiff Denise N. Moldenhauer was absent from work.

271.    On or about December 11, 2002, plaintiff Denise N. Moldenhauer was off work for that day because it related to her birthday.

272.    TPCCC departmental records indicate that the plaintiff took that day off due to her birthday.

273.    On December 12, 2002, plaintiff Denise N. Moldenhauer was absent from work.

274.    On or about December 12, 2002, plaintiff Denise N. Moldenhauer was off work for that day because it related to her birthday.

275.    TPCCC departmental records indicate that the plaintiff took that day off due to her birthday.

276.    On December 13, 2002, plaintiff Denise N. Moldenhauer was absent from work.

277.    On or about December 13, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

278.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "sick".

279.    The above-mentioned reason for the December 13, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

280.    On December 14, 2002, plaintiff Denise N. Moldenhauer was absent from work.

281.    On or about December 14, 2002, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

282.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she was "in the emergency room".

283.    The above-mentioned reason for the December 14, 2002 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

284.    On January 9, 2003, plaintiff Denise N. Moldenhauer was absent from work.

285.    On or about January 9, 2003, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

286.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "an earache/headache".

287.    The above-mentioned reason for the January 9, 2003 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

288.    On February 27, 2003, plaintiff Denise N. Moldenhauer was absent from work.

289.    On or about February 27, 2003, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

290.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that she had "severe pain, taking pain medication".

291.    The above-mentioned reason for the February 27, 2003 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

292.    On March 11, 2003, plaintiff Denise N. Moldenhauer was absent from work.

293.    On or about March 11, 2003, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

294.    TPCCC departmental records state that the plaintiff gave no reason for her absence from work on March 11, 2003.

295.    On March 12, 2003, plaintiff Denise N. Moldenhauer was absent from work.

296.    On or about March 12, 2003, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

297.    TPCCC departmental records state that the plaintiff gave no reason for her absence from work on March 12, 2003.

298.    On March 21, 2003, plaintiff Denise N. Moldenhauer was absent from work.

299.    On or about March 21, 2003, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

300.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that "she was in pain".

301.    The above-mentioned reason for the March 21, 2003 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

302.    On April 18, 2003, plaintiff Denise N. Moldenhauer was absent from work.

303.    On or about April 18, 2003, plaintiff Denise N. Moldenhauer provided notice she would be absent from work verbally by telephone.

304.    TPCCC departmental records state that the reason the plaintiff gave for her absence was that "she was sick".

305.    The above-mentioned reason for the April 18, 2003 absence was the only information provided Taz-Com Director Steve Thompson about the plaintiff's absence.

306.    The absences referenced in the above questions numbered 9-305 are documented in the attached documents numbered 1-39.  Please verify the genuineness of documents 1- 39.

307.    Ms. Moldenhauer had previously scheduled the day of April 18, 2003, off as a vacation day.

308.    Prior to exhausting her vacation in April, 2003, in October, 2002,  Ms. Moldenhauer had been denied any further vacation because she had exhausted her available vacation time available under the collective bargaining agreement.

You are further requested to furnish at the time and place stated, an affidavit stating that the production is complete in accordance with the request, and if not complete, to list those items not produced, and state the grounds for objection to the production, giving the name and address of the person or persons having custody of the items.

> TAZEWELL-PEKIN CONSOLIDATED
> COMMUNICATIONS CENTER; TAZEWELL
> COUNTY, ILLINOIS; STEVEN F. THOMPSON,
> JAMES UNSICKER and ROBERT HUSTON,
> Defendants
>
>
> By_____
>           Darin M. LaHood
>           For Miller, Hall & Triggs

Patrick A. Murphey
Darin M. LaHood
Miller, Hall & Triggs
416 Main Street, Suite 1125
Peoria, IL  61602-1161
(309) 671-9600

## **CERTIFICATE OF SERVICE**

I served the foregoing **Defendant's Request to Admit** upon the attorney of record

by enclosing a copy of same in an envelope addressed as follows:

> Mr. John A. Slevin
> Vonachen, Lawless, Trager & Slevin
> 456 Fulton, Suite 425
> Peoria, Illinois 61602

and hand delivering same on May 3, 2006.

Pursuant to 28 U.S.C. 1746, under penalty of perjury, the foregoing is true and

correct.

Executed on May 3, 2006.

_____