IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER,<br><br>       Plaintiff,<br><br>vs.<br><br>TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN, ILLINOIS; TAZEWELL COUNTY, ILLINOIS; STEVEN F. THOMPSON; DAVID TEBBEN; JAMES UNSICKER; ROBERT HUSTON; and TIMOTHY GILLESPIE,<br><br>       Defendants. | Case No. 04-CV-1169 |

## PLAINTIFF'S RESPONSE TO REQUEST TO ADMIT

Now comes the Plaintiff, DENISE N. MOLDENHAUER, by her attorneys, VONACHEN, LAWLESS, TRAGER & SLEVIN, and in Response to the Request to Admit, states as follows:

1. That she admits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 13, 14, 17, 18, 21, 22, 25, 26, 29, 30, 33, 34, 37, 38, 41, 42, 45, 46, 49, 50, 52, 53, 56, 57, 60, 61, 64, 65, 68, 69, 72, 73, 76, 77, 80, 81, 84, 85, 88, 89, 92, 93, 96, 97, 100, 101, 104, 105, 108, 109, 112, 113, 116, 117, 124, 125, 128, 129, 132, 133, 140, 141, 144, 145, 148, 152, 156, 160, 168, 169, 180, 181, 184, 185, 192, 193, 200, 201, 204, 205, 208, 209, 212, 213, 216, 217, 220, 221, 224, 225, 228, 229, 236, 237, 240, 241, 244, 245, 248, 249, 256, 257, 263, 264, 267, 270, 273, 276, 277, 280, 281, 284, 285, 292, 295, 298, 299, 302, 303, 307.

2. She denies the following paragraphs:  120, 121, 136, 137, 149, 153, 161, 164, 165, 172, 173, 176, 177, 188, 189, 196, 197, 232, 233, 252, 253, 260, 261, 268, 274, 288, 289, 293, 296, 308.

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

3. Plaintiff objects to the following requests, each of which requires her to admit or deny information that would be beyond her knowledge, information or belief. These requests deal exclusively with the internal records of the defendant, TAZCOM, and what information either appeared on their internal records or information that was passed on to the director, STEVE THOMPSON. When Plaintiff would call in ill, she would not talk directly to STEVE THOMPSON, but would talk to whomever answered the phone. What that person passed on to STEVE THOMPSON would be known only to that person and STEVE THOMPSON and could not be known by the Plaintiff.

4. The paragraphs thus objected to are 11, 12, 15, 16, 19, 20, 23, 24, 27, 28, 31, 32, 35, 36, 39, 40, 43, 44, 47, 48, 51, 54, 55, 58, 59, 62, 63, 66, 67, 70, 71, 74, 75, 77, 79, 82, 83, 86, 87, 90, 91, 94, 95, 98, 99, 102, 103, 106, 107, 110, 111, 114, 115, 118, 119, 122, 123, 126, 127, 130, 131, 134, 135, 138, 139, 142, 143, 146, 147, 150, 151, 154, 155, 157, 158, 159, 162, 163, 166, 167, 170, 171, 174, 175, 178, 179, 182, 183, 186, 187, 190, 191, 194, 195, 198, 199, 202, 203, 206, 207, 210, 211, 214, 215, 218, 219, 222, 223, 226, 227, 230, 231, 234, 235, 238, 239, 242, 243, 246, 247, 250, 251, 254, 255, 258, 259, 262, 265, 266, 269, 272, 275, 278, 279, 282, 283, 286, 287, 290, 291, 294, 300, 301, 304, 305, 306.

DENISE N. MOLDENHAUER, Plaintiff

**Attorneys for Plaintiff:**
JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton, Suite 425
Peoria, IL 61602
Ph:   (309) 676-8986
Fax:  (309) 676-4130

VONACHEN, LAWLESS, TRAGER & SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

# PROOF OF SERVICE

STATE OF ILLINOIS )
                  ) SS.
COUNTY OF PEORIA  )

The undersigned attorney hereby certifies that a copy of the foregoing **PLAINTIFF'S RESPONSE TO REQUEST TO ADMIT** was served upon the attorneys of record by enclosing a copy of same in envelope(s) addressed as follows:

| | |
|---|---|
| Jeffrey E. Krumpe<br>Patrick A. Murphey<br>Miller, Hall & Triggs<br>416 Main Street, Suite 1125<br>Peoria, IL 61602<br>**Counsel for Tazewell-Pekin Consolidated Communications Center; Tazewell County, Robert Huston; Steven Thompson; & James Unsicker** | Bradford B. Ingram<br>Candace Brugger Spomar<br>Heyl, Royster, Voelker & Allen<br>Miller, Hall & Triggs<br>124 S.W. Adams, Suite 600<br>Peoria, IL 61602<br>**Counsel for City of Pekin, David Tebben & Timothy Gillespie** |

and by depositing said envelope(s) with first-class postage fully prepaid in the U.S. Mail at Peoria, Illinois, or by hand delivering to the same address, on the _____ day of June, 2006.

_____
JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:   (309) 676-8986
Fax:  (309) 676-4130

o:\jas\clients\moldenhauer\response to RTA

VONACHEN, LAWLESS, TRAGER & SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986