IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER, | |
| Plaintiff, | |
| vs. | Case No. 04-CV-1169 |
| TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN, ILLINOIS; TAZEWELL COUNTY, ILLINOIS; STEVEN F. THOMPSON; DAVID TEBBEN; JAMES UNSICKER; ROBERT HUSTON; and TIMOTHY GILLESPIE, | |
| Defendants. | |

### **MOTION FOR WITHDRAWAL OR AMENDMENT OF ANY ADMISSION BY OPERATION OF LAW**

NOW COMES Plaintiff, DENISE N. MOLDENHAUER, by JOHN A. SLEVIN of VONACHEN, LAWLESS, TRAGER & SLEVIN, one of her attorneys, and pursuant to Fed.R.Civ.P. 36(b) would respectfully this Court to withdraw or amend any admission by operation of law, and would show to the Court, as follows:

1.    On May 3, 2006, Defendants properly served on Plaintiff a Request to Admit of 308 statements of fact and 39 documents.

2.    That within the thirty day period of services of the request, Plaintiff dictated a Motion to Strike the request as being excessively broad by the sheer number, unduly burdensome and onerous to respond. The motion further requested that in the event this motion was denied, Plaintiff be given time to respond after the denial. For reasons Plaintiff's attorney is unable to explain, this motion was never typed and was not filed. After the due date, Plaintiff's attorney,

**VONACHEN, LAWLESS, TRAGER & SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

while engaged in a conversation with either Patrick Murphy or Darrin LaHood, attorneys for the moving Defendants, inquired if they had received this motion, to which they stated they had not. Plaintiff's attorney then determined that the motion had not been transcribed and typed and that he was overdue in responding to the Request to Admit.

3. That Plaintiff, on June 12th, nine days after the 30 days had expired, Plaintiff responded to the Request to Admit.

4. Rule 36 operates a matter of law to deem the facts admitted, unless a motion is granted permitting a withdrawal or amendment of such admissions. This Rule provides such withdrawal or amendment when the merits of the action will be subserved by granting the motion and the party who obtained the admission fails to satisfy the court that withdrawal or amendment will prejudice that party in maintaining the action or defense on the merits.

5. Where granting a motion to withdrawal an admission would aid in the ascertainment of the truth and the development of the merits of the case, the first part of the Fed.R.Civ.P. 36(b) two-prong test is satisfied. *Essix Building Group v. Amisure Ins. Co.*, 230 FRD 682, 205 U.S. Dist. LEXIS 19333 (DC, MD, FL, 2005).

6. As to the prejudice contemplated, it is not simply that the party who initially obtained the admission will not have to convince the fact finder of its truth, rather, it relates to the difficulty a party may face in proving it's case. For example, the unavailability of witnesses where the party was somehow lulled into reliance upon the admissions due to the failure to act timely. *Id* at 687.

7. The failure on Plaintiff's part to respond to the Request for Admissions for nine days after the due date was at most excusable neglect. See *Smith v. First Nat'l Bank*, 387 Fed.2d 1575 at 1577 (11th Cir., 1988).

**VONACHEN, LAWLESS, TRAGER & SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

WHEREFORE, Plaintiff respectfully prays that this Court permit withdrawal or amendment of any admissions by operation of law created by Plaintiff's failure to respond to the Request to Admit in this case.

                                        Respectfully submitted,

                                        DENISE N. MOLDENHAUER, Plaintiff

                                        By:      s/ JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton, Suite 425
Peoria, IL 61602
Ph:    (309) 676-8986
Fax:   (309) 676-4130

**VONACHEN, LAWLESS, TRAGER & SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

**PROOF OF SERVICE**

STATE OF ILLINOIS )
                  ) SS.
COUNTY OF PEORIA  )

The undersigned attorney hereby certifies that the original of the foregoing **MOTION FOR WITHDRAWAL OR AMENDMENT OF ANY ADMISSION BY OPERATION OF LAW** was filed electronically with the Clerk of the U.S. District Court, Central District of Illinois, and a copy of same was served electronically or delivered by other means upon the attorneys of record, as follows:

| | |
|---|---|
| Jeffrey E. Krumpe<br>Patrick A. Murphey<br>Darin M. LaHood<br>Miller, Hall & Triggs<br>416 Main Street, Suite 1125<br>Peoria, IL 61602<br>**Counsel for Tazewell-Pekin Consolidated Communications Center; Tazewell County, Robert Huston; Steven Thompson; & James Unsicker** | Bradford B. Ingram<br>John K. Kim<br>Heyl, Royster, Voelker & Allen<br>124 S.W. Adams, Suite 600<br>Peoria, IL 61602<br>**Counsel for City of Pekin, David Tebben & Timothy Gillespie** |

on the 14th day of July, 2006.

                                   s/ JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:   (309) 676-8986
Fax:  (309) 676-4130

o:\jas\clients\moldenhauer\mot for withdrawal or amendment

**VONACHEN, LAWLESS, TRAGER & SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986