P 1975
E-FILED
Tuesday, 15 August, 2006 02:15 PM
Clerk, U.S. District Court, ILCD
Wednesday, 08 September, 2004 02:59:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER,<br><br>    Plaintiff,<br><br>vs.<br><br>TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN, ILLINOIS; TAZEWELL COUNTY, ILLINOIS; STEVEN F. THOMPSON; DAVID TEBBEN; JAMES UNSICKER; ROBERT HUSTON; and TIMOTHY GILLESPIE,<br><br>    Defendants. | Case No. 04-CV-1169 |

### FIRST AMENDED COMPLAINT

Plaintiff, DENISE N. MOLDENHAUER, by JOHN A. SLEVIN of VONACHEN, LAWLESS, TRAGER & SLEVIN, with leave of court first had and obtained, files this, her First Amended Complaint against the Defendants, TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER ("TAZCOM"); CITY OF PEKIN ("PEKIN"); TAZEWELL COUNTY ("TAZEWELL"); STEVEN F. THOMPSON; ('THOMPSON"); DAVID TEBBEN ("TEBBEN"); JAMES UNSICKER ("UNSICKER"); ROBERT HUSTON ("HUSTON"); and TIMOTHY GILLESPIE ("GILLESPIE") and states as follows:

### COUNT I
### AMERICANS WITH DISABILITIES ACT

Plaintiff, DENISE N. MOLDENHAUER, for her complaint against TAZCOM, PEKIN and TAZEWELL, states as follows:

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986


EXHIBIT A

1. Plaintiff is a resident of the City of Pekin and brings this Count under the Americans with Disabilities Act, 42 U.S.C. §12101, et seq.

2. That since August 1, 1983, she has been employed jointly by TAZCOM, PEKIN and TAZEWELL (collectively referred to as "Employer").

3. In 1989, Plaintiff was diagnosed with a liver-pancreas problem. In 1991, her common bile duct was surgically removed. Since 1991, she has suffered from chronic pancreatitis with acute flare-ups. Upon these periods of flare-ups, she must take pain medication, bed rest, no food or drink and is occasionally hospitalized. These flare-ups require her to miss work, usually only one day unless hospitalized for a longer time. As such, her chronic pancreatitis with acute flare-ups constitutes a disabling condition.

4. Her Employer has been aware of her condition since 1991.

5. It was necessary that Plaintiff be accommodated by being allowed to occasionally miss a day's work on those days when she has an acute flare-up of her pancreatitis.

6. On or about May 24, 2002, Plaintiff requested a leave under the Family and Medical Leave Act, 29 U.S.C. §26-1 *et seq.*, for time to treat her disabling condition.

7. Between March 13, 2002, and April 18, 2003, Plaintiff was subjected to numerous disciplinary actions for absences necessitated by her disabling conditions and, on these occasions, was suspended without pay.

8. That on April 18, 2003, Employer fired the Plaintiff because of her absences due to her disabling condition.

9. Employer, at no time, made an inquiry from Plaintiff's physician as to what accommodations might be needed, available or reasonable.

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

10. Employer, at no time, asked an independent physician to evaluate Plaintiff's condition, prognosis or her request for accommodation or leave under the Family and Medical Leave Act.

11. Employer, at no time, engaged or sought to engage in an interactive process with Plaintiff to determine appropriate accommodations under the circumstances.

12. That Plaintiff filed her complaint with the EEOC on August 18, 2003, and on April 22, 2004, the EEOC issued to Plaintiff a Right to Sue letter. A copy of this letter was attached to Plaintiff's initial Complaint filed in 04-CV-1169. Both PEKIN and TAZEWELL were aware of this charge being filed and were given opportunity to participate in conciliation proceedings, but elected not to.

WHEREFORE, Plaintiff prays that she be awarded damages for her back pay, front pay, loss of retirement benefits and such other and further relief as the Court deems appropriate under the circumstances.

## COUNT II
## FAMILY AND MEDICAL LEAVE ACT

Plaintiff, DENISE N. MOLDENHAUER, for her complaint against TAZCOM, PEKIN, TAZEWELL, THOMPSON, TEBBEN, UNSICKER, HUSTON, and GILLESPIE states as follows:

13. Plaintiff is a resident of the City of Pekin and brings this Count under the Family and Medical Leave Act, 29 U.S.C. §2610, *et seq.*

14. That since August 1, 1983, she has been employed jointly by TAZCOM, PEKIN and TAZEWELL (collectively referred to as "Employer").

15. At all relevant times herein, THOMPSON was the chief executive officer of TAZCOM and was under the supervision and direction of the Board of Directors of TAZCOM.

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

3

16. That TAZCOM is managed by a four person board of directors, two of whom are appointed by the City of Pekin, and two of whom are appointed by Tazewell County. At all relevant times herein, the representatives appointed by the City of Pekin were Pekin Mayor TEBBEN and Pekin Police Chief GILLESPIE. Those representatives appointed by Tazewell County were County Sheriff HUSTON and County Board Member UNSICKER. (Collectively referred to as "Directors."

17. Her Employer and the Directors have been aware of her condition since 1991.

18. It was necessary that Plaintiff be accommodated by being allowed to occasionally miss a day's work on those days when she has an acute flare-up of her pancreatitis.

19. On or about May 24, 2002, Plaintiff requested a leave under the Family and Medical Leave Act, 29 U.S.C. §26-1 *et seq.*, for time to treat her disabling condition.

20. Between March 13, 2002, and April 18, 2003, Plaintiff was subjected to numerous disciplinary actions for absences necessitated by her disabling conditions and, on these occasions, was suspended without pay. These suspensions without pay were made by her Employer and THOMPSON pursuant to a direction and insistence of the Directors with the advice and recommendation of THOMPSON.

22. That on April 18, 2003, Plaintiff was fired by her Employer by reason of her absences due to her disabling condition. This termination was made at the direction of the Board on the recommendation of THOMPSON.

WHEREFORE, Plaintiff prays that she be awarded damages for her back pay, front pay, loss of retirement benefits, attorneys fees and such other and further relief as the Court deems appropriate under the circumstances.

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

4

**JURY DEMAND**

Plaintiff requests that this cause be tried by a jury.

                                      DENISE N. MOLDENHAUER, Plaintiff

                               By: /s/ JOHN A. SLEVIN

JOHN A. SLEVIN  
VONACHEN, LAWLESS, TRAGER & SLEVIN  
456 Fulton, Suite 425  
Peoria, IL 61602  
Ph:    (309) 676-8986  
Fax:   (309) 676-4130

VONACHEN,  
LAWLESS, TRAGER  
& SLEVIN

Suite 425  
456 Fulton Street  
Peoria, Illinois 61602  
Fax (309) 676-4130  
(309) 676-8986

## PROOF OF SERVICE

STATE OF ILLINOIS )
) SS.
COUNTY OF PEORIA )

The undersigned attorney hereby certifies that a copy of the foregoing **First Amended Complaint** was electronically mailed or delivered by other means upon the attorneys of record, as follows:

| | |
|---|---|
| Jeffrey E. Krumpe<br>Patrick a. Murphey<br>Miller, Hall & Triggs<br>416 Main Street, Suite 1125<br>Peoria, IL 61602<br>**Counsel for Tazewell-Pekin Consolidated Communications Center; TPCCC Board of Directors, Tazewell County, Sheriff Robert Huston; Director Steven Thompson; County Board Member James Unsicker** | Bradford B. Ingram<br>Candace Brugger Spomar<br>Heyl, Royster, Voelker & Allen<br>Miller, Hall & Triggs<br>124 S.W. Adams, Suite 600<br>Peoria, IL 61602<br>**Counsel for Ex-City Manager Richard Herstein; Chief Timothy Gillespie; City of Pekin; Ex-Mayor David Tebben** |

on the 8th day of September, 2004.

/s/ JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:    (309) 676-8986
Fax:   (309) 676-4130

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

o:\jas\clients\moldenhauer\first amended complaint