**E-FILED**
Tuesday, 15 August, 2006  04:13:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DENISE N. MOLDENHAUER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 04-CV-1169 |
| TAZEWELL-PEKIN CONSOLIDATED | ) | |
| COMMUNICATIONS CENTER, | ) | |
| TAZEWELL COUNTY, CITY OF PEKIN, | ) | |
| DAVID TEBBEN, TIMOTHY GILLESPIE, | ) | |
| STEVEN F. THOMPSON, JAMES UNSICKER, | ) | |
| SHERIFF ROBERT HUSTON | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER TO SECOND AMENDED COMPLAINT

NOW COME the defendants, CITY OF PEKIN, DAVID TEBBEN, AND TIMOTHY

GILLESPIE, by their attorneys, BRADFORD B. INGRAM and CANDACE BRUGGER

SPOMAR of HEYL, ROYSTER, VOELKER & ALLEN, P.C., and for its Answer to Plaintiff's

Second Amended Complaint, states as follows:

### COUNT I

1.      Defendants admit the allegations of paragraph 1.

2.      Defendants deny the allegations of paragraph 2.

3.      Defendants deny the allegations of paragraph 3.

4.      Defendants deny the allegations of paragraph 4.

5.      Defendants deny the allegations of paragraph 5.

6.      Defendants deny the allegations of paragraph 6.

7.      Defendants deny the allegations of paragraph 7.

8.      Defendants deny the allegations of paragraph 8.



EXHIBIT
C

9. Defendants deny the allegations of paragraph 9.

10. Defendants deny the allegations of paragraph 10.

11. Defendants deny the allegations of paragraph 11.

12. Defendants deny the allegations of paragraph 12.

WHEREFORE, the Defendants, CITY OF PEKIN, DAVID TEBBEN, AND TIMOTHY GILLEPIE request that judgment be entered in its favor and against the Plaintiff and for such other and further relief as the Court deems necessary and proper.

## FIRST DEFENSE

Plaintiff fails to state a claim upon which relief can be granted and should be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(6)

## SECOND DEFENSE

Plaintiff is not an employee of the Defendant.

## THIRD DEFENSE

Plaintiff is not a qualified individual with a disability. She is not an individual with a disability who with or without reasonable accommodation can perform essential functions of the employment position that such individual holds or desires.

## FOURTH DEFENSE

Plaintiff does not have a "disability" as defined under the Americans with Disabilities Act.

## FIFTH DEFENSE

Plaintiff's termination by her employer TPCCC was for legitimate and nondiscriminatory reasons.

WHEREFORE, Defendants, CITY OF PEKIN, DAVID TEBBEN, AND TIMOTHY GILLEPIE pray that judgment be entered in its favor and against Plaintiff and for such other and

further relief as the Court deems necessary and proper.

**COUNT II**

NOW COME the Defendants, CITY OF PEKIN, DAVID TEBBEN, AND TIMOTHY

GILLESPIE, by their attorneys, BRADFORD B. INGRAM and CANDACE BRUGGER

SPOMAR of HEYL, ROYSTER, VOELKER & ALLEN, P.C., and for its Answer to Plaintiff's

First Amended Complaint, states as follows:

13.  Defendants admit the allegations of paragraph 13.

14.  Defendants deny the allegations of paragraph 14.

15.  Defendants deny the allegations of paragraph 15.

16.   Defendants deny the allegations of paragraph 16.

17.  Defendants deny the allegations of paragraph 17.

18.  Defendants deny the allegations of paragraph 18.

19.  Defendants deny the allegations of paragraph 19.

20.  Defendants deny the allegations of paragraph 20.

22.   (SIC) Defendants deny the allegations of paragraph 22.

WHEREFORE, the Defendants, CITY OF PEKIN, DAVID TEBBEN and TIMOTHY

GILLESPIE, requests that judgment be entered in its favor and against the Plaintiff and for such

other relief as the court deems necessary and proper.

**FIRST DEFENSE**

Plaintiff fails to state a claim upon which relief can be granted and should be dismissed

pursuant to Federal Rules of Civil Procedure 12(b)(6)

**SECOND DEFENSE**

Plaintiff's claims are barred by the statute of limitations.

-3-

THIRD DEFENSE

Plaintiff fails to allege she suffers from a serious health condition. Plaintiff is not employed by these Defendants.

FOURTH DEFENSE

Plaintiff's termination by TPCCC was for a legitimate nondiscriminatory reason.

WHEREFORE, Defendants, CITY OF PEKIN, DAVID TEBBEN, and TIMOTHY GILLESPIE, pray that judgment be entered in their favor and against Plaintiff and for such other and further relief as the Court deems necessary and proper.

**COUNT III**

23. Defendants repeat and reallege their answers to paragraphs 1-7 of Count I of the First Amended Complaint and paragraphs 1-7 of Count I of the Second amended Complaint.

24. Defendants repeat and reallege their answers to paragraphs 16-20 of Count II of the First Amended Complaint and paragraphs16-20 of Count II of the Second amended Complaint.

25. Defendants deny the allegations of paragraph 25.

26. Defendants deny the allegations of paragraph 26.

26a. Defendants deny the allegations of paragraph 26a.

26b. Defendants deny the allegations of paragraph 26b.

26c. Defendants deny the allegations of paragraph 26c.

26d. Defendants deny the allegations of paragraph 26d.

26e. Defendants deny the allegations of paragraph 26e.

26f. Defendants deny the allegations of paragraph 26f.

26g. Defendants deny the allegations of paragraph 26g.

26h. Defendants deny the allegations of paragraph26h.

-4-

27.  Defendants deny the allegations of paragraph 27.

## FIRST DEFENSE

Plaintiff fails to state a claim upon which relief can be granted and should be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(6)

## SECOND DEFENSE

Plaintiff is not an employee of the Defendant.

## THIRD DEFENSE

Plaintiff is not a qualified individual with a disability.  She is not an individual with a disability who with or without reasonable accommodation can perform essential functions of the employment position that such individual holds or desires.

## FOURTH DEFENSE

Plaintiff does not have a "disability" as defined under the Americans with Disabilities Act.

## FIFTH DEFENSE

Plaintiff's termination by her employer TPCCC was for legitimate and nondiscriminatory reasons.

## SIXTH DEFENSE

Plaintiff's claims are barred by the statute of limitations.

## SEVENTH DEFENSE

Plaintiff fails to allege she suffers from a serious health condition.  Plaintiff is not employed by these Defendants.

WHEREFORE, Defendants, CITY OF PEKIN, DAVID TEBBEN, and TIMOTHY GILLESPIE, pray that judgment be entered in their favor and against Plaintiff and for such other

and further relief as the Court deems necessary and proper.

CITY OF PEKIN, DAVID TEBBEN, AND
TIMOTHY GILLIESPIE

BY: ____s/ Bradford B. Ingram  #3127206____
HEYL, ROYSTER, VOELKER & ALLEN
Bradford B. Ingram
#3127206

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2005, I electronically filed the foregoing with the Clerk of the

court using the CM/ECF system which will send notification of such filing to the following:

John Slevin
Voncachen, Lawless, Trager & Slevin
456 Fulton St., Suite 425
Peoria, IL 61602-1240
jslevin@vltslaw.com

Jeffrey E. Krumpe
Patrick A. Murphey
Miller, Hall & Triggs
416 Main Street, Suite 1125
Peoria, IL 61602
jeffrey.krumpe@mhtlaw.com

s/ Bradford B. Ingram  #3127206
Attorney for Defendant
Heyl, Royster, Voelker & Allen
124 S.W. Adams, Suite 600
Peoria, IL 61602
309-676-0400
309-676-3374
bingram@hrva.com

-6-