E-FILED
Tuesday, 15 August, 2006  04:22:55 PM
Clerk, U.S. District Court, ILCD

# 1999 ATTENDANCE CALENDAR

**Employee Name** Moldenhauer, Denise
Last          First          Middle

**Employee Identification Number** _____ **Dept.** _____

**Hire Date** _____ **Telephone** ( _____ )

**Vacation Days** _____ **Sick Days** _____

### ABSENCE CODES

| | | | |
|---|---|---|---|
| A | Accident | P | Personal |
| B | Birthday | PH | Partial Hours Worked |
| D | Discipline | R | Recognition |
| DF | Death in Family | S | Sick |
| FH | Floating Holiday | T | Tardy |
| FI | Family Illness | TR | Transportation |
| FM | Family-Medical Leave | UN | Unexcused |
| H | Holiday | V | Vacation |
| L | Jury Duty | W | Weather |
| LW | Lack of Work | | |
| LA | Leave of Absence | | |
| M | Military | | |
| MA | Medical Appointment | | |



Calendar grids for JANUARY through DECEMBER with handwritten attendance codes and totals.

## ABSENCE INFORMATION LOG

Name _____ Employee # _____

| | Sick Time | | | Personal Time | | | Vacation Time | | | Leave Time | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Available | Taken | Remaining | Available | Taken | Remaining | Available | Taken | Remaining | Available | Taken | Remaining |
| January | | | | | | | | | | | | |
| February | | | | | | | | | | | | |
| March | | | | | | | | | | | | |
| April | | | | | | | | | | | | |
| May | | | | | | | | | | | | |
| June | | | | | | | | | | | | |
| July | | | | | | | | | | | | |
| August | | | | | | | | | | | | |
| September | | | | | | | | | | | | |
| October | | | | | | | | | | | | |
| November | | | | | | | | | | | | |
| December | | | | | | | | | | | | |
| Available In 1999 | | | | | | | | | | | | |
| Carried from 1998 | | | | | | | | | | | | |

### Quarterly Absence Log

| Code | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | Annual Total |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### Record of Attendance Warnings/Counseling

| Date | Verbal | Written | Comments |
|---|---|---|---|
| 7/21/99 | | ✓ | Personal Illness |
| 2/1/99 | | ✓ | FMLA Notice |
| | | | |
| | | | |
| | | | |
| | | | |

*Any employer/employee communication, formal or informal, should be noted on this form. Be sure to include dates and quotes from any such meeting. A record of ongoing communications with an employee is required by current law. Be sure to file this Attendance Calendar in your employee's Confidential History Folder at the end of the year.*

Notes: _____

Exhibit M ™

# 2000 Attendance Controller©

PLEASE PRINT                                      CURRENT AS OF 1/99

Name  Moldenhauer, Denise
       LAST       FIRST       MIDDLE

Employee/Payroll # _____  Dept. _____

Social Security # _____

Address _____

City/State/Zip _____

Hire Date ___/___/___  Telephone #(___)___

Vacation days due _____ Sick days due _____

**CODES**

| | | |
|---|---|---|
| A – Accident | K – Transportation | U – Unexcused |
| B – Birthday | L – Leave of Absence | V – Vacation |
| C – Partial Hours Worked | M – Military | W – Weather |
| D – Death In Family | N – Medical Appt. | X – Accident off the Job |
| E – Excused | O – Family/Medical Leave | Z – Layoff |
| F – Family Illness | P – Personal | |
| G – Discipline | Q – Early Quit | |
| H – Holiday | R – Recognition | |
| I – Illness-Self | S – Suspension | |
| J – Jury Duty | T – Tardy | |

☐ – Legal (Federal) Holiday

JANUARY TOTALS (DAYS/CODE) _____

FEBRUARY TOTALS (DAYS/CODE) _____

MARCH TOTALS (DAYS/CODE) _____

APRIL TOTALS (DAYS/CODE) _____

MAY TOTALS (DAYS/CODE) _____

JUNE TOTALS (DAYS/CODE) _____

JULY TOTALS (DAYS/CODE) _____

AUGUST TOTALS (DAYS/CODE) _____

SEPTEMBER TOTALS (DAYS/CODE) _____

OCTOBER TOTALS (DAYS/CODE) _____

NOVEMBER TOTALS (DAYS/CODE) _____

DECEMBER TOTALS (DAYS/CODE) _____

Exhibit M

2

## Summary of Employee Absence Information

Name _____    Position _____

Notes, Communications, Doctor Slips

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

### Quarterly Absence Totals

| Reason/ Code | First Qtr. | Second Qtr. | Third Qtr. | Fourth Qtr. | Year Total |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

### Sick Time

Allowed in 2000 _____
Carried over from 1999 _____

### Vacation Time

Earned for 2000 _____
Carried over from 1999 _____

|  | Allowed | Taken | Available | Earned | Taken | Available |
|---|---|---|---|---|---|---|
| January |  |  |  |  |  |  |
| February |  |  |  |  |  |  |
| March |  |  |  |  |  |  |
| April |  |  |  |  |  |  |
| May |  |  |  |  |  |  |
| June |  |  |  |  |  |  |
| July |  |  |  |  |  |  |
| August |  |  |  |  |  |  |
| September |  |  |  |  |  |  |
| October |  |  |  |  |  |  |
| November |  |  |  |  |  |  |
| December |  |  |  |  |  |  |

### Warning Notices or Verbal Reprimands Given:

| Date | | Comments |
|---|---|---|
| ___/___/___ | ☐ Verbal  ☐ Warning Notice | _____ |
| ___/___/___ | ☐ Verbal  ☐ Warning Notice | _____ |
| ___/___/___ | ☐ Verbal  ☐ Warning Notice | _____ |
| ___/___/___ | ☐ Verbal  ☐ Warning Notice | _____ |

This Attendance Controller® is to be retained in the employee's personnel file at the end of each year.

gNeil Friendly Forms

Call toll free 800-999-9111 to reorder 2000 Attendance Controller #20-A1600
G. Neil Companies assumes no responsibility for the employer's use of this form or any decision the employer makes which may violate local, state or federal law. By selling this form, G. Neil Companies is not giving legal advice.

© 1999 G. Neil Companies, P.O. Box 450939, Sunrise, IL 33345-0939 • Printed in U.S.A. (1/99)
The purchaser of this form is granted a limited license to photocopy the completed form for internal use only.
Any other photocopying or reproducing in any form, whether in whole or in part, is strictly prohibited.

# 2001 ATTENDANCE CALENDAR

Employee Name __Moldenhauer, Denise__
          Last        First       Middle

Employee Identification Number _____ Dept. ____

Hire Date _____ Telephone ( )____

Vacation Days _____ Sick Days _____

**ABSENCE CODES**

| | | | |
|---|---|---|---|
| A – Accident | | P – Personal |
| B – Birthday | | PH – Partial Hours Worked |
| D – Discipline | | R – Recognition |
| DF – Death in Family | | S – Sick |
| FH – Floating Holiday | | T – Tardy |
| FI – Family Illness | | TR – Transportation |
| FM – Family-Medical Leave | | UN – Unexcused |
| H – Holiday | | V – Vacation |
| J – Jury Duty | | W – Weather |
| L – Lack of Work | | |
| LA – Leave of Absence | | |
| M – Military | | |
| MA – Medical Appointment | | |

*(handwritten left margin: 25 Sick Days)*

## JANUARY

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | 0 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | 0 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 0 |
| 28 | 29 | 30 | 31 S | | | | 1 |

## FEBRUARY

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 | 0 |
| 4 | 5 | 6 | 7 S | 8 | 9 | 10 | 1 |
| 11 | 12 | 13 | 14 | 15 S | 16 | 17 | 1 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 | |
| 25 | 26 | 27 | 28 | | | | 1 |

## MARCH

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 | |
| 4 | 5 | 6 | 7 | 8 | 9 S | 10 | |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 | |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 |

*(handwritten ✱ at left margin)*

## APRIL

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| 8 | 9 | 10 | 11 S | 12 | 13 | 14 | 1-Sick |
| 15 | 16 | 17 | 18 V | 19 V | 20 | 21 | 2-Vac |
| 22 | 23 | 24 | 25 S | 26 S | 27 S | 28 | 3S |
| 29 | 30 | | | | | | |

## MAY

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 V | 1-V |
| 6 | 7 | 8 V | 9 | 10 | 11 | 12 S | 1-V |
| 13 | 14 | 15 | 16 | 17 | 18 V | 19 | |
| 20 | 21 | 22 | 23 S | 24 | 25 | 26 | |
| 27 | 28 | 29 | 30 | 31 | | | |

## JUNE

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | |
| 3 | 4 | 5 | 6 | 7 | 8 V | 9 V | 1/2V |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 1V |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 V | 1V |

## JULY

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 S | 6 V | 7 | 1-Sick |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 S | 1-S |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 | 1-V |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 S | 1-Sick |
| 29 | 30 | 31 | | | | | |

## AUGUST

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 4 Personal |
| 5 | 6 | 7 | 8 S | 9 | 10 | 11 | 1-Sick |
| 12 | 13 | 14 | 15 | 16 | 17 V | 18 | 1Vac |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 | 3Vac |
| 26 | 27 | 28 | 29 | 30 | 31 | | 1-Sick |

## SEPTEMBER

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | | | 1 V | 1 | |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 1 Sick |
| 16 | 17 | 18 | 19 | 20 | 21 Comp | 22 | |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 | |
| 30 | | | | | | | |

## OCTOBER

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 6.5 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| 14 | 15 | 16 | 17 | 18 S | 19 | 20 | |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | |
| 28 | 29 | 30 | 31 | | | | |

## NOVEMBER

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 | |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | |
| 18 | 19 | 20 Ha Sick | 21 | 22 | 23 | 24 | 12 Sick |
| 25 | 26 | 27 | 28 | 29 | 30 | | |

## DECEMBER

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | | | | 1 | |
| 2 | 3 | 4 | 5 S | 6 | 7 | 8 | 8 Sick |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 S | |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | |
| 23 | 24 | 25 | 26 | 27 M | 28 | | |
| 30 | 31 | | | | | | |

Exhibit M

3

# ABSENCE INFORMATION LOG

Name: _Denise Moldenhauer_   Employee # _____

_Comp = Ø_

| | Sick Time | | | Personal Time | | | Vacation Time | | | Leave Time | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Available | Taken | Remaining | Available | Taken | Remaining | Available | Taken | Remaining | Available | Taken | Remaining |
| January | 4/ 8 add | 1.5 | | | | | | | | | | |
| February | 1/9 add | 1.5 = | 3.0 | | | | | | | | | |
| March | 4/20 used | 2.0 = | 1.0 | | | | | | | | | |
| April | 8/14 used | 1.0 = | Ø | | | | | | | | | |
| May | | | | | | | | | | | | |
| June | | | | | | | | | | | | |
| July | | | | | | | | | | | | |
| August | | | | | | | | | | | | |
| September | | | | | | | | | | | | |
| October | | | | | | | | | | | | |
| November | | | | | | | | | | | | |
| December | | | | | | | | | | | | |
| Available in 2001 | | | | | | | | | | | | |
| Carried from 2000 | | | | | | | | | | | | |

| Quarterly Absence Log | | | | | |
|---|---|---|---|---|---|
| Code | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | Annual Total |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Record of Attendance Warnings/Counseling | | | |
|---|---|---|---|
| Date | Verbal | Written | Comments |
| 8/2/01 | ✓ | | spoke w/ Dee regar... patterned Sat, illness |
| | | | |
| | | | |
| | | | |
| | | | |

*Any employer/employee communication, formal or informal, should be noted on this form. Be sure to include dates and quotes from any such meeting. A record of ongoing communications with an employee is required by current law. Be sure to file this Attendance Calendar in your employee's Confidential History Folder at the end of the year.*

Notes: _____

_____

_____

_____

_____

_____

_____

_____

_____

# 2002 ATTENDANCE CALENDAR

Employee Name __Moldenhauer, Denise__
Last          First          Middle

Employee Identification Number _____ Dept. _____

Hire Date _____ Telephone ( ) _____

Vacation Days _____ Sick Days _____

**ABSENCE CODES**

| | | | |
|---|---|---|---|
| A – Accident | | P – Personal | |
| B – Birthday | | PH – Partial Hours Worked | |
| D – Discipline | | R – Recognition | |
| DF – Death in Family | | S – Sick | |
| FH – Floating Holiday | | T – Tardy | |
| FI – Family Illness | | TR – Transportation | |
| FM – Family-Medical Leave | | UN – Unexcused | |
| H – Holiday | | V – Vacation | |
| J – Jury Duty | | W – Weather | |
| L – Lack of Work | | ___ – _____ | |
| LA – Leave of Absence | | ___ – _____ | |
| M – Military | | ___ – _____ | |
| MA – Medical Appointment | | ___ – _____ | |

## JANUARY

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 ½S | 4 | 5 | 4.0 S |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 | |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 | |
| 27 | 28 | 29 S | 30 S | 31 | | 2 | |

## FEBRUARY

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | | | 1 ½ | 2 ½ | |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | ½ |
| 10 | 11 | 12 S | 13 | 14 | 15 | 16 | 1 |
| 17 | 18 | 19 S | 20 S | 21 S | 22 S | 23 | 4 |
| 24 | 25 | 26 | 27 | 28 | | | 1 |

## MARCH

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | |
| 3 | 4 | 5 | 6 ½S | 7 | 8 | 9 | 4.0 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 8.0 S |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | |
| 24 31 | 25 | 26 ½S | 27 | 28 | 29 ½S | 30 | 8.0 |

## APRIL

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | 1 | 2 S | 3 | 4 | 5 | 6 | 8.0 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| 14 | 15 | 16 S | 17 | 18 | 19 | 20 | 8.0 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | |
| 28 | 29 | 30 | | | | | |

## MAY

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 S | 3 S | 4 | |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 | |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 | |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 | |
| 26 | 27 | 28 | 29 | 30 | 31 | | |

## JUNE

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | | | | 1 | |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | |
| 9 | 10 | 11 | 12 S | 13 S | 14 | 15 | |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | |
| 23 30 | 24 | 25 | 26 | 27 | 28 | 29 | |

## JULY

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 S | 6 | |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| 14 | 15 | 16 S | 17 | 18 | 19 | 20 | |
| 21 | 22 | 23 | 24 | 25 | 26 S | 27 | |
| 28 | 29 | 30 | 31 | | | | |

## AUGUST

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 S | 3 S | |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | |
| 18 | 19 | 20 | 21 | 22 | 23 S | 24 | |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 S | |

## SEPTEMBER

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | |
| 15 | 16 | 17 S | 18 | 19 | 20 | 21 | |
| 22 | 23 | 24 | 25 ½S | 26 | 27 | 28 | |
| 29 | 30 | | | | | | |

## OCTOBER

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 S | 4 | 5 | |
| 6 | 7 | 8 | 9 | 10 S | 11 | 12 | |
| 13 | 14 | 15 | 16 | 17 | 18 S | 19 | |
| 20 | 21 | 22 | 23 | 24 S | 25 | 26 | |
| 27 | 28 | 29 | 30 | 31 | | | 5.0 S |

## NOVEMBER

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 2.0 |

## DECEMBER

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 S | |
| 8 | 9 | 10 B | 11 B | 12 B | 13 S S | 14 | |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 | |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 | |
| 29 | 30 | 31 | | | | | |

Exhibit M

4

# ABSENCE INFORMATION LOG

Name  Moldenhauer, Denise                          Employee # _____

*Comp. ∅.      P = 3.∅*

| | Sick Time | | | Personal Time | | | Vacation Time | | | Leave Time | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Available | Taken | Remaining | Available | Taken | Remaining | Available | Taken | Remaining | Available | Taken | Remaining |
| January | 5/12 add | 6.0 = | 6.0 | | | | | | | | | |
| February | 9/22 add | 4.5 = | 10.5 | | | | | | | | | |
| March | 7/6 used | 2.0 = | 8.5 | | | | | | | | | |
| April | 7/13 used | 2.0 = | 6.5 | | | | | | | | | |
| May | 7/05 used | 1.0 = | 5.5 | | | | | | | | | |
| June | 8/30 used | 2.0 = | 3.5 | | | | | | | | | |
| July | used | 3.5 = | ∅ | | | | | | | | | |
| August | | | | | | | | | | | | |
| September | | | | | | | | | | | | |
| October | | | | | | | | | | | | |
| November | | | | | | | | | | | | |
| December | | | | | | | | | | | | |
| Available in 2002 | | | | | | | | | | | | |
| Carried from 2001 | | | | | | | | | | | | |

| | Quarterly Absence Log | | | | | | Record of Attendance Warnings/Counseling | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | Annual Total | Date | Verbal | Written | Comments |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*Any employer/employee communication, formal or informal, should be noted on this form.  Be sure to include dates and quotes from any such meeting.  A record of ongoing communications with an employee is required by current law.  Be sure to file this Attendance Calendar in your employee's Confidential History Folder at the end of the year.*

Notes:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# 2003 Attendance Controller

Please Print

**Name:** MOLDENHAUER, DENISE N.
Last   First   Middle

**Department** T/PCCC   **Hire Date:** 08 / 01 / 83

**Employee/Payroll #** 76250

**Vacation Time:** _____   **Sick Time:** _____

## Codes

| | | |
|---|---|---|
| A - Additional Hours | J - Jury Duty | U - Unexcused |
| B - Bereavement | K - Termination | V - Vacation |
| C - Partial Hours Worked | L - Leave of Absence | X - Illness in the Family |
| D - Doctor's Appointment | M - Military Leave | Y - Floating Holiday |
| E - Excused | N - No Call/No Show | Z - Last Day Worked |
| F - FMLA | P - Personal | |
| H - Holiday | S - Suspension | |
| I - Illness - Self | T - Tardy | |

☐ Legal (Federal) Holiday

Calendar for year 2003, months January through December.

Notes for each month left blank.

Exhibit M

5

Denise m(Winfuues)    Comp = 0

| Date | Notes | Paid | Unpaid | Additional Hours Worked |
|------|-------|------|--------|-------------------------|
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |

### Quarterly Absence Totals

| Reason/ Code | 1st | 2nd | 3rd | 4th | Year Total |
|--------------|-----|-----|-----|-----|------------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Quarter Total ▶ | | | | | |

### Vacation Time and Sick Time

| | Sick Time | | | Vacation Time | | | Notes |
|---|-----------|---|---|---------------|---|---|-------|
| | Allowed in 2003 _____ Carried over from 2002 _____ | | | Allowed in 2003 _____ Carried over from 2002 _____ | | | |
| | Allowed | Taken | Available | Allowed | Taken | Available | |
| January | | | | | | | |
| February | | | | | | | |
| March | | | | | | | |
| April | | | | | | | |
| May | | | | | | | |
| June | | | | | | | |
| July | | | | | | | |
| August | | | | | | | |
| September | | | | | | | |
| October | | | | | | | |
| November | | | | | | | |
| December | | | | | | | |

### Verbal Reprimands or Written Warning Notices

| Date | Verbal | Written | Comments |
|------|--------|---------|----------|
| / / | ☐ | ☐ | |
| / / | ☐ | ☐ | |
| / / | ☐ | ☐ | |
| / / | ☐ | ☐ | |

This Attendance Controller® is to be retained in the employee's personnel file at the end of each year.


©2002 G.Neil.
720 International Parkway, Sunrise, FL 33325
Call 800-999-9111 or shop online at www.gneil.com to reorder
Attendance Controller® 2003 #3G-A2003, Attendance Controller® 2004 #3G-A2004

an **Attorney Approved** product from G.Neil.
G.Neil assumes no responsibility for the employer's use of this form or any decision the employer makes which may violate local, state or federal law. By selling this form, G.Neil is not giving legal advice. The purchaser of this form is granted a limited license to reproduce this form for its internal use only. Any other photocopying or reproducing in any form, whether in whole or in part, is strictly prohibited.