E-FILED
Tuesday, 15 August, 2006 04:23:25 PM
Clerk, U.S. District Court, ILCD

**SICK TIME CARD**

NAME _Dee Moldenhauer_

DATE _01/31/01_

SICK FROM _08:00_ TO _12:00 noon_

TOTAL HOURS _4 hours_

REASON _Not feeling well at all_

TIME CALL RECEIVED: _7:00 AM_

PERSON MAKING CALL: _Dee - called Sv. at home_
_to report she was sick_

AUTHORIZED BY _Vansaghi_ APPROVED BY _[signature]_

DENIED BY _____

---

**SICK TIME CARD**

NAME _Dee Moldenhauer_

DATE _Feb 9th_

SICK FROM _8a_ TO _Noon_

TOTAL HOURS _4hrs_

REASON _headache_

TIME CALL RECEIVED: _414A_

PERSON MAKING CALL: _Dee_

AUTHORIZED BY _Shiel_ APPROVED BY _____

DENIED BY _____

---

**SICK TIME CARD**

NAME _Dee Moldenhauer_

DATE _2-17-01_

SICK FROM _0800_ TO _noon_

TOTAL HOURS _____

REASON _Headache._

TIME CALL RECEIVED: _0715_

PERSON MAKING CALL: _Chris_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

Exhibit N

**OVERTIME CARD**

NAME _Dee Moldenbauer_

DATE _Feb. 20, 2001_

OVERTIME FROM _7:00pm_ TO _9:30pm_

OVERTIME AM'T _2½ hr._

REASON _Hospice Class_

_____

_____

_____

AUTHORIZED BY_____ APPROVED BY_____

DENIED BY _____

---

**SICK TIME CARD**

NAME _Dee_

DATE _Feb 27_

SICK FROM _8A_ TO _12N_

TOTAL HOURS _4 hrs_

REASON _No Voice_

TIME CALL RECEIVED: _7A-_

PERSON MAKING CALL: _Chris_

AUTHORIZED BY _Shil_ APPROVED BY _____

DENIED BY _____

---

**SICK TIME CARD**

NAME _Dee Moldenhauer_

DATE _Mar 30-01_

SICK FROM _0800_ TO _1600_

TOTAL HOURS _8 hrs_

REASON _migraine_

TIME CALL RECEIVED: _633A_

PERSON MAKING CALL: _Dee_

Exhibit N

AUTHORIZED BY _Shil_ APPROVED BY _____

### SICK TIME CARD

NAME _Dee Moldenhauer_

DATE _4-11-01_

SICK FROM _8Am_ TO _4pm._

TOTAL HOURS _8hr_

REASON _toothache, No Sleep_

TIME CALL RECEIVED: _0311 Am._

PERSON MAKING CALL: _Dee Moldenhauer_

AUTHORIZED BY _iBHale_ APPROVED BY _____

DENIED BY _____

### SICK TIME CARD

NAME _Dee_

DATE _4-12-01_

SICK FROM _0800_ TO _1600_

TOTAL HOURS _8_

REASON _sick_

TIME CALL RECEIVED: _1730_

PERSON MAKING CALL: _Chris_

AUTHORIZED BY _____ APPROVED BY _RTodh_

DENIED BY _____

### SICK TIME CARD

NAME _Dee Moldenhauer_

DATE _April 26 2001_

SICK FROM _8 A_ TO _4p_

TOTAL HOURS _8 hrs_

REASON _same thing Chris has - (Hoarse)_

TIME CALL RECEIVED: _0702_

PERSON MAKING CALL: _Chris_

AUTHORIZED BY _Shil_ APPROVED BY _____

DENIED BY _____ Exhibit N

8

**SICK TIME CARD**

NAME _Dee Moldenhauer_

DATE _5-23-01_

SICK FROM _0800_     TO _11000_

TOTAL HOURS _8_

REASON _Sick - wokeup_

TIME CALL RECEIVED: _0658_

PERSON MAKING CALL: _Chris._

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

---

~~OVER~~ _Vac_ TIME CARD

NAME _Dee_

DATE _June 8 2001_

OVERTIME FROM _8A_     TO _Noon_

OVERTIME AMT _4 hrs_

REASON _4 hrs Vac time_

AUTHORIZED BY _Phil_

APPROVED BY _____

DENIED BY _____

---

**SICK TIME CARD**

NAME _Dee Moldenhauer._

DATE _7-5-01_

SICK FROM _8am_     TO _11000 pm._

TOTAL HOURS _8hrs_

REASON _up all night w/migraine._

TIME CALL RECEIVED: _0530 am_

PERSON MAKING CALL: _____

AUTHORIZED BY _____ APPROVED BY ___ Exhibit N ___

DENIED BY _____

9

**SICK TIME CARD**

NAME _Dee._

DATE _7-14-01_

SICK FROM _0700 Am_ TO _400 pm._

TOTAL HOURS _8h_

REASON _Migraine (severe)_

TIME CALL RECEIVED: _0510_

PERSON MAKING CALL: _Dee_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

---

**SICK TIME CARD**

NAME _Denise Moldenhauer_

DATE _7-28-01_

SICK FROM _0800_ TO _0400pm_

TOTAL HOURS _____

REASON _Migraine._

TIME CALL RECEIVED: _0416._

PERSON MAKING CALL: _Chris._

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

---

**OVERTIME CARD**

NAME _Dee._

DATE _Aug 2, 01_

OVERTIME FROM _8A_ TO _Noon - Maybe_

OVERTIME AM'T _4hrs. (could be sooner)_

REASON _Needed time off - didn't adv - what kind - had something to do._

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____ Exhibit N

— 10

**SICK TIME CARD**

NAME _Dee_

DATE _Aug. 9_

SICK FROM _0800_ TO _1600_

TOTAL HOURS _8 hrs._

REASON _Migraine_

TIME CALL RECEIVED: _0646_

PERSON MAKING CALL: _Chris_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

---

**SICK TIME CARD**

NAME _Dee_

DATE _8-31-01_

SICK FROM _0800_ TO _1600_

TOTAL HOURS _8_

REASON _Migraine_

TIME CALL RECEIVED: _____

PERSON MAKING CALL: _Chris_

AUTHORIZED BY _____ APPROVED BY _R. Clark_

DENIED BY _____

---

**OVERTIME CARD** _Comp time earned_

NAME _Dee Maltenhauer_

DATE _9-18-01_

OVERTIME FROM _1600_ TO _1700_

OVERTIME AM'T _1 hr._ X _1½_

REASON _Class -EMD_

_Comp. time please_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY

Exhibit N

11

*Comp time earned*

## OVERTIME CARD

NAME _Dee Moldenhauer_

DATE _9-19-01_

OVERTIME FROM _1600_ TO _1700_

OVERTIME AM'T _1 hr. X 1½_

REASON _Class - EMD_

_Comp. time please_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

*Senior*

## ~~OVERTIME CARD~~

NAME _Dee Moldenhauer_

DATE _Sept 22_

OVERTIME FROM _0800_ TO _1600_

OVERTIME AM'T _8 hrs._

REASON _`cause they made me_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

## SICK TIME CARD

NAME _Dee Moldenhauer_

DATE _9-27-01_

SICK FROM _8am_ TO _4pm._

TOTAL HOURS _8hrs_

REASON _Sore throat, nausea'd, ear ache_

TIME CALL RECEIVED: _0521am_

PERSON MAKING CALL: _Dee_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

Exhibit N

12

**SICK TIME CARD**

NAME _Dee_

DATE _10/19/01_

SICK FROM _0800_ TO _4pm_

TOTAL HOURS _8hrs._

REASON _Aches - PAINS_

TIME CALL RECEIVED: _01040_

PERSON MAKING CALL: _Dee_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

---

**SICK TIME CARD**

NAME _Dee Moldenhauer_

DATE _10/20/01_

SICK FROM _8am_ TO _4pm_

TOTAL HOURS _8 hours_

REASON _sick - flu symptoms_

TIME CALL RECEIVED: _23:10_

PERSON MAKING CALL: _Dee_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

---

**OT**
~~SICK~~ **TIME CARD**

NAME _Dee Moldenhauer_

DATE _Oct 24, 01_

~~SICK~~ FROM _1800_ TO _2030_

TOTAL HOURS _2 1/2_

REASON _cones breaks_

~~TIME CALL RECEIVED:~~

~~PERSON MAKING CALL:~~

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

Exhibit N

13

**OVERTIME CARD**

NAME _Dee Moldenhauer_

DATE _10-25-01_

OVERTIME FROM _1800_ TO _2100_

OVERTIME AM'T _3 hrs._

REASON _Cover breaks_

_____

_____

_____

AUTHORIZED BY _____ APPROVED BY _Riell_

DENIED BY _____

---

**SICK TIME CARD**

NAME _DEE MOLDENHAUER_

DATE _10-30-01 (TUESDAY)_

SICK FROM _8am_ TO _4pm_

TOTAL HOURS _8 HOURS_

REASON _VOMITING_

TIME CALL RECEIVED: _4:57am_

PERSON MAKING CALL: _HUSBAND - CHRIS_

AUTHORIZED BY _Abby_ APPROVED BY _____

DENIED BY _____

---

**SICK TIME CARD**

NAME _Dee Moldenhauer_

DATE _11/07/01 Wed._

SICK FROM _10AM_ TO _4pm_

TOTAL HOURS _6 hours_

REASON _pancreatitis attack._

TIME CALL RECEIVED: _10 am_

PERSON MAKING CALL: _left work, here from 8A-10A_

AUTHORIZED BY _J. Vansaghi_ APPROVED BY _____

DENIED BY _____

Exhibit N

14

**SICK TIME CARD**

NAME _Dee Moldenhauer_
DATE _11-20-01_
SICK FROM _12 Noon_ TO _4 pm_
TOTAL HOURS _4 Hours_
REASON _Went home sick - not feeling well_
TIME CALL RECEIVED: _____
PERSON MAKING CALL: _____

AUTHORIZED BY _Mike Ercegovich_ APPROVED BY _____
DENIED BY _____

**SICK TIME CARD**

NAME _Dee Moldenhauer_
DATE _11-21-01_
SICK FROM _0800_ TO _1600_
TOTAL HOURS _8_
REASON _Sick_
TIME CALL RECEIVED: _2030_
PERSON MAKING CALL: _Chris_

AUTHORIZED BY _____ APPROVED BY _____
DENIED BY _____

**OVERTIME CARD**

NAME _Dee Moldenhauer_
DATE _Nov. 27, 01_
OVERTIME FROM _1815_ TO _2115_
OVERTIME AM'T _3 hours_
REASON _Cover breaks_

AUTHORIZED BY _____ APPROVED BY _T Riehl_
DENIED BY _____

Exhibit N

15

**SICK TIME CARD**

NAME _Dee Moldenhauer_

DATE _12-5-01_

SICK FROM _0800_ TO _1600_

TOTAL HOURS _8 hrs_

REASON _Sick_

TIME CALL RECEIVED: _0530_

PERSON MAKING CALL: _Chris_
_taken by Josh (forgot to pass on)_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

---

**SICK TIME CARD**

NAME _Dee Moldenhauer_

DATE _12/05/01_

SICK FROM _08:00_ TO _16:00_

TOTAL HOURS _8 hrs._

REASON _Sick_

TIME CALL RECEIVED: _5:30 AM_

PERSON MAKING CALL: _-Chris called & told Josh_
_who forgot to pass on info._

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

---

**~~OVERTIME~~ Senior CARD**

NAME _Dee Moldenhauer_

DATE _Dec 8, 01_

~~OVERTIME~~ FROM _0800_ TO _1200_

~~OVERTIME~~ AM'T _4 hrs._

REASON _Senior needed_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _no pass on sheet_

Exhibit No.

16

## SICK TIME CARD

NAME _Dee Moldenhauer_

DATE _01/03/02_

SICK FROM _12:45 P_ TO _4:00 P_

TOTAL HOURS _3 hours_

REASON _feeling ill - needed to leave_

TIME CALL RECEIVED: _left 12:45_

PERSON MAKING CALL: _____

_____

AUTHORIZED BY _S. Vansaghi_ APPROVED BY _____

DENIED BY _____

## SICK TIME CARD

NAME _Dee Moldenhauer_

DATE _12-28-01_

SICK FROM _8A_ TO _4p_

TOTAL HOURS _8_

REASON _migraine_

TIME CALL RECEIVED: _0357_

PERSON MAKING CALL: _Dee._

_____

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

Exhibit N

17

## SICK TIME CARD

NAME _Dee Moldenhauer_

DATE _1-31-02._

SICK FROM _8AM_ TO _4pm_

TOTAL HOURS _8hrs._

REASON _PAIN same AS USUAL, JUST WORSE,_

TIME CALL RECEIVED: _0617AM._

PERSON MAKING CALL: _Chris Moldenhauer_

AUTHORIZED BY _Shiel_ APPROVED BY _____

DENIED BY _____

## SICK TIME CARD

NAME _Dee Moldenhauer_

DATE _01/29/02_

SICK FROM _0800_ TO _1600_

TOTAL HOURS _8 hrs_

REASON _Flu / abdominal pains_

TIME CALL RECEIVED: _0630_

PERSON MAKING CALL: _Dee_

AUTHORIZED BY _J.A.Shel_ APPROVED BY _____

DENIED BY _____

_1-17-02_

## SICK TIME CARD

NAME _Dee_

DATE _1-18-02_

SICK FROM _0800_ TO _1600_

TOTAL HOURS _8_

REASON _not feeling well after procedure._

TIME CALL RECEIVED: _21:30_

PERSON MAKING CALL: _Chris_

Exhibit N

18

## SICK TIME CARD

NAME Dee

DATE March 7th

SICK FROM 0800 TO 1300

TOTAL HOURS 4 hrs

REASON feeling sick - w/take pill be in at Noon

TIME CALL RECEIVED: 0728

PERSON MAKING CALL: Dee

AUTHORIZED BY Nheil    APPROVED BY _____

DENIED BY _____

---

## SICK TIME CARD

NAME Dee

DATE 2-12-02

SICK FROM 8A TO 4p

TOTAL HOURS 8

REASON lots of abdominal pain said w/try to get into D

TIME CALL RECEIVED: 0515

PERSON MAKING CALL: Dee

AUTHORIZED BY Nheil    APPROVED BY _____

DENIED BY _____

---

## SICK TIME CARD

NAME Dee Moldenhauer

DATE Feb. 9th - 02

SICK FROM 12 noon TO 4:00pm

TOTAL HOURS 4 hrs.

REASON not feeling well

TIME CALL RECEIVED: gdw by msg on computer around 11:30

PERSON MAKING CALL: Dee

Exhibit N

19

## SICK TIME CARD

NAME _Dee_

DATE _4-2-02_

SICK FROM _0800_ TO _1600_

TOTAL HOURS _8 hrs_

REASON _Abdominal pain_

TIME CALL RECEIVED: _0544_

PERSON MAKING CALL: _Dee - w/try to get into Dr. today_

AUTHORIZED BY _Skill_ APPROVED BY _____

DENIED BY _____

## SICK TIME CARD

NAME _Dee (Moldenhauer)_

DATE _3-29-02_

SICK FROM _1200 noon_ TO _1600_

TOTAL HOURS _4 hrs_

REASON _Not feeling Well_

TIME CALL RECEIVED: _____

PERSON MAKING CALL: _____

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

## SICK TIME CARD

NAME _Dee_

DATE _Mar 12th_

SICK FROM _0800_ TO _1600_

TOTAL HOURS _8 hrs._

REASON _Poss. Flu - Limiting - Temperature_

TIME CALL RECEIVED: _0301_

PERSON MAKING CALL: _Dee_

Exhibit N

20

## SICK TIME CARD

NAME _Dee_

DATE _5-3-02_

SICK FROM _0800_ TO _1600_

TOTAL HOURS _8_

REASON _Fever_

TIME CALL RECEIVED: _2300 hours 5-2-02_

PERSON MAKING CALL: _Chris_

AUTHORIZED BY _____ APPROVED BY _R. State_

DENIED BY _____

## SICK TIME CARD

NAME _Dee Moldenhauer_

DATE _5/02/02_

SICK FROM _10:30_ TO _4:00_

TOTAL HOURS _5.5_

REASON _left ill_

TIME CALL RECEIVED: _____

PERSON MAKING CALL: _____

AUTHORIZED BY _A. Vansaghi_ APPROVED BY _____

DENIED BY _____

## SICK TIME CARD

NAME _Dee_

DATE _April 17th_

SICK FROM _0800_ TO _1600_

TOTAL HOURS _8 hrs._

REASON _Lots of Abdominal Pain_

TIME CALL RECEIVED: _0612_

PERSON MAKING CALL: _Dee_

Exhibit N

21

## SICK TIME CARD

NAME _A Dee_

DATE _7·5·02_

SICK FROM _8a_ TO _16_

TOTAL HOURS _8 hrs_

REASON _Abdominal pain_

TIME CALL RECEIVED: _0417_

PERSON MAKING CALL: _Dee_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

## SICK TIME CARD

NAME _Dee Moldenhauer_

DATE _6/14/02_

SICK FROM _8A_ TO _1100 pm_

TOTAL HOURS _8hrs_

REASON _Adominal Pain._

TIME CALL RECEIVED: _0423 a_

PERSON MAKING CALL: _Dee ._

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

## SICK TIME CARD

NAME _Dee Moldenhauer_

DATE _6/13/02_

SICK FROM _11:00 AM_ TO _4:00 PM_

TOTAL HOURS _5 hours_

REASON _left work, ill_

TIME CALL RECEIVED: _11:00_

PERSON MAKING CALL: _____

Exhibit N

22

OVERTIME CARD

NAME _Dee_

DATE _July 18_

OVERTIME FROM _8A_    TO _Noon_

OVERTIME AM'T _4 hrs. Personal_

REASON _Called in at 0651 - req. personal_

AUTHORIZED BY_____    APPROVED BY_____

DENIED BY_____

SICK TIME CARD

NAME _Dee_

DATE _7-16-02_

SICK FROM _0800_    TO _1600_

TOTAL HOURS _8 hrs._

REASON _Serious Health Condition)_

TIME CALL RECEIVED: _0532_

PERSON MAKING CALL: _Dee_

AUTHORIZED BY_____    APPROVED BY_____

DENIED BY_____

_Vac. Used_

OVERTIME CARD

NAME _Dee Moldenhauer_

DATE _7-9-02_

OVERTIME FROM _1030_    TO _14:00_

OVERTIME AM'T _3 1/2 hours_

REASON _Vacation used for Dr. appt (Peoria) returned to cover breaks._

Exhibit N

23

### SICK TIME CARD

NAME _Dee_

DATE _Aug 23_

SICK FROM _0800_ TO _1600_

TOTAL HOURS _8 hrs_

REASON _sick_

TIME CALL RECEIVED: _0005_

PERSON MAKING CALL: _Dee_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

### SICK TIME CARD

NAME _Dee_

DATE _8-3-02_

SICK FROM _0700_ TO _1600_

TOTAL HOURS _8_

REASON _Serious medical condition_

TIME CALL RECEIVED: _1130pm_

PERSON MAKING CALL: _Chris_

AUTHORIZED BY _____ APPROVED BY _R Roth_

DENIED BY _____

### SICK TIME CARD

NAME _Dee Moldenhauer_

DATE _7-26-02_

SICK FROM _8 Am_ TO _4 pm_

TOTAL HOURS _8 hrs_

REASON _Sick due to Serious medical Condition_

TIME CALL RECEIVED: _0320 am_

PERSON MAKING CALL: _Chris_                        Exhibit N

2

OVERTIME CARD  *C. p. Used*

NAME _Dee Moldenhauer_

DATE _08/30/02_

OVERTIME FROM _2PM_ TO _4PM_

OVERTIME AMT _2 hours_

REASON _Comp. used to go to_
_doctor_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

---

**SICK TIME CARD**

NAME _Dee Moldenhauer_

DATE _8/27_

~~SICK FROM~~ Personal Time _8a_ TO _Noon_

TOTAL HOURS _____

REASON _Uncle from tennesse passed away._

TIME CALL RECEIVED: _0706a_

PERSON MAKING CALL: _Dee_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

---

**SICK TIME CARD**

NAME _Dee Moldenhauer._

DATE _8-25-02_

SICK FROM _8a_ TO _4pm._

TOTAL HOURS _8hrs_

REASON _Sick due to medical problem._

TIME CALL RECEIVED: _0540a_

PERSON MAKING CALL: _Dee_

Exhibit N

25

## SICK TIME CARD

NAME _Dee_

DATE _9·17·02_

SICK FROM _8A_ TO _11:00_

TOTAL HOURS _8 hrs_

REASON _Not feeling well_

TIME CALL RECEIVED: _0635_

PERSON MAKING CALL: _Dee_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

## ~~SICK~~ *Personal* TIME CARD

NAME _Dee Moldenhauer_

DATE _9-5-02_

*Personnel*
~~SICK~~ FROM _8a_ TO _Noon_

TOTAL HOURS _4_

REASON _Child shes Babysitting 7s Sick, Father out of Town, making arrangements for Babysitter_

TIME CALL RECEIVED: _0716 a.m._

PERSON MAKING CALL: _Dee_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

## SICK TIME CARD

NAME _Dee Moldenhauer_

DATE _8-3/02_

SICK FROM _8a_ TO _4p._

TOTAL HOURS _8hr_

REASON _Running fever_

TIME CALL RECEIVED: _0110a_

PERSON MAKING CALL: _Child_

Exhibit N

26

'D'                 **SICK TIME CARD**

NAME _ADee Moldehauer)_

DATE _10·10·02_

SICK FROM _8A_ TO _1600_

TOTAL HOURS _8 hrs_

REASON _Migraine_

TIME CALL RECEIVED: _0606_

PERSON MAKING CALL: _Dee_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

---

D      **SICK TIME CARD**

NAME _Dee_

DATE _10-03-02_

SICK FROM _8_ TO _4_

TOTAL HOURS _8_

REASON _medical Condition - sick_

TIME CALL RECEIVED: _0457_

PERSON MAKING CALL: _ADee_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

---

**SICK TIME CARD**

NAME _Dee Moldehauer._

DATE _9/25/02._

SICK FROM _8am._ TO _NooN._

TOTAL HOURS _4hrs._

REASON _needed to take pain pill._

TIME CALL RECEIVED: _0704_

PERSON MAKING CALL: _Dee_          Exhibit N

27

## SICK TIME CARD

NAME _Dee Moldenhauer_

DATE _10/29/02_

SICK FROM _11 AM_ TO _4pm_

TOTAL HOURS _5_

REASON _sick - feels like flu_

TIME CALL RECEIVED: _11 AM asked to leave_

PERSON MAKING CALL: _____

AUTHORIZED BY _J. Vansahi_ APPROVED BY _____

DENIED BY _____

```
$ 10/29/02 11:00:44 TO PE04 FROM TS:PE02
SUE, I'M SORRY, BUT I FEEL
REALLY REALLY BAD
COULD YOU SEE IF YOU CAN GET
SOMEONE TO COME IN FOR YOUR
BREAKS SO I COULD GO HOME
```

## SICK TIME CARD

NAME _Dee Moldenhauer_

DATE _10-18-02_

SICK FROM _0800_ TO _1600_

TOTAL HOURS _8_

REASON _Medical Condition_

TIME CALL RECEIVED: _2240_

PERSON MAKING CALL: _Chris_

AUTHORIZED BY _R Holt_ APPROVED BY _____

Exhibit N

28

**SICK TIME CARD**

NAME _Dee Molden Hauer_

DATE _12-13-02_

SICK FROM _0800_ TO _1600_

TOTAL HOURS _8_

REASON _Sick_

TIME CALL RECEIVED: _2220_

PERSON MAKING CALL: _Chris_

AUTHORIZED BY _R tooth_  APPROVED BY _____

DENIED BY _____

**SICK TIME CARD**

NAME _Dee_

DATE _12-7-02_

SICK FROM _0800_ TO _1600_

TOTAL HOURS _8_

REASON _medical condition_

TIME CALL RECEIVED: _2224_

PERSON MAKING CALL: _Chris_

AUTHORIZED BY _R tooth_  APPROVED BY _____

DENIED BY _____

**"D" SICK TIME CARD**

NAME _Dee_

DATE _10-30-02_

SICK FROM _8A_ TO _1600_

TOTAL HOURS _8 hrs_

REASON _went home sick 10/29/02 ... Just can't make it up_

TIME CALL RECEIVED: _0650_

PERSON MAKING CALL: _Dee_  Exhibit N

29

## SICK TIME CARD

NAME _Lee Moldenhauer_

DATE _01/09/03_

SICK FROM _0800_ TO _1100_

TOTAL HOURS _8_

REASON _earache/Headache._

TIME CALL RECEIVED: _0551_

PERSON MAKING CALL: _Dee_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

## SICK TIME CARD

NAME _Dee_

DATE _12-15-01_

SICK FROM _0800_ TO _1100_

TOTAL HOURS _8 hrs_

REASON _earache_

TIME CALL RECEIVED: _0117_

PERSON MAKING CALL: _Chris_

AUTHORIZED BY _____ APPROVED BY _____

DENIED BY _____

## SICK TIME CARD

NAME _Dee_

DATE _12-14-02_

SICK FROM _0800_ TO _1600_

TOTAL HOURS _8_

REASON _in Emergency Room_

TIME CALL RECEIVED: _2200_

PERSON MAKING CALL: _Chris_    Exhibit N

30

## SICK TIME CARD

NAME ___Dee Moldenhauer___

DATE ___4-18-03___

SICK FROM ___0800___ TO ___1600___

TOTAL HOURS ___8___

REASON ___Sick___

TIME CALL RECEIVED: ___2310___

PERSON MAKING CALL: ___Chris___

AUTHORIZED BY ___Rhoth___    APPROVED BY _____

DENIED BY _____

## SICK TIME CARD

NAME ___DEE M.___

DATE ___3-21-03___

SICK FROM ___0800___ TO ___1600___

TOTAL HOURS ___8___

REASON ___IN PAIN___

TIME CALL RECEIVED: ___23:39___

PERSON MAKING CALL: ___DEE - SAID CHRIS WAS POSSIBLY GOING TO TAKE HER TO ER.___

AUTHORIZED BY ___Angi___    APPROVED BY _____

DENIED BY _____

## SICK TIME CARD

NAME ___Dee Moldenhauer.___

DATE ___2-27-03___

SICK FROM ___0800___ TO ___1600___

TOTAL HOURS ___8___

REASON ___Severe PAIN, taking pain medinati___

TIME CALL RECEIVED: ___0530___

PERSON MAKING CALL: ___Dee.___    Exhibit N

31