**TAZEWELL / PEKIN CONSOLIDATED COMMUNICATIONS CENTER**

# Memo

**To:** All T/PCCC Board members

**From** Steven F. Thompson

**Date** March 26, 2003

**REF** Dee Moldenhauer Work Attendance

**HISTORY**

1999- Missed 5 Months and 13 Days Unfit for Duty
2000- Missed entire year- Unfit for Duty
2001- Missed 25 Days
2002- Missed 34 Days
2003- has missed 4 days since 20-day suspension & will be leaving ½ Day on Friday

**Discipline**

Dates →

| | |
|---|---|
| 080201 | Verbal Warning for Patterned Illness |
| 042602 | Written Reprimand –Missed 32 Days in last 12 Month period |
| 051602 | Suspended for 1 day after missing two additional days since Written Warning |
| 110602 | Suspended for 5 days after missing additional 15 days after first suspension |
| 011603 | suspended for 20 days after missing 4 additional days since last suspension |
| 032603 | Grievance step two on Suspensions-has now missed 4 additional days sine 20 days Suspension |

Steven F. Thompson
Director

● Page 1

EXHIBIT