Tazewell / Pekin Consolidated
Communications Center



Docket #
302 7594A

414 Margaret Street  April 26, 2002
Pekin, IL 61554

To: Telecommunicator Denise Moldenhauer

Fr: Steven F. Thompson

Re: Written Reprimand

    This correspondence shall serve as written reprimand for excessive absences from work. In the past twelve months you have been off on "sick status" a total of thirty-two (32) days. This is excessive! These excessive absences not only make it difficult to manage an organization such as this, but it places an undue burden on your fellow employees. As a reminder several of these sick days have been taken in conjunction with your days off, for which you have been previously warned.

    Should this pattern of excessive absences continue, the management shall reserve the right to place you on sick verification for each day missed. Remember that sick leave is a benefit not a right!

Steven F. Thompson
Director

Cc: Personnel File
    Chief Gillespie, Chairman

Exhibit P

35