Tazewell / Pekin Consolidated
Communications Center



414 Margaret Street
Pekin, IL 61554

Docket #
302759A

May 16, 2002

To: Telecommunicator Denise N. Moldenhauer

Fr: Steven F. Thompson

Re: Suspension from Duty

    Having given much thought into the matter after yesterdays pre-disciplinary meeting I have decided to suspend you from duty for one (1) day. My original thoughts were a three-day suspension.
    This correspondence shall serve as written notice of your suspension from duty. This suspension from duty shall be for a period of one (1) day and shall be effective from 12:01 AM Tuesday, May 28, 2002 until 11:59 PM May 28, 2002.
    This suspension from duty is due to excessive absences from work. Each subsequent absence shall be investigated on a case-by-case basis. Please note that should the pattern of excessive absences from work continue you can expect further progressive disciplinary actions, up to and including discharge.

Steven F. Thompson
Director

cc: Personnel File
    Chief Gillespie, Chairman

Exhibit Q

36