E-FILED
Tuesday, 15 August, 2006 04:24:26 PM
Clerk, U.S. District Court, ILCD

**TAZEWELL / PEKIN CONSOLIDATED COMMUNICATIONS CENTER**

# Memo

**To:** Denise Moldenhauer

**From** Steven F. Thompson

**Date** November 6, 2002

**REF** Suspension from Duty

This correspondence shall serve as written notice of your suspension from duty. This Suspension from duty shall be for a period of (5) five working days, and shall be effective from 12:01AM Thursday, November 7, 2002 through 11:59 PM Wednesday, November 13, 2002.
This suspension from duty is due to excessive absences from work.
Please note that should the pattern of excessive absences from work continue, you can expect further progressive disciplinary action, up to and including discharge.

Steven F. Thompson
Director

Cc: Personnel file

Page 1

Exhibit R   37