**E-FILED**
Tuesday, 15 August, 2006  04:25:34 PM
Clerk, U.S. District Court, ILCD



Tazewell / Pekin Consolidated Communications Center
1130 Koch St. Pekin, IL 61554 • Office (309) 478-5410 • Fax (309) 477-2302

*Docket #*
*3027594A*

January 16, 2003

To: Telecommunicator Denise Moldenhauer

Fr:  Steven F. Thompson

Re: Suspension from Duty

 This correspondence shall serve as written notice of your suspension from duty. This suspension from duty shall be for a period of twenty (20) working days. This suspension shall be effective from 12:01AM January, 17,2003 until 11:59PM February 13,2003.
 This suspension from duty is due to continued patterned absences from work.
 Please note that should the pattern of excessive absences from work continue, further action may result, up to and including discharge.

Steven F. Thompson, ENP
Director

Exhibit S

38