

**Tazewell / Pekin Consolidated Communications Center**
1130 Koch St. Pekin, IL 61554 • Office (309) 478-5410 Fax (309) 477-2302

Docket A
30278594A

April 24, 2003

To: Denise Moldenhauer

Fr: Steven F. Thompson

Re: Letter of Termination

    This correspondence shall serve as written notice of your termination of employment with the Tazewell/Pekin Consolidated Communications Center. Much thought has entered into this decision both on my part and that of the Board of Directors. The administration has repeatedly warned you of the problems of sick time abuse and excessive absences, which have continued for many years. The Tazewell/Pekin Consolidated Communications Center has attempted to correct the problem, following the contractual obligations of progressive discipline. All of these measures seem to be of no avail, the situation still continues. This being said the Tazewell/Pekin Consolidated Communications Center administration and directors feel that we have no choice but to terminate the employee/employer relationship with you effective immediately.

Steven F. Thompson, ENP
Director

Exhibit T

39