EEOC FORM 131 (5/01)

## U. S. Equal Employment Opportunity Commission

| | |
|---|---|
| CEO/LEGAL REPRESENTATIVE<br>TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER<br>1130 KOCH STREET<br>Pekin, IL 61554 | PERSON FILING CHARGE<br>Denise N. Moldenhauer<br><br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>EEOC CHARGE NO.<br>210-2003-34436 |

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[ ] Title VII of the Civil Rights Act        [X] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act    [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by  24-SEP-03  a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for Information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by ___ to ___
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

**Gloria Mayfield, Investigator**
EEOC Representative
Telephone: **(312) 353-0906**

Chicago District Office
500 West Madison St
Suite 2800
Chicago, IL 60661

Enclosure(s): [X] Copy of Charge

### CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE  [X] DISABILITY  [ ] RETALIATION  [ ] OTHER

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| Aug 20, 2003 | John P. Rowe, District Director | /s/ John P. Rowe |

Exhibit U

CP 00001

| EEOC Form 5 (5/01) | | | |
|---|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>210-2003-34436 | |

|  | Illinois Department Of Human Rights | | and EEOC |
|---|---|---|---|
| | State or local Agency, if any | | |

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Denise N. Moldenhauer | Home Phone No. (Incl Area Code)<br>(309) 353-5364 | Date of Birth<br>04-29-1955 |
|---|---|---|
| Street Address<br>2110 Valentine Ave., Pekin, IL 61554 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER | No. Employees, Members<br>Unknown | Phone No. (Include Area Code)<br>(309) 346-3132 |
|---|---|---|
| Street Address<br>1130 Koch Street, Pekin, IL 61554 | City, State and ZIP Code | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br>☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 01-01-1999    Latest: 04-18-2003<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed at Respondent as a 911 Dispatcher. Since 1998, Respondent has been aware that I suffer with a disabling mental condition. My supervisor has repeatedly subjected me to harassment in connection with that disability by engaging in conduct intended to make me feel unnecessarily uncomfortable. Since in or about July 2001, my supervisor has refused my requests to take my pain medications at work for a chronic physical condition that causes pain of a disabling nature. As a result of Respondent's failure to give me a reasonable accommodation, I was forced to take off work when I suffered with intense pain that required medication. On May 24, 2002, I applied for leave under the Family Medical Leave Act, however, Respondent failed to give me a response. Between March 13, 2002 and April 18, 2003, I was subjected to numerous disciplinary actions for absences taken in connection with my disability. I was terminated on April 18, 2003.

I believe I was discriminated against on the basis of disability, in violation of the Americans with Disabilities Act of 1990.

AUG 18 2003

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Aug 7, 03       /s/ Denise N Moldenhauer<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

Exhibit U
CP 00002

# Notice To Respondents

## Read This Notice Immediately Upon Receipt

In response to feedback from representatives of the Respondent community, the Chicago District Office has further modified its charge investigation and resolutions' procedures. Input from business representatives has focused on two requests: that EEOC should complete its investigations more expeditiously, and that ADR methods are made more available to support quick, amicable charge resolutions where appropriate. In order to meet these needs, our procedures will change, with respect to all charges filed on or after October 1, 1998. Meeting these goals is a shared effort. In order that the parties may benefit from more timely and helpful service from us, all parties must bear their own responsibilities as participants in the charge investigation/resolution process. We direct your attention to the following information regarding your obligations, some of which may be new to you.

### A. Charge Investigation

Enclosed with this Notice is a "Notice of Charge of Discrimination," which includes instructions regarding your response to the charge. Although responses indicated on that document are mandatory, you may at any time submit evidence and/or statements of position in response to the charge. We encourage you to make the earliest possible submission, both because evidence made available immediately is generally more credible than that produced reluctantly, and because an early response generally will aid us in resolving charges expeditiously.

Instructions for the required response to the charge are contained in three numbered entries on the Notice of Charge. These remarks relate to those entries.

   **1. No required action** - This may be indicated on your Notice of Charge for a number of reasons. Generally, the Commission has determined to proceed with the investigation in some manner other than a written request for a response in writing. In this event, you should expect to be contacted soon by the Commission Representative with specific requests, for example, to produce certain witnesses for an interview or to arrange access to your facility. Again, note that this in no way prohibits you from submitting other statements or evidence, all of which will be considered.

   **2. Statements of Position** - Where this request is indicated, it is necessary for you to provide a **substantive statement** of your position in response to the allegations made against your organization. We have extended the due date for this statement to 30 days from issuance of the Notice of Charge. Frequently, you will be able to submit your response in a shorter time, and we strongly encourage you to make the earliest possible submission, for the reasons given above. Thus, 30 days is not a standard response time, but rather the maximum allowable time period; in light of this expanded response time, <u>requests for extensions of the response time will not be entertained</u>. You should also note that the Notice of Charge requires that your <u>statement be accompanied by the documentary evidence</u> supporting each of your assertions. In appropriate situations, this may include affidavits of management officials of your organizations, but often business records will serve this purpose. Note, however, that only statements which are (1) substantive (rather than mere denials of allegations), (2) timely submitted, and (3) adequately supported by evidence are responsive to this request. Failure to provide a responsive submission subjects Respondent to certain possible consequences. First, we may draw an inference from non-responsiveness that the charge is true, and issue such findings based on the charge and the lack of rebuttal. Alternatively, we may proceed against your organization as a non-cooperating Respondent, by issuing subpoenas for the testimony of officials and the production of records.

# INFORMATION SHEET ON CHARGES OF DISCRIMINATION

## EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's Procedural Regulations provides that persons charged with employment discrimination, such as yourself, may submit a statement of position or evidence with respect to the allegations contained in this charge.

EEOC's Recordkeeping and Reporting Requirements are set forth at Title 29, Code of Federal Regulations (CFR), Part 1602 (see particularly Section 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge (for ADEA charges, this notice constitutes the written request set out in Part 1627 for respondents to preserve records relevant to the charge -- the records to be retained are as described in Section 1602.14, as cited below, and should be kept for the periods described in that section). Parts 1602, 1620 and 1627 also prescribe record retention periods -- generally, three years for basic payroll records and one year for personnel records. Questions regarding retention periods and the types of records to be retained should be resolved by reference to the regulations.

**Section 1602.14 Preservation of records made or kept.** ....Where a charge of discrimination has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the employer shall preserve all personnel records relevant to the charge or the action. The term "personnel records relevant to the charge," for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates for the same position as that for which the aggrieved person applied and was rejected. The date of "final disposition of the charge or the action" means the date of expiration of the statutory period within which the aggrieved person may bring an action in a U.S. District Court or, where an action is brought against an employer either by the aggrieved person, the Commission, or by the Attorney General, the date on which such litigation is terminated.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it shall be an unlawful employment practice for an employer to discriminate against any of his/her employees or applicants for employment, for an employment agency to discriminate against any individual, or for a labor organization to discriminate against any member thereof or applicant for membership, because s/he has opposed any act or practice made unlawful by these statutes, or because s/he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under these statutes. The Equal Pay Act of 1963 contains similar provisions. Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with any person because s/he has exercised or enjoyed, or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. Note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

## NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although it is not necessary that you be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you are represented by an attorney we request that you provide the Commission with your attorney's name, address, and telephone number, and that you ask your attorney to write to the Commission confirming such representation.

(reverse side of EEOC Form 131/131-A)

Exhibit U
CP 00004