**E-FILED**
Tuesday, 15 August, 2006  04:58:43 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| **DENISE N. MOLDENHAUER,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-CV-1169** |
| | ) | |
| TAZEWELL-PEKIN CONSOLIDATED | ) | |
| **COMMUNICATIONS CENTER; CITY OF** | ) | |
| PEKIN; TAZEWELL COUNTY; STEVEN F. | ) | |
| THOMPSON; DAVID TEBBEN; JAMES | ) | |
| UNSICKER, ROBERT HUSTON; and | ) | |
| TIMOTHY GILLESPIE, | ) | |
| **Defendants.** | ) | |

## EXHIBITS TO MOTION OF TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER FOR SUMMARY JUDGMENT

1. Deposition of Robert Huston

2. Deposition of James Unsicker

3. Deposition of Steven F. Thompson

4. Deposition of David Tebben

5. Deposition of Timothy Gillespie

6. Deposition of Denise N. Moldenhauer

7. Deposition exhibit #5 from Thompson Deposition.

8. Affidavit of Steven F. Thompson, which includes exhibits marked as A (T/PCCC's Articles of Incorporation, By-Laws, and Intergovernmental Agreement), B (plaintiff's sick cards and attendance records which were tendered to plaintiff as an attachment to Request to Produce document filed on May 3, 2006)  C  (T/PCCC's Standard Operating Procedure for sick call in policy) and D (Rule 227).

TAZEWELL-PEKINCONSOLIDATED COMMUNICATIONS CENTER; TAZEWELL COUNTY, ILLINOIS; STEVEN F. THOMPSON, JAMES UNSICKER and ROBERT HUSTON, Defendants


By___/S/Darin LaHood_____
                Darin M. LaHood
            For Miller, Hall & Triggs

Patrick A. Murphey
Darin M. LaHood
Miller, Hall & Triggs
416 Main Street, Suite 1125
Peoria, IL  61602-1161
(309) 671-9600