# Westlaw.

```
11605841201                                                                    Page 1



11605841201
                          CORPORATE RECORDS & BUSINESS REGISTRATIONS



This Record Last Updated:     06/10/2006
Database Last Updated:        07-27-2006
Update Frequency:             DAILY
Current Date:                 07/28/2006
Source:                       AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL
                              SOURCE

                                     COMPANY INFORMATION



Name:                         TAZEWELL/PEKIN CONSOLIDATED COMMUNICATIONS CENTER


                                     FILING INFORMATION



Identification Number:        50970728
Filing Date:                  08/26/1976
State of Incorporation:       ILLINOIS
Date Incorporated:            08/26/1976
Duration:                     PERPETUAL
Status:                       GOOD STANDING
Corporation Type:             NON-PROFIT
Business Type:                CORPORATION

Where Filed:                  SECRETARY OF STATE/CORPORATIONS DIVISION
                              350 HOWLETT BLDG
                              SPRINGFIELD, IL 62756


                                  REGISTERED AGENT INFORMATION



Name:                         STEVEN F THOMPSON
Address:                      1130 KOCH ST
                              PEKIN, IL
Appointed Date:               01/16/2003

                                       TAX INFORMATION
```

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

11605841201                                                                                              Page 2

Corporate Tax Details:
    Annual   Report   07/25/2005
    Filed:

          Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
           to order copies of documents related to this or other matters.
                            Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE
OFFICIAL RECORD.  CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.