TAZEWELL/PEKIN  ..BINED COMMUNICATION CENTER

JOINT PUBLIC SAFETY COMMUNICATIONS SYSTEM AGREEMENT

This agreement is entered into by the County of Tazewell, Illinois (hereinafter Tazewell) and the City of Pekin, Illinois, (hereinafter Pekin).

   A. There is a need by local governments within Tazewell County for a centralized public safety communications system.

   B. Such a public safety communications system would be of value to the parties individually and mutually.

   C. A centralized public safety communications system can adequately serve the needs of the local governments within Tazewell County.

   D. Article VII, Section 10 of the 1970 Constitution of the State of Illinois authorizes joint exercise by two or more local governments of any power common to them.

   E. It is the desire of the parties to jointly provide for and maintain a centralized public safety communications system for their mutual advantage and concern.

NOW, THEREFORE, it is agreed by the parties as follows:

   1. <u>Venture established</u>. Pursuant to the joint powers authorization of the Illinois Constitution, the parties hereby federate together in a cooperative venture for the joint and mutual operation of a centralized public safety communication system, to be known as "Tazewell/Pekin Combined Communication Center", (hereinafter TPCCC), and said venture shall be incorporated as a Not-for-Profit Corporation pursuant to the Illinois General Not-for-Profit Corporation Act.

   2. <u>By-Laws</u>. TPCCC shall be subject to and shall be governed by certain corporate By-Laws, adopted by the Not-for-Profit Corporation, following approval of and recommendation by the corporate authorities of Tazewell and Pekin.

   3. <u>TPCCC Participation</u>. Tazewell and Pekin are the members of TPCCC and are entitled to the rights and privileges, and subject to the obligations, of membership. Limited participation may be conferred upon other local governments which contract to receive services from TPCCC, to the extent that such limited participation is authorized by the By-Laws of TPCCC.

4. **Termination.** The right of the parties to terminate this agreement will be that specified in the By-Laws.

5. **Powers.** TPCCC shall have the power, in its own name, to enter into contracts; to acquire, hold and dispose of property, both real and personal; and to incur debts, liabilities, or obligations necessary for the accomplishment of its purpose, provided no such contract, purchase, debt, liability or obligation shall be binding upon Tazewell or Pekin except those which are incurred in a manner authorized by the By-Laws and consistent with the annual budget of TPCCC. TPCCC shall not have the power to eminent domain or the power to levy and collect taxes.

6. **Amendment.** This agreement may not be amended, except by written agreement and resolution of the corporate authorities of Tazewell and Pekin. Nor may those portions of the By-Laws of the Not-for-Profit Corporation which relate to finances be amended without prior approval by and recommendation of said corporate authorities.

7. **Authorizing Ordinance.** Prior to the execution of this agreement, Tazewell and Pekin shall deliver to each other certified copies of ordinances or resolutions authorizing and directing the execution of this agreement and approving the corporate By-Laws.

8. **Additional Membership.** The parties to this agreement do not foresee additional municipalities becoming signatory hereto. It is, however, agreed that TPCCC may contract services to other governmental entities.

9. **Effective Date.** This agreement shall become effective when signed by the proper authorities of Tazewell and Pekin.

IN WITNESS WHEREOF, the undersigned have set their signature on this 7th day of July, 1976. This document shall be signed in duplicate originals.

COUNTY OF TAZEWELL
BY: _____
CHAIRMAN, Tazewell County Board

ATTEST:
_____
County Clerk
Date: July 22, 1976

CITY OF PEKIN
BY: _____
Mayor of Pekin

ATTEST:
_____
City Clerk
Date: 7/7/76