MAY-01-2006 08:35 AM

## TAZEWELL/PEKIN CONSOLIDATED COMMUNICATIONS CENTER

### STANDARD OPERATING PROCEDURES

| CATEGORY | 100 | Administrative Order | S.O.P. # 98-ADM-01 |
|---|---|---|---|
| SECTION | Sick Time | Sick Time Calls | AUTHORIZED BY: S.F. Thompson |
| TOPIC | 01 | Guidelines for Sick Time Calls | EFFECTIVE DATE: 2/6/98 |

The procedure below shall be followed when an employee calls off sick for work :

1. The call shall be taken by the Supervisor or Acting Supervisor on duty

2. The supervisor shall determine what the problem is / why the employee is calling in sick. This information shall be noted on the Sick Time Card. (Example : flu, bad cold, stomach ache.... )

3. The Supervisor/Acting Supervisor shall fill out a Sick Time card. The card shall include the employees name, hours missed due to call off, illness, time call was received, who made the call in, and signature of supervisor/ Acting supervisor who took the call. (See example of card below)

4. The card shall be placed in the Directors mailbox.

5. Should an employee not be able to give a reason why he/she is calling off, the employee will not be compensated .

**SEE EXAMPLE BELOW**

SICK ~~OVERTIME~~ CARD

NAME  Employee, Good

DATE  2/3/98

Sick ~~OVERTIME~~ FROM  8AM    TO  4PM

Sick ~~OVERTIME~~ AM'T   8 Hours

REASON   Flu

Time Received 06:05

called in by mother

AUTHORIZED BY  SuperVisor        APPROVED BY _____

DENIED BY _____

1. No employee shall fail to immediately report, in writing, all damage to T/PCCC equipment, or to file such reports which contain all known facts surrounding the cause and nature of the damage. In the event that T/PCCC property is found bearing evidence of damage which has not been reported, it may be prima facie evidence that the last person using the property was responsible.
2. No employee shall fail to promptly report to a supervisor or his designated agent, the loss or damage of any T/PCCC property or equipment that has been furnished the individual.

### 224  UNAUTHORIZED PERSONS IN T/PCCC

No employee shall allow unauthorized person to loiter in the T/PCCC. Unauthorized persons are those who are not police, fire, ems personnel, or on official (authorized) business.

### 225  DUTY TO READ / UNDERSTAND AND COMPLY WITH ORDERS, LAWS AND ORDINANCES

No employee shall fail to read, understand, or comply with all rules and regulations, general and special orders, policies and procedures of the T/PCCC, written or verbal orders of a superior. To this end, it shall be considered Neglect of Duty to fail to inquire of a superior, until the matter is resolved, any question as to the meaning or application of any law, statutes or ordinances, rule or regulation, general or special order, policy or procedure, written or verbal order.

### 226  TRUTHFULNESS / COOPERATION

All employees shall testify, make reports and conduct T/PCCC business in a truthful and/or cooperative manner.

### 227  ILLNESS / CONDITION (PHYSICAL / MENTAL) SICK LEAVE

No employee shall fail to notify a superior when one becomes ill and can not report to work, or if there is any change in one's physical or mental health that could disqualify the individual from properly performing assigned duties. Additionally, the use of sick leave without cause, false statement, or the furnishing of false information with reference thereto by any member or employee of the T/PCCC is prohibited.

### 228  ABSENCE FROM WORK

No employee shall be absent from work without permission, or abstain wholly or in part from the full performance of one's duties in one's normal manner without permission. To this end, employees claiming physical or mental incapacity relating to their employment shall honor the request of the Director, or his designated agent, to be periodically interviewed as to the nature and extent of a claimed injury or illness and/or submit to any examination of the claimed physical or mental incapacity. The examining party must be licensed by the State of Illinois to conduct such examination and it shall be made totally available both to the employee and the Director. Failure to honor such a request of the Director or his designated agent shall be violative of this rule.

### 229 RESIDENCE – TELEPHONE / ADDRESS

1. All employees shall maintain a telephone at their place of residence or have an active cell phone.

2. All employees shall notify their Supervisor, in writing, of any changes in address or telephone number within twenty-four (24) hours of such changes.

### 230 OFF- DUTY EMPLOYMENT

No employee shall engage in outside employment in violation of any law or which tends to be detrimental to the image of an employee of theT/PCCC.

### 231 GIFTS - SOLICITATION / ACCEPTANCE

1. No employee shall solicit or accept any gift or gratuity or purchase from or sell to any person if they know or have reason to believe that said person is seeking to influence the employee's performance or non-performance of an official duty; has an interest which may be substantially affected by the performance of an official duty.

2. No employee shall accept or receive any fee or reward from any source for any services rendered in the line of duty without the knowledge and written consent of the Director.

3. No employee shall accept from any person, money or other compensation for damages sustained, or expenses incurred in the line of duty, without proper process and approval of the T/PCCC Attorney.

### 232 ON/OFF DUTY CONDUCT-MORALE/EFFICIENCY/IMAGE/PUBLIC CONFIDENCE