**E-FILED**
Monday, 21 August, 2006  04:16:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

DENISE N. MOLDENHAUER,

      Plaintiff,

  vs.

TAZEWELL-PEKIN CONSOLIDATED
COMMUNICATIONS CENTER; CITY OF
PEKIN, ILLINOIS; TAZEWELL COUNTY,
ILLINOIS; STEVEN F. THOMPSON;
DAVID TEBBEN; JAMES UNSICKER;
ROBERT HUSTON; and TIMOTHY
GILLESPIE,

      Defendants.

Case No. 04-CV-1169

### NOTICE OF SERVICE

      The undersigned certifies that a true and correct copy of the following document, along with a copy of this Notice, was sealed in a postage prepaid envelope addressed as set forth below and deposited in the U.S. Mail at Peoria, Illinois, on the 21st day of August, 2006.

    Document:   *Plaintiff's Response to Request to Admit Pursuant to Court Order*

To:  Jeffrey E. Krumpe
     Patrick A. Murphey
     Darin M. LaHood
     Miller, Hall & Triggs
     416 Main Street, Suite 1125
     Peoria, IL 61602
     **Counsel for Tazewell-Pekin Consolidated Communications Center; Tazewell County, Robert Huston; Steven Thompson & James Unsicker**

Bradford B. Ingram
John K. Kim
Heyl, Royster, Voelker & Allen
124 S.W. Adams, Suite 600
Peoria, IL 61602
**Counsel for City of Pekin, David Tebben & Timothy Gillespie**

**VONACHEN,
LAWLESS, TRAGER
& SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

      The original of said document was not filed with the Court but retained by the undersigned pursuant to Local Rule, and this Notice was filed electronically with the Clerk of the

U.S. District Court, Central District of Illinois, and a copy of same was served electronically or

was delivered by other means upon the attorneys of record on the 21st day of August, 2006.

s/JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:      (309) 676-8986
Fax:     (309) 676-4130


o:\jas\clients\moldenhauer\nos5

**VONACHEN,
LAWLESS, TRAGER
& SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986