E-FILED
Thursday, 31 August, 2006 11:48:13 AM
Clerk, U.S. District Court, ILCD

**U.S. Department of Labor**   Employment Standards Administration
Wage and Hour Division
509 W. Capitol, Suite #205
Springfield, IL 62704-1929
Telephone: (217) 492-4922
Fax:         (217) 492-4910

November 26, 2002

Mr. Patrick A. Murphey
Law Offices of Miller, Hall & Triggs
Commerce Bank Building
416 Main St., Suite 1125
Peoria, IL 61602

RE: Tazewell-Pekin Consolidated Communications Center (Tazcom)

Dear Mr. Murphey:                                    **EXEMPTION 7(C)**

The recent investigation of your client named above was conducted by Investigator ██████ under the Family and Medical Leave Act (FMLA). It covered the period from January 1, 2001 through November 11, 2002. The investigation disclosed that Tazcom was covered under the requirements of the FMLA.

Because the investigation findings support the fact that a joint employment relationship existed with the above named entity and Tazwell County and the City of Pekin, over 50 employees were jointly employed with Tazcom; therefore, eligible employees are entitled to the FMLA's leave entitlements. The investigation disclosed violations of Sections 102 and 105 of the FMLA and 29 CFR Part 825, resulting from the failure to designate employees' leave as FMLA qualifying, discriminating against employees for taking FMLA qualifying leave, and requiring medical documentation in fewer than the 15 calendar days required by FMLA.

Investigator Burwell advised me that future compliance with all the provisions of the FMLA has not been assured and has recommended that I take further action. Prior to taking further action, I would like to discuss this case with you. District Director Henry Rodriguez and I will make ourselves available for you for this purpose on Thursday, December 12, 2002 at 10:00 a.m. at the Peoria, IL Field Office located at 2918 W. Willow Knolls Dr., Suite D, Peoria, IL 61614. Please let me know promptly if another time or date would be more convenient.

If you have any questions about the investigation or about any aspect of the FLSA, please do not hesitate to contact me. Thank you.

Sincerely,

*Jim Yochim*
Jim Yochim
Assistant District Director

CC: Steve Thompson

*For National Office Home Page Information: Http://www.dol.gov*

*Working for America's Workforce*

11

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #1 (p. 1 of 3)

## Henry Rodriguez

**From:** Henry Rodriguez [henryr@chi.dol-esa.gov]
**Sent:** Monday, January 06, 2003 11:32 AM
**To:** 'patrick.murphey@mhtlaw.com'
**Cc:** '1Burwell Greg'; '1 Myself'
**Subject:** Tazcom

## EXEMPTION 7(C)

Mr. Murphey:

On December 12th you met with Investigator ████████ll, Assistant District Director Jim Yochim and me regarding the Family and Medical Leave Act case involving your client, Tazcom. As a result of our discussion itt was agreed that you would attempt to discuss this matter with the states attorney and with officials from the City of Pekin and County of Tazewell. Specifically, I was concerned that Tazcom had not been communicating with city and county officials regarding this case. In my view it is important that they be involved since if this matter were to proceed to litigation I would strongly recommend that Pekin and Tazewell be named as defendants.

If we are going to resolve this matter on an administrative basis we need to resolve it promptly. Now that the holidays are over I trust you will be able to complete your consultations and get back to me NLT Monday, January 13th.

Sincerely,

*Henry Rodriguez*
District Director - Springfield, IL District Office
Wage and Hour Division, USDOL
217/492-4920
henryr@chi.dol-esa.gov

p.s. I also left you a voice mail this morning

1    10

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #1 (p. 2 of 3)

January 8, 2003

Henry Rodriguez
(henryr@chi.dol-esa.gov)
District Director U.S.D.O.L.

Subject:     Taz-Com

Dear Director Rodriguez:

    I appreciate your efforts, enabling me to communicate your position concerning application of the FMLA to Taz-Com, to Taz-Com's Board, and to the County of Tazewell, the Tazewell County Sheriff, the State's Attorneys office, and the City of Pekin. My client has instructed me to report that there is no change to its position, and thus, no basis for an administrative resolution of the issues.

                              Sincerely,

                              Patrick A. Murphey
                              For Miller, Hall & Triggs

PAM:ams

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #1 (p. 3 of 3)

**WILLOCK WARNING & CO., P.C.**
CERTIFIED PUBLIC ACCOUNTANTS

1491 VALLE VISTA
PEKIN, ILLINOIS 61554

TELEPHONE (309) 347-3152

July 10, 2001

Steve Thompson, Operations Supervisor/Manager
Tazewell/Pekin Consolidated Communications
 Center
400 Margaret Street
Pekin, IL   61554

Dear Steve:

Enclosed are four (4) copies of the Tazewell/Pekin Consolidated Communications Center's financial statements for the year ended April 30, 2001.

A copy of this report has been distributed to the City of Pekin's City Clerk and the Finance Director.

If you have any questions, please feel free to contact me.

Yours very truly,

WILLOCK WARNING & CO., P.C.

James Warning, CPA

Enclosures, as above
JW/dl
cc: City of Pekin Clerk
    City of Pekin Finance Director

**COPY**

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #2 (p. 1 of 11)

TAZEWELL/PEKIN CONSOLIDATED
COMMUNICATIONS CENTER

FINANCIAL STATEMENTS

APRIL 30, 2001

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #2 (p. 2 of 11)

TAZEWELL/PEKIN CONSOLIDATED COMMUNICATIONS CENTER

TABLE OF CONTENTS

INDEPENDENT AUDITOR'S REPORT

|  | STATEMENT |
|---|---|
| BALANCE SHEET | 1 |
| STATEMENT OF REVENUE, EXPENDITURES, AND CHANGES IN RETAINED EARNINGS | 2 |
| STATEMENT OF CASH FLOWS | 3 |
| NOTES TO THE FINANCIAL STATEMENTS | |

|  | SCHEDULE |
|---|---|
| SCHEDULE OF REVENUES-BUDGET AND ACTUAL | A |
| SCHEDULE OF EXPENDITURES-BUDGET AND ACTUAL | B |

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #2 (p. 3 of 11)

**WILLOCK WARNING & CO., P.C.**
CERTIFIED PUBLIC ACCOUNTANTS

1491 VALLE VISTA
PEKIN, ILLINOIS 61554

TELEPHONE (309) 347-3152

## INDEPENDENT AUDITOR'S REPORT

To the Board of Directors
Tazewell/Pekin Consolidated
Communications Center

We have audited the accompanying general purpose financial statements of the Tazewell/Pekin Consolidated Communications Center, a component unit of the City of Pekin, Illinois, as of and for the year ended April 30, 2001, as listed in the table of contents. These financial statements are the responsibility of the Organization's management. Our responsibility is to express an opinion on these general purpose financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the general purpose financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the general purpose financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall general purpose financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the general purpose financial statements referred to above present fairly, in all material respects, the financial position of the Tazewell/Pekin Consolidated Communications Center as of April 30, 2001, and the results of its operations and cash flows for the year then ended in conformity with generally accepted accounting principles.

Our audit was made for the purpose of forming an opinion on the general purpose financial statements taken as a whole. The schedules of revenues and expenditures listed in the table of contents are presented for purposes of additional analysis and are not a required part of the general purpose financial statements of the Tazewell/Pekin Consolidated Communications Center. Such information has been subjected to the auditing procedures applied in the audit of the general purpose financial statements and, in our opinion, is fairly presented in all material respects in relation to the financial statements taken as a whole.

*Willock Warning & Co, PC*
WILLOCK WARNING & CO., P.C.

July 5, 2001

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #2 (p. 4 of 11)

STATEMENT 1

TAZEWELL/PEKIN CONSOLIDATED COMMUNICATIONS CENTER

BALANCE SHEET

APRIL 30, 2001

ASSETS
Current assets:
|  |  |
|---|---:|
| Cash | $ 113,394 |
| Investments | 9,323 |
| Accounts receivable | 4,018 |
| Prepaid expenses | 4,355 |
| Total current assets | 131,090 |

Fixed assets:
|  |  |
|---|---:|
| Communications equipment | 933,469 |
| Office equipment | 48,186 |
| Communication center | 119,279 |
| Total, at cost | 1,100,934 |
| Accumulated depreciation | (560,483) |
| Total fixed assets | 540,451 |
| Total assets | $ 671,541 |

LIABILITIES AND FUND EQUITY
Current liabilities:
|  |  |
|---|---:|
| Accounts payable | $ 5,281 |
| Accrued wages | 25,613 |
| Total current liabilities | 30,894 |

Fund equity:
|  |  |
|---|---:|
| Retained earnings | 640,647 |
| Total liabilities and fund equity | $ 671,541 |

See accompanying notes to the financial statements.

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #2 (p. 5 of 11)

STATEMENT 2

TAZEWELL/PEKIN CONSOLIDATED COMMUNICATIONS CENTER

STATEMENT OF REVENUE, EXPENDITURES, AND
CHANGES IN RETAINED EARNINGS

YEAR ENDED APRIL 30, 2001

| | |
|---|---:|
| **REVENUES:** | |
| City of Pekin | $ 437,192 |
| Tazewell County | 242,219 |
| Other governmental entities | 160,161 |
| Private businesses | 30,788 |
| Other revenues | 1,971 |
| Total operating revenues | 872,331 |
| **OPERATING EXPENSES:** | |
| Salaries and employees benefits | 746,203 |
| Administrative and equipment costs | 119,633 |
| Depreciation | 56,082 |
| Total operating expenses | 921,918 |
| Net loss from operations | (49,587) |
| **NON-OPERATING REVENUE:** | |
| Interest earnings | 19,411 |
| Net loss | (30,176) |
| **RETAINED EARNINGS:** | |
| Balance, beginning of year | 670,823 |
| Balance, end of year | $ 640,647 |

See accompanying notes to the financial statements.

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #2 (p. 6 of 11)

STATEMENT 3

TAZEWELL/PEKIN CONSOLIDATED COMMUNICATIONS CENTER

STATEMENT OF CASH FLOWS

YEAR ENDED APRIL 30, 2001

| | |
|---|---:|
| OPERATING ACTIVITIES: | |
|   Net loss | $ (30,176) |
|   Adjustments to reconcile net loss to | |
|    net cash provided by operating activities: | |
|     Depreciation | 56,082 |
|     Changes in operating assets and liabilities: | |
|      Decrease in investments | 72,090 |
|      Decrease in accounts receivable | 80,654 |
|      Increase in prepaid expenses | (4,355) |
|      Increase in accounts payable and | |
|       accrued wages | 8,582 |
| Net cash provided by operating activities | 182,877 |
| INVESTING ACTIVITIES: | |
|   Purchase of fixed assets | (275,252) |
| Net decrease in cash | (92,375) |
| Cash, beginning of year | 205,769 |
| Cash, end of year | $ 113,394 |

See accompanying notes to the financial statements.

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #2 (p. 7 of 11)

TAZEWELL/PEKIN CONSOLIDATED COMMUNICATIONS CENTER

NOTES TO THE FINANCIAL STATEMENTS

APRIL 30, 2001

NOTE 1 - **NATURE AND PURPOSE OF ORGANIZATION**

Tazewell/Pekin Consolidated Communications Center (the "Center") is a non-profit corporation formed under the General Not-for-Profit Corporation Act of the State of Illinois and primarily organized for the purpose of providing a centralized public safety communications system for the mutual benefit of the County of Tazewell and the City of Pekin, Illinois. For financial statement reporting purposes, the City of Pekin considers the Center a discrete component unit and is reported on the City's combined financial statements.

NOTE 2 - **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

(a) Basis of Accounting
The accrual basis of accounting, under which expenditures are recorded when the liability is incurred and revenues are recorded when received or when measurable and available to finance the Center's operations is followed.

(b) Fixed Assets
All fixed assets are valued at historical cost. Communications equipment is being depreciated over an estimated useful life of ten years. Office equipment is being depreciated over an estimated useful life of twenty years.

(c) Budget
The Center's budget is prepared on the modified accrual basis as required by generally accepted accounting principles. Therefore, the schedules of revenues and expenditures budget and actual (Schedule A and B) have been prepared on a basis consistent with and comparable to the legally adopted budget.

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #2 (p. 8 of 11)

TAZEWELL/PEKIN CONSOLIDATED COMMUNICATIONS CENTER

NOTES TO THE FINANCIAL STATEMENTS

<u>APRIL 30, 2001</u>

NOTE 3 - <u>CHANGES IN FIXED ASSETS</u>

The following is a summary of the changes in general fixed assets during the current year:

|  | Balance 4/30/00 | Additions | Allowance for Depreciation | Balance 4/30/01 |
|---|---|---|---|---|
| Communications center | $119,279 | $ | $ | $119,279 |
| Accumulated depreciation | (50,586) |  | (5,964) | (56,550) |
| Communications equipment | 658,217 | 275,252 |  | 933,469 |
| Accumulated depreciation | (410,572) |  | (48,961) | (459,533) |
| Office equipment | 48,186 |  |  | 48,186 |
| Accumulated depreciation | (43,243) |  | (1,157) | (44,400) |
|  | $321,281 | $275,252 | $(56,082) | $540,451 |

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #2 (p. 9 of 11)

<u>SCHEDULE A</u>

## TAZEWELL/PEKIN CONSOLIDATED COMMUNICATIONS CENTER

### SCHEDULE OF REVENUES-BUDGET AND ACTUAL

<u>YEAR ENDED APRIL 30, 2001</u>

|  | <u>Budget</u> | <u>Actual</u> |
|---|---|---|
| City of Pekin | $437,000 | $437,192 |
| Tazewell County | 232,566 | 242,219 |
| Other governmental entities | 163,022 | 160,161 |
| Private businesses and other revenue | 32,920 | 32,759 |
| Interest earnings | 14,000 | 19,411 |
| Total | <u>$879,508</u> | <u>$891,742</u> |

See accompanying notes to the financial statements.

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #2 (p. 10 of 11)

<u>SCHEDULE B</u>

## TAZEWELL/PEKIN CONSOLIDATED COMMUNICATIONS CENTER

## SCHEDULE OF EXPENDITURES-BUDGET AND ACTUAL

### YEAR ENDED APRIL 30, 2001

|  | Budget | Actual |
|---|---:|---:|
| **Salaries and employees benefits:** | | |
| Salaries | $554,000 | $ 564,851 |
| Payroll taxes | 92,400 | 75,959 |
| Group and workers compensation insurance | 106,336 | 104,615 |
| Medical costs | 700 | 778 |
| Total salaries and employee benefits | 753,436 | 746,203 |
| | | |
| **Administrative costs:** | | |
| Liability insurance | 1,700 | 1,802 |
| Training and education | 4,000 | 4,595 |
| Small tools, supplies and postage | 11,570 | 15,111 |
| Maintenance and repairs | 17,000 | 13,884 |
| Telephone | 13,500 | 46,207 |
| Utilities | 10,000 | 12,275 |
| Equipment and facilities rental | 600 | 675 |
| Dues and subscriptions | 400 | 1,793 |
| Travel | 400 | 745 |
| Professional fees/contractual services | 32,200 | 21,719 |
| Miscellaneous | 500 | 827 |
| Total administrative costs | 91,870 | 119,633 |
| | | |
| **Fixed assets expenditures:** | | |
| Communications equipment | 124,000 | 275,252 |
| Total expenditures | $969,306 | $1,141,088 |

See accompanying notes to the financial statements.

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #2 (p. 11 of 11)