# AFLAC

American Family Life Assurance Company of Columbus (AFLAC)
Worldwide Headquarters: 1932 Wynnton Road • Columbus, Georgia 31999-0001
1-800-99-AFLAC (1-800-992-3522) • www.aflac.com
1-800-742-3522 en español

03/01/02

City Of Pekin
Attn Pat Pollock
401 Court Street
Pekin IL     61554-3275

Re:  Employee:                                      Moldenhauer, Denise N.
     Policy:                                        A9397213
     Social Security Number:                        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
     Disability Benefits Paid:                      $186.67
     SS Tax Withheld and Submitted by AFLAC:        $11.57
     Medicare Tax Withheld & Submitted by AFLAC:    $2.71
     Date Benefits Paid:                            03/01/02
     Initial Date of Disability:                    02/17/02
     Dates of Disability Payment:                   02/19/02 to 02/26/02

**This letter serves to notify you that the taxable benefits described above have been paid. It is your responsibility to report the appropriate amount of taxable benefits to the IRS and to submit the appropriate amount attributable to the employer's portion of FICA, FUTA, Medicare, or RRTA tax, if applicable.**

An overpayment of FICA taxes may occur if AFLAC withholds FICA taxes from the disability benefits of employees: i) whose compensation exceeds the annual FICA (either OASDI or Medicare) contribution and benefit base; ii) who have been disabled for a period of more than six months after the last calendar month in which the employee worked; or iii) who fund their policies (or portions thereof) with after-tax contributions.  To avoid such an overpayment, you may wish to submit the following information concerning such employees: the total wages earned by the employee for the calendar year up until the disability; the last date on which the employee worked during such year; and the amount of any employee contribution.

If you have specific questions regarding the completed Form 941 or the above information, please contact your accountant or tax advisor for additional information regarding the withholding or reporting obligations.

Sincerely,


Bryan Stout
Claims Department


CL174

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #3 (p. 1 of 3)



Columbus, Georgia 31999
Toll Free 1-800-99-AFLAC (1-800-992-3522)

Visit our web site, www.aflac.com, for information about AFLAC and the latest cancer treatments and research.

PAGE: 01

| MAILING ADDRESS | POLICYHOLDER'S NAME AND ADDRESS |
|---|---|
| MOLDENHAUER, DENISE N<br>2110 VALENTINE AVE<br>PEKIN IL 61554-1969        3530 | MOLDENHAUER, DENISE N<br>2110 VALENTINE AVE<br>PEKIN IL 61554 |

**TREATMENT DATE:** 07-17-03 - 09-09-03   **AGENT'S NAME:** SHORT ROBERT L   **AGENT NO.:** T3372
**PATIENT'S NAME:** DENISE N M   **GROUP NAME:** CITY OF PEKIN   **GROUP NO.:** U7183
**CLAIM NO.:** 261501292   **GEO CODE:** R1064

### EXPLANATION OF BENEFITS

| POLICY NUMBER AND PLAN | DESCRIPTION | TREATMENT DATE | UNITS | AMOUNT | REMARKS |
|---|---|---|---|---|---|
| A9397213-CSDI02 | SICKNESS DISAB<br>*** TOTAL *** | 071703 | 55 | 1,283.33<br>1,283.33 | 034 |
| | PAGE TOTAL | | | 1,283.33 | |

American Family Life Assurance Company of Columbus (AFLAC)

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #3 (p. 2 of 3)



Columbus, Georgia 31999
Toll Free 1-800-99-AFLAC (1-800-992-3522)

PAGE: 02

| | | |
|---|---|---|
| **TREATMENT DATE:** 07-17-03 - 09-09-03 | **AGENT'S NAME:** SHORT ROBERT L | **AGENT NO.:** T3372 |
| **PATIENT'S NAME:** DENISE N M | **GROUP NAME:** CITY OF PEKIN | **GROUP NO.:** U7183 |
| **CLAIM NO.:** 261501292 | | **GEO CODE:** R1064 |

| CHECK ISSUED TO: | CK. NO. | ISS. DATE | AMOUNT | BK. UP W/HLD. |
|---|---|---|---|---|
| MOLDENHAUER, DENISE N | C027155361 | 09/24/03 | 1,283.33 | 0.00 |

**REMARKS**  CHECK TOTALS: 1,283.33
A FORTUNE 500 COMPANY, AFLAC INSURES MORE THAN 40 MILLION PEOPLE WORLDWIDE.

034  A CLAIM FORM IS BEING SENT FOR YOUR USE IF FILING FOR CONTINUING DISABILITY.

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #3 (p. 3 of 3)

American Family Life Assurance Company of Columbus (AFLAC)

# EMPLOYEE PERFORMANCE EVALUATION

EXHIBIT 35
CLZ

| Employee Name | Employee No. | Date |
|---|---|---|
| Denise N. Moldenhauer | 76250 | 01/28/02 |

| Department | Job Title |
|---|---|
| T/PCCC | Telecommunicator |

| Date of Hire | Date of Last Review | Date Employee Began Present Position | Date of Next review |
|---|---|---|---|
| 08 / 01 / 83 | / / | / / | / / |

Check One:   ☐ 6 Month Review   ☒ Annual   ☐ Promotion   ☐ End of Introductory Period   ☐ Monetary   ☐ Non-Monetary   ☐ Other ____

## KEY TO RATINGS

**E: EXCELLENT** - Individual performs all tasks in an exceptional manner.
**G: GOOD** - Individual performs many tasks well, and all other tasks adequately.
**S: SATISFACTORY** - Individual performs all tasks satisfactorily.
**F: FAIR** - Individual performs most tasks satisfactorily, but not all.
**U: UNSATISFACTORY** - Individual fails to perform many tasks well.

### 1. RESPONSIBILITIES
List the current status of overall job responsibilities.

Receive + prioritize calls from public, evaluate their needs, send proper help in the proper way. Ensure officer and public safety.

### 2. ACCOMPLISHMENTS
List major job related achievements since last evaluation.

A. EMD Version II Protocal Card Revised 3/01
B. EMS CEU Hospice Inservice Class 2/01
C. EMD 3 day certification course 9/01
D. Leads recertification 5/01
E. 6 minutes of training each day

### 3. JOB KNOWLEDGE
Employee possesses a clear understanding of the responsibilities and tasks he or she must perform.

**OVERALL RATING:** (circle one)  **(E)**  G  S  F  U  (see key above)

Comments: Understands her responsibility to serve the public and performs proper tasks to do so.

### 4. JOB PERFORMANCE
(QUALITATIVE) The neatness, thoroughness, accuracy and overall quality of the employee's work.

**OVERALL RATING:** (circle one)  **(E)**  G  S  F  U  (see key above)

Comments: despatch ticket information is accurate with details that overflow to comment screen when necessary.

### 5. JOB PRODUCTIVITY
(QUANTITATIVE) Employee demonstrates a commitment toward achieving results. Tasks are completed efficiently and effectively.

**OVERALL RATING:** (circle one)  **(E)**  G  S  F  U  (see key above)

Comments: Tasks are completed efficiently, especially typing necessary details quickly, still being precise but brief.

© Copyright 1997 Reorder Form #FM113 (plain) and #FI113 (imprinted) from ResourceOne™, Hagaman, N.Y. 12086   1-800-325-4846   ResourceOne™

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #4 (p. 1 of 2)

### 6. DEPENDABILITY
Employee can be relied upon to complete assigned tasks, and is conscientious about his/her attendance and timeliness.

**OVERALL RATING:** (circle one) E **(G)** S F U  (see key on reverse side)

**Comments:** Completes assigned task. Arrives on time, occasionally close to 8am. Misses work due to illness.

### 7. COOPERATION
Employee demonstrates a willingness to work with associates, subordinates, supervisors and others. Responds willingly to changes in procedure, process, responsibility and assignments.

**OVERALL RATING:** (circle one) **(E)** G S F U  (see key on reverse side)

**Comments:** Works with others without incident. Responds accordingly to assignments + changes.

### 8. INITIATIVE
Employee demonstrates an ability to think and act independently. Originates innovative ideas and methods to improve job or complete tasks better.

**OVERALL RATING:** (circle one) E **(G)** S F U  (see key on reverse side)

**Comments:** Thinks and acts independently. Responds to request made of her. Has asked not be acting supervisor.

### 9. WORK ENVIRONMENT AND SAFETY
Maintains a safe and pleasant work environment, follows safety regulations, and actively contributes towards a safe workplace.

**OVERALL RATING:** (circle one) **(E)** G S F U  (see key on reverse side)

**Comments:** Follows regulations and works as a team player.

### 10. OVERALL PERFORMANCE
Overall appraisal of the employee's job performance.

**OVERALL RATING:** (circle one) **(E)** G S F U  (see key on reverse side)

**Comments:** A seasoned telecommunicator who preforms her job without assistance from others. Rely's on manuals or ask questions when necessary.

### ACTION PLAN
The above criteria is important to properly evaluate your performance. The following Action Plan describes your specific strengths and weaknesses, and what can be done to improve your position toward continued growth.

**Major weak points are:**

**These weak points can be strengthened by:**

**Major strong points are:** Knowledge in procedures, willingly helps other co-worker to be calm when she becomes frustrated.

**These strong points can be more effectively utilized by:** Continuing to share your knowledge and help others when necessary.
                                                       Sue Vansaghi

**Has this report been discussed with Supervisor?** ☒ YES  ☐ NO

**If "NO", Reason why:**

**If "YES", Employee's comments:**

**Employee Signature:** Louise Moldenhauer    **Date:** 1-30-02

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Plff. Exh. #4 (p. 2 of 2)

| | | | |
|---|---|---|---|
| A | ILLINOIS UNEMPLOYMENT COMPENSATION NUMBER  *45 | DATE OF REPORT  04 15 92 | CASE OR FILE NUMBER |
| B | EMPLOYER'S NAME  CITY OF PEKIN | | Is this a lost workday case? ☐ Yes ☒ No |
| C | DOING BUSINESS UNDER THE NAME OF  TAZEWELL/PEKIN CONSOLIDATED COMMUNICATIONS CENTER | CITY, STATE  PEKIN IL | ZIP CODE  61554 |
| D | MAIL ADDRESS  P O BOX 700 | CITY, STATE  PEKIN IL | ZIP CODE  61554 |
| E | EMPLOYER LOCATION IF DIFFERENT FROM MAIL ADDRESS  400 MARGARET PEKIN IL  61554 | | |
| F | NATURE OF BUSINESS OR SERVICE  PUBLIC SAFETY | SIC CODE | TOTAL NUMBER OF EMPLOYEES AT THE LOCATION WHERE ILLNESS OR INJURY OCCURRED  25 |
| G | NAME OF WORKERS' COMP. INSURANCE CARRIER  CITY OF PEKIN | POLICY NUMBER | SELF INSURED  YES ☒ NO ☐ | COUNTY WHERE INJURY OCCURRED  TAZEWELL |
| H | EMPLOYEE'S NAME  (LAST, FIRST, MIDDLE)  WILKINSON  DENISE  N | | SOCIAL SECURITY NUMBER  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 |
| I | HOME ADDRESS  13186 GARMAN RD | CITY, STATE  PEKIN IL | ZIP CODE  61554 |
| J | MALE ☐  FEMALE ☒  MARRIED ☐  SINGLE ☒  WIDOW(ER) ☐  DIVORCED ☐ | BIRTH DATE  04-29-55 | NUMBER OF DEPENDENT CHILDREN UNDER 18 AT TIME OF INJURY OR ILLNESS  1 |
| K | DATE AND TIME OF THE INJURY OR EXPOSURE  04-15-92  12:00  a.m. ☐  p.m. ☒ | EMPLOYEE'S AVERAGE WEEKLY EARNINGS  $356.40 | LAST DAY EMPLOYEE WORKED |
| L | JOB TITLE OR OCCUPATION  PUBLIC SAFETY TELECOMMUNICATOR | DEPARTMENT NORMALLY ASSIGNED  DISPATCH | |
| M | ADDRESS OF LOCATION WHERE INJURY OR EXPOSURE OCCURRED  400 MARGARET ST | CITY, STATE  PEKIN IL | ZIP CODE  61554 |
| N | DID EMPLOYEE DIE AS A RESULT OF THE INJURY OR ILLNESS?  YES ☐  NO ☒ | IF EMPLOYEE DIED AS A RESULT OF THE INJURY OR ILLNESS, GIVE DATE OF DEATH | |
| O | WAS THE INJURY OR EXPOSURE ON THE EMPLOYER'S PREMISES?  YES ☒  NO ☐ | DID THIS INCIDENT RESULT IN:  OCCUPATIONAL INJURY ☒  OCCUPATIONAL DISEASE ☐ | Was Employee given Industrial Commission Handbook?  YES ☐  NO ☐ |
| P | NATURE OF THE INJURY  SLIPPED | | |
| Q | PART OF THE BODY AFFECTED (BE SPECIFIC)  BACK, LEFT SIDE OF BODY | | |
| R | WHAT TASK WAS EMPLOYEE PERFORMING WHEN ILLNESS OR INJURY OCCURRED?  WALKING INTO BREAK ROOM | | EXHIBIT 4  CLZ |
| S | OBJECT OR SUBSTANCE RESPONSIBLE FOR INJURY OR ILLNESS (SOURCE)  WET FLOOR | | |
| T | HOW DID ACCIDENT OR ILLNESS OCCUR (TYPE)?  THE JANITOR HAD JUST WASHED THE FLOOR IN THE BREAK ROOM. DEE WALKED INTO THE ROOM AND SLIPPED ON THE WET FLOOR. | | |
| U | WHAT HAZARDOUS CONDITIONS, METHODS OR LACK OF PROTECTIVE DEVICES CONTRIBUTED?  THERE WERE NO SIGNS SAYING THAT THE FLOOR WAS WET. | | |
| V | WHAT UNSAFE ACT BY A PERSON CAUSED OR CONTRIBUTED TO THE INJURY OR ILLNESS?  NO SIGNS TO LET PEOPLE KNOW THE FLOOR WAS WET. | | |
| W | HAVE MEDICAL SERVICES BEEN RENDERED TO THE EMPLOYEE?  YES ☐  NO ☒ | IS OR HAS THE EMPLOYEE BEEN HOSPITALIZED?  YES ☐  NO ☒ | |
| X | NAME AND ADDRESS OF PHYSICIAN | CITY, STATE | ZIP CODE |
| Y | NAME AND ADDRESS OF HOSPITAL | CITY, STATE | ZIP CODE |
| Z | REPORT PREPARED BY: (NAME—PRINT OR TYPE)  JODI RICKARD | SIGNATURE  /s/ Jodi L. Rickard | TITLE AND TELEPHONE NUMBER  SECRETARY 346-4933 |

**ACCIDENT REPORTING DEPT., ILLINOIS INDUSTRIAL COMMISSION, 100 West Randolph Street, Chicago, Illinois 60601**
WITHOUT WRITTEN APPROVAL OF COMMISSION, THIS FORM MAY NOT BE REPRODUCED

N  : DISCLOSURE OF THIS INFORMATION TO THE INDUSTRIAL COMMISSION IS MANDATORY UNDER IL. REV. STAT. CH. 48, s 138.6. FAILURE TO PROVIDE ANY INFORMATION COULD RESULT IN PROSECUTION. APPROVED BY FORMS MANAGEMENT.

(Rev. 8-81)   (Rev. 8-81)

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #5 (p. 1 of 3)

**FORM 45: Employers First Report of Injury or Illness**

PLEASE TYPE OR PRINT

Filing of this report does not affect your liability under the Workers' Compensation Act and is not incriminatory in any sense.

| | | | |
|---|---|---|---|
| A | ILLINOIS UNEMPLOYMENT COMPENSATION NUMBER: *45 | DATE OF REPORT: 03 / 25 / 93 | CASE OR FILE NUMBER: |
| B | EMPLOYER'S NAME: City of Pekin T/PCCC | | Is this a lost workday case? ☐ Yes ☒ No |
| C | DOING BUSINESS UNDER THE NAME OF: Tazewell/Pekin Consolidated Comm. | CITY, STATE: Pekin, IL | ZIP CODE: 61554 |
| D | MAIL ADDRESS: P.O. Box 700 | CITY, STATE: Pekin, IL | ZIP CODE: 61554 |
| E | EMPLOYER LOCATION IF DIFFERENT FROM MAIL ADDRESS: N/A | | |
| F | NATURE OF BUSINESS OR SERVICE: Emergency Communications | SIC CODE: | TOTAL NUMBER OF EMPLOYEES AT THE LOCATION WHERE ILLNESS OR INJURY OCCURRED: |
| G | NAME OF WORKERS' COMP. INSURANCE CARRIER: Kepple & Co. | POLICY NUMBER: | SELF INSURED: YES ☐ NO ☒ | COUNTY WHERE INJURY OCCURRED: Tazewell |
| H | EMPLOYEE'S NAME (LAST, FIRST, MIDDLE): Wilkinson Denise N | | SOCIAL SECURITY NUMBER: 3⃝-50-7427 |
| I | HOME ADDRESS: 13186 Garmon Rd | CITY, STATE: Pekin, IL | ZIP CODE: 61554 |
| J | MALE ☐ FEMALE ☒ MARRIED ☐ SINGLE ☐ WIDOW(ER) ☐ DIVORCED ☒ | BIRTH DATE: 04 / 29 / 55 | NUMBER OF DEPENDENT CHILDREN UNDER 18 AT TIME OF INJURY OR ILLNESS: 1 |
| K | DATE AND TIME OF THE INJURY OR EXPOSURE: 2:40 p.m. | EMPLOYEE'S AVERAGE WEEKLY EARNINGS: $375.00 | LAST DAY EMPLOYEE WORKED: 03 / 20 / 93 |
| L | JOB TITLE OR OCCUPATION: Tele Communicator | DEPARTMENT NORMALLY ASSIGNED: T/PCCC | |
| M | ADDRESS OF LOCATION WHERE INJURY OR EXPOSURE OCCURRED: 400 Margaret St | CITY, STATE: Pekin, IL | ZIP CODE: 61554 |
| N | DID EMPLOYEE DIE AS A RESULT OF THE INJURY OR ILLNESS? YES ☐ NO ☒ | IF EMPLOYEE DIED AS A RESULT OF THE INJURY OR ILLNESS, GIVE DATE OF DEATH: N/A | |
| O | WAS THE INJURY OR EXPOSURE ON THE EMPLOYER'S PREMISES? YES ☒ NO ☐ | DID THIS INCIDENT RESULT IN: ☒ OCCUPATIONAL INJURY ☐ OCCUPATIONAL DISEASE | Was Employee given Industrial Commission Handbook? YES ☐ NO ☒ |
| P | NATURE OF THE INJURY: Swelling/Hematoma to (L) thumb joint | | |
| Q | PART OF THE BODY AFFECTED (BE SPECIFIC): Left Hand - Thumb | | EXHIBIT 17 CLZ |
| R | WHAT TASK WAS EMPLOYEE PERFORMING WHEN ILLNESS OR INJURY OCCURRED? Working Radio Console | | |
| S | OBJECT OR SUBSTANCE RESPONSIBLE FOR INJURY OR ILLNESS (SOURCE): Carpet - Loose from Floor - Rolling up | | |
| T | HOW DID ACCIDENT OR ILLNESS OCCUR (TYPE)? Employee was moving chair w/ wheels - Wheels Became caught on carpeting - Employee fell forward | | |
| U | WHAT HAZARDOUS CONDITIONS, METHODS OR LACK OF PROTECTIVE DEVICES CONTRIBUTED? Carpet loose from floor | | |
| V | WHAT UNSAFE ACT BY A PERSON CAUSED OR CONTRIBUTED TO THE INJURY OR ILLNESS? N/A | | |
| W | HAVE MEDICAL SERVICES BEEN RENDERED TO THE EMPLOYEE? YES ☐ NO ☒ | IS OR HAS THE EMPLOYEE BEEN HOSPITALIZED? YES ☐ NO ☒ | |
| X | NAME AND ADDRESS OF PHYSICIAN: | CITY, STATE: | ZIP CODE: |
| Y | NAME AND ADDRESS OF HOSPITAL: | CITY, STATE: | ZIP CODE: |
| Z | REPORT PREPARED BY: (NAME—PRINT OR TYPE): S.F. Thompson | SIGNATURE: Steven F Thompson | TITLE AND TELEPHONE NUMBER: Operations Supv. 346-3132 |

ACCIDENT REPORTING DEPT., ILLINOIS INDUSTRIAL COMMISSION, 100 West Randolph Street, Chicago, Illinois 60601
WITHOUT WRITTEN APPROVAL OF COMMISSION, THIS FORM MAY NOT BE REPRODUCED

NOTE: DISCLOSURE OF THIS INFORMATION TO THE INDUSTRIAL COMMISSION IS MANDATORY UNDER IL. REV. STAT. CH. 48, §138.6. FAILURE TO PROVIDE ANY INFORMATION COULD RESULT IN PROSECUTION. APPROVED BY FORMS MANAGEMENT.

(Rev. 8-81)    (Rev. 8-81)

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #5 (p. 2 of 3)

# FORM 45: Employers First Report of Injury or Illness

PLEASE TYPE OR PRINT

Filing of this report does not affect your liability under the Workers' Compensation Act and is not incriminatory in any sense.

| | | |
|---|---|---|
| A | ILLINOIS UNEMPLOYMENT COMPENSATION NUMBER: *45 | DATE OF REPORT: 07 / 14 / 93  CASE OR FILE NUMBER: |
| B | EMPLOYER'S NAME: City of Pekin | Is this a lost workday case? ☒ Yes ☐ No |
| C | DOING BUSINESS UNDER THE NAME OF: Tazewell/Pekin Consolidated Communications Center | CITY, STATE: Pekin, Il.  ZIP CODE: 61554 |
| D | MAIL ADDRESS: P.O. Box 700 | CITY, STATE: Pekin, Il.  ZIP CODE: 61554 |
| E | EMPLOYER LOCATION IF DIFFERENT FROM MAIL ADDRESS: N/A | |
| F | NATURE OF BUSINESS OR SERVICE: Public Safety Communications  SIC CODE: | TOTAL NUMBER OF EMPLOYEES AT THE LOCATION WHERE ILLNESS OR INJURY OCCURRED: 21 |
| G | NAME OF WORKERS' COMP. INSURANCE CARRIER: Kepple & Co.  POLICY NUMBER: | SELF INSURED: ☐ YES ☒ NO  COUNTY WHERE INJURY OCCURRED: Tazewell |
| H | EMPLOYEE'S NAME (LAST, FIRST, MIDDLE): Wilkinson, Denise N. | SOCIAL SECURITY NUMBER: 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 |
| I | HOME ADDRESS: 2110 Valentine | CITY, STATE: Pekin, Il.  ZIP CODE: 61554 |
| J | MALE ☐ FEMALE ☒  MARRIED ☐ SINGLE ☐ WIDOW(ER) ☐ DIVORCED ☒  BIRTH DATE: 04 / 29 / 55 | NUMBER OF DEPENDENT CHILDREN UNDER 18 AT TIME OF INJURY OR ILLNESS: 1 |
| K | DATE AND TIME OF THE INJURY OR EXPOSURE: 07 / 14 / 93  8:00 am / 8:15 am  EMPLOYEE'S AVERAGE WEEKLY EARNINGS: $375.00 | LAST DAY EMPLOYEE WORKED: 07 / 14 / 93 |
| L | JOB TITLE OR OCCUPATION: Telecommunicator  DEPARTMENT NORMALLY ASSIGNED: T/PCCC | |
| M | ADDRESS OF LOCATION WHERE INJURY OR EXPOSURE OCCURRED: 400 Margaret St. | CITY, STATE: Pekin Il.  ZIP CODE: 61554 |
| N | DID EMPLOYEE DIE AS A RESULT OF THE INJURY OR ILLNESS? YES ☐ NO ☒ | IF EMPLOYEE DIED AS A RESULT OF THE INJURY OR ILLNESS, GIVE DATE OF DEATH: N/A |
| O | WAS THE INJURY OR EXPOSURE ON THE EMPLOYER'S PREMISES? ☒ YES ☐ NO  DID THIS INCIDENT RESULT IN: ☒ OCCUPATIONAL INJURY ☐ OCCUPATIONAL DISEASE | Was Employee given Industrial Commission Handbook? ☐ YES ☒ NO |
| P | NATURE OF THE INJURY: strain - right thigh | |
| Q | PART OF THE BODY AFFECTED (BE SPECIFIC): right thigh | |
| R | WHAT TASK WAS EMPLOYEE PERFORMING WHEN ILLNESS OR INJURY OCCURRED? walking - tripped over rug - twice | |
| S | OBJECT OR SUBSTANCE RESPONSIBLE FOR INJURY OR ILLNESS (SOURCE): rug | EXHIBIT 5  CLZ |
| T | HOW DID ACCIDENT OR ILLNESS OCCUR (TYPE)? Tripped over rug | |
| U | WHAT HAZARDOUS CONDITIONS, METHODS OR LACK OF PROTECTIVE DEVICES CONTRIBUTED? rug stacked behind radio console | |
| V | WHAT UNSAFE ACT BY A PERSON CAUSED OR CONTRIBUTED TO THE INJURY OR ILLNESS? | |
| W | HAVE MEDICAL SERVICES BEEN RENDERED TO THE EMPLOYEE? YES ☒ NO ☐ | IS OR HAS THE EMPLOYEE BEEN HOSPITALIZED? YES ☐ NO ☒ |
| X | NAME AND ADDRESS OF PHYSICIAN: Dr. Martin  900 Main, Suite 600 | CITY, STATE: Peoria, Il.  ZIP CODE: 61602 |
| Y | NAME AND ADDRESS OF HOSPITAL: N/A | CITY, STATE:  ZIP CODE: |
| Z | REPORT PREPARED BY (NAME—PRINT OR TYPE): W.L. Surratt, Jr.  SIGNATURE: [signature] | TITLE AND TELEPHONE NUMBER: Director of Communications  346-4933 |

ACCIDENT REPORTING DEPT., ILLINOIS INDUSTRIAL COMMISSION, 100 West Randolph Street, Chicago, Illinois 60601

WITHOUT WRITTEN APPROVAL OF COMMISSION, THIS FORM MAY NOT BE REPRODUCED

NOTE: DISCLOSURE OF THIS INFORMATION TO THE INDUSTRIAL COMMISSION IS MANDATORY UNDER IL. REV. STAT. CH. 48, § 138.6. FAILURE TO PROVIDE ANY INFORMATION COULD RESULT IN PROSECUTION. APPROVED BY FORMS MANAGEMENT.

(Rev. 8-81)   (Rev. 8-81)

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #5 (p. 3 of 3)

# CITY OF PEKIN
## REPORT OF ACCIDENT INVESTIGATION

**THIS IS TO BE MADE OUT AND TURNED IN BY THE FOREMAN, OVERSEER OR SUPERVISOR OF THE INJURED EMPLOYEE NOT LATER THAN THE DAY FOLLOWING THE ACCIDENT**

(This form does not take the place of the regular accident report to be sent to the insurance carrier, or any legal form required.)

Date __7/15/93__

Name of employee __Denise Wilkinson__    Check No. _____  Dept. No. _____

Date and hour of accident __8:00 & 8:15 a.m.   07/14/93__

Nature of injury (brief statement) __tripped over rug-strain to right thigh__

Place where accident occurred __radio room__

How accident occurred __walking behind console-tripped over rug, placed there by 2nd shift on 07/13/93__

(In every case, indicate below (with an X) your opinion as to the direct cause of the accident)

**PHYSICAL CAUSES**
- __X__ POOR HOUSEKEEPING (misplaced material, etc.)
- ____ LACK OF PROPER GUARDS (mechanical or electrical)
- ____ IMPROPER APPAREL (goggles, shoes, loose clothes, etc.)
- ____ DEFECTIVE EQUIPMENT (hand tools, ladders, etc.)
- __X__ DEFECTIVE FLOORS, STAIRWAYS, RAMPS, etc.
- ____ POOR WORKING CONDITIONS (light, ventilation, etc.)
- ____ NOT OTHERWISE CLASSIFIED (describe)

**PERSONAL CAUSES**
- ____ DANGEROUS PRACTICES (undue haste, chance taking, etc.)
- ____ INABILITY (inexperience, poor judgment, etc.)
- ____ INCOMPLETE KNOWLEDGE OF JOB AT HAND
- ____ DISOBEYING RULES
- ____ UNFIT (weak, easily fatigued, easily excited)
- ____ NOT OTHERWISE CLASSIFIED (describe)

Measures I have taken to prevent a similar accident in this or any similar situation __rug removed - chair mat placed on floor.__

Are there any other machines or conditions which could cause the same type of accident __N/A__

EXHIBIT 6

Medical Services rendered: __Dr. Martin__

Signature of Supervisor _[signature]_    Date __7/15/93__

Reviewed by Department Head _[signature]_    Date _____

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #6

Tazewell/Pekin Consolidated Communications Center



414 Margaret Street
Pekin, IL 61554

March 13, 2002

To : Telecommunicator Denise N. Moldenhauer

Fr:   Director Steven F. Thompson

Re: Written Reprimand- Sick Verification

    This correspondence shall serve as a written reprimand for excessive absences from work. In the last twelve-month period you have been off work on "sick" status a total of thirty-two (32) days of work. This is excessive! These excessive absences not only make it difficult to manage an organization such as this, but it places an undo burden on your fellow employees. As a reminder, several of these sick days were taken in conjunction with your days off, for which you have already been warned.
    Effective immediately you shall be placed on sick verification. Each day you are "sick" from work you must present a permit attesting to your ability to return to work, as well as, a receipt for the office call attesting to the fact that you indeed have seen a physician. You will be checked on as well to make sure that you are home recovering from your illness. This verification period shall be six (6) months in length, beginning the day of the letter. Failure to submit the aforementioned sick verification documentation shall result in an unauthorized absence, and shall be dealt with accordingly. Continued excessive absences shall result in further disciplinary actions.

                                              Steven F. Thompson
                                              Director

EXHIBIT 23 CLZ

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #7

# MEMO

**To:**     Denise Moldenhauer
**From:**   Steven F. Thompson
**Subject:** Absence from work
**Date:**   February 1, 1999

   Please consider this correspondence an official notification of FMLA Guidelines, and status of time off.

1.  On January 28, 1999 you were absent from work. This time off was taken when you had no vacation, Comp. Time, or Personnel Time available. This day also did not fall under guidelines of the FMLA. A policy has been set that time off with out pay will no longer be granted. You already have asked for a day off in Feburary that I agreed to. So that there are no misunderstandings, I consider your missing work on 01-28-1999 an Unauthorized Absence. I will still let you have the day off that I had agreed to, however, that is the last day I will approve without benefit time available. Any further days off such as this will constitute an Unauthorized Absence, and will be delt with as disciplinary action.

2. FMLA

   The Family and Medical Leave Act states that you can have up to twelve (12) weeks off work to care for your self or a family member during a seerious illiness. This can be at one time, or various times throughout the year. Please be advised that the next day off for medical reasons, shall begin the count on the aformentioned 12 weeks. ( please know that these 12 weeks may be compensated, or uncompensated time.

*[signature: Steven Thompson]*

Steven F. Thompson
Director

EXHIBIT
32
CLZ

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #8