E-FILED
Thursday, 31 August, 2006 11:55:16 AM
Clerk, U.S. District Court, ILCD

EXHIBIT
20
CLZ

Mon
10/28/02
2002

# LEGAL NOTICE

## CERTIFICATE

I, Sue E. McMillan, City Clerk in and for the City of Pekin, in the Counties of Tazewell and Peoria, in the State of Illinois, and keeper of the records and files thereof, as provided by statute, do hereby certify the foregoing to be a true, perfect and complete copy of the combined statement of revenues, expenditures and changes in fund balances and compensation paid for the 2001-2002 fiscal year ending April 30, 2002, as furnished me by the Director of Finance and Treasurer of the City of Pekin.
Given under my hand and seal this 18th day of October, 2002.

ss)Sue E. McMillan
Sue E. McMillan
City Clerk

CITY of PEKIN, ILLINOIS
COMBINED STATEMENT: REVENUES, EXPENDITURES and CHANGES in FUND BALANCE
FISCAL YEAR 2002 As Of APRIL 30, 2002

| | GOVERNMENTAL FUND TYPES | | | ← PROPRIETARY → ← FUND TYPES → | | TOTAL CITY Memorandum Only | | |
|---|---|---|---|---|---|---|---|---|
| | General | Special Revenue | Capital Project | Enterprise | Internal Service | | | |
| **REVENUES** | | | | | | | | |
| Taxes | $13,126,359 | $2,972,459 | $264,506 | | | $16,363,324 | | |
| Licenses/Permits | $250,673 | | | | | $250,673 | | |
| Intergovernmental | $204,676 | $1,078,300 | | $254,377 | | $1,537,353 | | |
| Fees/Charges | $946,450 | $102,966 | | $3,328,126 | $3,086,258 | $7,463,802 | | |
| Fines/Forfeits | $299,358 | | | | | $299,358 | | |
| Investment Earnings | $507,680 | $184,763 | $132,337 | $95,137 | $33,724 | $953,641 | | |
| Developers Agreement | | $6,604 | | | | $6,604 | | |
| Other | $488,409 | $573,774 | | $24,400 | | $1,086,583 | | |
| REVENUES | $15,824,005 | $4,918,888 | $396,843 | $3,702,040 | $3,119,982 | $27,961,759 | | |
| **EXPENDITURES** | | | | | | | | |
| Current | | | | | | | | |
| General/Administrative | $945,728 | $248,307 | $20,951 | | $3,509,220 | $4,724,206 | | $4,724,206 |
| Public Safety | $9,795,461 | | | | | $9,795,461 | $1,013,816 | $10,809,277 |
| Public Lands/Buildings | $529,964 | | | | | $529,964 | | $529,964 |
| Bus Operations | | | | | | $0 | | $0 |
| Zoning/Inspection | $266,108 | | | | | $265,108 | | $266,108 |
| Public Works | $107,665 | | | | | $107,665 | | $107,665 |
| Highways/Streets | $1,403,996 | $588,723 | | | | $1,992,719 | | $1,992,719 |
| Sanitation | $1,251,752 | | | $3,402,952 | | $4,654,704 | | $4,654,704 |
| Planning & Development | $289,478 | $889,942 | $764,848 | | | $1,944,268 | | $1,944,268 |
| Culture/Recreation | $15,327 | $807,426 | | | | $822,753 | | $822,753 |
| Residential & Public Improve/Donations | | $749,779 | | | | $749,779 | | $749,779 |
| Capital Outlay | $5,820,874 | $10,496 | | | | $5,831,370 | | $5,831,370 |
| Debt Service | | | | | | | | |
| Principal | $70,000 | $185,000 | | | | $265,000 | | $265,000 |
| Interest | $68,890 | $100,323 | | | | $169,213 | | $169,213 |
| EXPENDITURES | $20,564,263 | $3,579,996 | $785,799 | $3,402,952 | $3,509,220 | $31,842,230 | $1,013,816 | $32,856,046 |
| REVENUES Over/(Under) EXPENDITURES | ($4,740,258) | $1,338,892 | ($388,956) | $299,088 | ($389,238) | ($3,880,472) | ($78,617) | ($3,959,089) |
| **NON-OPERATING REVENUES / (EXPENSE)** | | | | | | | | |
| Reduction of allow for uncollectible fees | | | | | | $0 | | $0 |
| Grants/Reimbursements | | | | | | $0 | | $0 |
| Investment Earnings | | | | | | $0 | | $0 |
| (Interest Expense) | | | | | | $0 | | $0 |
| NON-OPERTATING REVENUES | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| INC/(LOSS) BEFORE OTHER FINANCING | ($4,740,258) | $1,338,892 | ($388,956) | $299,088 | ($389,238) | ($3,880,472) | ($78,617) | ($3,959,089) |
| OTHER FINANCING SOURCES/(USES) | | | | | | | | |
| Operating Transfers In / (Out) | $1,850,750 | | ($2,025,000) | ($70,950) | $68,650 | ($176,550) | | ($176,550) |
| OTHER FINANCING SOURCES/(USES) | $1,850,750 | $0 | ($2,025,000) | ($70,950) | $68,650 | ($176,550) | $0 | ($176,550) |
| REVENUE/OTHER FINANCING SOURCES OVER/(UNDER) EXPENDITURES/OTHER FINANCING USES | ($2,889,508) | $1,338,892 | ($2,413,956) | $228,138 | ($320,588) | ($4,057,022) | ($78,617) | ($4,135,639) |
| FUND BALANCE; Beginning of Year | $14,749,630 | $6,282,158 | $3,549,836 | $1,274,15[illegible] | $1,135,391 | $26,991,202 | $640,647 | $27,631,849 |
| Residual Equity Trsfs In / (Out) | | | | | | $0 | | $0 |
| FUND BALANCE: End of Year | $11,860,122 | $7,621,050 | $1,135,880 | $1,502,2[illegible] | $814,803 | $22,934,180 | $562,030 | $23,496,210 |

E-11

| | POLICE PENSION | FIRE PENSION | TOTAL Memorandum Only |
|---|---|---|---|
| **ADDITIONS** | | | |
| Employer Contributions | $722,151 | $1,150,060 | $1,872,211 |
| Plan Member Contributions | $244,020 | $197,962 | $441,982 |
| CONTRIBUTIONS | $966,171 | $1,348,022 | $2,314,193 |

104



| | | | |
|---|---|---|---|
| In Fair Value of Investments | | | |
| Interest / Dividends | $708,517 | $445,596 | $1,154,113 |
| Gain in Sale of Inve... | ($20,104) | ...476) | ($178,580) |
| | [illegible] | ($322,142) | $277,823 |
| | [illegible] | ($589,852) | ($152,798) |
| | $536,729 | ($411,704) | $125,025 |
| | $1,502,900 | $936,318 | $2,439,218 |
| | $1,071,395 | $1,353,526 | $2,424,921 |
| [illegible] | $13,513 | $8,319 | $21,832 |
| TOTAL DEDUCTIONS | $1,084,908 | $1,361,845 | $2,446,753 |
| NET INCOME | $417,992 | ($425,527) | ($7,535) |

NET ASSETS HELD In TRUST for PENSION BENEFITS

| | | | |
|---|---|---|---|
| BEGINNING of YEAR | $16,205,153 | $11,194,200 | $27,399,353 |
| END of YEAR | $16,623,145 | $10,768,673 | $27,391,818 |

**OVER $75,000**
Hierstein, Richard
Gillespie, Tim

**$60,000 to $75,000**
Klef, Dennis
Ghidina, John
Hamann, John
Reis, Robert
Janssen, John
Bassett, Charles
Ranney, Gregory
Wuellner, Joseph
Davis, Roger
Lowe, Gary
Miller, Theodore
Selmon, Craig
Brecher, James
Gleason, Timothy
Powell, Carl

**$50,000 to $60,000**
Bonnette, Danny
Faux, David
Tibbs, Steven
Pagliaro, David
Lemas, Charles
W...s, Paula
E...t, Bradd
Kedzior, Scott
Nelson, Gregory
McAtee, Robin
Taylor, William
Hollis, Glenda
Clor, Harry
Guerra, Maurisio
Pennell, Thomas
Cretaro, Robert
Uhlig, Kim
Dixon, Randall
Thompson, Steven
Williams, Mark
Stubbs, Joseph
Curto, Charles
Abel, John
Bowman, Rick
Kaminski, James
Shipman, Erik
Heisel, Daniel
Blessman, James
Jackson, Jeffrey
Simmons, Gregory
Brotz, Daniel
Little, Jeffrey
McMillen, Sue
Bitner, Christopher
Smith, Mark

**$50,000 to $75,000**
Bigliazzi, Reno
Bresnanhan, Stephen
Cone, Kevin
Bottomley, Vaughn
Stolz, Jeffrey
Franks, Dennis
Sandall, Jack
Maddox, William
Barth, Charles
Klein, Ronald
Kluever, John

**$40,000 to $50,000**
Fardel, Roger
Barr, Richard
Ivey, Shaun
Hazelwood, Chad
Diekhoff, Brett
Baxter, Donald
Jeckel, Steven
Guerra, James
Higdon, Stephen
Long, John
Combes, Christopher
Ranney, Seth
Evans, Jamie
Barth, Randy
Hennan, Mathew
Stallings, William
Guy, Michael
Fitzanko, Steven
Lawrence, Kevin
Russell, William
Jolly, Donald
Morris, David
Baughman, Robert
Ellested, Jill
Shipman, Daniel
Zukowski, Craig
Toyne, Lynken
Lamere. Luke
Coats, Christopher
Lusher, Jami
Brooks, John
Salmon, Dustin
Cox, Brian
Richardson, Jeffrey
Sandifar Darrell
Thatcher, Jon
Scarcliff, Willaim
Scovil, Rodney
Graber, Daniel
Cox, Richard
Hany, Rodney
Nelson, Kurt

**$40,000 to $50,000**
Bush, Daniel
Giffhorn, John
Reiling, Robert
Elliott, Bryan
Farlin, Douglas
Maquet, Thomas
Hughes, Thomas
Pollock, Patricia
Mandrell, Stanley
Quisenberry, Bradley
Nichols, Derek
Hangartner, Jeffrey
Lohnes, Shane
Jordan, Christopher
Weichel, William

**$30,000 to $40,000**
Conover, Tammie
Sevier, Larry
Sleh, Ronald
Hohlmer, Johnnie
Brooks, Jeffrey
Phillips, William
Fryman, Cheryle
Hancock, John
Lively, William
Vanseghi, Sue
Whiteman, Sandra
Pettijohn, Shirley
Ercegovich, Michael
Arrowsmith, Douglas
Damron, Matthew
Robbins, Justin
Sheridan, John
Trotter, Roy
Bourdeau, Mary
Hofsess, Mary
Collins, Marylinda
Nitzschke, Darci
Hobbs, Abbigail
Helmick, Brian
Stocke, Shannon
Ingram, Dean
Blase, Robert
Morris, Gwen
Hale, Donald
Ward, Tracy
Shelton, Joshua
Harmon, Angi
Groenewold, Kasey
Hartshorn, Laurie
Hawkins, Ronald, Jr
Evans, Angela

**$20,000 to $30,000**
Moldenhauer, Denise
Ritchason, Linda
Barlow, Diane
Bass, Victoria
Wotton, Michael
Gensel, Paula
Smith, Marilyn
Thompson, Sue
Cale, Kathleen
Zimmerman, Mary
Hill, William
Johnson, Evonne
Richey, Elaine
Wyman, Mary
Ziegenbein, Terry
Hsen, Maesoon
Lamba, Emily
Vanbuskirk, Juanita
Crist, Leroy
Cox, Dabora
Stumpf, Susanne
Schuck, Shirley
Hess, Sonia
Martis, Etta
Ludolph, Brandon
Schoedel, Anthony
Thompson, Kelly
Breeden, Dawn
Wethington, Betty
Burns, John. Jr

**$10,000 to $20,000**
Robbins, Lorie
Howell, Diana
Miller, Linda
Maquet, Diana
Rabb, Melanie
Hoyle, Rebecca
Gardner, Sally
Davis, Sandra
Vanduker, Sara
Mace, Linda
Meinik, Steve
Wyman, Julie
Crawley, Kyle
Donovan, Cynthia
Johnson, Jesse
Squire, Christopher
Tassart, Carolyn
Martin, Tammy
Todd, Marilyn
Heberer, Beryl
Todd, Marilyn

**$10,000 to $20,000**
Heberer, Baryl
Comisky, John
Parkin, Lori
Tebben, David
Neff, Lisa
Wolfe, Lenora
Ferguson, Shana

**UNDER $10,000**
Martin, Terry
McClure, Janette
Riegelein, Jeffrey
Stone, Rhonda
Oberle, Charlene
Maneno, Stacy
Briggs, Lowell
Betson, Christopher
Mathews, Shiela
Siscoe, Marilyn
Johnson, Tammy
Lercher, Rebecca
Sunderland, Leroy
Hoffman, Susan
Richey, Tracie
Phillips, Tammy
Schurman, Eric
Zimmerman, Stanley
Turek, Carol
Thompson, Kimberly
Jones, Paul
Henard, Rose Mary
Samms, Robert
Rynearson, Yvonne
Gelman, Valerie
Turner, Geoff
McDaniel, Jonni
Engel, Lisa
Scranton, Thomas
Hodgson, Ross
Buster, Nona
Peak, Angela
Flairty, Jeffrey
Siegler, Richard
Driskell, Jamie
Schlis, Paul
Leigh, Jason
Syfert, Charles
Cecil, Betty
Koonce, Ronnie
Sheppard, Mildred
Samms, Lillian
Johnson, Jodie
Dudley, Oda

**UNDER $10,000**
Briggs, Judy
Milner, James
Massaglia, Fred
Richmond, Harvey
Schoch, Tracie
Cunningham, Matthew
Sunderland, Ellen
Taylor, Clyde
Quarello, Robert
Keefer, Larry
Juhl, Barbara
Broomfield, Sharon
Violette, Charlotte
Wertz, Debra
Lowe, Kelly
Smith, Daniel
Barra, Laurie
Orrick, Lloyd
Blair, Veronica
Peak, Carol
Carroll, Tracie
Wetherington, Kristi
Cooper, Tabatha
Delost, Denice
Nelson, Tiffany
Anderson, Iola
Scott, Cory
Wyman, Sarah
Roberts, Ashley
Flatley, Melissa
Smith, Lori
Goss, Kristine
Dethloff, Holly
Koontz, Courtney
Adams, Marilyn
Sparrius, Rhonda
Bonnette, Meghan
Goodman, Bethany
Phillips, Erin
Burden, Kelly
Harberger, Jason
Sanders, Michael
Kauffman, Matthew
Aulenbach, Kristi
Lange, Margaret
King, Douglas
Remington, James
Miller, Melissa
Crane, Edward
Mendenhall, Danielle
Emery, Justin
Draher, Holly

**UNDER $10,000**
Smith, Stephanie
Burno, Corey
Fitzen, Sherrill
Solomonson, GLen
Steas, Eldon
Jones, Amy
Gerrietts, Vivian
Ashbaker, Mary
Emme, Beth
Kern, Dan
Prino, Kevin
Fitzpatrick, Katrina
Weltz, Lori
Garman, Brian
Skinner, Steve
Schumm, Janine
Bubonic, Joann
Jackson, Donald
Smith, Donald
Richardson, Charlsa
Hennerhoff, Gerald
Fordham, John
Moser, Connie
Perrilles, Donald
Ling, Jack
Hall, John
Wood, Stephanie
Hutching, Barbara
Bray, Cynthia
Russell, Joshua
Campbell, Mel
Christiansen, Clark
Friedrich, Julie
Martin, Vernon
Perry, Kristen
Harlow, David
Lyons, Jason
Schneblin, Adam
Hellman, Syrena
Anello, Phillip
Braden, Leonard
Diepenbrock, Sherill
Gerrietts, Isaac
Hardesty, John
Kriegsman, A. Richard
Kriegsman, John
Markum, James
Rudd, Mary
Stewart, Ashley
Anderson, Carl
Erich, Robert
Gottman. Larry

105

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #9 (p. 2 of 2)





CITY OF PEKIN, ILLINOIS 61554
Emergency Communications
Denise N. Moldenhauer
Serving As:
County of Tazewell and State of Illinois,

EXHIBIT

2-1

CLZ

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #10

E-1





Exh C
C/P R/P

EXHIBIT
8

injury and illness records, the employer must provide copies of the relevant information by the end of the next business day.

- Your employer may be required to post the annual summary of workplace injuries and illnesses no later than February 1st of the year following the year covered by the records and keep the posting in place until April 30th.

Publication Date – March 2005

**FLSA** Fair Labor Standards Act

$4.75 PER HOUR Beginning October 1, 1996

# FEDERAL MINIMUM WAGE

Employees under 20 years of age may be paid $4.25 per hour during their first 90 consecutive calendar days of employment with an employer.

Certain full-time students, student learners, apprentices, and workers with disabilities may be paid less than the minimum wage under special certificates issued by the Department of Labor.

Tip Credit – Employers of "tipped employees" must pay a cash wage of at least $2.13 per hour if they claim a tip credit against their minimum wage obligation. If an employee's tips combined with the employer's cash wage of at least $2.13 per hour do not equal the minimum hourly wage, the employer must make up the difference. Certain other conditions must also be met.

### OVERTIME PAY

At least 1½ times your regular rate of pay for all hours worked over 40 in a workweek.

### CHILD LABOR

An employee must be at least **16** years old to work in most non-farm jobs and at least **18** to work in non-farm jobs declared hazardous by the Secretary of Labor.

Youths **14** and **15** years old may work outside school hours in various non-manufacturing, non-mining, non-hazardous jobs under the following conditions:

**No more than – 3** hours on a school day or **18** hours in a school week;

**8** hours on a non-school day or **40** hours in a non-school week.

Also, work may not begin before 7 a.m. or end after 7 p.m., except from June 1 through Labor Day, when evening hours are extended to 9 p.m. Different rules apply in agricultural employment.

### ENFORCEMENT

The Department of Labor may recover back wages either administratively or through court action for the employees that have been underpaid in violation of the law. Violations may result in civil or criminal action.

Fines of up to $10,000 per violation may be assessed against employers who violate the child labor provisions of the law and up to $1,000 per violation against employers who willfully or repeatedly violate the minimum wage or overtime pay provisions. This law prohibits discriminating against or discharging workers who file a complaint or participate in any proceedings under the Act.

**Note:** • Cer min

• Spe

• Wh star

**For Additio** nearest you Governmen

TI

U.S. Emp Wag Was

**FMLA** Family and Medical Leave Act of 1993

# Your Rights Under The **Family and Medical Leave Act of 1993**

FMLA requires covered employers to prov leave to "eligible" employees for certain famil they have worked for their employer for at previous 12 months, and if there are at lea permits employees to take leave on an inte under certain circumstances.

## Reasons For Taking Leave:

Unpaid leave must be granted for *any* of the following reasons:

- to care for the employee's child after birth, or placement for adoption or foster care;
- to care for the employee's spouse, son or daughter, or parent, who has a serious health condition; or
- for a serious health condition that makes the employee unable to perform the employee's job.

At the employee's or employer's option, certain kinds of *paid* leave may be substituted for unpaid leave.

## Advance Notice and Medical Certification:

The employee may be required to provide advance leave notice and medical certification. Taking of leave may be denied if requirements are not met.

- The employee ordinarily must provide 30 days advance notice when the leave is "foreseeable."
- An employer may require medical certification to support a request for leave because of a serious health condition, and may require second or third opinions (at the employer's expense) and a fitness for duty report to return to work.

## Job Benefits and Protection:

- For the duration of FMLA leave, the employer must maintain the employee's health coverage under any "group health plan."
- Upon return from FMLA leave, most employees must be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms.
- The use of FMLA leave cannot result in the loss of any employment benefit that accrued prior to the start of an employee's leave.

## Unlawful Acts By Employers:

FMLA makes it unlawful for any employer to:

- interfere with, restrain, or deny the exercise of any right provided under FMLA;
- discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.

## Enforc

- The U.S. Dep
- An eligible e

FMLA does any State or or medical l

## For Add

If you have acce To locate your help line at 1-8 assist you with Page at http://

U.S. Emp Wa Wa

e posted in a conspicuous place for convenient viewing by all employees and applicants.

**…pervisor.**

…the right to access the OSHA injury … are requested your employer may … sentative requests copies of OSHA … end of the next business day. … s no later than February 1st of the

★ Retention in employment;

★ Promotion; or

★ Any benefit of employment;

because of this status.

In addition, an employer may not retaliate against anyone assisting in the enforcement of USERRA rights, including testifying or making a statement in connection with a proceeding under USERRA, even if that person has no service connection.

Publication Date – March 2005

**…poster was prepared by VETS, and may be viewed on the … address: http://www.dol.gov/vets/programs/userra/poster.pdf. Federal law requires employers to notify employees of their rights under USERRA, and employers may meet this requirement by displaying this poster where they customarily place notices for employees.**

U.S. Department of Labor, Veterans Employment and Training Service, Washington, DC 20210, 1-866-487-2365.

U.S. Department of Labor **1-866-487-2365**

**VETS** Veterans Employment and Training Service

**ESGR** Employer Support of the Guard and Reserve **1-800-336-4590**

# FEDERAL MINIMUM WAGE $5.15 PER HOUR

## Beginning September 1, 1997

Youths **14** and **15** years old may work outside school hours in various non-manufacturing, non-mining, non-hazardous jobs under the following conditions:

**No more than – 3** hours on a school day or **18** hours in a school week;
**8** hours on a non-school day or **40** hours in a non-school week.

Also, work may not begin before 7 a.m. or end after 7 p.m., except from June 1 through Labor Day, when evening hours are extended to 9 p.m. Different rules apply in agricultural employment.

### ENFORCEMENT

The Department of Labor may recover back wages either administratively or through court action for the employees that have been underpaid in violation of the law. Violations may result in civil or criminal action.

Fines of up to $10,000 per violation may be assessed against employers who violate the child labor provisions of the law and up to $1,000 per violation against employers who willfully or repeatedly violate the minimum wage or overtime pay provisions. This law prohibits discriminating against or discharging workers who file a complaint or participate in any proceedings under the Act.

**Note:**
- Certain occupations and establishments are exempt from the minimum wage and/or overtime pay provisions.
- Special provisions apply to workers in American Samoa.
- Where state law requires a higher minimum wage, the higher standard applies.

***For Additional Information, Contact*** the Wage and Hour Division office nearest you – listed in your telephone directory under United States Government, Labor Department.

**The law requires employers to display this poster where employees can readily see it.**

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division
Washington, D.C. 20210

WH Publication 1088
Revised October 1996

# …er The … Medical … of 1993

FMLA requires covered employers to provide up to 12 weeks of unpaid, job-protected leave to "eligible" employees for certain family and medical reasons. Employees are eligible if they have worked for their employer for at least one year, and for 1,250 hours over the previous 12 months, and if there are at least 50 employees within 75 miles. The FMLA permits employees to take leave on an intermittent basis or to work a reduced schedule under certain circumstances.

…are; … ituted

- An employer may require medical certification to support a request for leave because of a serious health condition, and may require second or third opinions (at the employer's expense) and a fitness for duty report to return to work.

## Job Benefits and Protection:

- For the duration of FMLA leave, the employer must maintain the employee's health coverage under any "group health plan."
- Upon return from FMLA leave, most employees must be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms.
- The use of FMLA leave cannot result in the loss of any employment benefit that accrued prior to the start of an employee's leave.

## Unlawful Acts By Employers:

FMLA makes it unlawful for any employer to:

- interfere with, restrain, or deny the exercise of any right provided under FMLA;
- discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.

## Enforcement:

- The U.S. Department of Labor is authorized to investigate and resolve complaints of violations.
- An eligible employee may bring a civil action against an employer for violations.

FMLA does not affect any Federal or State law prohibiting discrimination, or supersede any State or local law or collective bargaining agreement which provides greater family or medical leave rights.

## For Additional Information:

If you have access to the Internet visit our FMLA website: **http://www.dol.gov/esa/whd/fmla.** To locate your nearest Wage-Hour Office, telephone our Wage-Hour toll-free information and help line at 1-866-4USWAGE (1-866-487-9243); a customer service representative is available to assist you with referral information from 8am to 5pm in your time zone; or log onto our Home Page at **http://www.wagehour.dol.gov.**

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division
Washington, D.C. 20210

WH Publication 1420
Revised August 2001

DRAFT

## CITY OF PEKIN, ILLINOIS
# JOB CLASSIFICATION LIST - GRADE ORDER

| GRADE | ANNUAL SALARY RANGE Minimum | Mid-Point | Maximum | FLSA | JOB CODE AND TITLE |
|---|---|---|---|---|---|
| 3 | 18,170 | 22,712 | 24,530 | | |
| | | | | N | 1815 City Property Grounds Worker |
| | | | | N | 1616 Data Entry/Records Clerk |
| | | | | N | 1612 Records Clerk |
| 4 | 19,793 | 24,741 | 26,721 | | |
| | | | | N | 1805 Accounting Clerk |
| | | | | N | 1814 Building and Grounds Worker |
| | | | | N | 1614 Parking Enforcement Clrk/Receptionist |
| | | | | N | 1803 School Bus Monitor |
| | | | | N | 1102 Secretary |
| | | | | N | 1905 Secretary |
| | | | | N | 1609 Secretary - Investigations |
| | | | | N | 1205 Utilities Billing Clerk |
| 5 | 21,416 | 26,770 | 28,912 | | |
| | | | | N | 1203 Accounts Payable Clerk |
| | | | | N | 1303 Administrative Secretary |
| | | | | N | 1402 Administrative Secretary |
| | | | | N | 1602 Administrative Secretary |
| | | | | N | 1706 Administrative Secretary |
| | | | | N | 1902 Administrative Secretary |
| | | | | N | 1802 City Bus Driver |
| | | | | N | 1613 Parking Enforcement Officer |
| | | | | N | 1811 Recycle Driver |
| | | | | N | 1813 Yardwaste Collector |
| 6 | 23,039 | 28,799 | 31,103 | | |
| | | | | N | 1807 School Bus Driver |
| 7 | 24,662 | 30,827 | 33,294 | | |
| | | | | N | 1804 Administrative Assistant |
| | | | | N | 1611 Legal Assistant/Records Clerk |
| | | | | N | 1907 Streets Maintenence Worker |
| | | | | N | 1504 Telecommunicator (Dispatcher) |
| 8 | 26,285 | 32,856 | 35,485 | | |
| | | | | N | 1306 Firefighter |
| | | | | N | 1809 Mechnanic |

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #12 (p. 1 of 2)

DRAFT

CITY OF PEKIN, ILLINOIS

# JOB CLASSIFICATION LIST - GRADE ORDER

| GRADE | ANNUAL SALARY RANGE Minimum | Mid-Point | Maximum | FLSA | JOB CODE AND TITLE |
|---|---|---|---|---|---|
| 8 | 26,285 | 32,856 | 35,485 | | |
| | | | | N | 1204 Utilities Accounting Coordinator |
| 9 | 27,908 | 34,885 | 37,676 | | |
| | | | | N | 1705 Bldg. Inspector - H.V.A.C. |
| | | | | N | 1704 Bldg. Inspector - Plumbing & Sewer |
| | | | | N | 1703 Building Inspector - Electrical |
| | | | | N | 1906 Streets Maintenence Foreman |
| 10 | 29,531 | 36,914 | 39,867 | | |
| | | | | N | 1305 Driver/Engineer |
| | | | | N | 1307 Driver/Engineer -Equip. Maint. Coord. |
| | | | | N | 1606 Patrol Officer |
| | | | | N | 1503 Shift Supervisor |
| 11 | 31,154 | 38,943 | 42,058 | | |
| | | | | E | 1202 Asst Fin Dir/Payroll/Personnel |
| | | | | N | 1608 Investigator |
| | | | | N | 1607 Juvenile Office/Investigator |
| | | | | N | 1903 Network/Mapping Specialist |
| | | | | E | 1502 Operations Supervisor |
| | | | | E | 1610 Records/Parking Enforcement Manager |
| 12 | 33,183 | 41,479 | 44,797 | | |
| | | | | E | 1702 Code Enforcement Officer |
| | | | | E | 1808 Mechanic/Supervisor |
| | | | | E | 1605 Sergeant - Patrol |
| 13 | 35,618 | 44,522 | 48,084 | | |
| | | | | E | 1701 Assistant Public Affairs Director |
| | | | | E | 1304 Captain - Fire |
| | | | | E | 1101 City Clerk |
| | | | | E | 1604 Lieutenant - Patrol |
| 14 | 38,052 | 47,565 | 51,370 | | |
| | | | | E | 1302 Deputy Fire Chief/Training Officer |
| | | | | E | 1904 Streets Superintendent |
| 15 | 40,486 | 50,608 | 54,656 | | |
| | | | | E | 1603 Administrative Captain |
| | | | | E | 1501 Director of Communications |

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #12 (p. 2 of 2)

James A. Kliefoth, M.D., F.A.C.S.
GENERAL AND PERIPHERAL VASCULAR SURGERY

2205 STATE STREET
PEKIN, ILLINOIS 61554

(309) 353-1833

Pekin Consolidated Communications Center
400 Margaret Street
Pekin,Illinois, 61554

RE: Denise Wilkinson

Dear Mr. William Surratt

This letter is on behalf of Denise Wilkinson. Her present illness began on 4-1-91 and continued until she returned to work this week.

The nature of her illness involves an inflamation of the pancreas. This inflamation is and can be very debilitating. The cause of the pancreatititis is a congenital abnormality called a choledochal cyst which will require further treatment.

Her time off work is clearly due to a medical leave of absence. She has been on antibiotics for most of this time and she has suffered a great deal of pain due to the debilitating nature of her illness. She is at present not strong enough to work extended hours. In fact, she has returned to work before I would have considered her able. Her lack of energy and strength will require that she gets her full measure of rest. Therefore, I do not feel that she will be able to tolerate overtime hours at this time.

Thank you for your attention to these matters.

Sincerely,

James A. Kliefoth (signature)

James A. Kliefoth, M.D.

JAK/ke

EXHIBIT
1

Received by S. D. Thompson
@ 8:00 pm 062291

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #13



# City of Pekin

Payroll Office

## ACKNOWLEDGMENT

I acknowledge receipt of a written copy of the **City of Pekin Sexual Harassment Policy** as amended by Resolution #377 dated 12-28-98.

I have read the policy on sexual harassment and understand the City's policy regarding sexual harassment.

I understand that it is my responsibility to report incidents of sexual harassment to either the department head or, when that is not practical, to either the Risk Manager or the City Manager.

1-27-99
Date

Denise Moldenhauer
Employee

Denise Moldenhauer
Employee Name Printed

Personnel File

EXHIBIT
10

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Plf. Exh. #14

City of Pekin Insurance Book Dec 1997

GENERAL INFORMATION

The following information, together with the information contained in this booklet, form the SUMMARY PLAN DESCRIPTION.

1. Name of the Plan: City of Pekin Employee Benefit Plan.

2. Plan Sponsor and Plan Administrator:

   City of Pekin
   400 Margaret Street
   Pekin, Illinois 61554
   309-477-2309

3. Employer Identification Number (E.I.N.): 37-6002169

4. Plan Number: 501-100188

5. Type of Plan : Welfare Benefit Plan providing Comprehensive Medical & Dental Benefits

6. Contract Administrator:

   HCH Administration
   P.O. Box 1986
   Peoria, IL 61656-1986
   Telephone: 309-673-7330
   WATS: 800-322-1516

7. Utilization Review Administrator:

   HCH Administration
   P.O. Box 1986
   Peoria, IL 61656-1986
   Telephone: 800-851-4630

8. Agent for Service of Legal Process: City Manager, Dick Hierstein

9. Eligibility requirements, termination provisions and a description of the circumstances which may result in disqualification, ineligibility, or denial or loss of benefits are described within this booklet.

10. Source of contribution to the Plan: The extent to which a Covered Person must

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #15 (p. 1 of 2)

1:04-cv-01169-MMM-JAG # 70-4 Page 11 of 11

contribute toward the cost of benefits available under the Plan shall be provided by the Employer.

11. Fiscal Year of the Plan: April 1 through March 31.

2

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #15 (p. 2 of 2)