EMPLOYER COPY

238 (10/97)

E-FILED
Thursday, 31 August, 2006 11:15:54 AM
Clerk, U.S. District Court, ILCD

```
RECEIVED BY: _____
     COVERAGE: _____

ANNUAL INFORMATION STATEMENT FOR YEAR 1999
GROUP NAME: CITY OF PEKIN
                                   GROUP NO.: 100188
EMPLOYEE NAME: DENISE N. MOLDENHAUER
                                   EMPLOYEE SOCIAL SECURITY NO.: 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
CURRENT ADDRESS: 2110 VALENTINE
                                   LOCATION: 033 T/P CCC
                 PEKIN, IL 61554

=========================================================================================
You have coverage for the following named individuals: M=MED; D=DENT; R=DRUG CARD; Q=VISION; X=LIMITED DENT
NAME          SSN           DOB         COVERAGE          NAME          SSN           DOB          COVERAGE
====          ===           ===         ========          ====          ===           ===          ========
DENISE        352507427     04/29/55    MDRT
CHRIS         334641423     10/11/61    MDRT
BARRY         344738222     08/03/82    MDRT
MALLORY       326743282     02/11/84    MDRT
TANNER        327829342     12/04/86    MDRT
```

*********** THE FOLLOWING INFORMATION MUST BE COMPLETED BY EACH EMPLOYEE EACH YEAR ***********

**SECTION 1 – STUDENT STATUS**   Dependent children age 19 or older must also be full-time students. Please list each dependent (age 19 or older) and the name of the school which they attend full-time:

Dependent Name: _____  School Name & Address: _____
Dependent Name: _____  School Name & Address: _____
Dependent Name: _____  School Name & Address: _____

**SECTION 2 – OTHER INSURANCE COVERAGE**   1) Do you have Medicare coverage? ☒ NO ☐ YES – Effective Date: _____
2) Does your spouse have Medicare coverage? ☐ NO ☐ YES – Effective Date: _____
3) Is your spouse employed? ☐ NO ☒ YES – If "yes", please list name and address of spouse's employer below:
Name of spouse's employer: _Tazewell County Highway_  Address: _____ _U of P Dept_
4) Do you or any of your dependents have other insurance coverage? ☐ NO ☒ YES – If "yes", please list each individual with other coverage below:
Name of individual(s): 1. _Chris_  2. _____  3. _____  4. _____  5. _____
Policy or Group Number: _____
Insurance Company Name: _Tazewell County Highway Dept Local Lodge #627_
Address for Claims: _Central States SE & SW Areas Health & Welfare Fund_
_9377 W. Higgins Rd Rosemont IL 60018-4938_

**SECTION 3 – CERTIFICATION AND SIGNATURE**   I/we hereby request the amount(s) and form(s) of coverage for which I am or may become eligible and I hereby authorize my employer to deduct the required contributions, if any, from my earnings. Additionally, I/we jointly certify that the above information is true and correct. I/we hereby authorize all doctors, pharmacists, hospitals or other institutions rendering care and treatment to me or any of my eligible dependents to furnish HCH Administration and/or its designee with full information regarding treatment rendered (including copies of their records), I/we also authorize any Union, Trust Fund, Employer or Insurance Carrier to furnish HCH Administration and/or its designee with information regarding benefits under the plan. I understand that the listing of my spouse and children on this form does not automatically qualify them as eligible dependents under the plan and that it is my responsibility to verify their eligibility for benefits under the terms of this plan. I agree that this authorization shall be in force until released by me in writing (or a new one signed). I further understand that if I receive treatment without following the precertification procedure, I may be responsible for paying more of my hospital bill. A copy of this authorization shall be as effective and valid as the original. IF MARRIED, SPOUSE ALSO MUST SIGN BELOW.

PLEASE SEE IMPORTANT NOTICE ON BACK

Date _12-11-98_   Employee's Signature X _Denise N Moldenhauer_

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #16

# KEPPLE & COMPANY, INC.
1811 W. ALTORFER DRIVE
PEORIA, IL 61615-1926
(309) 692-7330

☒ NEW APPLICATION
☐ COVERAGE CHANGE

GROUP NAME: _____

EMPLOYEE'S EMPLOYER: City of Pekin

EMPLOYMENT DATE: 11-?-84

EFFECTIVE DATE OF CHANGE: _____

## INSURANCE INFORMATION CARD

**NAME OF INDIVIDUAL APPLICANT**
LAST: Wilkinson   FIRST: Denise   INITIAL: N

STREET: Rt 3 Box 166   CITY: Pekin   STATE: IL   ZIP: 61554

OCCUPATION: Police Dispatcher

BIRTHDATE: 04/16/55   PHONE: 353-3768

SOCIAL SECURITY NO.: 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

☐ MALE  ☒ FEMALE
☐ SINGLE  ☐ MARRIED  ☒ DIVORCED  ☐ WIDOWED  ☐ OTHER

☐ ADD DEPENDENTS
☐ DROP DEPENDENTS
☐ CHANGE OF BENEFICIARY
☐ TERMINATE

REQUESTED EFFECTIVE DATE: 10-01-88

NUMBER OF HOURS WORKED PER WEEK: 40
EARNINGS $ _____  ☐ HOUR  ☒ WEEK  ☐ MONTH

**NOTE: IF DEPENDENT COVERAGE IS REQUESTED PLEASE LIST THEIR NAMES BELOW**
(Please list additional dependents on back)

**SPOUSE'S NAME**
01 (LAST) _____ (FIRST) _____ (MIDDLE) _____
SEX _____ DATE OF BIRTH _____
SPOUSE'S EMPLOYER _____
Husband/Wife Social Security No. (If Known) _____

**DEPENDENT NAME**
02 (LAST) Wilkinson (FIRST) Jennifer R. (MIDDLE) _____
SEX F  DATE OF BIRTH 04/18/79

03 DEPENDENT NAME (LAST) _____ (FIRST) _____ (MIDDLE) _____

04 DEPENDENT NAME (LAST) _____ (FIRST) _____ (MIDDLE) _____

05 DEPENDENT NAME (LAST) _____ (FIRST) _____ (MIDDLE) _____

**BENEFICIARY NAME**: Wilkinson Jennifer Rebekah
**BENEFICIARY RELATIONSHIP**: daughter

I hereby request the amount(s) and Form(s) of Coverage for which I am or may become eligible and hereby authorize my employer to deduct the required contributions, if any, from my earnings. I understand/authorize any physician, medical practitioner, hospital, clinic or medical related facility, insurance or re-insuring company, having information available as to diagnosis, treatment, and prognosis with respect to any physical, mental, drug or alcohol condition and/or treatment of me, my spouse, or my dependent children, and give/allow Kepple & Co., Inc. any and all such information while I, my spouse or my dependent children are or have been a patient of a hospital, clinic, or medical related facility. I understand that information will be used by Kepple & Company, Inc., for the purpose of evaluating, determining or administering claims for health insurance benefits for services provided to me, my spouse, and/or any of my dependents. I know that I may request to receive a copy of this authorization. I agree that a photographic copy of this authorization shall be as valid as the original. I agree that this authorization shall be in force until released by me in writing.

SIGNATURE: Denise Wilkinson   DATE COMPLETED: 10-05-88

If you decide not to apply for coverage at this time, fill out the declination at the right.

## SIGN BELOW ONLY IF YOU DO NOT ELECT TO BE COVERED

I hereby certify that I have been offered an opportunity to become covered under the Plan sponsored by my employer and after careful consideration I have decided NOT to enroll for Medical Benefits.

I understand that in the event I desire the coverage offered but at a later date, I will be required to furnish at my own expense, evidence of good health satisfactory to the Plan Administrator, and the Plan Administrator will have the right to re_____ covered as a dependent RIMS – EM $ac.co 2 10/24/88 fu)

SIGNATURE _____   LINE 16 _____   LINE 18 _____

DATE _____   LINE 17 $33   LINE 19 DOL

**OFFICE USE ONLY - DO NOT WRITE BELOW THIS LINE**
NO ☐  EOI  Appv  LIFE CLASS _____

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #17

## ILLINOIS FRATERNAL ORDER OF POLICE LABOR COUNCIL
## 974 CLOCK TOWER DRIVE
## SPRINGFIELD, ILLINOIS 62704

*ded 9*
*pl 4*

*76250*

I, __Denise Wilkinson__, hereby authorize my employer, __City of Pekin__, to deduct from my wages the uniform amount of monthly dues set by the Illinois Fraternal Order of Police Labor Council, for expenses connected with the cost of negotiating and maintaining the collective bargaining agreement between the parties and to remit such dues to the Illinois Fraternal Order of Police Labor Council as it may from time to time direct. $15.00

Signed: __Denise Wilkinson__

Date: __9-11-90__

Address: __Rt 3 Box 166__

City: __Pekin__

State: __Il__   Zip: __61554__

Telephone: __309-353-3768__

**Please remit all dues deductions to:**

Illinois Fraternal Order of Police Labor Council
974 Clock Tower Drive
Springfield, IL  62704

(217) 698-9433

PAY PERIOD ENDING
OCT 13 1990

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #18

# 2003 Enrollment Verification Form

## PLEASE COMPLETE AND RETURN

OFFICE USE: _____

GROUP: PEKINCITY
DEPT: T/P CCC
SSN: 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

**EMPLOYEE NAME AND ADDRESS:**
DENISE MOLDENHAUER
2110 VALENTINE
PEKIN IL 61554

**You have the following coverage type:**
MEDICAL: FAMILY
DENTAL: FAMILY

**You have coverage for the following people:**

| NAME | DOB | HAVE OTHER COVERAGE | RESIDE WITH YOU | CLAIM ON TAXES |
|---|---|---|---|---|
| DENISE N MOLDENHAUER | 4/29/55 | ☑ YES ☐ NO | ☐ YES ☐ NO | ☐ YES ☐ NO |
| CHRIS MOLDENHAUER | 10/11/61 | ☑ YES ☐ NO | ☐ YES ☐ NO | ☐ YES ☐ NO |
| ~~BARRY MOLDENHAUER~~ 8-3-01 | 8/3/82 turned 19 y/o | ☐ YES ☐ NO | ☐ YES ☐ NO | ☐ YES ☐ NO |
| MALLORY MOLDENHAUER | 2/11/84 | ☑ YES ☐ NO | ☐ YES ☐ NO | ☐ YES ☐ NO |
| TANNER MOLDENHAUER | 12/4/86 | ☑ YES ☐ NO | ☐ YES ☐ NO | ☐ YES ☐ NO |

If you answered Yes for "**HAVE OTHER COVERAGE**" above, please provide the following:

| NAME | INSURANCE COMPANY | ADDRESS/PHONE NUMBER OF INSURANCE COMPANY |
|---|---|---|
| Chris | Blue Cross/Blue Shield TeamCare | Central States PO 5116 Des Plaines, IL 800-323-2190 |
| Denise | " | |
| Mallory | " | |
| Tanner | " | |

**THE FOLLOWING INFORMATION MUST BE COMPLETED BY EACH EMPLOYEE**

Spouse's employer: Tazewell County Highway Dept
Address: Rt 9 Tremont
Do you have Medicare coverage? ☑ NO  ☐ YES – Effective date: _____
Does your spouse have Medicare coverage? ☑ NO  ☐ YES – Effective date: _____

**PLEASE PROVIDE INFORMATION REGARDING DEPENDENTS OVER THE AGE OF 18:**

| DEPENDENT | SCHOOL | NUMBER OF HOURS | ADDRESS/PHONE NUMBER OF SCHOOL |
|---|---|---|---|
| Mallory | South Western Assembly of God | 12 | White river, AZ |

I/we jointly certify that the above information is true and correct. Misrepresentation of information is basis for rescission. I/we hereby request the amount(s) and form(s) of coverage for which I am or may become eligible and I hereby authorize my employer to deduct the required contributions, if any, from my earnings. I/we hereby authorize all doctors, pharmacists, hospitals or other institutions rendering care and treatment to me or any of my eligible dependents to furnish Progressive Benefit Services, Inc. (PBS) and/or its Designee with full information regarding treatment rendered (including copies of their records), for the purpose of claims payment, eligibility determination and/or utilization review/case management, if applicable. I/we also authorize any Union, Trust fund, Employer of Insurance Carrier to furnish PBS and/or its Designee with full information regarding benefits to which I/we may be entitled. If I/we decline to enroll in the above noted coverage, I/we understand that should coverage be desired at a later date, I/we will be required to furnish at my own expense, evidence of good health satisfactory to the Employer and Contract Administrator, and the Employer and/or the Contract Administrator may refuse my request unless I (or my dependent) have been continuously covered and entitled to that benefit as a dependent under this plan. I/we shall be subject to the applicable terms and conditions as outlined in the plan which may require additional limitations and waiting periods. I understand that the listing of my spouse and children on this form does not automatically qualify them as eligible dependents under the plan and that it is my responsibility to verify their eligibility for benefits under the terms of this plan. I agree that this authorization shall be in force until released by me in writing (or a new one signed). I/we further understand that if I/we receive treatment without following the precertification procedure, I may be responsible for paying more of my hospital bill. A photostatic copy of this authorization shall be as effective and valid as the original. **If married, spouse also must sign below.**

Date 4/19/02  Signature: Denise Moldenhauer  Spouse's Signature: Chris Moldenhauer

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #19

Progressive Benefit Services  •  P.O. Box 3440  •  PEORIA, IL 61612-3440  •  309-687-3502  •  888-817-3714

# CITY OF PEKIN
## AUTHORIZATION FOR DIRECT DEPOSIT

DATE 3-21-96

**EMPLOYEE INFORMATION**

Employee # 76250            Dept. Worked TPCCC

Social Security # 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

Name Denise N. Wilkinson

Address 2110 Valentine
Pekin, IL, 61554-969

Home Phone # 353-5364

**BANKING INSTITUTION INFORMATION**

Name of Bank First of America 9 _____

Account pay is to be credited to # 6810127388
(copy of deposit ticket must be attached)

I HEREBY AUTHORIZE MY EMPLOYER TO DIRECT DEPOSIT THE NET AMOUNT OF MY PAY TO THE BANK AS NAMED ABOVE.

EMPLOYEE SIGNATURE Denise N Wilkinson

PART 1- EMPLOYER        PART 2- BANK        PART 3- EMPLOYEE





# City of Pekin
## Pekin, Illinois

January 2, 1996

*10.28 CIGNA Life*
*9.00 Amsy Life*

TO: All Section 125 Flexible Spending Plan Participants

RE: 1996 Deductions

Unless I hear otherwise, I will continue your Section 125 Flexible Spending Plan contributions from 1995 and use these for 1996. Your 1996 Flex packets will be arriving soon.

Please contact this office if you wish to change or cancel your current deduction.

Thank you for your cooperation.

Pat Pollock
Payroll

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #21


**SECTION 125 FLEXIBLE SPENDING**

# EMPLOYEE ENROLLMENT FORM
## HCH ADMINISTRATION
P.O. BOX 1986
PEORIA, IL 61656-1986
(309) 673-7330
(800) 322-1516

**OFFICE USE ONLY**
EM   NC   EAM   EDM   EBC
EFF _____     EE BENCL _____
LOC _____    DEP BENCL _____
PLAN # _____  DEP BENCL _____
DEP _____    DOE INIT _____

**EMPLOYEE'S NAME (Last, First, Middle):** MOLDENHAUER, DENISE N.
**Phone Number:**
**Effective Date:** 01/01/98
**Street Address:** 2110 VALENTINE
**City:** PEKIN
**State:** IL
**Zip Code:** 61554
**Employer:** CITY OF PEKIN
**Division:** 033
**Date of Change In Status:**
**Date of Birth:** 04/29/55
**Check One:** ☐ Male ☐ Female
**Check One:** ☐ Married ☐ Single ☐ Widowed ☐ Divorced
**Social Security Number:** 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
**Reason For Change in Status:**

**Spouse Name:** CHRIS — DOB 10/11/61
**Dependent:** JENNIFER — DOB 04/18/79
**Dependent:** BARRY — DOB 08/03/82
**Dependent:** MALLORY — DOB 02/11/84
**Dependent:** TANNER — DOB 12/04/86

I request that my salary be reduced per pay period as follows:

**MEDICAL PREMIUM**
- Single Coverage   S $
- Family Coverage   F $

**DENTAL PREMIUM**
- Single Coverage   S $
- Family Coverage   F $

**LIFE PREMIUM**   $

**UNREIMBURSED ELIGIBLE EXPENSES**
Flexible Spending Account for reimbursement of health related expenses.   $

**CHILD/DEPENDENT CARE EXPENSES**
Flexible Spending Account for reimbursement of employment related Dependent Care expenses. [MAXIMUM OF $5,000 ($2,500 IF MARRIED AND FILING SEPARATE TAX RETURN)]   $

**OTHER**
Cancer   18.00
IMRF In   9.00
CIGNA   12.21

**TOTAL**   $

If any dependent has either school or other group insurance, indicate
(1) Name of Dependent _____
(2) Name of the policyholder/group _____
(3) Insured _____
(4) His/her insurance identification numbers _____
(5) Name of his/her insurance company _____
(6) Full address of insurance company where claims are processed _____

**AUTHORIZATION:** I certify the above information to be correct and true to the best of my knowledge and that the children listed under "Dependent Coverage" either reside with me in a parent-child relationship or are legally dependent on me for their support. I understand that any amounts remaining in my account(s) not used for eligible expenses incurred during the plan year will be forfeited in accordance with current plan provisions and tax laws. I further understand that the Flexible Spending reduction(s) will be in effect for the plan year and cannot be revoked unless I experience a change in my family status or termination of spouse's employment.

**Signature:** Denise Moldenhauer       **Date:** 12-22-97

**IF YOU DECLINE PARTICIPATION:** The benefits of the plan have been thoroughly explained to me and I decline to participate.
**Signature:** _____   **Date:** _____

ADMINISTRATOR COPY



# City of Pekin
### Payroll Office

December 8, 1997

## Employee Agreement

Following is the price breakdown of your computer lease purchase:

| | |
|---|---|
| Computer | $1415.00 |
| Monitor | 513.00 |
| Printer | 240.00 |
| Software | 200.00 |
| Installation | 60.00 |
| Interest | 160.09 |
| End of Term Buyout | 3.00 |
| Total Purchase Price | $2591.09 |

PAY PERIOD ENDING
DEC 27 1997

Amount will be payable in 78 payments of $33.22 each. (3 yrs)

First deduction will be January 2, 1998

Sales tax will be due at the end of the lease period of 3 years. Sales tax will be figured on the depreciated value of the equipment at that time. IBM will provide us with that figure.

If employment relationship terminates for any reason during the term of this lease, employee agrees to make continued payments to city until balance of purchase price is paid in full.

Employee Signature
*Denise Moldenhauer*

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #23

*Patricia A Pollock, Assistant Finance Director*

WAIVER OF HEALTH INSURANCE COVERAGE

Effective 1-1-96, the City of Pekin Medical Benefit Plan has authorized reimbursement for those who choose to remove their dependents from coverage. The amounts of reimbursement are as follows:

$300 for the exclusion of an employee or retiree
$600 for the exclusion of an employee and their dependents

The payment of this amount will be made in a lump sum in the first month of the year. It is important to note that you cannot exclude yourself and insure your dependents.

When considering this waiver, one should keep in mind that the following conditions apply:

* There will be open enrollment periods every December for coverage to be effective 1/1. For those again joining the plan a 365 day pre-existing conditions period would apply.

* Should you care to reenter the plan, outside the open enrollment period, you would be eligible to do so with "evidence of insurability". This evidence would consist of a series of health questions and a physical for those choosing to enroll. These examinations will be at the expense of the parties enrolling.

Please indicate your preference below..........

I CHOOSE TO WAIVE COVERAGE FOR MYSELF _____
                               DEPENDENTS _____

I CHOOSE NOT TO WAIVE COVERAGE FOR EITHER ✓

NAME _Denise N. Wilkinson_
SIGNATURE _Denise N. Wilkinson_
DATE _12-14-95_

Please return to Pat Pollock when completed.

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #24