The following must be completed by the Employer or the conversion application will be returned to the employee and the conversion process will be delayed.

1. Policyholder  CITY OF PEKIN   Telephone Number (309) 477-2305
2. Address  401 COURT ST    PEKIN    IL    61554
   (Street)           (City)        (State)   (Zip)
3. Group Policy Number(s)  UTL 4843   Certificate Number 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
4. Name of Employee  DENISE MOLDENHAUER
5. Termination Date of Insurance and/or Employment  6-30-98
6. Amount of Terminated Life Insurance: Basic $ 40,000  Supplemental $
7. Reason for termination of group insurance:

   ☐ Termination of Employment      ☐ Retirement
   ☐ Change to Another Class        ☐ Reduction in Benefit
   ☑ Cancellation of Group Contract
   Date of Cancellation  6/30/98

   Was Employee Covered Under Group Policy for at Least Three Years?  ☑ Yes  ☐ No

Your eligibility for Life Insurance under the Group Insurance Policy issued by the Company to the Policyholder terminated on the Termination Date shown above. You are hereby notified that under the terms of said Policy, you may, subject to the terms set forth therein, convert your Life Insurance coverage under said Policy, evidenced by your certificate, to an individual Policy of Life Insurance (except term insurance) without disability or supplemental benefits, by making written application therefore and payment of the first premium thereon to the Company. Such application and premium payment must be made within thirty-one days after the Termination Date shown above, or within fifteen days of the Date of this Notice, whichever date is later, but in any event, no later than ninety-one days from said Termination Date with Home Office approval.

Date of Notice  7/15/98   By  Patricia Pollock   Title  Asst. Finance Dir.

**NOTES TO POLICYHOLDER:**

1. **Make a copy of this form for your file. This is for your own protection to ensure proper notification has been given.**

2. If the employee is under age 60 and totally disabled, he may be eligible for premium waiver under your group insurance policy instead of the conversion policy. Please check your group policy to determine whether or not you have elected Waiver of Premium, determine the eligibility, and process the application accordingly.

3. If the employee has eligible dependents covered by the group policy, an application for each eligible dependent must be completed and submitted for processing. The Ordinary Life Policy is an individual policy, therefore, each covered dependent will be issued a separate insurance policy.

8

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #25 (p. 1 of 2)

**The following information must be completed by the employee (PLEASE PRINT):**

1. Full Name  MOLDENHAUER   DENISE   N   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
   (Last)    (First)    (MI)    (Social Security No.)

2. Residence  2110 VALENTINE   PEKIN   IL   61554
   (Street)    (City)    (State)    (Zip Code)

3. Telephone Numbers (309) 353-5364 Day ( )   -   Evening

4. Date of Birth 4/29/55  Place of Birth KEWANEE, IL.

5. Amount of Coverage you wish to convert $ 40,000

6. How shall premiums be payable:  ☐ ANNUAL   ☐ SEMI-ANNUAL   ☒ QUARTERLY

   Please indicate if you would like information on Check-O-Matic:  ☐ Yes   ☒ No

7. I elect the Automatic Premium Loan Provision:  ☐ Yes   ☒ No

8. Amount of Payment submitted with this application $ 214.90

9. Beneficiary Information:

   Primary Beneficiary   CHRIS W MOLDENHAUER

   Relationship   SPOUSE

   Social Security Number   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

   Contingent Beneficiary   _____

   Relationship   _____

   Social Security Number   _____

10. Corrections and changes (**Office Use Only**) _____

THE UNDERSIGNED, HAVING READ THE ABOVE, DECLARES AND AGREES: (1) The information therein is complete and correct, and shall be the basis for and a part of any insurance issued; (2) the Company shall not be bound by any statement of the undersigned to any person, not contained therein, nor shall notice to or knowledge of any agent be notice to or knowledge of the Company; (3) errors and omissions therein may be corrected by the Company in Item No. 10 above, and acceptance of any policy issued hereon shall be ratification thereof, except that no change in amount of insurance or premium or classification, plan of insurance, or benefits shall be made without written agreement of the undersigned; (4) only the President, a Vice President, the Secretary or an Assistant Secretary of the Company can make, modify, or discharge contracts, or waive any of the Company's rights or requirements.

Signature  _Denise Moldenhauer_    Date  7-15-98

(Parent or Guardian signature if applicant is under age 18)

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #25 (p. 2 of 2)

*Correction sent in 9-15-97*

## IMRF VOLUNTARY LIFE PLAN
### THE PRUDENTIAL GROUP LIFE INSURANCE PLAN

NOTICE OF CHANGE FORM
Group Policy No. G-92860

Complete this information for any change: (Type or print firmly with a ball point pen.)

| Name | Member number (certificate number) |
|---|---|
| DENISE N MOLDENHAUER | |

| Address | Social Security number |
|---|---|
| 2110 VALENTINE | 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 |
| PEKIN, IL 61554-1969 | Name of employer, city: City of Pekin |

Complete the following sections only if applicable:

### CHANGE OF BENEFICIARY

Change my Insurance Beneficiary to:

| List full name of each person | Relationship | Address (Street, City, State, Zip) |
|---|---|---|
| 1. CHRIS W. MOLDENHAUER | HUSBAND | 2110 Valentine Pekin IL 61554 |
| 2. JENNIFER R. WILKINSON | Daughter | 2110 Valentine Pekin IL 61554 |
| 3. | | |

(Attach list if more space is needed.)     SEE REVERSE SIDE FOR EXAMPLES

| Date | Insured's signature |
|---|---|
| June 22, 97 | Denise N. Moldenhauer |

### LOST CERTIFICATE STATEMENT

I, the undersigned, hereby certify that the Certificate specified above is not in my possession and is not transferred or in any way encumbered.

I agree and promise that I will immediately surrender to the Company the said Certificate that comes into my possession at any future time.

| Date | Insured's signature |
|---|---|
| | |

### NOTICE OF WITHDRAWAL

I, the undersigned member, hereby give notice of withdrawal of participation in the Group Insurance coverage under- written by The Prudential.

Such withdrawal to be effective on _____, 19___

It is understood and agreed that by the execution of the Notice of Withdrawal, I forfeit my rights to the coverage and should I elect after said date to participate again in such insurance, I must furnish, at my own expense, evidence of insurability satisfactory to The Prudential.

Reason for withdrawal

| Date | Insured's signature |
|---|---|
| | |

Return to: Byerly & Company, Inc.
IMRF Voluntary Plan Administrator
Harlequin Plaza South, Suite 250S
7600 E. Orchard Rd.
Englewood, CO 80111

| Date | Signature of authorized IMRF representative |
|---|---|
| | |

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #26

Original - Employer Unit     Canary - Plan Administrator     Pink - Employee

GRP (NCHO) 1676 Ed 5-90



# City of Pekin

August 19, 1999

Denise Moldenauer
2110 Valentine
Pekin, Il 61554

Dear Denise,

As a follow-up to the letter you received August 12th, I would like to explain the status of your health insurance with the City of Pekin. Your FMLA time will expire on October 6th, 12:00 midnight. Your health insurance will continue through that date. After that date, you will become eligible for COBRA, if you do not return to work. You will receive by certified mail from HCH administration your COBRA information.

I have also enclosed forms and an information booklet on IMRF Disability, if you choose to apply for temporary benefits.

With regard to your other insurance deductions with the City of Pekin, you must remit a check monthly to me in the amount of $37.00 payable to the City of Pekin. This will cover your $9.00 premium for IMRF Voluntary Life Insurance, $18.00 for Occidental Life Insurance, and $10.00 per month for your dependent share of Health Insurance. However, if you decide to apply for COBRA, your $10.00 per month deduction will cease since you will pay COBRA premiums.

Please contact this office if you have any questions.

Pat Pollock
Payroll Dept.

Cc: file
    Steven Thompson

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #27