# ILLINOIS MUNICIPAL RETIREMENT FUND

100 South Wacker Drive
Chicago, Illinois 60606

EMPLOYER'S CERTIFICATE OF DISABILITY

*mailed 7-28*

## INSTRUCTIONS

1. PLEASE TYPE OR PRINT, ANSWER ALL QUESTIONS FULLY.  THE SIGNATURE OF THE AUTHORIZED AGENT IS REQUIRED FOR ALL CLAIMS; THE DEPARTMENT SUPERVISOR SHOULD ALSO SIGN WHENEVER REQUIRED LOCALLY.

2. SEND THIS CERTIFICATE WITH FORMS 5.40, 5.42 AND BIRTH CERTIFICATE TO IMRF.  IF BIRTH CERTIFICATE OR PHYSICIAN'S STATEMENT ARE NOT IMMEDIATELY AVAILABLE, SUBMIT THIS CERTIFICATE AND THE EMPLOYEE'S APPLICATION TO IMRF PROMPTLY TO AVOID THE LOSS OF ANY BENEFITS.

## EMPLOYER'S STATEMENT

NAME OF EMPLOYING MUNICIPALITY OR SCHOOL DISTRICT

City of Pekin (Tazewell/Pekin Consolidated Communications Center)

EMPLOYER IMRF NUMBER
69-333378

NAME OF EMPLOYEE
Denise Wilkinson

DATE OF BIRTH
4/29/55

SOCIAL SECURITY NUMBER
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

OCCUPATION *(describe duties)*

Telecommunicator-Public Safety Dispatcher

LAST DATE EMPLOYEE WORKED
6/25/89

LAST DATE FOR WHICH EMPLOYEE WAS OR WILL BE PAID
*(Including Vacation Pay, Sick Pay, etc.)*  7/20/89

Basic Annual Rate of Earnings at Date of Disability $ 17,139.20 per year *(explain below)*.

$ 659.20 per each bi-weekly for 26 pay periods per year.
(WEEK OR MONTH)          (NUMBER OF WEEKS OR MONTHS)

Did the employee undergo a pre-employment medical examination?
*(If yes, attach a copy of doctor's report to this form)*.      ☐ Yes   ☒ No

Will the employee be returned to active duty if and when disability ceases? *(If no, give reason)*      ☒ Yes   ☐ No

## WORKMEN'S COMPENSATION OR OCCUPATIONAL DISEASE BENEFITS

(a) Will a claim be made for Workmen's Compensation or Occupational Disease Benefits?      ☐ Yes   ☐ No

(b) If a claim has been made, is the employee receiving benefits?      ☐ Yes   ☐ No

(c) What are the benefit amounts? $ _____ per week      $ _____ lump sum.

(d) Name of insurance company _____

Address _____

City and State _____

Telephone   Area Code _____   Number _____

Signature of Department Supervisor ✱ *W. D. Sweney*
*(Optional — to be signed if required locally)*      Date 7/27/89

Title Director of Communications      Telephone: Area Code 309   Number 346-4933

Signature of Authorized Agent ✱ *James Kentz*
*(Required for all claims)*      Date 7-28-89

Title City Clerk      Telephone: Area Code 309   Number 477-2305

IMRF FORM 5.41 (REV. 10/77)

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #28-A

# ILLINOIS MUNICIPAL RETIREMENT FUND

100 South Wacker Drive
Chicago, Illinois 60606

**EMPLOYER'S NOTICE OF TERMINATION OF DISABILITY**

*(Complete and send this form to IMRF promptly
upon termination of disability)*

| NAME OF EMPLOYING MUNICIPALITY OR SCHOOL DISTRICT | EMPLOYER IMRF NUMBER |
|---|---|
| CITY OF PEKIN | 69-0333378 |
| NAME OF EMPLOYEE | SOCIAL SECURITY NUMBER |
| DENISE WILKINSON | 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 |

## REASON FOR TERMINATION OF DISABILITY

[✓] EMPLOYEE RETURNED TO WORK ON _____ 10-11-89 _____
DATE

[✓] A PHYSICIAN, DR. _James Kliefoth_ ,CERTIFIED
NAME
THAT THE EMPLOYEE WAS ABLE TO RETURN TO WORK ON _ 10-11-89 _
DATE

[ ] EMPLOYEE STARTED WORKING FOR ANOTHER EMPLOYER ON _____
DATE

[ ] OTHER _____

Signature of Authorized Agent * _James Kautz_    Date _10-13-89_

Title _City Clerk_    Telephone: Area Code _309_ Number _477-2307_

IMRF FORM 5.45 (REV. 10/77)

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #28-B

*1st of disability applications*

# ILLINOIS MUNICIPAL RETIREMENT FUND
100 South Wacker Drive - Chicago, Illinois 60606 312/346-6722

## EMPLOYER'S CERTIFICATE OF DISABILITY

### INSTRUCTIONS

1. PLEASE TYPE OR PRINT, ANSWER ALL QUESTIONS FULLY. THE SIGNATURE OF THE AUTHORIZED AGENT IS REQUIRED FOR ALL CLAIMS. THE DEPARTMENT SUPERVISOR SHOULD ALSO SIGN WHENEVER REQUIRED LOCALLY.

2. SEND THIS CERTIFICATE WITH FORMS 5.40, 5.42 AND BIRTH CERTIFICATE TO IMRF. IF BIRTH CERTIFICATE OR PHYSICIAN'S STATEMENT ARE NOT IMMEDIATELY AVAILABLE, SUBMIT THIS CERTIFICATE AND THE EMPLOYEE'S APPLICATION TO IMRF PROMPTLY TO AVOID THE LOSS OF ANY BENEFITS.

## EMPLOYER'S STATEMENT

NAME OF EMPLOYING MUNICIPALITY OR SCHOOL DISTRICT: **CITY OF PEKIN**

EMPLOYER IMRF NUMBER: **69-0333378**

NAME OF EMPLOYEE: **DENISE N WILKINSON**

DATE OF BIRTH: **4-29-55**

SOCIAL SECURITY NUMBER: **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**

OCCUPATION (describe duties): **DISPATCHER FOR PEKIN POLICE DEPT**

LAST DATE EMPLOYEE WORKED: **3-31-91**

LAST DATE FOR WHICH EMPLOYEE WAS OR WILL BE PAID (Including Vacation Pay, Sick Pay, etc.): **4-11-91**

Basic Annual Rate of Earnings at Date of Disability $ **17825.60** per year (explain below).

$ **342.80** per each **WEEK** (WEEK OR MONTH) for **52 WEEKS** (NUMBER OF WEEKS OR MONTHS) per year.

Did the employee undergo a pre-employment medical examination? ☐ Yes ☒ No
(If yes, attach a copy of doctor's report to this form).

Will the employee be returned to active duty if and when disability ceases? (If no, give reason) ☐ Yes ☐ No

### WORKERS' COMPENSATION OR OCCUPATIONAL DISEASE BENEFITS

(a) Will a claim be made for Workers' Compensation or Occupational Disease Benefits? ☐ Yes ☐ No

(b) If a claim has been made, is the employee receiving benefits? ☐ Yes ☐ No

(c) What are the benefit amounts? $ _____ per week $ _____ lump sum.

(d) Name of insurance company _____

Address _____

City and State _____

Telephone: Area Code _____ Number _____

Signature of Department Supervisor * _____ Date **5-15-91**
(Optional — to be signed if required locally)

Title _____ Telephone: Area Code _____ Number _____

Signature of Authorized Agent * _____ Date **5-15-91**
(Required for all claims)

Title **City Clerk** Telephone: Area Code **309** Number **477-2307**

IMRF FORM 5.41 (REV. 10/87)

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #26-C (pg. 1 of 3)

# ILLINOIS MUNICIPAL RETIREMENT FUND

100 South Wacker Drive · Chicago, Illinois 60606

## PHYSICIAN'S STATEMENT — DISABILITY CLAIM

| Patient's Name and Address *Rt3 Box166 Pekin IL 61554* | Date of Birth | Social Security Number |
|---|---|---|
| *Denise N. Wilkinson* | *4-29-55* | *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* |

Patient's Employer *City of Pekin*

**1. Diagnosis and concurrent conditions.**
PANCREATITIS WITH PANCREATIC PSEUDOCYST

**2. Is condition due to injury or sickness arising out of patient's employment?**   YES ☐   NO ☒        Pregnancy?   YES ☐   NO ☒

**3. Is Condition due to Alcoholism?**   Narcotic Drugs?   Self-Inflicted Injury?

YES ☐   NO ☒        YES ☐   NO ☒        YES ☐   NO ☒

**4. Report of Treatments or Services.**

| Date | Place (give name and address of hospital) also list office visits | Description of Surgical or Medical Services Rendered |
|---|---|---|
| 4-2-91 THRU 4-8-91 | PEKIN HOSPITAL, PEKIN, IL | ANTIBIOTIC THERAPY, CT SCANS ~~DAILY HOSPITAL CARE FOR PAIN CONTR~~ ELEVATED WBC AND TEMPERATURE |
| 4-15-91 | OFFICE VISIT | CBC; CONTINUED ANTIBIOTICS |
| 4-25-91 | PEKIN HOSPITAL, PEKIN, IL RADIOLOGY | PERCUTANEOUS NEEDLE ASPIRATION OF PANCREATIC PSEUDOCYST |
| 5-13-91 | PEKIN HOSPITAL, PEKIN, IL. RADIOLOGY | CT SCAN OF ABDOMEN |

**5. Date symptoms first appeared or accident happened.**
4-1-91

**6. Patient ever had same or similar condition?**   YES ☒   NO ☐   *(If "Yes", when and describe:)*
8-89 SURGICAL DRAINAGE OF RETROPERITONEAL MASS; ~~RUPTURED PANCREATIC PSEUDOCYST~~

**7. Describe any complications.**

**8. Patient still under your care?**   YES ☒   NO ☐   *(If "No", Give Date Services Terminated:)*

**9. Patient was continuously disabled** *(unable to work).*
FROM 4-1-91   THRU PRESENT

**10. Is patient now able to return to work in former position?**   YES ☐   NO ☒

**11. If still disabled, what is principal cause of disability?**
CONTINUED PAIN AND ELEVATED TEMPERATURE

**12. If still disabled, date patient should be able to return to work.**
NOT KNOWN AT PRESENT TIME

| DATE | PHYSICIAN'S NAME | SIGNATURE | DEGREE | TELEPHONE |
|---|---|---|---|---|
| 5-13-91 | JAMES A KLIEFOTH, M.D. | *James A Kliefoth MD* | | (309) 353-183 |

| STREET ADDRESS | CITY OR TOWN | STATE | ZIP CODE |
|---|---|---|---|
| 2205 STATE STREET | PEKIN, IL 61554 | | |

**PLEASE RETURN COMPLETED FORM TO THE
ILLINOIS MUNICIPAL RETIREMENT FUND**

IMRF FORM 5.42
(REV. 6/72)

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #28-C (p. 2 of 3)

# ILLINOIS MUNICIPAL RETIREMENT FUND

100 South Wacker Drive – Chicago, Illinois 60606 312/346-6722

## MEMBER'S APPLICATION FOR DISABILITY BENEFITS

1. This Application should be filed (a) by any disabled member under age 70 (b) if the member is expected to be disabled for more than 30 days and will not be paid by employer while disabled and (c) even though a Worker's Compensation Claim is filed.

2. Physician's Statement of Disability (Form 5.42) and Member's Birth Certificate should be filed with this Application. The employer will file a Certificate of Disability (Form 5.41). If these documents are delayed, file this Application without them.

*(Please print or type)*

| | |
|---|---|
| NAME OF MEMBER Denise N. Wilkinson | SOCIAL SECURITY NUMBER 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 |
| HOME ADDRESS Rt 3 Box 166 | DATE LAST WORKED March 30 1991 |
| CITY Pekin    STATE IL    ZIP CODE 61554 | TELEPHONE NO. (309)353-3768 |

NATURE OF SICKNESS OR INJURY (IF PREGNANCY, EXPECTED DATE OF DELIVERY) Pancreatitis

DATE DISABILITY BEGAN (IF INJURED, HOW AND WHERE IT HAPPENED) April 1st 1991

HAS DISABILITY ENDED? ☐ YES ☑ NO    IF YES, DATE

IF ILLNESS, DATE FIRST TROUBLED WITH THIS DISEASE April 1st 1991

ARE YOU APPLYING FOR WORKER'S COMPENSATION OR OCCUPATIONAL DISEASE BENEFITS? ☐ YES ☑ NO

NAME AND ADDRESS OF ALL PHYSICIANS CONSULTED (attach additional sheet if needed)

| (NAME) | (STREET ADDRESS) | (CITY) | (STATE) |
|---|---|---|---|
| Dr. James A. Klieforth | 2205 State St | Pekin | IL |

NAME AND ADDRESS OF ALL HOSPITALS WHERE YOU WERE TREATED (attach additional sheet if needed)

| (NAME) | (CITY) | (STATE) |
|---|---|---|
| Pekin Hospital | 14th & Court  Pekin | IL |

I authorize any doctor, hospital, medical institution or insurance company to release any medical records to the Illinois Municipal Retirement Fund. A photostatic copy of this authorization is valid.

YOUR SIGNATURE* Denise N. Wilkinson    DATE 5-7-91

*(Write, do not type or print)*

IMRF Form 5.40 (3-83)

---

## Form W-4P

### Federal Income Tax Withholding Certificate

*(See explanation reverse side)*

OMB No. 1545-0415
Expires 11/30/85

IMRF disability benefits are subject to federal income tax. IMRF must withhold income tax unless you elect on line 1 not to have tax withheld. If you elect to have income tax withheld, complete line 2. If you complete line 2 but should receive a single disability payment (nonperiodic), a flat 10% must be withheld. If you complete line 2 and also want an additional amount withheld from your periodic payments, enter this amount on line 3.

Complete the following applicable lines:

1. I elect to have no income tax withheld from my disability payments. (Do not complete lines 2 or 3.) ......▶ ☐

2. I want my withholding from each periodic disability payment to be figured using the number of allowances and marital status shown. (You may also designate an amount on line 3.) ......▶

☐ Single  ☐ Married  ☐ Married, but withheld at higher single rate    (allowances)

3. I want the following additional amount withheld from each periodic disability payment ...... $

Your signature ▶    Date ▶

CAUTION: Remember that there are penalties for not paying enough tax during the year. For more information, please see IRS publication 505, Tax Withholding and Estimated Tax, available from most IRS offices.

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #28-C (p. 3 of 3)

# 1993 IMRF MEMBER STATEMENT OF ACCOUNT

If you have service with more than one IMRF employer,
you will receive a Combined Statement of Account in a separate mailing.

## For information regarding your statement and IMRF benefits, please read the enclosed material.

MPHPBFSHF
WILKINSON DENISE N
2110 VALENTINE
PEKIN IL 61554

**Employer**       CITY OF PEKIN
**Employer I.D. #**       03378
**Social Security #**       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
**Date of Birth**       04/29/55    FEMALE

### YOUR MONTHLY EARNINGS AND CONTRIBUTIONS REPORTED TO IMRF FOR 1993

|  | EARNINGS | CONTRIBUTIONS |  | EARNINGS | CONTRIBUTIONS |
|---|---|---|---|---|---|
| JAN | 1,808.32 | 81.38 | JUL | 1,615.57 | 72.70 |
| FEB | 1,647.36 | 74.13 | AUG | 524.16 | 23.59 |
| MAR | 1,565.56 | 70.45 | SEP | 1,581.34 | 71.16 |
| APR | 2,321.28 | 104.47 | OCT | 2,255.26 | 101.49 |
| MAY | 1,497.60 | 67.40 | NOV | 1,658.56 | 74.64 |
| JUN | 1,583.68 | 71.27 | DEC | 1,774.88 | 79.87 |

**TOTAL 1993 EARNINGS**
19,833.57

**TOTAL 1993 MEMBER CONTRIBUTIONS**
892.55

### YOUR IMRF MEMBER CONTRIBUTIONS

**Tax Deferred**

| As of 12/31/92 | $ 6,040.17 |
| Credited in 1993 | $ 892.55 |

**MEMBER CONTRIBUTIONS FOR THIS EMPLOYER AS OF 12/31/93**       $ 6,932.72

### YOUR IMRF SERVICE

|  | Years | Months |
|---|---|---|
| As of 12/31/92 | 8 | 2 |
| Credited in 1993 | 1 |  |

**IMRF SERVICE FOR THIS EMPLOYER AS OF 12/31/93**       9       2

### IF YOU HAVE A QUESTION ABOUT YOUR STATEMENT...

If any information on this statement is **incorrect**, please make a photocopy of this statement,

- indicate the changes on the photocopy,
- sign your name below and mail it to IMRF
  Suite 500, 2211 York Road, Oak Brook, IL 60521-2374
- You can also call IMRF at 1-800-ASK-IMRF (275-4673)

However, if you have a general question regarding your Member Statement, you can call or write your IMRF Field Representative:

CAROL GUMMERSON
907 W. MONMOUTH STREET
ABINGDON, IL 61410
309/462-2839

When mailing a photocopy of your statement to IMRF, you can use the space below to provide an explanation or additional information **(please print or type)**. You may use an additional sheet if necessary.

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Ptf. Exh. #28-D

Signature _____

IMRF Form 3.03 (12/93)



# Illinois Municipal Retirement Fund

### 100 South Wacker Drive   Chicago, IL 60606   312/346-6722

## IMRF MEMBER INFORMATION CHANGE FORM
### (Do Not Use For Enrollment Purposes)

Use this form to change a member's IMRF record. IMRF does not require notification of a change of a member's marital status (other than change of name or beneficiary). Do not use this form for employees who are not IMRF members.

| Employer Name | Employer SSA No. |
|---|---|
| City of Pekin | 69-033 3 3 1 8 |

| PREVIOUS INFORMATION (Complete all items) | CORRECT INFORMATION (Complete only items to be corrected) |
|---|---|
| **Social Security Number** 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 | **Social Security Number** * |
| **Name** DENISE N WILKINSON | **Name** ** DENISE N MOLDENHAUER |
| **Address**  Street or Route  2110 VALENTINE DR. | **Address**  Street or Route |
| **City**  State  Zip Code  PEKIN  IL  61554-1969 | **City**  State  Zip Code |
| **Birthdate** 04-29-55 | **Birthdate** |
| **Sex** F | **Sex** |

| Member's or Authorized Agent's Signature | Date |
|---|---|
| PK by Pat Pollak | 7-7-97 |

*Please attach a copy of the member's social security card to this form when submitting a member social security number change.

**If due to change in marital status, please attach Form 6.11, "Designation of Beneficiary".

Mail completed form to the Illinois Municipal Retirement Fund. A copy should be retained by Employer for the personnel file.

IMRF Form 6.20

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Ptlf. Exh. #28-E

# EMPLOYER'S CERTIFICATE OF DISABILITY

IMRF Form 5.41 (Rev. 9/97)

*Please Print or Type (Use Black Ink)*


**COPY**

- Complete this form **as soon as** the member has stopped working and is expected to remain disabled for thirty (30) days or more.
- This form should be completed whether the disabling condition is work related or not.
- The Authorized Agent's signature is required for all claims. The Department Supervisor should sign whenever required locally.
- Send this Certificate with forms 5.40, 5.42 and the member's birth certificate to IMRF. If the birth certificate or Form 5.42 are not immediately available, submit this Certificate and Form 5.40 to IMRF promptly to avoid the loss of any benefits.
- **Please print the member's Social Security number on all documents you enclose with this form.**

| Employer Name  City of Pekin (TPCCC) | IMRF Number |
|---|---|

| Member's Name  Denise N. Moldenhauer | Social Security Number  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 | Date of Birth  04-29-55 |
|---|---|---|

Occupation *(attach copy of job description)*  Emergency Dispatcher (9-1-1)

| Last date member worked  6/27/98 | Last date for which member was or will be paid *(Including Vacation Pay, Sick Pay, etc.)*  07/18/98 |
|---|---|

**A. To be completed for all members**

Basic annual rate of earnings at date of disability $ 25,402.92 per year *(explain below).*

$ 488.52 per each Week for 52 Weeks per year.
(week or month)   (number of weeks or months)

**B. To be completed for ECO members only**

Please enter the member's final annual salary earned as a member of the ECO Plan ..........$ _____

Please enter the member's annual stipend(s) as a member of the ECO Plan ..........$ _____

| | |
|---|---|
| Did the member undergo a pre-employment medical examination?   ☐ No   ☐ Yes *(If yes, attach a copy of doctor's report to this form)* | EXHIBIT 18 |
| If seasonal employee, did he/she elect to be paid over 12 months?   ☐ Yes   ☐ No | |
| Will the member be eligible for a trial work period?   ☐ Yes   ☐ No *(If no, give reason)* | CLZ |

Will the member be returned to active duty if and when disability ceases?   ☒ Yes   ☐ No *(If no, give reason)*

Has the member returned to work?   ☐ Yes   ☒ No   If yes, please indicate the date _____

Has the member been terminated?   ☐ Yes   ☒ No   If yes, please indicate the date _____

Will a claim be made for workers' compensation or Occupational Disease Benefits?   ☐ Yes   ☒ No

If a claim has been made, is the member receiving benefits?   ☐ Yes   ☒ No

What are the benefit amounts?

$_____ per week   $_____ lump sum.

If workers' compensation or Occupational Disease benefits have ceased, please indicate termination date of benefits _____

| Name of insurance company | Telephone ( ) |
|---|---|
| Address | City, State and ZIP |

| Department Supervisor's Signature *(Optional — to be signed if required locally)*  X *Steven L. Thompson* | Date  8/5/98 |
|---|---|
| Title  Director of Communications | Telephone  (309) 346-3132 |
| Authorized Agent's Signature *(Required for all claims)*  X | Date |
| Title | Telephone  ( ) |

**Illinois Municipal Retirement Fund**
Suite 500, 2211 York Road, Oak Brook Illinois 60523-2374   630/368-1010
*Service Representatives 800/ASK-IMRF*

IMRF Form 5.41   (Rev. 9/97)

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #28-F

# EMPLOYER'S NOTICE OF TRIAL WORK PERIOD
# OR TERMINATION OF DISABILITY

IMRF Form 5.45 (6/96)

Complete and send this form to IMRF promptly upon beginning trial work period or terminating disability

| Employer Name City of Pekin | | Employer Number (State SSA Number) 69-033 3 3 7 8 |
|---|---|---|
| Member's Last Name Moldenhauer | First Denise    Middle Initial N | Social Security Number 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 |

### Reason for Trial Work Period or Termination of Disability

[X] Member returned to work on  October 20,1998
         Date

[X] A physician, Dr.  Lizabeth Taylor MD
             Name              , certified that the member was able

to return to work on  October 20,1998
         Date

[ ] Member started working for another employer on _____
                    Date

[ ] Member started a trial work period on _____
                    Date

[ ] Other _____
_____
_____
_____
_____

| Signature of Authorized Agent  RF by Pat Pollock. | Date  10-20-98 |
|---|---|
| Title  Asst Fin Dir | Telephone Number  309  477-2305 |

## Illinois Municipal Retirement Fund

Suite 500, 2211 York Road, Oak Brook Illinois 60521-2374  630/368-1010

*Service Representatives  1-800-ASK-IMRF*

IMRF Form 5.45  (Rev. 6/96)

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #28-G



**1998 IMRF EMPLOYER STATEMENT**
CITY OF PEKIN

**IMRF Employer #03378**

MOLDENHAUER, DENISE N
2110 VALENTINE
PEKIN IL  61554

SS #                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
DATE OF BIRTH   04/29/1955
GENDER          Female
PLAN            Regular

## MEMBER'S CONTRIBUTIONS AND SERVICE CREDIT

|  | Member Contributions | Service With All Employers Regular | Service With This Employer Regular |
|---|---|---|---|
| 1/1/1998 Reported | $ 11,250.77 880.67 | 13y  2m 1y | 13y  2m 1y |
| 12/31/1998 | $ 12,131.44 | 14y  2m | 14y  2m |

## 1998 EMPLOYER REPORTED WAGES AND CONTRIBUTIONS

|  | Wages | Contributions |  | Wages | Contributions |  | Wages | Contributions |
|---|---|---|---|---|---|---|---|---|
| JAN | $ 3,425.73 | $ 154.16 | MAY $ | 1,927.22 | $ 86.72 | SEP | DISABILITY | |
| FEB | $ 1,872.80 | $ 84.28 | JUN $ | 2,073.68 | $ 93.32 | OCT | DISABILITY | |
| MAR | $ 2,023.78 | $ 91.07 | JUL $ | 1,698.98 | $ 76.46 | NOV $ | 2,208.26 | $ 99.38 |
| APR | $ 2,164.01 | $ 97.38 | AUG | DISABILITY | | DEC $ | 2,175.56 | $ 97.90 |

See the enclosed memo for information on service credit.   Total  $  19,570.02    $   880.67

## IMRF BENEFIT ESTIMATES

The figures presented here are estimates only and may not include all benefit options. These estimates are not a guarantee of the member's eligibility for nor the amount of any future benefits. Any change or correction to these records will change the benefit estimate amounts. Estimate amounts are based upon IMRF's record of the member's service as of 12/31/98 and a monthly final rate of earnings of $2,104.

**RETIREMENT**
$422 per month based upon retirement age of 55 and service credit shown above.

$823 per month based upon retirement age of 55 and assuming the member continues to work until age 55, and earns additional service credit.

$1,178 per month based upon retirement age of 60 and assuming the member continues to work until age 60, and earns additional service credit.

Surviving spouse contributions plus interest will be refunded if the member does not have an eligible surviving spouse at retirement. As of 12/31/98, surviving spouse contributions with interest totaled $3,226.43.

**DISABILITY**
If member is again disabled, he or she may be eligible for additional disability benefits.

**DEATH**
In case of death while participating in IMRF, the IMRF lump sum death benefit of one year's salary and a refund of member contributions plus interest.

**REFUND**
$12,131.44 if member terminates IMRF participation and gives up all rights to a future pension.

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #28-H

# EMPLOYER'S CERTIFICATE OF DISABILITY

IMRF Form 5.41 (Rev. 9/97)

*Please Print or Type (Use Black Ink)*



- Complete this form **as soon as** the member has stopped working and is expected to remain disabled for thirty (30) days or more.
- This form should be completed whether the disabling condition is work related or not.
  The Authorized Agent's signature is required for all claims. The Department Supervisor should sign whenever required locally.
- Send this Certificate with forms 5.40, 5.42 and the member's birth certificate to IMRF. If the birth certificate or Form 5.42 are not immediately available, submit this Certificate and Form 5.40 to IMRF promptly to avoid the loss of any benefits.
- **Please print the member's Social Security number on all documents you enclose with this form.**

| Employer Name<br>City of Pekin  (T/PCCC) | | IMRF Number<br>03378 |
|---|---|---|
| Member's Name<br>Denise N. Moldenhauer | Social Security Number<br>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 | Date of Birth<br>04-29-55 |
| Occupation *(attach copy of job description)*<br>Telecommunicator | | |
| Last date member worked<br>August 4, 1999 | Last date for which member was or will be paid<br>*(Including Vacation Pay, Sick Pay, etc.)* August 11, 1999 | |

**A. To be completed for all members**

Basic annual rate of earnings at date of disability $ $26,939.00 per year *(explain below)*.

$ 1,036.00 per each bi-weekly pay for 52 weeks per year.
(week or month)          (number of weeks or months)

**B. To be completed for ECO members only**

Please enter the member's final annual salary earned as a member of the ECO Plan . . . . . . . . . $

Please enter the member's annual stipend(s) as a member of the ECO Plan . . . . . . . . . $

EXHIBIT
79
CLZ

Did the member undergo a pre-employment medical examination?  ☒ No   ☐ Yes  *(If yes, attach a copy of doctor's report to this form)*

If seasonal employee, did he/she elect to be paid over 12 months?  ☐ Yes   ☐ No

Will the member be eligible for a trial work period?  ☒ Yes   ☐ No *(If no, give reason)*

Will the member be returned to active duty if and when disability ceases?  ☒ Yes   ☐ No *(If no, give reason)*

Has the member returned to work?  ☐ Yes   ☒ No   If yes, please indicate the date _____

Has the member been terminated?  ☐ Yes   ☒ No   If yes, please indicate the date _____

Will a claim be made for workers' compensation or Occupational Disease Benefits?  ☐ Yes   ☐ No

If a claim has been made, is the member receiving benefits?  ☐ Yes   ☐ No

What are the benefit amounts?

$_____ per week   $_____ lump sum.

If workers' compensation or Occupational Disease benefits have ceased, please indicate termination date of benefits _____

| Name of insurance company | Telephone<br>(   ) |
|---|---|
| Address | City, State and ZIP |

| Department Supervisor's Signature *(Optional — to be signed if required locally)*<br>X | Date<br>August 31, 1999 |
|---|---|
| Title<br>Director of Communications | Telephone<br>( 309 )  346-3132 |
| Authorized Agent's Signature *(Required for all claims)*<br>X | Date |
| Title | Telephone<br>(   ) |

**Illinois Municipal Retirement Fund**

Suite 500, 2211 York Road, Oak Brook Illinois 60523-2374  630/368-1010

*Service Representatives 800/ASK-IMRF*

Moldenhauer v. TPCCC, #04-1169<br>Plaintiff's Response to MSJ<br>Pltf. Exh. #28-I

# EMPLOYER'S NOTICE OF TRIAL WORK PERIOD OR TERMINATION OF DISABILITY

IMRF Form 5.45 (6/96)

Complete and send this form to IMRF promptly upon beginning trial work period or terminating disability

| Employer Name | Employer Number |
|---|---|
| CITY OF PEKIN | (State SSA Number) 69-033 3378 |

| Member's Last Name | First | Middle Initial | Social Security Number |
|---|---|---|---|
| MOLDENHAUER DENISE | | | 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 |

### Reason for Trial Work Period or Termination of Disability

☐ Member returned to work on **1-9-01**
Date

☐ A physician, Dr. **CHAPIN**, certified that the member was able
Name

to return to work on **1-9-01**
Date

☐ Member started working for another employer on _____
Date

☐ Member started a trial work period on _____
Date

☐ Other *she will be working a 4 hr day for several weeks*

| Signature of Authorized Agent | Date |
|---|---|
| RF | 1-18-01 |

| Title | Telephone Number |
|---|---|
| Finance Dir | 309-477-2305 |

### Illinois Municipal Retirement Fund
Suite 500, 2211 York Road, Oak Brook Illinois 60521-2374  630/368-1010
*Service Representatives  1-800-ASK-IMRF*

IMRF Form 5.45  (Rev. 6/96)

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #28-J



# EMPLOYER'S CERTIFICATE OF DISABILITY
IMRF Form 5.41 (Rev.10/00)

### *Please print or type (Use Black Ink)*

* Complete this form **as soon as** the member has stopped working and is expected to remain disabled for thirty (30) days or more.
* This form should be completed whether the disabling condition is work related or not.
* The Authorized Agent's signature is required for all claims. The department Supervisor should sign whenever required locally.
* The member should complete IMRF Form 5.40,"Member's Application for Disability Benefits," and submit it to IMRF with a copy of his or her birth certificate.
* The member's physician should complete IMRF Form 5.42, "Physician's Statement--Disability Claim."
* If either the birth certificate or Form 5.42 is not immediately available, the member should send Form 5.40 to IMRF promptly to avoid the loss of any payments.
* **Please print the member's Social Security number on all documents you enclose with this form.**

| Employer Name | IMRF Number |
|---|---|
| CITY OF PEKIN | 03378 |

| Member's Name | Social Security Number | Date of Birth |
|---|---|---|
| DENISE MOLDENHAUER | 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 | 4-29-55 |

Occupation (attach copy of job description)
DISPATCHER

| Last date member actually worked (NOT including Sick or Vacation days.) 4-24-03 | Last date member was or will be paid (including Vacation Pay, Sick Pay, etc.) 5-16-03 |
|---|---|

### A. To be completed for members with LESS THAN FIVE YEARS OF IMRF SERVICE CREDIT
Did the member undergo a pre-employment medical examination?  ☐ No   ☐ Yes

**If yes, attach a copy of doctor's report to this form and print the member's Social security number on the report)**

### B. To be completed for ECO members only

Please enter the dates for the ECO member's term of office ............. _____
If the member is not currently in office, provide dates for LAST elected county office held  From (mo/day/yr) _____   To (mo/day/yr) _____
Please enter the member's final salary earned as a member of the ECO plan................... $ _____
Please enter the member's annual stipend(s) as a member of the ECO plan...................... $ _____
If seasonal employee, did he/she elect to be paid over 12 months?  ☐ Yes   ☐ No

| Has the member returned to work? | ☐ Yes | If yes, please indicate the date _____ |
| | ☐ No | If no, give reason: |

| Has the member been terminated? | ☒ Yes | If yes, please indicate the date and reason  4-24-03 |
| | ☐ No | DISCHARGED FOR SICK TIME ABUSE |

Will a claim be made for worker's compensation or Occupational Disease Benefits? ☐ Yes  ☐ No
If a claim has been made, is the member receiving benefits? ☐ Yes  ☐ No
What are the benefit amounts?
    $ _____ per week  $ _____ lump sum.
If worker's compensation or Occupational Disease benefits have ceased, please indicate termination date of benefits _____

| Name of workers' compensation carrier | Telephone ( ) |
|---|---|
| Address | City, State and Zip |

| Department Supervisor's Signature **(Optional -- to be signed if required locally)** X  Steven J. Thompson | Date |
|---|---|
| Title | Telephone ( ) |

| Authorized Agent's signature (Required for all claims) X  Patricia A. Tillord | Date 5-19-03 |
|---|---|
| Title  Asst Per Dir H-R | Telephone (309) 478-5380 |

Illinois Municipal Retirement Fund
Suite 500, 2211 York Road, Oak Brook Illinois 60523-2374 630/368-1010
Service Representatives 1-800/ASK-IMRF (1-800-275-4673)

IMRF Form 5.41 (Rev. 10/00)

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #28-K

# TERMINATION OF IMRF PARTICIPATION
IMRF Form 6.41 (Rev. 7/00)

*Please print or type*

| 1. Employer Name *CITY OF PEKIN* | 2. Employer Number *03378* |
|---|---|

3. Member's Last name    First    Middle Initial

*MOLDENHAUER    DENISE    K*

4. Social Security Number *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*

5. Last day of IMRF participation

*(month)* 4    *(date)* 24    *(year)* 03

## 6. REASON
☑ Resignation or Dismissal
☐ Elected Official - Term expired

_____ MO  ____ DATE  ____ YEAR
☐ Elected Official - Resigned (Attach copy of letter of resignation and copy of board meeting minutes accepting resignation.)
☐ Retirement - Complete Box 8

☐ Death—Complete Box 8
Work Accident?_____ yes _____ no
If death occurred while a contributing member, the date IMRF coverage stopped should be same as date of death.
☐ Change from IMRF qualifying position to nonqualifying position - employment relationship continues *(member NOT eligible for separation refund)*

☐ Medical
☐ Change from IMRF to another Illinois Public retirement system - employment relationship continues *(member NOT eligible for separation refund)*
☐ Military Leave
☐ Other - please explain _____

## 7. FINAL EARNINGS AND CONTRIBUTIONS REPORT
A. To be completed for all members
The member's final paycheck data will be on the Report of Earnings and Contributions for the month of *MAY -03*
Month/Year
Wages and contributions can be reported no later than one month after the last day of participation, e.g., last day of participation is May 15, wages can be reported for May and June but not July.

B. To be completed for Elected County Official (ECO) Plan members only. Please enter member's:
Elected County Position ..................................................... _____
Final annual salary earned as a member of the ECO Plan ............................. $_____
Annual stipend as a member of the ECO Plan ................................. $_____

## 8. COMPLETE THIS SECTION IF MEMBER IS RETIRING OR DECEASED
The IMRF member was under an established sick leave plan which is available to all employees or class of employees and the member accumulated_____ whole days of **unused sick days** for which the member will **not be paid.**
*no. of days; if none, enter NONE*

## 9. COMPLETE THIS SECTION IF MEMBER OWES IMRF CONTRIBUTIONS
The member carries an unpaid contribution balance of $_____ previously charged to this employer's account under an IMRF charge advice. Since the member has not reimbursed this employer for this amount, please deduct it from the member's benefit payment and transfer the credit to the employer's account.

## 10. CERTIFICATION BY AUTHORIZED AGENT
I certify to the Illinois Municipal Retirement Fund Board of Trustees that the above information is true and correct to the best of my knowledge and belief.

AUTHORIZED AGENT signature *Patricia A Pollok*    Date *5-19-03*

**This form is not an application for any benefit.**
**Benefits must be claimed by the member on the appropriate claims forms as follows:**

**Refund** — Application for Separation Refund................5.10
**Pension** — Application for Retirement Annuity..............5.20
**Death** — Application for Death Benefit .........................5.30
**Disability** — Member's Application for Disability Benefits..........5.40
**Disability** — Employer's Certificate of Disability........................5.41
**Disability** — Physician's Statement...........................................5.42

**Illinois Municipal Retirement Fund**
**Drake Oak Brook Plaza, Suite 500, 2211 York Road, Oak Brook Illinois 60523-2374  630/368-1010**
IMRF Form 6.41  (Rev. 7/00)    *Service Representatives  1-800-ASK-IMRF (1-800-275-4673)*

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #28-L

**RETAIN THIS COPY FOR YOUR RECORDS**



**2003 IMRF EMPLOYER STATEMENT**
**CITY OF PEKIN**

**IMRF Employer #03378**

MOLDENHAUER, DENISE N
2110 VALENTINE AVE
PEKIN IL  61554-1969

SS #            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
DATE OF BIRTH  04/29/1955
GENDER         Female
PLAN           Regular

---

### MEMBER'S CONTRIBUTIONS AND SERVICE CREDIT

|  | Member Contributions | Service With All Employers Regular | | Service With This Employer Regular | |
|---|---|---|---|---|---|
| 1/1/2003 | $  15,397.65 | 18y | 2m | 18y | 2m |
| Reported | 544.15 | | 4m | | 4m |
| | | | | | |
| Refund | -15,941.80 | -18y | -6m | | |
| Ending | $0.00 | O | O | O | O |

\* Please refer to the information below regarding the Member's IMRF benefits.

---

### 2003 EMPLOYER REPORTED WAGES AND CONTRIBUTIONS

| | Wages | Contributions | | Wages | Contributions | | Wages | Contributions |
|---|---|---|---|---|---|---|---|---|
| JAN $ | 2,584.50 | $  116.30 | MAY $ | 4,051.91 | $  182.34 | SEP | | |
| FEB $ | 986.76 | $   44.40 | JUN | | | OCT | | |
| MAR $ | 2,242.50 | $  100.92 | JUL | | | NOV | | |
| APR $ | 2,226.40 | $  100.19 | AUG | | | DEC | | |

See the enclosed memo for information on service credit.      Total $  12,092.07   $   544.15

---

**Please read the following important information about the member's IMRF benefit.**

Our records indicate that the member took a refund of IMRF member contributions. By taking this refund, the member 'gave up' his or her years of IMRF service credit. However, the member may redeposit those withdrawn contributions and reinstate the years of service credit.

To do so, the member must again participate for two years in IMRF or another Illinois public pension system under the Reciprocal Act. The member may redeposit the withdrawn contributions, plus interest, either in a lump sum or installments.

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #28-M