# City of Pekin, Illinois

Robert G. Burress
Chief of Police

## POLICE DEPARTMENT
400 MARGARET STREET
PEKIN, ILLINOIS 61554
(309) 346-3132

Donald C. Williams
Mayor

October 21, 1994

MEMO (94-89)

Honorable Donald C. Williams, Mayor
Commissioner E. Earl Melchers
Commissioner Donald G. Meinen
Commissioner Lloyd A. Orrick
Commissioner R. David Tebben
400 Margaret Street
Pekin, Illinois 61554

Re:  1994 Telecommunicator of the Year Award
     Tazewell/Pekin Consolidated Communications Center

Darci J. Nitzschke and Denise N. Wilkinson are co-recipients of the Tazewell/Pekin Consolidated Communications Center's 1994 Telecommunicator of the Year Award.

Recipients are chosen for the award by co-workers in the Communications Center.  Criteria for awarding the Telecommunicator of the Year Award are attached to this memo.  This criteria came from the Associated Public Safety Communications Officials, Inc. (APCO).  APCO uses this same criteria to select a "Communicator of the Year" on the State and National level each year.

The role of a Public Safety Telecommunicator is critical to the safety and well-being of all police, fire and ambulance personnel, not to mention the citizens of the communities T/PCCC serves.  The day to day decisions made by Public Safety Telecommunicators may mean life or death to the police officers, firefighters and EMS workers in the field as well as the citizens of the communities served by T/PCCC.

This award is given in recognition for outstanding service, judgement and dedication as a Public Safety Telecommunicator.  It is difficult to select a person for an award such as this.  The day to day activities telecommunicators are often involved in although major in nature by most citizen's perception, are daily routine activities for personnel who work in the Communications Center.  This year's award was given to co-recipients as it was difficult to make a choice between the two.

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #29 (p. 1 of 3)

MEMO (94-89)
Page 2

    I would like the Mayor and City Council to publicly acknowledge Ms. Nitzschke and Ms. Wilkinson as co-recipients of this award at the council meeting on November 14th, 1994.

*Robert G. Burress*
Robert G. Burress
Chief of Police

RGB:lmr

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #29 (p. 2 of 3)

Nomination Criteria for T/PCCC Telecommunicator of the Year.

The following criteria has been adopted from the Illinois Chapter of the APCO.

a.  Personal and professional conduct must be indicative of unimpeachable moral character, emotional stability, integrity, and dependability.

b.  Nominee must display personal habits and personality soliciting and meriting the respect and esteem of co-workers, supervisors, and others.

c.  Nominee exhibits outstanding performance in the control of any situation where lives and/or property are in great jeopardy or endangerment.

d.  Nominee displays exceptional courage, foresight, alertness, or skill in the performance of highly creditable and unusual communication accomplishments.

e.  Nominee performs acts of valuable communications service demonstrating special faithfulness and and perservance.

f.  The nominees actions reflect the highest tradition of public-safety communications service.

g.  Nominee demonstrates dedication to the public-safety communications field and a continuing interest in maintaining the highest standards, including the creation of innovative ideas and involvement toward the implementation of these improved procedures.

"An important aspect which is part of the selection is the nomination should not be based upon the candidate's proper handling of a single emergency incident. This award is meant to honor the 'best of the best', the communicators whom their peers consider to be the leaders."

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #29 (p. 3 of 3)

**STATE OF ILLINOIS**
**DEPARTMENT OF EMPLOYMENT SECURITY**

REPORT NO: RB101020                 UI CLAIMANT WAGE INFORMATION SHEET                     2674
MAILING DATE: 04/29/2003                                                    CLAIM DATE: 04/20/2003

CLAIMANT ID:                                                                DEPENDENTS:
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 3                  DENISE N. MOLDENHAUER                        NONE
                               2110 VALENTINE
CLAIM STATUS:                  PEKIN , IL          61554                    TYPE OF CLAIM:
INITIAL                                                                     NEW

PROGRAM: STATE                 BENEFIT YEAR END: 04/19/2004       SUB-PROGRAM:   REG

OTHER-IDS:                                                        PHONE: 309-353-5364

LAST DAY OF WORK: 04/23/2002   UNEMPLOYMENT REASON: DISCHARGED

**YOUR BI-WEEKLY CALL DAY IS MONDAY**              **YOUR NEXT FILING DATE IS 05-05-2003**



STATEMENT OF BENEFIT RIGHTS

| EMPLOYER NAME | BASE PERIOD QUARTERS AND WAGES PAID | | | |
|---|---|---|---|---|
| | 1-2002 | 2-2002 | 3-2002 | 4-2002 |
| CITY OF PEKIN | 6,417.26 | 7,843.44 | 7,430.49 | 7,549.72 |
| TOTALS | 6,417.26 | 7,843.44 | 7,430.49 | 7,549.72 |

WEEKLY BENEFIT AMOUNT: $294.00          MAXIMUM BENEFIT BALANCE: $7,644.00

DEPENDENT ALLOWANCE:       .00

YOUR BENEFIT AMOUNT PER WEEK: $294.00

COMMENTS:   YOU ELECTED TO HAVE FEDERAL INCOME TAX DEDUCTED AND WITHHELD FROM
            YOUR UNEMPLOYMENT INSURANCE BENEFITS.  THEREFORE, 10% OF YOUR NET
            BENEFIT AMOUNT WILL BE WITHHELD FROM ANY BENEFITS PAYABLE ON OR
            AFTER AUGUST 7, 2001.

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #30

SPOUSE ID:                    SPOUSE NAME:

REPORTING OFFICE: 34    ADDRESS: 200 S SECOND ST SUITE 10       PEKIN , IL        61554
                        FAX # 1-309-346-0497

**APPEAL RIGHTS:** If you disagree with the amount of wages shown on this form, or the computation of benefits, bring your income tax withholding form W-2, check stubs, or other evidence of wages as soon as possible to the local office where you filed your claim and ask for a reconsideration. You also have the right to file an appeal in person, by mail or by fax. The appeal must be filed at the reporting office or fax number shown above within thirty (30) days from the mailing date printed above. If the appeal is filed by mail, it must be POSTMARKED within thirty (30) days from the mailing date. If the last day for filing your appeal is a Saturday or Sunday, or any other day the office is closed, the appeal may be filed on the next day the office is open. If you file an appeal, continue to certify for benefits as long as you remain unemployed.

UI(ILL) XLF069 (REV. 12/97)                               PLEASE RETAIN THIS STATEMENT FOR FUTURE REFERENCE

RELEASE OF GARNISHMENT

In the Circuit Court of the TENTH Judicial Circuit of Illinois,
TAZEWELL COUNTY

PEKIN MEMORIAL HOSPITAL, A CORP )
                         Plaintiff )
                                 )
      vs.                          )

DENISE NORDITA WILKINSON, #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 )
                         Defendant )
                                 )        CASE NO. 90 SC 200
      and                     )
                                 )
CITY OF PEKIN                    )
                                 )
                Employer or Garnishee )
                                 )

JUN 29 1990
Pam Gardner
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS

This is your release of the Wage Deduction or Garnishment Action in this cause giving CITY OF PEKIN relief of further legal responsibility, in the above entitled suit.
$421.39 WAS PAID – DEFENDANT ONLY OWES $69.17. WE WILL REIMBURSE ANY MONIES WITHHELD OVER THAT AMOUNT BACK TO THE DEFENDANT.

Dated: JUNE 27, 1990

PEGGY L. JANS
Attorney For Plaintiff
1101 Main St.
Peoria, IL 61606
(309) 671-0563

                                                     ATTORNEY

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #31 (p. 1 of 2)

In the Circuit Court of the **TENTH** Judicial Circuit of Illinois, **TAZEWELL** COUNTY

PEKIN MEMORIAL HOSPITAL, A CORP )
                     Plaintiff )
   vs. )
DENISE NORDITA WILKINSON, #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 )
                 Defendant ) CASE NO. **90 SC 200**
   and )
CITY OF PEKIN )
              Employer )

FILED JUL 26 1990
Pam Gardner
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS

This is your release of the Wage Deduction or Garnishment Action in this cause giving **CITY OF PEKIN** relief of further legal responsibility, in the above entitled suit.
**PAID IN FULL. THIS IS RELEASING YOU OF THE $69.17.**

Dated: **JULY 24, 1990**

PEGGY L. JANS
Attorney For Plaintiff
1101 Main St.
Peoria, IL 61606
(309) 671-0563

_Peggy L. Jans_
ATTORNEY

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #31 (p. 2 of 2)