# City of Pekin
## Pekin, Illinois
### COMMISSION FORM GOVERNMENT

Office of **A Nack**

___X___ NEW
_____ CHANGE

EMPLOYEE # _____

NAME: **Denise Wilkinson**   ADDRESS: **407 W. ELM**
CITY: **Wyoming**   STATE: **IL**   ZIP: **61491**
SSN0 **352 / 50 / 7427**   SEX **F**   MARITAL STATUS **M**
DOB **4 / 29 / 55**   DOH **08 / 01 / 83**   PAY RATE: **4.47**
PHONE **309 / 695 / 6529**   DEPT. # **762**

## PAY CHANGE

TYPE CHANGE: _____   EFFECTIVE DATE: _____
PREVIOUS RATE: _____   NEW RATE: _____
REASON FOR CHANGE: _____

## TERMINATION

LAST WORK DAY: _____   LAST PAY AMOUNT: _____
REASON FOR TERMINATION: _____

## REQUEST FOR ADVANCE VACATION PAY

VACATION DATES: _____   AMOUNT OF PAY: _____

_[signature]_
AUTHORIZATION

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #32 (p. 1 of 15)



# City of Pekin
## Pekin, Illinois
### COMMISSION FORM GOVERNMENT

ce of: **T/PCCC**

☒ NEW CHANGE

EMPLOYEE #: _____
NAME: **WILKINSON, DENISE N**   ADDRESS: **13186 GARMAN Rd.**
CITY: **PEKIN**   STATE: **IL**   ZIP: **61554**
SSN: **352/50/7427**   SEX: ___   MARITAL STATUS: ___
DOB: **04/29/55**   DOH: __/__/__   PAY RATE: ___
PHONE: **./353/3768**   DEPT. #: ___

## PAY CHANGE

TYPE CHANGE: _____   EFFECTIVE DATE: _____
PREVIOUS RATE: _____   NEW RATE: _____
REASON FOR CHANGE: _____

## TERMINATION

LAST WORK DAY: _____   LAST PAY AMOUNT: _____
REASON FOR TERMINATION: _____

## REQUEST FOR ADVANCE VACATION PAY

VACATION DATES: _____   AMOUNT OF PAY: _____

_W. J. Surratt, Jr._
AUTHORIZATION

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #32 (p. 2 of 15)

# City of Pekin
## Pekin, Illinois
### COMMISSION FORM GOVERNMENT

Office of: Bill Surratt

☐ NEW
☒ CHANGE

EMPLOYEE # 76250
NAME: Denise Wilkinson   ADDRESS: 1106 Shire
CITY: Pekin   STATE: Il   ZIP: 61554
SSN: 352/50/7427   SEX: F   MARITAL STATUS: Divorced
DOB: 4/29/55   DOH: 08/01/83   PAY RATE: _____
PHONE: 309/353/3168   DEPT. # 762

---

## PAY CHANGE

TYPE CHANGE: 1 yr raise   EFFECTIVE DATE: 8-1-84
PREVIOUS RATE: $5.20   NEW RATE: $5.43
REASON FOR CHANGE: 1st yr raise (part-time)

---

## TERMINATION

LAST WORK DAY: _____   LAST PAY AMOUNT: _____
REASON FOR TERMINATION: _____

---

## REQUEST FOR ADVANCE VACATION PAY

VACATION DATES: _____   AMOUNT OF PAY: _____

W. L. Surratt, Jr.
AUTHORIZATION

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #32 (p. 3 of 15)

# City of Pekin
## Pekin, Illinois
### COMMISSION FORM GOVERNMENT

Bill Surratt

_____ NEW
__X__ CHANGE

EMPLOYEE # __76250__
NAME: __Denise Wilkinson__   ADDRESS: __Rt 3__
CITY: __Pekin__   STATE: __Il__   ZIP: _____
SSNO __352/50/7427__   SEX __F__   MARITAL STATUS __divorced__
DOB __/__/__   DOH __8/1/83__   PAY RATE: _____
PHONE __/__/__   DEPT. # __762__

**PAY CHANGE**

TYPE CHANGE: __Status Change__   EFFECTIVE DATE: __11-4-84__
PREVIOUS RATE: __$5.43__   NEW RATE: __$6.22__
REASON FOR CHANGE: __went to full-time position__

**TERMINATION**

LAST WORK DAY: _____   LAST PAY AMOUNT: _____
REASON FOR TERMINATION: _____

**REQUEST FOR ADVANCE VACATION PAY**

VACATION DATES: _____   AMOUNT OF PAY: _____

_W. J. Surratt_
AUTHORIZATION

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #32 (p. 4 of 15)

# City of Pekin

## Pekin, Illinois

COMMISSION FORM GOVERNMENT

Office of _Bill Surratt_

☐ NEW
☒ CHANGE

EMPLOYEE # _76250_

NAME _Denise Wilkinson_ ADDRESS: ____

CITY: ____ STATE: ____ ZIP: ____

SSNO ___/___/___ SEX ____ MARITAL STATUS ____

DOB ___/___/___ DOH ___/___/___ PAY RATE: ____

PHONE ___/___/___ DEPT. # _762_

## PAY CHANGE

TYPE CHANGE: _Annual Raise_ EFFECTIVE DATE: _11-4-84_
PREVIOUS RATE: _$6.22_ NEW RATE: _$6.72_
REASON FOR CHANGE: ____

## TERMINATION

LAST WORK DAY: ____ LAST PAY AMOUNT: ____
REASON FOR TERMINATION: ____

## REQUEST FOR ADVANCE VACATION PAY

VACATION DATES: ____ AMOUNT OF PAY: ____

_W. J. Surratt_
AUTHORIZATION

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #32 (p. 5 of 15)



# City of Pekin
## Pekin, Illinois
COMMISSION FORM GOVERNMENT

Office of **Bill Surratt**

___ NEW
_X_ CHANGE

EMPLOYEE # __76250__

NAME: __Denise Wilkinson__  ADDRESS: _____

CITY: _____ STATE: _____ ZIP: _____

SSNO ___/___/_____ SEX _____ MARITAL STATUS _____

DOB ___/___/___ DOH ___/___/_____ PAY RATE: _____

PHONE ___/___/_____  DEPT. # __762__

## PAY CHANGE

TYPE CHANGE: __Raise__   EFFECTIVE DATE: __12-15-85__
PREVIOUS RATE: __$6.72__   NEW RATE: __$6.92__
REASON FOR CHANGE: __Annual__

## TERMINATION

LAST WORK DAY: _____ LAST PAY AMOUNT: _____
REASON FOR TERMINATION: _____

## REQUEST FOR ADVANCE VACATION PAY

VACATION DATES: _____ AMOUNT OF PAY: _____

_____
AUTHORIZATION

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #32 (p. 6 of 15)



# City of Pekin
### Pekin, Illinois
COMMISSION FORM GOVERNMENT

Office of **Bill Surratt**

___ NEW
_X_ CHANGE

EMPLOYEE # __76250__

NAME: __Dee Wilkinson__    ADDRESS: _____

CITY: _____ STATE: _____ ZIP: _____

SSNO ___/___/___    SEX _____    MARITAL STATUS _____

DOB ___/___/___    DOH ___/___/___    PAY RATE: _____

PHONE ___/___/___    DEPT. # __762__

---

## PAY CHANGE

TYPE CHANGE: __Raise__    EFFECTIVE DATE: __6-29-86__

PREVIOUS RATE: __$6.92__    NEW RATE: __$7.17__

REASON FOR CHANGE: __annual__

---

## TERMINATION

LAST WORK DAY: _____    LAST PAY AMOUNT: _____

REASON FOR TERMINATION: _____

---

## REQUEST FOR ADVANCE VACATION PAY

VACATION DATES: _____    AMOUNT OF PAY: _____

__W. F. Surratt Jr.__
AUTHORIZATION

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #32 (p. 7 of 15)



# City of Pekin

### Pekin, Illinois
COMMISSION FORM GOVERNMENT

Office of _S. Surratt_

☐ NEW
☒ CHANGE

EMPLOYEE # **76250**

NAME: **Dee Wilkinson**   ADDRESS: _____

CITY: _____   STATE: _____   ZIP: _____

SSNO ___/___/___   SEX _____   MARITAL STATUS _____

DOB ___/___/___   DOH ___/___/___   PAY RATE: _____

PHONE ___/___/___   DEPT. # **762**

---

PAY CHANGE

TYPE CHANGE: **Raise**   EFFECTIVE DATE: **10-4-87**

PREVIOUS RATE: **7.17**   NEW RATE: **7.54**

REASON FOR CHANGE: **Annual**

---

TERMINATION

LAST WORK DAY: _____   LAST PAY AMOUNT: _____

REASON FOR TERMINATION: _____

---

REQUEST FOR ADVANCE VACATION PAY

VACATION DATES: _____   AMOUNT OF PAY: _____

_W. J. Surratt, Jr._
AUTHORIZATION

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #32 (p. 8 of 15)



# City of Pekin
### Pekin, Illinois
COMMISSION FORM GOVERNMENT

Office of **Bill Jurrett**   ___ NEW   **X** CHANGE

EMPLOYEE # __76250__

NAME: __Dee Wilkinson__   ADDRESS: _____

CITY: _____   STATE: _____   ZIP: _____

SSNO __/__/__   SEX _____   MARITAL STATUS _____

DOB __/__/__   DOH __/__/__   PAY RATE: _____

PHONE __/__/__   DEPT. # __762__

---

**PAY CHANGE**

TYPE CHANGE: __Raise__   EFFECTIVE DATE: __5-1-88__

PREVIOUS RATE: __7.54__   NEW RATE: __7.92__

REASON FOR CHANGE: __Annual raise__

---

**TERMINATION**

LAST WORK DAY: _____   LAST PAY AMOUNT: _____

REASON FOR TERMINATION: _____

---

**REQUEST FOR ADVANCE VACATION PAY**

VACATION DATES: _____   AMOUNT OF PAY: _____

_W. J. Jurrett Jr._
AUTHORIZATION

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #32 (p. 9 of 15)

# City of Pekin

## Pekin, Illinois

COMMISSION FORM GOVERNMENT

of _B. Surratt_     ☐ NEW    ☒ CHANGE

EMPLOYEE # __76250__

NAME: __Dee Wilkinson__    ADDRESS: ____

CITY: ____  STATE: ____  ZIP: ____

SSNO __/__/__   SEX ____  MARITAL STATUS ____

DOB __/__/__   DOH __/__/__   PAY RATE: ____

PHONE __/__/__   DEPT. # __762__

## PAY CHANGE

TYPE CHANGE: __Raise__   EFFECTIVE DATE: __5-1-89__
PREVIOUS RATE: __7.92__   NEW RATE: __8.24__
REASON FOR CHANGE: __annual__

## TERMINATION

LAST WORK DAY: ____   LAST PAY AMOUNT: ____

REASON FOR TERMINATION: ____

## REQUEST FOR ADVANCE VACATION PAY

VACATION DATES: ____   AMOUNT OF PAY: ____

_W. F. Surratt_
AUTHORIZATION

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #32 (p. 10 of 15)



# City of Pekin
### Pekin, Illinois
COMMISSION FORM GOVERNMENT

Apr 9-'15

'fice of B Surratt

___ NEW
_X_ CHANGE

EMPLOYEE # 76250

NAME: Dee Wilkinson   ADDRESS: _____

CITY: _____ STATE: _____ ZIP: _____

SSNO ___/___/___   SEX _____ MARITAL STATUS _____

DOB ___/___/___   DOH 08/01/83   PAY RATE: _____

PHONE ___/___/___   DEPT. # 762

---

PAY CHANGE

TYPE CHANGE: 4% raise   EFFECTIVE DATE: May 1, 1990

PREVIOUS RATE: 8.24   NEW RATE: 8.57

REASON FOR CHANGE: Annual Raise

---

TERMINATION

LAST WORK DAY: _____   LAST PAY AMOUNT: _____

REASON FOR TERMINATION: _____

---

REQUEST FOR ADVANCE VACATION PAY

VACATION DATES: _____   AMOUNT OF PAY: _____

W. J. Surratt, Jr.
_____
AUTHORIZATION

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #32 (p. 11 of 15)



# City of Pekin
## Pekin, Illinois
### COMMISSION FORM GOVERNMENT



EXHIBIT 9

ice of B Surratt

___ NEW
_X_ CHANGE

EMPLOYEE # 76250

NAME: Dee Wilkinson  ADDRESS: _____

CITY: _____ STATE: _____ ZIP: _____

SSNO 352/50/7427  SEX F  MARITAL STATUS _____

DOB __/__/__  DOH 8/1/83  PAY RATE: _____

PHONE __/__/__  DEPT. # 762

---

## PAY CHANGE

TYPE CHANGE: Raise  EFFECTIVE DATE: May 1, 1991

PREVIOUS RATE: $8.57  NEW RATE: $8.91

REASON FOR CHANGE: Yearly Pay Increase

---

## TERMINATION

LAST WORK DAY: _____  LAST PAY AMOUNT: _____

REASON FOR TERMINATION: _____

---

## REQUEST FOR ADVANCE VACATION PAY

VACATION DATES: _____  AMOUNT OF PAY: _____

W. J. Surratt

AUTHORIZATION

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #32 (p. 12 of 15)



# City of Pekin
## Pekin, Illinois
### COMMISSION FORM GOVERNMENT

= of __T/P.C.C.C.__

☒ NEW CHANGE

EMPLOYEE # __76250__
NAME: __WILKINSON, DENISE N__   ADDRESS: __13186 GARMAN Rd.__
CITY: __PEKIN__   STATE: __IL__   ZIP: __61554__
SSNO __352/50/7427__   SEX _____   MARITAL STATUS _____
DOB __04/29/55__   DOH __/__/__   PAY RATE: _____
PHONE __./353/3768__   DEPT. # _____

## PAY CHANGE
TYPE CHANGE: _____   EFFECTIVE DATE: __1-28-98__
PREVIOUS RATE: _____   NEW RATE: _____
REASON FOR CHANGE: _____

## TERMINATION
LAST WORK DAY: _____   LAST PAY AMOUNT: _____
REASON FOR TERMINATION: _____

## REQUEST FOR ADVANCE VACATION PAY
VACATION DATES: _____   AMOUNT OF PAY: _____

_W. J. Surratt, Jr._
AUTHORIZATION

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #32 (p. 13 of 15)



# City of Pekin
## Pekin, Illinois
### COMMISSION FORM GOVERNMENT

of B Surratt

☒ NEW CHANGE

EMPLOYEE # 26250

NAME: Dee Wilkinson    ADDRESS: _____

CITY: _____  STATE: _____  ZIP: _____

SSNO ___/___/___  SEX _____  MARITAL STATUS _____

DOB ___/___/___  DOH ___/___/___  PAY RATE: _____

PHONE ___/___/___  DEPT. # _____

## PAY CHANGE

TYPE CHANGE: Raise    EFFECTIVE DATE: May 1, 1992

PREVIOUS RATE: 8.91    NEW RATE: 9.36

REASON FOR CHANGE: Annual

## TERMINATION

LAST WORK DAY: _____    LAST PAY AMOUNT: _____

PAY PERIOD ENDING
MAY 23 1992

REASON FOR TERMINATION: _____

## REQUEST FOR ADVANCE VACATION PAY

VACATION DATES: _____    AMOUNT OF PAY: _____

W. J. Surratt, Jr.
AUTHORIZATION

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #32 (p. 14 of 15)



# City of Pekin

## Pekin, Illinois

### COMMISSION FORM GOVERNMENT

ice of _S. Thompson_

___ NEW
_X_ CHANGE

EMPLOYEE # __76250__

NAME: _Denise N. Wilkinson_     ADDRESS: _____

CITY: _Pekin_     STATE: _Il_     ZIP: _61554_

SSNO _352_ / _50_ / _7427_     SEX _____ MARITAL STATUS _____

DOB __/__/__     DOH __/__/__     PAY RATE: _____

PHONE __/__/__     DEPT. # _762_

---

## PAY CHANGE

TYPE CHANGE: _Raise_     EFFECTIVE DATE: _May 1, 1994_

PREVIOUS RATE: _$9.36 per hr_     NEW RATE: ~~$10.02 per hr~~  **$10.05**

REASON FOR CHANGE: _Arbitrators Order_

---

## TERMINATION

LAST WORK DAY: _____     LAST PAY AMOUNT: _____

REASON FOR TERMINATION: _____

PAY PERIOD ENDING
FEB 25 1995

---

## REQUEST FOR ADVANCE VACATION PAY

VACATION DATES: _____     AMOUNT OF PAY: _____

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #32 (p. 15 of 15)

_Steven F. Thompson_
AUTHORIZATION