E-FILED
Thursday, 31 August, 2006 12:02:37 PM
Clerk, U.S. District Court, ILCD

| Field | Value |
|---|---|
| a Control number | |
| OMB No. 1545-0008 | |
| b Employer's identification number | 37-6002169 |
| c Employer's name, address, and ZIP code | CITY OF PEKIN<br>400 MARGARET ST<br>PEKIN ILLINOIS 61554 |
| d Employee's social security number | 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 |
| e Employee's name, address, and ZIP code | DENISE N MOLDENHAUER<br>2110 VALENTINE<br>PEKIN IL 61554 |
| 1 Wages, tips, other compensation | 24381.94 |
| 2 Federal income tax withheld | 3025.25 |
| 3 Social security wages | 25552.31 |
| 4 Social security tax withheld | 1584.24 |
| 5 Medicare wages and tips | 25552.31 |
| 6 Medicare tax withheld | 370.51 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advance EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12 Benefits included in box 1 | |
| 13 See Instrs. for box 13 | E 216.00<br>E 108.00<br>E 131.88 |
| 14 Other | |
| 15 Statutory employee / Deceased / Pension plan / Legal rep. / Hshld. emp. / Subtotal / Deferred compensation | Pension plan: X |

| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| IL | 69-0333378 | 24381.9 | 696.34 | | | |

Form **W-2** Wage and Tax Statement 1997

**Copy C For EMPLOYEE'S RECORDS (See Notice on back of Copy B.)**

Department of the Treasury—Internal Revenue Service

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #33

**TAZEWELL / PEKIN CONSOLIDATED COMMUNICATIONS CENTER**

# Memo

**To:** **All T/PCCC Board members**

**From** Steven F. Thompson

Date March 26,2003

**REF** **Dee Moldenhauer Work Attendance**

**HISTORY**

**1999- Missed 5 Months and 13 Days Unfit for Duty**
**2000- Missed entire year- Unfit for Duty**
**2001- Missed 25 Days**
**2002- Missed 34 Days**
**2003- has missed 4 days since 20-day suspension & will be leaving ½ Day on Friday**

**Discipline**

**080201** **Verbal Warning for Patterned Illness**
**042602** **Written Reprimand –Missed 32 Days in last 12 Month period**
**051602** **Suspended for 1 day after missing two additional days since Written Warning**
**110602** **Suspended for 5 days after missing additional 15 days after first suspension**
**011603** **suspended for 20 days after missing 4 additional days since last suspension**
**032603** **Grievance step two on Suspensions-has now missed 4 additional days since 20 days Suspension**

**Steven F. Thompson**
**Director**

PEKIN HOSPITAL
)0 SOUTH 13TH STREET
:KIN, ILLINOIS 61554-4969

EMERGENCY CENTER

MEDICAL RECORDS

/SICIAN'S FINDINGS/TREATMENTS: TIME:

3 INTERPRETATION

SIGNIFICANT LAB RESULTS

X-RAY INTERPRETATION

NICAL IMPRESSION:

PHYSICIAN'S SIGNATURE

] WRITTEN INSTRUCTIONS DISCUSSED WITH AND GIVEN TO: ☐ PATIENT ☐ SPOUSE ☐ PARENT ☐ SIGNIFICANT OTHER

ereby authorize any physician, surgeon, or dentist on the staff of the Pekin Hospital to perform any treatment and/or operation or procedure upon
d to administer blood, and/or blood products or anesthetics which in their discretion may be necessary and advisable, and make proper disposition of all removed tissues, organs and members.

Denise Moldenhauer — PATIENT OR AUTHORIZED PERSON'S SIGNATURE

RELATIONSHIP

M Vickers — WITNESS

REASON PATIENT IS UNABLE TO SIGN

| MEDICAL RECORD NO. | ACO | DATE REC'D | ADMIT DATE/TIME | SERV. | TYPE | ROOM/BED | BIRTHDATE | AGE | PUBLISH | CLERK |
|---|---|---|---|---|---|---|---|---|---|---|
| 12103 | | | 12/13/02 20:59 | E/R | E | | 04/29/55 | 47 | | MV |

| ADMISSION NO. | CHURCH | FC | SMOKE | M/S | SEX | R | CLS | SRC | DACC | PR | DIAB | INF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3196877 | | F | | M | F | | | | | | | |

NAME & ADDRESS
MOLDENHAUER, DENISE N
[illegible] VALENTINE
[illegible]N, IL 61554

PHONE/SOC. SEC. NO.
353-5364
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

EMPLOYER NAME & ADDRESS
CITY OF PEKIN [illegible]
400 MARGARET
PEKIN, IL 61554

PHONE/OCCUPATION
DISPATCHER

ADMITTING DIAGNOSIS: ~~ABD PAIN BACK PAIN~~

PREV:

PREVIOUS ADM. NAME: WILKINSON

PHYSICIANS
77 SHEKLETON, M
375 VOIRIN, TIMOTHY L

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #35 (p. 1 of 6)

REVIEWED- ☑ Nursing Notes ☑ BP, HR, RR, Temp ☐ Posturals

## PHYSICAL EXAM

✓ Alert __ Anxious __ IV

Distress- __ NAD __ mild ✓ moderate __ severe

**HEENT**
- ✓ ENT inspection nml
- ✓ pharynx nml
- __ scleral icterus / pale conjunctivae
- __ pharyngeal erythema
- __ abnml TM / hearing deficit

**NECK**
- ✓ nml inspection
- __ thyromegaly
- __ lymphadenopathy ( R / L )

**RESPIRATORY**
- ✓ no resp. distress
- ✓ breath sounds nml
- __ wheezing
- __ rales / rhonchi

**CVS**
- ✓ regular rate, rhythm
- ✓ heart sounds normal
- __ irregularly irregular rhythm
- __ tachycardia / bradycardia
- __ JVD present
- __ gallop ( S3 / S4 )
- __ murmur grade ___ /6 sys / dias
- __ decreased pulse(s)
  - R carotd___ fem___ dors ped___
  - L carotd___ fem___ dors ped___

T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
sv = severe
Example-
Tsv= sev. tenderns

**ABDOMEN**
- ✓ soft
- __ non-tender
- ✓ no organomegaly
- ✓ nml bowel sounds
- no pulsatile mass
- __ distention
- ✓ tenderness
- __ guarding
- __ rebound
- __ abnormal bowel sounds — increased / decreased / absent / tympanic
- __ prominent aortic pulsations
- __ hepatomegaly / splenomegaly / mass

**PELVIC EXAM**
- __ external exam nml
- __ speculum exam nml
- __ bimanual exam nml
- __ vaginal bleeding / discharge
- __ cervical motion tenderness
- __ adnexal tenderness ( R / L )
- __ enlarged / tender uterus
- __ adnexal mass ( R / L )

**MALE GENITAL**
- __ normal inspection
- __ tenderness / swelling testicular / inguinal

**RECTAL**
- __ non-tender
- __ heme neg stool
- __ black / bloody / heme pos. stool
- __ tenderness

**BACK**
- ✓ normal inspection
- __ CVA tenderness ( R / L )

**SKIN**
- ✓ color nml, no rash
- ✓ warm, dry
- __ cyanosis / diaphoresis / pallor
- __ skin rash

**EXTREMITIES**
- ✓ non-tender
- ✓ normal ROM
- ✓ no pedal edema
- __ pedal edema
- __ calf tenderness

**NEURO / PSYCH**
- ✓ oriented x3
- ✓ mood / affect nml
- CN's nml as tested
- no motor / snsry deficit
- __ disoriented to: person / place / time
- __ depressed affect
- __ facial droop / EOM palsy / anisocoria
- __ weakness / sensory loss

MOLDENHAUER, DENISE N
3196877
SHEKLETON, M

## LABS, XRAYS, and PROGRESS

**EKG MONITOR STRIP** __ NSR __ Rate___

**EKG** __ NML ☐ Interp. by me ☐ Reviewed by me Rate
__ NSR __ nml intervals __ nml axis __ nml QRS __ nml ST/T

not / changed from:

**XRAYS-** ☐ Interp. by me ☐ Reviewd by me ☐ Discsd w/ radiologist
__ KUB __ Upright abd __ 3-view __ CXR pa lat ap
__ nml / NAD __ nml bowel gas __ no free air __ no mass
__ no infiltrates __ nml heart size __ nml mediastinum

not / changed from:

**IVP** __ nml __ obstructed L / R __ stone ___ mm
mild / mod / marked proximal / mid / distal ureter UVJ

**Ultrasound** __ nml __ GB stones / pericolic fluid / thick GB wall
__ dilated common duct __ abnml pancreas / aorta / pelvic / appendix

| CBC (normal except) | | Chemistries (normal except) | | | | UA (normal except) |
|---|---|---|---|---|---|---|
| WBC | 6.6 | Na | 137 | Lipase | 162 | WBC |
| Hgb | 13.4 | K | 3.6 | Amylase | 21 | RBC's |
| Hct | 39.8 | Cl | 98 | Alk Phos | 250 | bacteria |
| Platelets | 281 | CO2 | 25 | SGPT | 55 | dip |
| segs | | Gluc | 96 | BHCG / serum / urine | | |
| bands | | BUN | 16 | preg | | |
| lymphs | | Creat | 0.9 | POS / NEG | | |
| monos | | | | | | |
| eos | | | | | | |

**Pulse Ox** ___ % on RA / ___ L / ___ % at (time)

Time ___ __ unchanged __ improved __ re-examined

[handwritten:] w/ hydration
ownsetron 12.5
[illegible] for pain
pt feels much better
Dr [illegible] called ... case discussed
... [illegible]

- __ Discussed with Dr. ___ will see patient in: office / ED / hospital
- __ Counseled patient / family regarding: lab results diagnosis need for follow-up
- __ Rx given __ Admit orders written
- CRIT CARE- 30-74 min / 75-104 min / ___ min
- __ Prior records ordered
- __ Additional history from: family caretaker paramedics

## CLINICAL IMPRESSION:

- (Abdominal Pain - acute) [circled]
- (Vomiting) [circled]
- Ureterolithiasis / Renal Colic R / L
- U.T.I. / Pyelonephritis - acute
- Gastroenteritis / (Gastritis acute) [circled]
- Peptic Ulcer Disease [circled]
- Pelvic Inflammatory Disease
- Ovarian Cyst ruptured torsed
- Appendicitis - acute
- Aortic Aneurysm - ruptured
- M.I./ Angina / Mesenteric Ischemia
- Bowel Perforation / Obstruction
- Pancreatitis - acute
- Cholecystitis -w/ cholelithiasis acalculus
- Biliary Colic
- Diverticulitis - acute

DISPOSITION- ☑ home ☐ admitted ☐ transferred

CONDITION- ☐ unchanged ☐ improved ☑ stable

___ MD / DO / PA
Resident or P.A

[signature] MD / DO
Attending

☐ Dictated Addendum ☑ Template Complete

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #35 (p. 2 of 6)

PEKIN HOSPITAL
PROGRESSIVE HEALTH SYSTEMS 600 SOUTH 13TH STREET PEKIN, ILLINOIS 61554

# Emergency Nursing Flowsheet

Patient's Name: Denise Moldenhauer Age: 47 YR. Sex: F Admission No.: 3196877 Medical Record No.: 12103

Mode of Arrival: Ambulatory [X] Carried WC Ambulance Physician: Shekelton taylor Date: 12/13

Arrived with: Husband

Triaged: 2046 Condition on Arrival: A B C Accident: Home School MVA Police Notified Work Other Pre-Hospital Meds: Vicodin ↑ 1sp

Chief Complaint: abd pain - back pain. nausea / Diarrhea

History of Present Illness/Accident: Started wed. — hue out p̄ — liver profile

TRIAGE NURSE'S SIGNATURE: K. Douman RN

Significant Past Medical History: P. tinnsyTubal, Ex? Lap depression Acute Pancreatitis - Recent surg common bileduct

Room: 3 Time: 2100 PM

VITAL SIGNS: T: 97.4 P: 100 R: 20 BP: 162/108 PO2: 95 Pain (0-10): 7/10 LMP: 11/28 [X] Normal Abnormal Gravida 2 Para 0 AB Weight: Immunizations:

Immediate Interventions: Ice Splint C-Collar Elevate Sterile Dressing Other: Admitted Directly to Treatment Area

## NEURO

[X] Conscious [X] Alert [X] Oriented X 3 No hx LOC Disoriented Drowsy Unconscious (Time)

### GLASGOW COMA SCALE

Pupils: 2 3 4 5 6 7 8 9

| EYE OPENING | | VERBAL RESPONSE | |
|---|---|---|---|
| Spontaneous | (4) | Oriented | (5) |
| To Voice | 3 | Confused | 4 |
| To Pain | 2 | Inappropriate Words | 3 |
| None | 1 | Incomprehensible Words | 2 |
| | | None | 1 |

MOTOR RESPONSE (Upper Extremity Only) — TOTAL: 15

| | | |
|---|---|---|
| Obeys Commands | (6) | [X] Equal / Unequal |
| Purposeful Movement (pain) | 5 | |
| Withdraw (pain) | 4 | RESPONSE |
| Flexion (pain) | 3 | |
| Extension (pain) | 2 | Right |
| None | 1 | Left |

### ASSOCIATED SYMPTOMS

[X] Nausea [X] Vomiting Thurs Am
Photophobia Visual Disturbance
Nystagymus Facial Asymmetry
Tongue Deviation Memory Loss
Communication Disturbance
Headache Pain Differs From Previous Yes No
Other

### EXTREMITIES N/A

NEURO-VASCULAR ASSESSMENT

| | Temp | Pulse | Sensation | Mobility | Cap. Refill |
|---|---|---|---|---|---|
| RA | | | | | |
| LA | | | | | |
| RL | | | | | |
| LL | | | | | |

C = Cold H = Hot W = Weak A = Absent WNL = Within Normal Limits

## RESPIRATORY

### RESPIRATION

[X] Normal Tachypnea Apneic Dyspneic Labored Shallow Retractions Drooling Snoring Nasal Flaring

### BREATH SOUNDS

| | R | L |
|---|---|---|
| [X] Clear | X | X |
| Diminished | | |
| Crackles-Coarse | | |
| Crackles-Fine | | |
| Wheezes | | |
| Inspiratory | | |
| Expiratory | | |
| Absent | | |

Pulse Oximetry
O2 L/Min.

### COUGH

Yes Non-Productive [X] No Productive

## CIRCULATORY

### SKIN

WITHIN NORMAL LIMITS
Cyanotic Hot [X] Pale Cool Jaundice Diaphoretic Flushed Moist Edema Dry
Other:
Rash (Type):
Site:
Decubitus (Site):

### SKIN TURGOR

Pliable Tenting

### ORAL MUCOSA

Cracked Moist Dry

### ORTHO STATIC V.S.

| | BP | P |
|---|---|---|
| Lying | | |
| Sitting | | |
| Standing | | |

## PEDIATRICS

### CRYING / QUALITY

Strong / Normal Whimpering Moaning / High Pitched

ACTIVITY LEVEL: Playful Fussy Quiet
FONTANELS: Flat Bulging Sunken

### APPETITE

Good Fair Poor Last Void:

## ENT

Epistaxis R L Foreign Body [X] Sore Throat Rhinorrhea Other

### EARS

N/A Denies Hearing Difficulty None R L Hearing Aid Present Pain R L Tinnitus Discharge Pulling at Ear Other

### SOCIAL

Cultural Special Needs; Pre-existing Disability

Interpreter: Yes No
Name:
Relationship:
Language:

## CARDIAC

### PAIN EVALUATION

Precipitated by exercise
Brief duration (2 to 15 minutes)
Relieved promptly by rest & nitroglycerin or O2
Substernal location
Radiation from chest to jaw, left arm, neck or back
Absence of other causes for pain
Onset of symptoms

Sharp / Stabbing Dull / Aching Indigestion-like Burning Band-like / Tightness Heaviness / Pressure Other

Pain Scale (0-10): Prior to Arrival Now

EKG Interpretation:

## ABDOMINAL

[X] Abnormal Pain (See Diagram)
[X] Sharp 7/10
Dull
[X] Radiation: Epigastric To Back
[X] Onset: Thesday
Recent Trauma to Area
Guarding
Appetite: Good / (Poor)
Nausea
Vomiting x 15 wed nite
Hematomesis
Diarrhea x 2 today
Last BM: 12/13/03

Rectal Bleeding:
EDC:
Pregnant week/month
Vaginal Discharge:
Vaginal Bleeding:
Dysuria / Burning:
Urinary Frequency / Urgency
Hematuria
Nocturia
Urinary Retention
Incontinent Urine Stool
[X] Other: Bladder infection 5 wk ago

### ABDOMEN PALPATED

[X] Soft Distended Nontender Firm Obese Rebound Rigid [X] Tender Other

### PRECIPITATING FACTORS

Aspirin / NSAIDS Meds / Antibiotics ETOH Emotional Stress Other

RN SIGNATURE: [signature]

### BOWEL SOUNDS

Absent Hyperactive [X] Present Hypoactive

x4 quads

R L Pain

WHITE - MEDICAL RECORDS CANARY - BUSINESS OFFICE PINK - PHYSICIAN

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #35 (p. 3 of 6)



PEKIN HOSPITAL

PROGRESSIVE HEALTH SYSTEMS

# EMERGENCY CENTER

## PATIENT DISCHARGE INSTRUCTIONS

**The examination and treatment you have received in the Emergency Center has been rendered on an emergency basis only, and is not intended to be a substitute for complete medical care. Therefore, you are advised to call the office of:**

**Dr.**______________________ **on** ____/____/____ **to arrange for follow-up care.**

**If your condition worsens or changes, see your Physician or return to the Emergency Center.**

**PEKIN HOSPITAL EMERGENCY CENTER Telephone Number: (309) 353-0430**

**OTHER INSTRUCTIONS:**

MOLDENHAUER, DENISE N
3196877
SHEKLETON, M

1) You are advised to see your Physician for follow-up and to

2) None today

3) Cipro 500 mg twice daily for 8 days

4) antiemetic phenergan 25 mg every 6 hours if nausea

5) to Dr Shekleton or partner next week

6)

7)

**Attending Physician's Signature:** [signature]

**INSTRUCTION SHEET(S) SENT HOME:**

- ☐ Wound Care
- ☐ Head Injury
- ☐ Sprain/Bruise
- ☐ Cast Care
- ☐ Fever
- ☐ UTI
- ☐ Croup
- ☐ Asthma
- ☐ Sunburn
- ☐ Clear Liquids
- ☐ Cath Care
- ☐ Back
- ☐ Other

**PLEASE NOTE: All X-ray and EKG impressions made in the Diagnostic Center at night or on weekends are not the final report are subject to review by the Radiologist or Cardiologist. If there is any difference in the reading you will be notified. You should, however, contact your Primary Physician for final X-ray or EKG results in two days. Call the Hospital Emergency Center if any questions or problems arise.**

**I understand that I have had emergency treatment only, and that I may be released before all of my medical problems are known or treated. I have read the above, understand the instructions, and acknowledge receipt of a copy. I will arrange for follow-up care as instructed above.**

Denise Moldenhauer (Patient's Signature) 12/13/02 (Date) 2345 (Time)

PEKIN HOSPITAL
600 SOUTH 13TH STREET
PEKIN, ILLINOIS 61554-4969

Form No. 200013
Issued: 6/90
Last Revision: 01/2001

ORIGINAL (WHITE) - Medical Records YELLOW - Patient's Copy PINK - Physician's Cop

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #35 (p. 4 of 6)

1:04-cv-01169-MMM-JAG # 70-10 Page 7 of 8

PEKIN HOSPITAL
PROGRESSIVE HEALTH SYSTEM
600 S. 13th Street • Pekin Illinois 61554

# EMERGENCY NURSING FLOWSHEET

Date: 12/13 Patient's Name: Wendy Moldenhauer
Sex: F Age: 47 Admission No.: 3196877 Room #: C3 Time: 2100 ☐ AM ☒ PM

Time Seen by Physician:
Allergies: Ø
Latex Allergy: ☐ Yes ☒ No
Medications: Synthroid, Prozac, Celebrex, Ambien, Vicodin

Are you currently in a relationship where you feel unsafe or threatened? ☒ No ☐ Yes If Yes, (You may notify the Center for Prevention of Abuse) At 1-800-559-7233 or Pekin # 477-3066

Nursing Progress Notes: 2100 See Emergency Nursing Flowsheet. 2120 Dr Mitzelfelt c̄ Pt to examine et Treat. 2150 IV Started Labs Drawn NS 1000cc started. 2225 IV (L) Hand infiltrate. IV restarted (R) Hand. Anzemet 12.5mg IV given. 2230 Fentanyl 50μ IV given et Vitals Done 2240 Feels much better 3/10 Abd Pain 2305 Pain "Barely there" et "Almost gone" Pain rated "1/10" 2345 IV Site DC'd p̄ IV 1000cc NS infused. Discharge instructions et Prescription given to pt. Pt voiced understanding et was discharged To Home accompanied by her husband.

Nurses Signature:

| Time | T | P | R | B/P | P O2 | GCS | MONITOR | REASSESSMENT | COMMENTS | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 2230 | | 72 | 24 | 135/63 | | | | UNCHANGED ☐ | | |
| 2240 | | 73 | 20 | 137/91 | 97 | | | UNCHANGED ☐ | "Feels much Better" | |
| 2312 | | 72 | | 136/89 | 96 | | | UNCHANGED ☐ | | |
| 2342 | | 76 | | 134/82 | 96 | | | UNCHANGED ☐ | | |
| | | | | | | | | UNCHANGED ☐ | | |
| | | | | | | | | UNCHANGED ☐ | | |

☐ O2 Time: ☐ Methods: ☐ Flow: ☐ D/C ☐ O2 Sat. % ☐ Room Air
☐ Monitor: ☐ D/C: Initial Rhythm: ☐ B/P Monitor: ☐ D/C

| TIME | MEDICATIONS TREATMENTS | DOSE | ROUTE | BY | PAIN (1-10) | RESULTS |
|---|---|---|---|---|---|---|
| 30 | repeat BP | | | JM | | |
| 2200 | NS 1000 ml IV | 1000 | IV | JM | | |
| 2225 | Anzemet 12.5mg | 12.5mg | IV | JM | | |
| 2230 | Fentanyl 50mcg repeat x1 | 50μ | IV | JM | | |

| LABS | DX | ORD. | DRN |
|---|---|---|---|
| (CBC) | | ☒ | ☒ |
| H & H | | ☐ | ☐ |
| CKMB | | ☐ | ☐ |
| ABG's | | ☐ | ☐ |
| Troponin | | ☐ | ☐ |
| (Lipase) | | ☒ | ☒ |
| (Amy) | | ☒ | ☒ |
| PT | | ☐ | ☐ |
| PTT | | | |
| Red Cells | | ☐ | ☐ |
| # Units | | | |
| ER Drug | | ☐ | ☐ |
| ETOH | | ☐ | ☐ |
| (Blood Cult) | | ☒ | ☒ |
| HCG | | ☐ | ☐ |
| U/A | | ☐ | ☐ |
| C & S | | ☐ | ☐ |

| IV | TIME | SIZE | SITE | FLUID | RATE | BY |
|---|---|---|---|---|---|---|
| #1 | 2150 | 18 | (L) Hand | NS | 250cc/hr | JM Site Dc'd 2225 |
| #2 | 2225 | 20 | (R) Hand | | 250cc/hr | JM Site Dc'd @ 2345 |
| #3 | | | | | | |
| #4 | | | | | | |

Additional Tests: CMP + X X; Liver function X X; [illegible] & [illegible] Cancel

☐ Admitted to:
☐ Other:
☐ Transferred to:
☐ With Monitor ☐ O2 ☐ RN
Time: 2345 ☐ AM ☒ PM
VIA: Personal Automobile
☒ Home ☒ Ambulatory ☐ Wheelchair ☐ Carried ☐ Other:
Condition on Discharge: ☒ Good ☐ Fair ☐ Critical ☐ Expired

| DIAGNOSIS | ORDERED | DONE |
|---|---|---|
| EKG: | ☐ | ☐ |
| X-Rays- | ☐ | ☐ |
| To Rad: | | |
| Returned: | | |

PHYSICIAN'S SIGNATURE: [signature]

WHITE - MEDICAL RECORDS CANARY - BUSINESS OFFICE PINK - PHYSICIAN

Moldenhauer v. TPCCC, #04-1169
Plaintiff's Response to MSJ
Pltf. Exh. #35 (p. 5 of 6)

DATE: Dec 13 02 TIME: 2105 ROOM: C3 __ EMS Arrival

HISTORIAN: __patient __spouse __paramedics

__HX / __EXAM LIMITED BY:

© 1995-99 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

36

Pekin Hospital

# EMERGENCY PHYSICIAN RECORD

## Abdominal Pain / Flank Pain (5)

### HPI

**chief complaint:** abdominal pain (circled) vomiting flank pain (R / L) diarrhea

abdominal, back pain, nausea, diarrhea

**started:** onset wednesday sharp pain epigastric R to back

**time course:** __still present __better __gone now lasted: __constant __waxing / waning __sudden-onset __intermittent episodes lasting __worse / persistent since

**quality:** "pain" aching dull burning cramping sharp stabbing fullness

**location:** __migration (show migration: ——→)

**associated with:** loss of appetite (circled), nausea (circled), vomiting 15x since wed, bloody blood-streaks coffee-grounds, diarrhea 5x yest 2x today, blood streaks grossly bloody mucous

**severity:** maximum (1-10) 10, mild moderate severe; when seen in ED (1-10) 9, none almost gone mild moderate severe

**exacerbated by:** supine / upright pos. movements / walking cough / deep breaths food nothing (circled)

**relieved by:** supine / upright pos. remaining still antacids food nothing vicodin today

__Similar symptoms previously Sept - not as bad

__Recently seen / treated by doctor Shekleton in July then - vicodin

### ROS

*GI* __constipation *last BM:* __black / bloody stools

*URINARY* __bloody / dark urine __frequent/painful urination — not urinating much today

*FEMALE REPRODUCTIVE* LNMP __vaginal discharge __abnormal bleeding

*CONST.* fever earlier today, chills

*NEURO & EENT* headache, sore throat after vomiting, blurred vision

*CVS & PULMONARY* cough, trouble breathing, chest pain

*M/S & SKIN* skin rash, joint pain(s), back pain R to back; all systems neg. except as marked

### PAST HISTORY __negative

__peptic ulcer *documented? yes no*
__gall stones
__kidney stone(s)
✓ bladder / kidney infection [illegible]
__heart disease
__diabetes *insulin / oral / diet*
__abdominal aneurysm
__pancreatitis [illegible]
__diverticulitis
__ovarian cyst(s)
__pelvic infection
__high cholesterol
__high blood pressure
__+HIV / AIDS

other problems pancreatitis - may - sept - shekleton; depression

**Surgeries / Procedures**

__none / __noncontributory
✓ cholecystectomy
__appendectomy
__endoscopy
__tonsillectomy
__c-section
__bilat tubal ligation
__hysterectomy
__cardiac bypass

reconstructive surgery common duct choledochal cyst 84; pituitary tumor 1979; BTL c section

**Medications** __none __see nurses note
__ASA __NSAID __acetaminophen
__BCP's
Synthroid
Prozac
celebrex
ambien

**Allergies** __NKDA
__see nurses note

**SOCIAL HX** __smoker __drugs __alcohol (*recent / heavy / occasional*)

**FAMILY HX** __gall stones __ovarian cysts __CAD __ulcer __kidney stones grandmother diabetes

ER-MD-ABD / FLK

MOLDENHAUER, DENISE N
3196877
SHEKLETON, M