E-FILED
Thursday, 31 August, 2006  12:10:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN, ILLINOIS; TAZEWELL COUNTY, ILLINOIS; STEVEN F. THOMPSON; DAVID TEBBEN; JAMES UNSICKER; ROBERT HUSTON; and TIMOTHY GILLESPIE,<br><br>　　　　　Defendants. | Case No. 04-CV-1169 |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff, DENISE N. MOLDENHAUER, by JOHN A. SLEVIN of VONACHEN, LAWLESS, TRAGER & SLEVIN, one of her attorneys, and moves for Summary Judgment on the issue of whether CITY OF PEKIN is a joint employer for purposes of FMLA and on the issue of whether COUNTY OF TAZEWELL is a joint employer for purposes of FMLA, and states as follows:

Plaintiff would incorporate to support this Motion her Response to Motions for Summary Judgment of Each Defendant, the Exhibits filed with the Response, the Statement of Material Facts Claimed to Be Undisputed, and the Argument therein.

WHEREFORE, Plaintiff would pray this Court grant Summary Judgment and find that CITY OF PEKIN is a joint employer for purposes of FMLA and that COUNTY OF TAZEWELL is a joint employer for purposes of FMLA.

VONACHEN,
LAWLESS, TRAGER
& SLEVIN

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

        Respectfully submitted,

        DENISE N. MOLDENHAUER, Plaintiff

        By:      s/ JOHN A. SLEVIN

JOHN A. SLEVIN  
VONACHEN, LAWLESS, TRAGER & SLEVIN  
456 Fulton, Suite 425  
Peoria, IL 61602  
Ph:    (309) 676-8986  
Fax:   (309) 676-4130

**VONACHEN,  
LAWLESS, TRAGER  
& SLEVIN**

Suite 425  
456 Fulton Street  
Peoria, Illinois 61602  
Fax (309) 676-4130  
(309) 676-8986

**PROOF OF SERVICE**

STATE OF ILLINOIS )
                  ) SS.
COUNTY OF PEORIA  )

The undersigned attorney hereby certifies that the original of the foregoing **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** was filed electronically with the Clerk of the U.S. District Court, Central District of Illinois, and a copy of same was served electronically or delivered by other means upon the attorneys of record, as follows:

| | |
|---|---|
| Jeffrey E. Krumpe | Bradford B. Ingram |
| Patrick A. Murphey | John K. Kim |
| Darin M. LaHood | Heyl, Royster, Voelker & Allen |
| Miller, Hall & Triggs | 124 S.W. Adams, Suite 600 |
| 416 Main Street, Suite 1125 | Peoria, IL 61602 |
| Peoria, IL 61602 | **Counsel for City of Pekin, David Tebben** |
| **Counsel for Tazewell-Pekin Consolidated** | **& Timothy Gillespie** |
| **Communications Center; Tazewell County,** | |
| **Robert Huston; Steven Thompson; & James** | |
| **Unsicker** | |

on the 31st day of August, 2006.

                                s/ JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:    (309) 676-8986
Fax:   (309) 676-4130

**VONACHEN,
LAWLESS, TRAGER
& SLEVIN**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

o:\jas\clients\moldenhauer\Plaitniff's MSJ