E-FILED
Thursday, 21 September, 2006 03:02:13 PM
Clerk, U.S. District Court, ILCD

# APPLICATION FOR EMPLOYMENT

Prospective employees will receive consideration without discrimination because of race, creed, color, sex, age, national origin or handicap.

**PERSONAL**

- Last Name: Wilkinson  First: Denise  Middle: N
- Date: June 10, 198[?]
- Street Address: 407 West Elm
- Home Phone: (309) 347-87[??]
- City, State, Zip: Wyoming, IL 61491
- Business Phone: ( ) -
- Social Security No.: 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
- Position Desired: Communication
- Pay Expected: —
- Have you ever applied for employment with us? ☐ Yes ☒ No  If Yes: Month and Year ___ Location ___
- Apart from absence for religious observance, are you available for full-time work? ☒ Yes ☐ No
- Will you work overtime if asked? ☒ Yes ☐ No
- Are you legally eligible for employment in the United States? ☒ Yes ☐ No  If not, what hours can you work?
- When will you be available to begin work? IMMEDIATELY
- Other special training or skills (languages, machine operation, etc.): YES
- How did you learn of our organization? City Clerk Office

**EDUCATION**

| SCHOOL | NAME AND LOCATION OF SCHOOL | COURSE OF STUDY | NO. OF YEARS COMPLETED | DID YOU GRADUATE? | DEGREE OR DIPLOMA |
|---|---|---|---|---|---|
| College | | | | ☐ Yes ☐ No | |
| High | Wyoming High | | 4 | ☒ Yes ☐ No | |
| Elementary | Wyoming Grade | | 8 | ☒ Yes ☐ No | |
| Other | | | | ☐ Yes ☐ No | |

MEMBERSHIP IN PROFESSIONAL OR CIVIC ORGAN. (Exclude those which may disclose your race, color, religion or nation.)

**REFERENCES / PERSONS CONTACTED / RESULTS**

| # | EMPLOYER | PERSON CONTACTED | RESULTS |
|---|---|---|---|
| 1 | McCullough Valentine St Pekin | Jim (Sally) | 347-8750 |
| 2 | Hyde Smith St Wyoming | John (Deb) | 695-6357 |
| 3 | Geary Elm St Wyoming | Ken (Jayne) | 695-6627 |
| 4 | | | |
| 5 | | | |

**TESTS ADMINISTERED / RAW SCORE / RATING / ANALYSIS AND COMMENTS**

**INTERVIEW RESULTS** — INTERVIEWER NAME AND COMMENTS

SELECTFORM, INC. believes that the information solicited from the applicant which ties outside the special section on page 3 is in full compliance with all Federal and State equal employment laws and with the Fair Credit Reporting Act. We do not assume responsibility for the user's inclusion in this "Application for Employment" of any question which may violate Federal, State or local laws and users should consult their own counsel with respect to any legal questions concerning the use of this form.

© Copyright 1980 — SELECTFORM, INC., Box 3045, Freeport, NY 11520

FORM 22 SelectForm U.S.A.

ALL-STATE LEGAL® DEFENDANT'S EXHIBIT W

## MILITARY

COMPLETE THIS SECTION IF YOU SERVED IN THE U.S. ARMED FORCES

Describe your duties and any special training

Branch of Service

Period of Active Duty (Month & Year)
From         To

Rank at Discharge

Date of Final Discharge

---

DO NOT ANSWER ANY QUESTION IN THIS SECTION UNLESS THE BOX IS CHECKED

If the employer has checked the box next to the question, the information requested is needed for a legally permissible reason, including, without limitation, national security considerations, a legitimate occupational qualification or business necessity. The Civil Rights Act of 1964 prohibits discrimination in employment because of race, color, religion, sex or national origin. Federal law also prohibits discrimination on the basis of age with respect to certain individuals. The laws of most States also prohibit some or all of the above types of discrimination as well as some additional types such as discrimination based upon ancestry, marital status or physical or mental handicap or disability.

Provide dates you attended school:
Elementary: From         To
High From         To
College From         To
Other (give name and dates)

Height: 5 ft. 1½ in.
Weight: 128 lbs.
Sex: ☐ Male ☒ Female
~~Date of Marriage~~

Marital Status:
☐ Single    ☐ Engaged    ☐ Married
☒ Separated ☐ Divorced   ☐ Widowed

What was your previous address? Rt 1 Wyoming

Are you over 18 years of age? ☒ Yes ☐ No
If not, employment is subject to verification of minimum legal age.

Have you ever been bonded?
☐ Yes ☐ No  If Yes, with what employers?

Have you been convicted of a crime in the past ten years, excluding misdemeanors and summary offenses, which has not been annulled, expunged or sealed by a court? ☐ Yes ☒ No  If Yes, describe in full.

Are you a U.S. Citizen? ☒ Yes ☐ No
How long at present address?     Years
How long at previous address?    Years

State names of relatives and friends working for us other than your spouse.

Have you received Workmen's Compensation or Disability income payments? ☐ Yes ☒ No If Yes, describe.

Have you physical defects which preclude you from performing certain jobs? ☐ Yes ☒ No If Yes, describe limitation.

Date of Birth: 4-29-55

---

## SIGNATURE

I hereby declare the information provided by me in this Application for Employment is true, correct and complete to the best of my knowledge. I understand that if employed, any misstatement or omission of fact on this application shall be considered cause for dismissal. I authorize you to obtain an investigative consumer report containing information obtained through personal interviews with my neighbors, friends and acquaintances. This report, if obtained, may include information as to my character, general reputation, personal characteristics and mode of living. I understand I have the right to make a written request within a reasonable period to receive additional detailed information about the nature and scope of any such investigation.

Date: June 10, 1983
Signature: Denise Wilkinson

---

## EMPLOYMENT

Please give accurate, complete full-time and part-time employment record. Start with present or most recent employer.

**1.**
Company Name: Methodist Medical Center
Address: Glen Ave - Peoria
Telephone: ( ) -
Name of Supervisor: Deb Hyde
Employed (State Month and Year) From 11-75 To 12-76
Weekly Pay: ?
Start / Last
State Job Title and Describe Your Work: Ward/Receptionist - Handle Patients, Type, Phones, Files, Handle Doctors Orders
Reason for Leaving: Medical

**2.**
Company Name: K-Mart
Address: University - Peoria
Telephone: ( ) -
Name of Supervisor: (?) In the T.A. Dept.
Employed (State Month and Year) From 9-74 To 12-74
Weekly Pay: ?
Start / Last
State Job Title and Describe Your Work: Stock Shelves, Cashier
Reason for Leaving: Temporary

**3.**
Company Name: Breeze IL, Inc
Address: Main St - Wyoming
Telephone: ( ) -
Name of Supervisor: Tim Hamilton
Employed (State Month and Year) From 6-73 To 6-74
Weekly Pay: ?
Start / Last
State Job Title and Describe Your Work: Soldered Printed Circuitry, Assembled Wiring Cables for Aircraft
Reason for Leaving: Lay Off

**4.**
Company Name: Salenda's Cafe
Address: Rt. 17 Wyoming
Telephone: ( ) -
Name of Supervisor: Salenda McCullough
Employed (State Month and Year) From 1-73 To 7-73
Weekly Pay: ?
Start / Last
State Job Title and Describe Your Work: Waitress, Cook, Etc.
Reason for Leaving: Building Burnt

**5.**
Company Name:
Address:
Telephone: ( ) -
Name of Supervisor:
Employed (State Month and Year) From     To
Weekly Pay:
Start / Last
State Job Title and Describe Your Work:
Reason for Leaving:

We may contact the employers listed above unless you indicate those you do not want us to contact.

DO NOT CONTACT
Employer Number (s):        Reason: