1:04-cv-01169-MMM-JAG # 73-3 Page 1 of 2
E-FILED
Thursday, 21 September, 2006 03:03:00 PM
Clerk, U.S. District Court, ILCD



TAZEWELL COUNTY / PEKIN
CONSOLIDATED COMMUNICATIONS CENTER
P.O. BOX 700 PEKIN, ILL. 61554

FACT SHEET

THIS FACT SHEET MUST BE TURNED IN AT THE TIME OF THE TESTING PROCESS

JOB SKILLS

T/PCCC telecommunications operators are responsible for answering police and may in the future be responsible for fire and emergency medical requests, and assigning that information to the proper units. Other job skills include some typing and computer work.

JOB REQUIREMENTS

The initial job requirement is an interest in public safety communications. U.S. citizenship and no criminal record is required due to the confidential nature of some portions of the work. Additional requirements for employment are a high school diploma or equivalent, and the ability to speak, write and read English and possess good hearing. In addition, all telecommunicators are required to have a telephone number at which they may be reached at all times, as per the policy in the RECALL PLAN, SECTION II, ARTICLE 240, Policy and Procedures Manual.

JOB FACTS

1. T/PCCC is a 24 hour a day, 7 day a week operation. As such, our personnel work different shift hours.

   Telecommunicators work: 08:00am-04:00pm, 04:00pm-12:00pm, and 12:00pm-8:00am; on a five day week with two days off. Days off are during the week for most employees.

2. Overtime is paid based on time over eighty hours in a pay period.

3. There are nine paid holidays per year, doubletime if you work, single time if you are off.

4. There are two weeks vacation after completion of the first year.

5. There are twelve earned sick days per year, accumulated to fifteen days.

6. T/PCCC provides life, health, and dental insurance. Cancer coverage is available.

7. T/PCCC participates in the Illinois Municipal Retirement Fund. Payroll deductions are taken for this fund and social security.

8. Payroll checks are issued bi-weekly.

EMPLOYEE REQUIREMENTS AND FACTS

1. Employees are required to report for duty and be ready to work ten minuste before the hour that their shift begins.

ALL-STATE LEGAL® DEFENDANT'S EXHIBIT X



TAZEWELL COUNTY ⚡ PEKIN
CONSOLIDATED COMMUNICATIONS CENTER
P.O. BOX 700 PEKIN, ILL. 61554

2. The position is non-civil service so the employee may be discharged at any time. The T/PCCC supervisor maintain the power of disciplinary action and can recommend employment and/or termination. The employee has the right of appeal to the Director of Communications in any disciplinary action.

3. T/PCCC employees will read a copy of the Rules, Regulations and Policy manual. The employee will accept responsibility for reading and abiding by the provisions contained in the above stated materials.

4. The T/PCCC employee will maintain a telephone, and give the number to the Center, where they may be reached at all times. Employees are on-call 24-hours a day.

APPLICANT RESPONSIBLITY AND INFORMATION

1. Applicants agree to submit to an examination and interview process as administered by T/PCC or it's designee.

2. Giving false information or misrepresentation of information on the employment application or during this process is grounds for not hiring or dismissal. Failure to pass a background check or having an unsatisfactory work history is also grounds for denying employment, as is failure to pass the pre-employment examination.

3. A recent photograph of applicant shall be submitted at the time of testing.

I Denise Wilkinson have read the above provisions and have had an opportunity to ask questions concerning them. I understand these provisions and if hired agree to abide by them.

SIGNED Denise Wilkinson DATE June 19, 83

WITNESS [signature] DATE Jul 10 83