

# Tazewell / Pekin Consolidated Communications Center



414 Margaret Street
Pekin, IL 61554

## LETTER OF UNDERSTANDING

Whereas, Tazewell County, and certain entities within Tazewell County have provided for Emergency Communications Service through the Tazewell/Pekin Consolidated Communications Center.

Whereas the Tazewell/Pekin Consolidated Communications Center has chosen to have certain services and facilities provided to it by the City of Pekin.

Now therefore, the following Letter of Understanding is approved:

Employees of the Tazewell/Pekin Consolidated Communications Center shall be considered employees of the City of Pekin for the purposes of providing Payroll, Health Care Insurance, Workers Compensation Insurance, and Illinois Municipal Retirement.

The Tazewell/Pekin Consolidated Communications Center agrees to reimburse the City of Pekin for all costs related to the aformentioned areas.

The Tazewell/Pekin Consolidated Communications Center shall occupy space within a building owned by the City of Pekin. In recognition of the costs associated with said building the Tazewell/Pekin Consolidated Communications Center shall:

A. Reimburse the City of Pekin on a pro-rated basis, monthly for utility costs associated with the Heating/cooling System. These costs shall be paid on a pro-rated schedule based on the number of square feet occupied by the Tazewell/Pekin Consolidated Communications Center. The area has been calculated to be 18 % of the total City Hall Complex. This reimbursement shall begin in fy 1996-97. *do monthly*

B. The Tazewell/Pekin Consolidated Communciations Center shall reimburse the City of Pekin for costs associated with accounting for payroll, and accounts payable. This reimbursement shall begin in fy 1996-97, and is calculated to be $4,974 for the Fiscal Year. *¼ billing - [illegible] - me per Dick 5-30-96*
*1243.50 each qtr.    900-762-5-410.00*

C. The Tazewell/Pekin Consolidated Communications Center shall reimburse the City of Pekin for its share of Liability and Workers Compensation Coverage. This reimbursement shall begin in the Fiscal Year 1997-98. *me per Dick 5-30-96* *(have own ins 5-1-97)* *5-1-0 city aford*

D. The Tazewell/Pekin Consolidated Communications Center shall continue to reimburse the City of Pekin for costs of the Employee Insurance Program. *done monthly; Has own health ins eff*

F. The City of Pekin herein contracts with the Tazewell/Pekin Consolidated Communications Center for management and supervision of the Pekin Police Records Division, for the sum of $4,500 per year. It is recognized that said supervision shall be provided by the Director of the Tazewell/Pekin Consolidated Communications Center.

This agreement in regards to cost reimbursement shall become fully effective on May 1, 1996.

_____
T/PCCC

_____
City of Pekin