UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

DENISE N. MOLDENHAUER,            )
                                  )
              Plaintiff,          )
                                  )
       vs.                        )
                                  )   Case No. 04-CV-1169
TAZEWELL-PEKIN CONSOLIDATED       )
COMMUNICATIONS CENTER,            )
TAZEWELL COUNTY, CITY OF PEKIN,   )
DAVID TEBBEN, TIMOTHY GILLESPIE,  )
STEVEN F. THOMPSON, JAMES         )
UNSICKER, ROBERT HUSTON           )
                                  )
              Defendants.         )

### AFFIDAVIT OF PATRICIA POLLOCK

I, Patricia Pollock, after first being duly sworn on oath, states as follows:

1. My name is Patricia Pollock. I am an adult over the age of 21 years and I can competently testify to the following matters if I were sworn as a witness.

2. I am currently employed by the City of Pekin, Illinois ("Pekin"), as personnel director. I was appointed personnel director on or about November 24, 2003, but I have worked in this capacity since the mid 1990s. I fist began working for Pekin as a secretary to the city clerk in February 1979. In 1980, I became the assistant city clerk and continue to serve in that capacity in the clerk's absence. In 1986, I was appointed assistant director of finance.

3. In my various positions at Pekin, I have gained personal knowledge over the processing of payroll, accounts payable, health and life insurance, worker's compensation insurance, and retirement programs with the Illinois Municipal Retirement Fund.

4. In my various positions at Pekin, I have gained personal knowledge regarding Tazewell-Pekin Consolidated Communications Center's ("T/PCCC") contracting and payment to Pekin for administrative services, including processing of payroll, accounts payable, health and life insurance, worker's compensation insurance, and retirement programs.

5. On or about May 1, 1996, Pekin and T/PCCC executed a Letter of Understanding. As part of the Letter of Understanding, T/PCCC agreed to pay Pekin $4,974 per year for the service of processing payroll, accounts payable, and benefits, including health, life, and worker's compensation insurance. This annual amount of $4,974 was paid in quarterly amounts of


DEFENDANT'S EXHIBIT B

$1,243.50. This amount was in addition to reimbursements T/PCCC paid to Pekin for costs associated with processing payroll, accounts payable, and benefits.

6. Since its inception, T/PCCC has reimbursed Pekin the amounts needed for processing payroll, accounts payable, and benefits. For example, the funds for the T/PCCC payroll came from T/PCCC funds, as did the funds for accounts payable, and any premiums or costs for processing benefits for T/PCCC. Since 1996, T/PCCC has compensated Pekin for these services above the reimbursable amounts. In May 2005, the amount of compensation for these services increased to $5,500 per year, or $1,375 per quarter.

7. For the limited purpose of providing these administrative services to T/PCCC per the Letter of Understanding, Pekin had to label T/PCCC employees as Pekin employees due to the limitations of the payroll processing system in place, and as required by the various benefits carriers.

8. Currently, T/PCCC reimburses and compensates Pekin to provide processing of payroll, accounts payable, worker's compensation, and retirement. T/PCCC switched to its own health and life insurance carrier, John Deere, in 2002. In May 1997, T/PCCC used its own worker's compensation carrier, but in May 2002, T/PCCC paid Pekin to process worker's compensation insurance with Pekin's carrier.

9. Departments or subdivisions of Pekin do not reimburse or compensate Pekin for similar administrative services.

10. Pekin does not have the authority to set the salaries of the employees of T/PCCC.

11. I have personal knowledge of all matters asserted herein.

12. FURTHER AFFIANT SAYETH NOT.

_____
Patricia Pollock

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF TAZEWELL   )

SUBSCRIBED and SWORN to before me this 8th day of December 2006.

_____
Notary Public

P1975PMI 009

"OFFICIAL SEAL"
CHERYLE FRYMAN
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 11/28/2007