Friday, 08 December, 2006 04:07:51 PM
Clerk, U.S. District Court, ILCD


## PROMISSORY NOTE

$185,000.00                                                                                  August 30, 2002

    For value received, the undersigned ("Maker") promises to pay to the order of THE CITY OF PEKIN, ILLINOIS, a municipal corporation, at 400 Margaret Street, Pekin, Illinois ("Payee") the principal sum of One Hundred Eighty-Five Thousand and NO/100 ($185,000.00) Dollars, payable in monthly installments of $3,467.50 on the last day of each month, with the first payment being due on September 30, 2002. The entire unpaid balance of principal and interest shall be due on August 31, 2007. Interest shall accrue at the prime rate as reported by the Federal Reserve Bank on its web site, payable with each installment of principal. The interest rate will be adjusted monthly, on the 15th day of each month. Any changes in the interest rate will change the amount of the final payment.

    The Maker reserves the right to accelerate the payment of principal by paying any amount at any time hereafter.

    Upon any default in any payment to be made herein, the entire balance then due may, at the option of the holder hereof, become immediately due and payable without notice, and on any such default, the principal then remaining unpaid with accrued interest shall bear interest at the rate of 7% per annum, or such higher rate as may otherwise be in effect, while such default exists.

    No extension of the time of payment with or without the knowledge of the undersigned, by receipt of interest or otherwise, shall release the undersigned from the obligation of payment. The undersigned expressly waives protest, presentment for payment and notice of dishonor, and agree to pay a reasonable attorney's fee if this note is placed in the hands of an attorney for collection.

    To further secure the payment of this Note, the undersigned hereby irrevocably authorizes any attorney of any court of record to appear for it, in such court in term time or vacation, at any time hereafter and confess a judgment without process against it, in favor of the holder of this Note for such sum as may appear to be unpaid and owing thereon together with interest, costs and attorneys' fees, and to waive and release all errors which may intervene in such proceeding and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

"MAKER"

TAZEWELL/PEKIN CONSOLIDATED
COMMUNICATIONS CENTER,
an Illinois not for profit corporation

By: *Steven F. Thompson*
Its: *Director*