# RESOLUTION NO. 198

## RESOLUTION APPROVING LOAN TO TAZEWELL/PEKIN CONSOLIDATED COMMUNICATIONS CENTER

WHEREAS, Tazewell/Pekin Consolidated Communications Center, an Illinois not-for-profit corporation ("TPCCC") was established by the City of Pekin and Tazewell County for the purposes of providing emergency service communications in the City and throughout Tazewell County; and

WHEREAS, TPCCC desires to borrow the sum of One Hundred Eighty-Five Thousand ($185,000.00) Dollars from the City (the "Loan"); and

WHEREAS, the Loan is for the purpose of purchasing communications equipment and making modifications to TPCCC's new facility, which will aid TPCCC in providing its services to the citizens of the City of Pekin and Tazewell County; and

WHEREAS, the City and TPCCC have negotiated certain terms of the Loan, which are included in the promissory note attached hereto as Exhibit A and incorporated herein by this reference (the "Note"); and

WHEREAS, the City of Pekin is a home rule municipality as described in Section 6(a), Article VII of the 1970 Constitution of the State of Illinois, and as such may exercise any power and function pertaining to its government and its affairs; and

WHEREAS, it is in the best interests of the citizens of the City of Pekin and Tazewell County for the City to make the Loan to TPCCC.

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Pekin that the City of Pekin loan to TPCCC the sum of One Hundred Eighty Five Thousand ($185,000.00) Dollars on the terms and conditions contained in the Note attached hereto.

BE IT FURTHER RESOLVED, that the Mayor and the City Clerk are hereby



DEFENDANT'S EXHIBIT E

authorized and directed to execute and attest respectively, such documents as may be necessary to effectuate the Loan.

**PASSED AND ADOPTED** at the regular meeting of the City Council of the City of Pekin, Tazewell County, Illinois, this 9th day of September, 2002; and upon roll call was as follows:

AYES: *Orrick, Barra, Massaglia, Richmond, Tebben*

NAYS: *None*

ABSENT: *None*

APPROVED this 9th day of September, 2002.

_____
Mayor

ATTEST:

_____
City Clerk