RESOLUTION NO. <u>171 - 06/07</u>

RESOLUTION APPROVING LOAN TO
TAZEWELL/PEKIN CONSOLIDATED COMMUNICATIONS CENTER

**WHEREAS,** Tazewell/Pekin Consolidated Communications Center, an Illinois not-for-profit corporation ("TPCCC") was established by the City of Pekin and Tazewell County for the purposes of providing emergency service communications in the City and throughout Tazewell County; and

**WHEREAS,** TPCCC executed an original note payable to the City of Pekin on August 30, 2002 in the amount of One Hundred Eighty-Five Thousand ($185,000.00) Dollars; and

**WHEREAS,** TPCCC has made regular and scheduled payments on that note through and including October 28, 2006, and there is a remaining balance, pursuant to the original terms of the note of Thirty-Three Thousand Eight Hundred Sixty-Two and 58/100 ($33,862.58) Dollars; and

**WHEREAS,** TPCCC seeks from the City of Pekin an additional Thirty-Thousand ($30,000.00) Dollars, on the same terms and conditions, for purposes of meeting operational expenses, and as such will aid in TPCCC providing its services to the citizens of Pekin and Tazewell County; and

**WHEREAS,** the City of Pekin and TPCCC, have negotiated certain terms of the additional advancement, being similar to those contained in the original promissory note, now intended to be extended, and

**WHEREAS,** the funds are needed for continued operational purposes and will be paid back according to the terms of the new promissory note, Exhibit "A"; and

**WHEREAS,** the City of Pekin is the home rule municipality as described in Section 6(a), Article VII of the 1970 Constitution of the State of Illinois, and as such may exercise any power and function pertaining to its government and its affairs; and

**WHEREAS,** it is in the best interests of the citizens of the City of Pekin and Tazewell County for the City to make the loan to TPCCC.

-1-


DEFENDANT'S EXHIBIT F

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Pekin that an additional loan in the sum of Thirty-Thousand ($30,000.00) Dollars be made to TPCCC on the terms and conditions contained in the Note attached hereto as Exhibit "A". Upon execution of the additional terms, the previous note shall be cancelled and returned to TPCCC.

BE IT FURTHER RESOLVED that the Mayor and the City Clerk are hereby authorized and directed to execute and attest respectively such documents at may be necessary to effectuate the loan.

PASSED AND ADOPTED at the regular meeting of the City Council of the City of Pekin, Tazewell County, Illinois, this 27th day of November, 2006; and upon roll call was as follows:

AYES: Dagit, Jones, Blanchard, Maddox, Mackaman

NAYS: None

ABSENT: None

APPROVED this 27 day of November, 2006.

_____
MAYOR

ATTEST:

_Sue V. McMillan_
CITY CLERK

-2-