**E-FILED**
Friday, 08 December, 2006  04:26:53 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| **DENISE N. MOLDENHAUER,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-CV-1169** |
| | ) | |
| **TAZEWELL-PEKIN CONSOLIDATED** | ) | |
| **COMMUNICATIONS CENTER; CITY OF** | ) | |
| **PEKIN; TAZEWELL COUNTY; STEVEN F.** | ) | |
| **THOMPSON; DAVID TEBBEN; JAMES** | ) | |
| **UNSICKER, ROBERT HUSTON; and** | ) | |
| **TIMOTHY GILLESPIE,** | ) | |
| **Defendants.** | ) | |

### SUPPLEMENTAL PLEADING ON BEHALF OF T/PCCC

Defendant Tazewell Pekin Consolidat4ed Communications Center, Inc. (T/PCCC), in response to the Court's Order dated December 5, 2006, states that it has reviewed its files, and the documents submitted to the Court by the City of Pekin in its Supplemental Pleading filed simultaneously are the only written agreements between the City of Pekin and T/PCCC which Defendants have located, other than monthly and/or quarterly invoices to and from T/PCCC, and cancelled checks for payments of those invoices, reflecting the payments called for by the agreements between T/PCCC and the City of Pekin.

Dated this 8th day of December, 2006.

TAZEWELL-PEKIN CONSOLIDATED
COMMUNICATIONS CENTER; TAZEWELL
COUNTY, ILLINOIS; STEVEN F. THOMPSON,
JAMES UNSICKER and ROBERT HUSTON,
Defendants

By: /s/ Patrick A. Murphey
     Patrick A. Murphey
     For Miller, Hall & Triggs

Patrick A. Murphey
Darin M. LaHood
Miller, Hall & Triggs
416 Main Street, Suite 1125
Peoria, IL  61602-1161
(309) 671-9600

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| **DENISE N. MOLDENHAUER,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 04-CV-1169** |
| | ) | |
| **TAZEWELL-PEKIN CONSOLIDATED** | ) | |
| **COMMUNICATIONS CENTER; CITY OF** | ) | |
| **PEKIN; TAZEWELL COUNTY; STEVEN F.** | ) | |
| **THOMPSON; DAVID TEBBEN; JAMES** | ) | |
| **UNSICKER, ROBERT HUSTON; and** | ) | |
| **TIMOTHY GILLESPIE,** | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John A. Slevin, Vonachen, Lawless, Trager & Slevin, 456 Fulton, Suite 425, Peoria, Illinois 61602, Brad Ingram, Heyl, Royster, Voelker & Allen, P.C., 124 SW Adams, Suite 600, Peoria, IL 61602 and John K. Kim, Heyl, Royster, Voelker & Allen, P.C., 124 S.W. Adams, Suite 600, Peoria, IL 61602..

s/s Patrick A. Murphey
Patrick A. Murphey #
Attorney for Defendants
Miller, Hall & Triggs
416 Main Street, Suite 1125
Peoria, IL 61602
Telephone: (309) 671-9616
Facsimile:  (309) 671-9616
Email: patrick.murphey@mhtlaw.com