# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**FILED**
DEC 2 9 2006
JOHN M. WATERS, Clerk
U.S DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**DENISE N. MOLDENHAUER**

vs.

Case Number: **04-1169**

**TAZEWELL-PEKIN CONSOLIDATED
  COMMUNICATIONS CENTER;
RICHARD HERSTEIN, Ex-City Manager;
TIMOTHY GILLESPIE, Chief;
CITY OF PEKIN; DAVID TEBBEN, Ex-Mayor;
TAZEWELL COUNTY, Illinois;
ROBERT HUSTON, Sheriff;
STEVEN F. THOMPSON, Director;
JAMES UNSICKER, County Board Member;
TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS
  CENTER, Executive Board of Directors/Chairman;**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that on 9/8/04 Defendants Richard Herstein and Tazewell-Pekin Consolidated Communications Center, Executive Board of Directors/Chairman were terminated by the filing of an amended complaint. On 12/29/06 summary judgment is entered in favor of remaining defendants and against Plaintiff, plus costs of suit

ENTER this 29th day of December, 2006.

JOHN M. WATERS, CLERK

s/ H. Kallister
BY: DEPUTY CLERK

04-1169.wpd