**E-FILED**
Tuesday, 16 January, 2007  12:06:43 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER, | |
| Plaintiff, | |
| vs. | Case No.: 04-CV-1169 |
| TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN, ILLINOIS; TAZEWELL COUNTY, ILLINOIS; STEVEN F. THOMPSON; DAVID TEBBEN; JAMES UNSICKER; ROBERT HUSTON; and TIMOTHY GILLESPIE, | **NOTICE OF APPEAL** |
| Defendants. | |

Notice is hereby given that DENISE N. MOLDENHAUER, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an order granting Defendants' Motions for Summary Judgment and denying Plaintiff's Motion for Summary Judgment entered in this action on the 29th day of December, 2006.

DENISE N. MOLDENHAUER, Plaintiff

By:_____s/JOHN A. SLEVIN_____

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:    (309) 676-8986
Fax:    (309) 676-4130

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

## PROOF OF SERVICE

STATE OF ILLINOIS )
                   )    SS.
COUNTY OF PEORIA   )

The undersigned attorney hereby certifies that the original of the foregoing **NOTICE OF APPEAL** was filed electronically with the Clerk of the U.S. District Court, Central District of Illinois, and a copy of same was served electronically or delivered by other means upon the attorneys of record, as follows:


Jeffrey E. Krumpe                      Bradford B. Ingram
Patrick A. Murphey                     John K. Kim
Darin M. LaHood                        Heyl, Royster, Voelker & Allen
Miller, Hall & Triggs                  124 S.W. Adams, Suite 600
416 Main Street, Suite 1125            Peoria, IL 61602
Peoria, IL 61602                       **Counsel for City of Pekin, David Tebben**
**Counsel for Tazewell-Pekin Consolidated**   **& Timothy Gillespie**
**Communications Center; Tazewell County,**
**Robert Huston; Steven Thompson; & James**
**Unsicker**


on January 16, 2007.


                                        s/ JOHN A. SLEVIN


JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:    (309) 676-8986
Fax:   (309) 676-4130
Email: *jslevin@vltslaw.com*


o:\jas\clients\moldenhauer\notice of appeal

**Vonachen,**
**Lawless, Trager**
**& Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986