E-FILED
Tuesday, 16 January, 2007  12:50:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER,<br><br>        Plaintiff,<br><br>vs.<br><br>TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN, ILLINOIS; TAZEWELL COUNTY, ILLINOIS; STEVEN F. THOMPSON; DAVID TEBBEN; JAMES UNSICKER; ROBERT HUSTON; and TIMOTHY GILLESPIE,<br><br>        Defendants. | Case No.: 04-CV-1169 |

## REPRESENTATION STATEMENT

Party represented:   DENISE N. MOLDENHAUER

Attorneys:   JOHN A. SLEVIN
                VONACHEN, LAWLESS, TRAGER & SLEVIN
                456 Fulton Street, Suite 425
                Peoria, Illinois 61602-1240
                Ph:    (309) 676-8986
                Fax:  (309) 676-4130

                                              DENISE N. MOLDENHAUER, Plaintiff

                                              By:      s/JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:    (309) 676-8986
Fax:  (309) 676-4130

**Vonachen,
Lawless, Trager
& Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

## PROOF OF SERVICE

STATE OF ILLINOIS ) 
                             )    SS.
COUNTY OF PEORIA     )

The undersigned attorney hereby certifies that the original of the foregoing **REPRESENTATION STATEMENT** was filed electronically with the Clerk of the U.S. District Court, Central District of Illinois, and a copy of same was served electronically or delivered by other means upon the attorneys of record, as follows:

| | |
|---|---|
| Jeffrey E. Krumpe | Bradford B. Ingram |
| Patrick A. Murphey | John K. Kim |
| Darin M. LaHood | Heyl, Royster, Voelker & Allen |
| Miller, Hall & Triggs | 124 S.W. Adams, Suite 600 |
| 416 Main Street, Suite 1125 | Peoria, IL 61602 |
| Peoria, IL 61602 | **Counsel for City of Pekin, David Tebben & Timothy Gillespie** |
| **Counsel for Tazewell-Pekin Consolidated Communications Center; Tazewell County, Robert Huston; Steven Thompson; & James Unsicker** | |

on January 16, 2007.

                                                               s/ JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:    (309) 676-8986
Fax:   (309) 676-4130
Email: *jslevin@vltslaw.com*

o:\jas\clients\moldenhauer\representation statement

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986