IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER,<br><br>         Plaintiff,<br><br>    vs.<br><br>TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN, ILLINOIS; TAZEWELL COUNTY, ILLINOIS; STEVEN F. THOMPSON; DAVID TEBBEN; JAMES UNSICKER; ROBERT HUSTON; and TIMOTHY GILLESPIE,<br><br>         Defendants. | Case No.: 04-CV-1169 |

## CERTIFICATION REGARDING ORDERING TRANSCRIPT

Pursuant to the Fed.R.App.P.10(b), the undersigned counsel for DENISE N. MOLDENHAUER, Plaintiff-Appellant certifies that no transcript will be ordered by the Plaintiff-Appellant.

The undersigned further certifies that the issues that Plaintiff-Appellant intends to present on appeal are the issues of:

A.  Whether the Court erred in entering summary judgment in favor of the Defendants-Appellees and against the Plaintiff-Appellant;

B.  Whether the Court erred in determining that Moldenhauer was not an eligible employee under the FMLA;

C.  Whether the Court erred in finding as a matter of law that Moldenhauer was not an employee of the City of Pekin under the FMLA;

D.  Whether the Court erred in finding that the City of Pekin and County of Tazewell were not joint employers of Molderhauer under the FMLA

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

DENISE N. MOLDENHAUER, Plaintiff

By: s/JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:     (309) 676-8986
Fax:    (309) 676-4130

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

-2-

# PROOF OF SERVICE

STATE OF ILLINOIS )
) SS.
COUNTY OF PEORIA )

The undersigned attorney hereby certifies that the original of the foregoing **CERTIFICATION REGARDING ORDERING TRANSCRIPT** was filed electronically with the Clerk of the U.S. District Court, Central District of Illinois, and a copy of same was served electronically or delivered by other means upon the attorneys of record, as follows:

| | |
|---|---|
| Jeffrey E. Krumpe<br>Patrick A. Murphey<br>Darin M. LaHood<br>Miller, Hall & Triggs<br>416 Main Street, Suite 1125<br>Peoria, IL 61602<br>**Counsel for Tazewell-Pekin Consolidated Communications Center; Tazewell County, Robert Huston; Steven Thompson; & James Unsicker** | Bradford B. Ingram<br>John K. Kim<br>Heyl, Royster, Voelker & Allen<br>124 S.W. Adams, Suite 600<br>Peoria, IL 61602<br>**Counsel for City of Pekin, David Tebben & Timothy Gillespie** |

on January 16, 2007.

                                                s/ JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:     (309) 676-8986
Fax:    (309) 676-4130
Email: *jslevin@vltslaw.com*

o:\jas\clients\moldenhauer\notice of appeal

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986