# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                                                  Docket No.: 04-1169

Division: Peoria

### *Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)*

Denise Moldenhauer                              v.        Tazewell-Pekin, et al

---

**Current Counsel for Plaintiff (Petitioner):**           **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: John Slevin                                               Name: Darin LaHood

Firm: Vonachen, Lawless, Trager & Slevin          Firm: Miller, Hall & Triggs

Address: 456 Fulton St., Ste 425                         Address: Ste 1125, 416 Main St.

Peoria, IL. 61602                                                 Peoria, IL. 61602

Phone: 309-676-8986                                         Phone: 309-671-9600

---

Judge: Michael M. Mihm                                    Nature of Suit Code:  442

Court Reporter: K. Hanna                                  Date Filed in District Court: 5/21/04

                                                                          Date of Judgment: 12/29/06

                                                                          Date of Notice of Appeal: 1/16/07

Counsel:   ___Appointed        _X__Retained   ___Pro Se

Fee Status:   X___Paid        ___Due      ___IFP    ___IFP Pending      ___U.S.      ___Waived

                              *(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:        X___Yes         ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**