E-FILED
Wednesday, 17 January, 2007  01:43:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

DENISE N. MOLDENHAUER,

    Plaintiff,

vs.

TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN, ILLINOIS; TAZEWELL COUNTY, ILLINOIS; STEVEN F. THOMPSON; DAVID TEBBEN; JAMES UNSICKER; ROBERT HUSTON; and TIMOTHY GILLESPIE,

    Defendants.

Case No.: 04-CV-1169

## REQUEST FOR PREPARATION OF RECORD ON APPEAL AND ADDITIONAL FILINGS AND EXHIBITS TO BE INCLUDED

Now comes DENISE N. MOLDENHAUER, Plaintiff-Appellant, by her attorneys, VONACHEN, LAWLESS, TRAGER & SLEVIN, and pursuant to Fed.R.App.P. 10 and Cir.Rule 10(a), hereby requests the Clerk of this Court to prepare the Record on Appeal in this matter. The Record should include all of the documents specified by Rule 10 of the Federal Rules of Appellate Procedure and Circuit Rule 10(a), and specifically designates the following documents to be included in the record:

1. Defendants' Motions for Summary Judgment and the Exhibits and depositions attached thereto, filed on August 15, 2006;

2. Plaintiff's Response to the Motions for Summary Judgment and the Exhibits attached thereto, and her Motion for Summary Judgment, filed on August 31, 2006;

3. Defendants' Reply to Plaintiff's Response, Defendants' Response to Plaintiff's Motion for Summary Judgment, and Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Summary Judgment.

4. Defendants' Supplemental Pleading filed on December 8, 2006.

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

                                           DENISE N. MOLDENHAUER, Plaintiff

                                           By:      s/JOHN A. SLEVIN

JOHN A. SLEVIN  
VONACHEN, LAWLESS, TRAGER & SLEVIN  
456 Fulton Street, Suite 425  
Peoria, Illinois 61602-1240  
Ph:    (309) 676-8986  
Fax:   (309) 676-4130

**Vonachen, Lawless, Trager & Slevin**

Suite 425  
456 Fulton Street  
Peoria, Illinois 61602  
Fax (309) 676-4130  
(309) 676-8986

## PROOF OF SERVICE

STATE OF ILLINOIS )
                  )   SS.
COUNTY OF PEORIA  )

The undersigned attorney hereby certifies that the original of the foregoing **REQUEST FOR PREPARATION OF RECORD ON APPEAL AND ADDITIONAL FILINGS AND EXHIBITS TO BE INCLUDED** was filed electronically with the Clerk of the U.S. District Court, Central District of Illinois, and a copy of same was served electronically or delivered by other means upon the attorneys of record, as follows:

| | |
|---|---|
| Jeffrey E. Krumpe<br>Patrick A. Murphey<br>Darin M. LaHood<br>Miller, Hall & Triggs<br>416 Main Street, Suite 1125<br>Peoria, IL 61602<br>**Counsel for Tazewell-Pekin Consolidated Communications Center; Tazewell County, Robert Huston; Steven Thompson; & James Unsicker** | Bradford B. Ingram<br>John K. Kim<br>Heyl, Royster, Voelker & Allen<br>124 S.W. Adams, Suite 600<br>Peoria, IL 61602<br>**Counsel for City of Pekin, David Tebben & Timothy Gillespie** |

on January 17, 2007.

                                                             s/ JOHN A. SLEVIN

JOHN A. SLEVIN
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:    (309) 676-8986
Fax:   (309) 676-4130
Email: *jslevin@vltslaw.com*

o:\jas\clients\moldenhauer\request for record on appeal

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986