≈AO 133  (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Central District of Illinois

DENISE N. MOLDENHAUER,

V.

TAZEWELL-PEKIN CONS. COMM. CENTER.

**BILL OF COSTS**

Case Number: 04-1169

Judgment having been entered in the above entitled action on 12/29/2006 against Plaintiff,
the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 836.70 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | 80.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 420.32 |
| Docket fees under 28 U.S.C. 1923 | 22.50 |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ 1,359.52 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: /s/ Patrick A. Murphey

Name of Attorney: Patrick A. Murphey of Miller, Hall & Triggs

For: Tazewell-Pekin Consolidated Communications Center, Defendant

Name of Claiming Party

Date: 1-24-07

Costs are taxed in the amount of _____ and included in the judgment.

Clerk of Court     By: _____ Deputy Clerk     Date

AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Steve Rousey | 1 | 40.00 | | | | | $40.00 |
| Fraternal Order of Police | 1 | 40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $80.00 |

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)** (header above table)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
   "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
   "Entry of the judgment shall not be delayed for the taxing of costs."

## Explanation of Costs

1.    Attached are bills for the attendance of a court reporter, and preparation of transcripts, for depositions necessary in support of defendant's motion for summary judgment.

2.    Witness fees were necessarily incurred in support of motion for summary judgment.

3.    Copying fees of $420.32 were necessarily incurred in support of motion for summary judgment, including defense of ADA claim withdrawn by Plaintiff. Copying fees requested reflect a fraction of expenses actually incurred by defendant.

4.    Docket fees, per statute, reflect $5.00 on motion for judgment and $2.50 for each deposition entered into evidence ($17.50 total).



5220 W. Briarstone Drive
Peoria, IL 61615
FEIN #37-1331220
(309)690-3330   FAX (309)693-9941



| Invoice # |
|-----------|
| 6123 |

# Invoice

| Date | Reporter |
|------|----------|
| 5/11/2006 | CZ |

| Bill To |
|---------|
| Miller, Hall & Triggs<br>416 Main Street, Ste. 1125<br>Peoria, IL  61602<br>ATTN: PATRICK MURPHEY, ESQ. |

| In Re |
|-------|
| Moldenhauer v. Tazewell-Pekin Cons.<br>Communications Center, et al.<br>Case No. 04 CV 1169 |

| Job Date | Description |
|----------|-------------|
| 5/2/2006<br>5/4/2006 | Copies of the transcripts of the depositions of STEVEN THOMPSON and TIMOTHY GILLESPIE, taken in Peoria, Illinois. |

| Total | $178.35 |
|-------|---------|

*Lea R. Cohen, RMR, CRR*
*Cheryl Zeone, RPR, CSR*
*Becky Gantt, RPR, CSR*
*Gina L. Couri, CSR*
*Angela M. Jones, RPR, CSR*



5220 W. Briarstone Drive
Peoria, IL 61615
FEIN #37-1331220
(309)690-3330   FAX (309)693-9941



| Invoice # |
|---|
| 6152 |

# Invoice

| Date | Reporter |
|---|---|
| 5/17/2006 | GC |

| Bill To | In Re |
|---|---|
| Miller, Hall & Triggs<br>416 Main Street, Ste. 1125<br>Peoria, IL 61602<br>ATTN: PATRICK MURPHEY, ESQ. | Moldenhauer v. Tazewell-Pekin Consolidated, et al.<br>Case No. 04 CV 1169 |

| Job Date | Description |
|---|---|
| 5/1/2006<br>5/3/2006 | The original transcript of the deposition of DENISE N. MOLDENHAUER and copies of the depositions of JAMES UNSICKER and ROBERT HUSTON, taken in Peoria, Illinois, and one per diem charge. |

| Total | $526.40 |
|---|---|

*Lea R. Cohen, RMR, CRR*
*Cheryl Zeone, RPR, CSR*
*Becky Gantt, RPR, CSR*
*Gina L. Couri, CSR*
*Angela M. Jones, RPR, CSR*



**Sivertsen Reporting Service**

5220 W. Briarstone Drive
Peoria, IL 61615
FEIN #37-1331220
(309)690-3330   FAX (309)693-9941



PAID

# Invoice

| Invoice # |
|---|
| 6184 |

| Date | Reporter |
|---|---|
| 5/29/2006 | GC |

| Bill To | In Re |
|---|---|
| Miller, Hall & Triggs<br>416 Main Street, Ste. 1125<br>Peoria, IL 61602<br>ATTN: PATRICK MURPHEY, ESQ. | Moldenhauer vs.<br>Tazewell-Pekin Consolidated, et al.<br>Case No. 04 CV 1169 |

| Job Date | Description |
|---|---|
| 5/10/2006 | Copies of the transcripts of the depositions of DAVID TEBBEN and TAMMY CONOVER, taken in Peoria, Illinois. |

| Total | $131.95 |
|---|---|

*Lea R. Cohen, RMR, CRR*
*Cheryl Zeone, RPR, CSR*
*Becky Gantt, RPR, CSR*
*Gina L. Couri, CSR*
*Angela M. Jones, RPR, CSR*

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |
|---|---|---|

Denise N. Moldenhauer

V.

Tazewell-Pekin Consolidated Communications Center; City of Pekin; Tazewell County; Steven F. Thompson; David Tebben; James Unsicker; Robert Huston; and Timothy Gillespie

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-CV-1169

TO:  Illinois Fraternal Order of Police, 974 Clock Tower Drive, Springfield, IL  62704

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): All records, documents, and correspondence from December, 2000 to present between the Illinois Fraternal Order of Police and Ms. Denise Moldenhauer concerning her employment with TazComm and any grievances filed or processed on her behalf.

| PLACE | DATE AND TIME |
|---|---|
| Miller, Hall & Triggs, 416 Main, Suite 1125, Peoria, IL 61602 | 5/30/06 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Darin M. LaHood, Miller, Hall & Triggs, 416 Main, Suite 1125, Peoria, IL  61602
Attorney for Tazewell Consolidated Communications Center      (309) 671-9600

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

__Central__ DISTRICT OF __Illinois__

Denise N. Moldenhauer

V.

Tazewell-Pekin Consolidated Communications Center; City of Pekin; Tazewell County; Steven F. Thompson; David Tebben; James Unsicker; Robert Huston; and Timothy Gillespie

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-CV-1169

TO: Mr. Steve Rousey
612 S. Russell, Champaign, IL 61820

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): All records, documents, and correspondence from December, 2000 to present between Mr. Steve Rousey, former ILFOP representative and Ms. Denise Moldenhauer concerning her employment with TazComm. and any grievances filed or processed on her behalf.

| PLACE | DATE AND TIME |
|---|---|
| Miller, Hall & Triggs, 416 Main, Suite 1125, Peoria, IL 61602 | 5/30/06 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Darin M. LaHood, Miller, Hall & Triggs, 416 Main, Suite 1125, Peoria, IL 61602
Attorney for Tazewell Consolidated Communications Center    (309) 671-9600

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

**LAW OFFICES OF**
**MILLER, HALL & TRIGGS**
2432 PIP PRINTING

Vendor:

| Date | Description |
|---|---|
| 09/15/05 | Inv. #177189 |

| Check Date | Check # |
|---|---|
| 09/15/05 | 33583 |

| Invoice # | Gross Amt | Disc Amt | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 5298.0001 | 420.32 | 0.00 | 420.32 | | 420.32 |

033583

Net Amt
420.32



**PIP PRINTING and DOCUMENT SERVICES**
8325 NORTH ALLEN ROAD
PEORIA, IL 61615
309 691-6668  FAX 309 691-6624

Invoice 177189
DATE 9/9/05
P.O.

MILLER HALL & TRIGGS
416 MAIN STREET
STE. 1125
PEORIA IL  61602

JOYCE RISINGER

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | MOLDENHAUER, 8.5 x 11 White 20#Bond, 1313 originals, copied on 1 side | 393.9 |
| 500 | COLOR COPY 28# PAPER/BLANK, 8.5 x 11   20.00 -24.99 | 24.8 |

*Please pay TPCC/Moldenhauer file #5248*

Sales Rep: KELLY
Taken by: KRIS
Account Type: Charge
CASH      CHECK_____
MC  VISA  DIS  AMEX  REF#_____

Subtotal  418.
Tax
Shipping  1.
Total     420.

DELIVER

Ordered by: _____ Date: _____
Received by: _____ Date: _____  Number of Cartons: _____

*Subject to Terms & Conditions listed on reverse.*

**Quality...Speed...Accuracy...Affordability...at your service.**

Black & White Digital Printing
Color Digital Printing
Large Format Printing
Graphic Design

Variable Data Printing
Offset Printing
Direct Mail Services
Blueprint Copying


*think printing. think pip.*

**PEORIA**
8325 N. Allen Rd.
Peoria, IL 61615
(309) 691-6668

**MORTON**
318 S. Main
Morton, IL 61550
(309) 266-7241

**NORMAL-ISU**
Bone Student Center
Normal, IL 61790
(309) 452-6123

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER,<br>    Plaintiff,<br><br>vs.<br><br>TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER; CITY OF PEKIN; TAZEWELL COUNTY; STEVEN F. THOMPSON; DAVID TEBBEN; JAMES UNSICKER, ROBERT HUSTON; and TIMOTHY GILLESPIE,<br>    Defendants. | Case No. 04-CV-1169 |

### CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Slevin
Vonachen, Lawless, Trager & Slevin,
456 Fulton, Suite 425
Peoria, Illinois 61602

Bradford B. Ingram
Heyl, Royster, Voelker & Allen
124 SW Adams, Suite 600
Peoria, IL 61602

        s/s Patrick A. Murphey
        Patrick A. Murphey #
        Attorney for Defendants
        Miller, Hall & Triggs
        416 Main Street, Suite 1125
        Peoria, IL 61602
        Telephone: (309) 671-9616
        Facsimile: (309) 671-9616
        Email: patrick.murphey@mhtlaw.com