E-FILED
Wednesday, 24 January, 2007  04:10:36 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 04-CV-1169 |
| TAZEWELL-PEKIN CONSOLIDATED | ) |
| COMMUNICATIONS CENTER, | ) |
| TAZEWELL COUNTY, CITY OF PEKIN, | ) |
| DAVID TEBBEN, TIMOTHY GILLESPIE, | ) |
| STEVEN F. THOMPSON, JAMES | ) |
| UNSICKER, ROBERT HUSTON | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR BILL OF COSTS**

NOW COME the Defendants, CITY OF PEKIN, DAVID TEBBEN, and TIMOTHY GILLESPIE, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, P.C., and for their Motion For Bill of Costs, pursuant to 28 U.S.C. § 1920, 1923, and 1924 and Local Rule 54.1 of the Rules of the Central District of Illinois, and in support thereof STATES AS FOLLOWS:

1.   On December 29, 2006, the Honorable Michael M. Mihm entered an Order granting Defendants Pekin, Gillespie and Tebben's Motion for Summary Judgment, granting Defendants Tazewell-Pekin Consolidated Communication Center's Motion for Summary Judgment; finding moot Defendants Thompson, Unsicker, and Huston's Motion for Summary Judgment, and denying Plaintiff's Motion for Summary Judgment. Accordingly, the court terminated this matter and entered final judgment in favor of all the Defendants and against Plailntiff.

2.   The instant Defendants now submit this request for Bill of Costs within the time limitations of Local Rule 54.1(A) of the Rules of the Central District of Illinois.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

3. Defendants herein respectfully requests the Court to enter an order taxing costs against Plaintiff in the amount of $1,079.06. In support thereof, Defendants attach and incorporate in its entirety Form AO-133, Bill of Costs, as a summary. *See* Form AO-133 attached hereto as Exhibit A. Further, Defendants incorporate in its entirety the affidavit of one of their counsel, attorney John K. Kim, as verification of their Bill of Costs as required by 28 U.S.C. § 1924. *See* Affidavit of Attorney John K. Kim attached hereto as Exhibit B.

WHEREFORE, the Defendants, CITY OF PEKIN, DAVID TEBBEN, and TIMOTHY GILLESPIE, respectfully requests that this Court grant its Motion For Bill of Costs, enter an order requiring Plaintiff to pay Defendants their costs in the amount of $1,079.06, and for any further relief this Court deems necessary.

                                  CITY OF PEKIN, DAVID TEBBEN, and
                                  TIMOTHY GILLESPIE

BY:   /s/ John K. Kim, #6286591
        Bradford B. Ingram, #3127206
        John K. Kim, #6286591
        Attorneys for Defendant
        Heyl, Royster, Voelker & Allen
        124 S.W. Adams, Suite 600
        Peoria, IL 61602
        309-676-0400
        309-676-3374 (Fax)
        bingram@hrva.com
        jkim@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

John Slevin
Voncachen, Lawless, Trager & Slevin
456 Fulton St., Suite 425
Peoria, IL 61602-1240
jslevin@vltslaw.com

Patrick A. Murphey
Darin LaHood
Miller, Hall & Triggs
416 Main Street, Suite 1125
Peoria, IL 61602
patrick.murphey@mhtlaw.com
darin.lahood@mhtlaw.com

s/ John K. Kim, #6286591
Attorney for Defendant
Heyl, Royster, Voelker & Allen
124 S.W. Adams, Suite 600
Peoria, IL 61602
309-676-0400
309-676-3374
jkim@hrva.com

JKK/lan
P1975PMI 010

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

3