UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )  Case No. 04-CV-1169 |
| TAZEWELL-PEKIN CONSOLIDATED | ) |
| COMMUNICATIONS CENTER, | ) |
| TAZEWELL COUNTY, CITY OF PEKIN, | ) |
| DAVID TEBBEN, TIMOTHY GILLESPIE, | ) |
| STEVEN F. THOMPSON, JAMES | ) |
| UNSICKER, ROBERT HUSTON | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF JOHN K. KIM

I, John K. Kim, after first being duly sworn on oath, states as follows:

1. My name is John K. Kim. I am an adult over the age of 21 years and I can competently testify to the following matters if I were sworn as a witness.

2. I am an attorney with the law firm of Heyl, Royster, Voelker & Allen in Peoria, Illinois. As defense counsel, I am one of the attorneys that represent the Defendants City o f Pekin, David Tebben, and Timothy Gillespie in this matter.

3. The court granted the Defendants' Motion for Summary Judgment on December 29, 2006, and terminated this case.

4. I have personally reviewed the transaction listing of costs incurred by the Defendants in defending this action, and have calculated those costs to which the court can tax against the Plaintiff in this matter, pursuant to 28 U.S.C. §§ 1920 and 1923. I have personally prepared the summary of the Bill of Costs on Form AO 133, attached to Defendants' Request for Bill of Costs as Exhibit A. I have also personally prepared the itemized listing of the various costs noted below, attached hereto as Exhibit A along with supporting documents.

5. Defendants incurred during this case $619.72 in costs for fees of the court reporter for all of the stenographic transcripts obtained for use in this case. Please see the itemization of these costs attached as Exhibit A and incorporated hereto in its entirety. This item is correct and



has been necessarily incurred in the case for the purposes of discovery and use in Defendants' Motion for Summary Judgment. The court reporter services were actually and necessarily performed.

6. Defendants incurred during this case $236.84 in costs for expenses related to the photocopying of documents. Please see the itemization of these costs attached as Exhibit A and incorporated hereto in its entirety. This item is correct and has been necessarily incurred for purposes of discovery and the preparation of the various dispositive motions in this case. The costs for these services were actually and necessarily performed.

7. Defendants incurred during this case $200.00 in costs of the clerk for the issuance of subpoenas. Please see the itemization of these costs attached as Exhibit A and incorporated hereto in its entirety. This item is correct and has been necessarily incurred for purposes of five subpoenas that the Defendants requested in order to obtain Plaintiff's medical records for purposes of discovery in this case. The costs for these subpoenas were actually and necessarily paid and performed.

8. Defendants incurred $22.50 in docket fees and costs of briefs as provided for in 28 U.S.C. § 1923(a). Under this section, the court may tax Plaintiff in favor of the Defendants $5.00 for Defendants' Motion for Summary Judgment, and $17.50 for seven depositions admitted in evidence at $2.50 each.

9. In total, Defendants incurred $1079.06 in costs, docket fees, and costs of briefs, which the court may tax against Plaintiff in favor of Defendants. These costs were necessarily incurred during the defense of this matter, specifically during the course of discovery and in preparation of the various dispositive motions.

10. I have personal knowledge of all matters asserted herein.

11. FURTHER AFFIANT SAYETH NOT.

_____
John K. Kim

STATE OF ILLINOIS     )
                      ) SS
COUNTY OF PEORIA      )

SUBSCRIBED and SWORN to before me this 24th day of January 2007.

_____
Notary Public

OFFICIAL SEAL
SHERI KYLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-16-2010

2