**Itemization of Bill of Costs for Defendants City of Pekin, David Tebben, and Timothy Gillespie**
*Moldenahuer v. Tazewell -Pekin Consolidated Communications Center, et al.*
U.S. District Court for the Central District of Illinois, Case No. 04-CV-1169
HRVA File No. 01526-P1975

| Date | Copying | Subpoena | Court Reporter | Description |
|---|---|---|---|---|
| 8/16/2004 | $7.20 | | | |
| 8/30/04 | $5.40 | | | |
| 12/3/2004 | $18.15 | | | |
| 1/4/2005 | $0.60 | | | |
| 1/6/2005 | | $40.00 | | Plaintiff's medical records from Gastroenterology, Ltd. |
| 1/6/2005 | | $40.00 | | Plaintiff's medical records from The Center for Health and Healing |
| 1/6/2005 | | $40.00 | | Plaintiff's medical records from Messod Michael Abecassis, M.D. |
| 4/28/2005 | $0.75 | | | |
| 6/16/2005 | $66.05 | | | Split photocopying fee 50% with Plaintiff for requested records |
| 7/13/2005 | $2.10 | | | |
| 7/20/2005 | $0.15 | | | |
| 8/2/2005 | $2.25 | | | |
| 9/15/2005 | | $40.00 | | Plaintiff's medical records from Tazwood Mental Health Center |
| 9/15/2005 | $0.60 | | | |
| ######## | $0.30 | | | |
| ######## | $2.25 | | | |
| ######## | $0.15 | | | |
| 1/18/2006 | | $40.00 | | Plaintiff's medical records from Pekin ProHealth, Inc. |
| 1/18/2006 | $3.15 | | | |
| 3/1/2006 | $85.60 | | | Receive photocopying bill from co-defendants' counsel Miller, Hall & Triggs for requested records |
| 4/25/2006 | $42.14 | | | Record Copy Fee Mayo Clinic Inv. No. MRL IL6760400 0000012076, Inv. Date 4/13/2006 |
| 6/7/2006 | | | $178.37 | Court reporter fees for depositions of Defendants Thompson and Gillespie taken on 5/2/06 and 5/4/06 |
| 6/13/2006 | | | $307.95 | Court reporter fees for depositions of Plaintiff and Defendants Unsicker and Huston, 5/1/06 and 5/3/06 |
| 6/29/2006 | | | $133.40 | Court repoert fees for depositions of Defendant Tebben and witness T. Conover taken on 5/10/06 |
| TOTAL | $236.84 | $200.00 | $619.72 | |


DEFENDANT'S EXHIBIT A

# HEYL, ROYSTER, VOELKER & ALLEN
# CASH DISBURSEMENT REQUEST

1/28/05

| Entry No. | Date | Payee | Amount |
|---|---|---|---|
| 462080 | 1/6/2005 | Gastroenterology, Ltd. | $ 40.00 |

**Reason for Disbursement**

subpoena 01526-P1975

GL ACCT#: 10405-000
ENTRY#: 462080
CHECK#: 276136
MATTER #:

COMPONENT
TRANSACTION #: 1556898
DOCUMENT #:

Charge to Client:
Charge to Firm:

Mail Check:            Deliver Check to Lynn Wyman

Subpoena Fee Gastroenterology, Ltd.

1/6/2005 2:28 PM

# HEYL, ROYSTER, VOELKER & ALLEN
## CASH DISBURSEMENT REQUEST

| Entry No. | Date | Payee | | Amount |
|---|---|---|---|---|
| 462081 | 1/6/2005 | *The Center for Health & Healing* | $ | 40.00 |

**Reason for Disbursement**

subpoena 01526-P1975

GL ACCT#: 10405-000
ENTRY#: 462081
CHECK#: 276137
MATTER #:

COMPONENT
TRANSACTION #: 1556904
DOCUMENT #:

Charge to Client:
Charge to Firm:

Mail Check: _____    Deliver Check to Lynn Wyman

Subpoena Fee The Center for Health & Healing

1/6/2005 2:28 PM

# HEYL, ROYSTER, VOELKER & ALLEN
## CASH DISBURSEMENT REQUEST

| Entry No. | Date | Payee | | Amount |
|---|---|---|---|---|
| 462082 | 1/6/2005 | Messod Michael Abecassis, M.D. | $ | 40.00 |

**Reason for Disbursement**

subpoena 01526-P1975

GL ACCT#: 10405-000
ENTRY#: 462082
CHECK#: 276138
MATTER #:

COMPONENT
TRANSACTION #: 1556908
DOCUMENT #:

Charge to Client:
Charge to Firm:

Mail Check:            Deliver Check to Lynn Wyman

Subpoena Fee Messod Michael Abecassis, M.D.

1/6/2005 2:28 PM

# HEYL, ROYSTER, VOELKER & ALLEN
## CASH DISBURSEMENT REQUEST



| Entry No. | Date | Payee | Amount |
|---|---|---|---|
| 613085 | 1/18/2006 | Pekin ProHealth, Inc. | $ 40.00 |

**Reason for Disbursement**

subpoena 01526-P1975

GL ACCT#: 10405-000
ENTRY#: 613085
CHECK#: 286997
MATTER #:
COMPONENT
TRANSACTION #: 2459687
DOCUMENT #:

Charge to Client:

Charge to Firm:

Mail Check:     Deliver Check to Lynn Wyman

Subpoena Fee Pekin ProHealth, Inc.

1/27/2006

# MAYO CLINIC

**Invoice**

Mayo Clinic - MRL
Mayo Clinic
PO Box 4006
Rochester, MN 55903

Page: 1
Date: 4/13/2006

Invoice Number: MRL   IL6760400   0000012076

Federal Tax ID:   41-6011702

**Sold To**

HEYL, ROYSTER,
VOELKER & ALLEN
Suite 600 124 S.W. Adams Street
Peoria, IL 61602-1352   USA

| Customer P.O. | Contact Name and Phone | | | |
|---|---|---|---|---|
| | Record Copy & Review | (507)284-1791 | | |
| Item | Description | Qty Shipped | Price | Amount |
| History Retrieval Fee | | 1.00 | 13.79 | 13.79 |
| Medical History, copies | | 27.00 | 1.05 | 28.35 |
| Attention: Lynn Wyman | | | | |

--- LAST ITEM ---

GL ACCT # _____
ENTRY # _____
CHECK # _____
MATTER # _____
COMPONENT _____
TRANSACTION _____
DOCUMENT # _____

Denise Moldenhauer   5-370-424

| | |
|---|---|
| Subtotal | 42.14 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Payment/Credit Amount | 0.00 |
| Balance | 42.14 |

To help us process your payment, please return this stub with your payment.
If your address has changed, check the box below and write your new address on the back of this stub. ☐

Please note your Invoice Number on the front of the check.

Mayo Clinic - MRL
Mayo Clinic
P.O. Box 4006
Rochester, MN 55903-4006

Invoice Number: MRL   IL6760400   0000012076
Due Date:   4/23/2006
Payment Due:   42.14

0000013247600000000000421400000120176MRL



5220 W. Briarstone Drive
Peoria, IL 61615
FEIN #37-1331220
(309)690-3330   FAX (309)693-9941



Invoice # 6124

# Invoice

| Date | Reporter |
|---|---|
| 5/11/2006 | CZ |

| Bill To | In Re |
|---|---|
| HEYL, ROYSTER, VOELKER & ALLEN<br>124 S.W. Adams Street, Suite 600<br>Peoria, IL 61602<br>ATTN: BRAD INGRAM, ESQ. | Moldenhauer v. Tazewell-Pekin Cons.<br>Communications Center, et al.<br>Case No. 04 CV 1169 |

| Job Date | Description |
|---|---|
| 5/2/2006<br>5/4/2006 | Copies of the transcripts of the depositions of STEVEN THOMPSON and TIMOTHY GILLESPIE, taken in Peoria, Illinois.<br><br>GL ACCT # _661628_<br>ENTRY # _____<br>CHECK # _811758_<br>MATTER # _____<br>COMPONENT _____<br>TRANSACTION # _2644946_<br>DOCUMENT # _____<br><br>RECEIVED<br>MAY 11 REC'D<br>Heyl, Royster, Voelker & Allen |

| | Total | $178.37 |
|---|---|---|

Please return copy of invoice with payment

Lea R. Cohen, RMR, CRR  * Cheryl Zeone, RPR, CSR  * Aana Giftos, RPR,CSR * Becky Gantt, RPR, CSR

# Sivertsen Reporting Service

5220 W. Briarstone Drive
Peoria, IL 61615
FEIN #37-1331220
(309)690-3330   FAX (309)693-9941

*ILW* OK546-A1975
BBI/JJK
10090
336406

| Invoice # |
|---|
| 6154 |

## Invoice

| Date | Reporter |
|---|---|
| 5/17/2006 | GC |

**Bill To**

HEYL, ROYSTER, VOELKER & ALLEN
124 S.W. Adams Street, Suite 600
Peoria, IL 61602
ATTN: BRAD INGRAM, ESQ.

**In Re**

Moldenhauer v. Tazewell-Pekin
Consolidated, et al.
Case No. 04 CV 1169

| Job Date | Description |
|---|---|
| 5/1/2006<br>5/3/2006 | Copies of the transcripts of the depositions of DENISE N. MOLDENHAUER, JAMES UNSICKER and ROBERT HUSTON, taken in Peoria, Illinois. |

RECEIVED
MAY 17 2006
Heyl, Royster, Voelker & Allen
4 03

GL ACCT # 662600
ENTRY # 291954
CHECK #
MATTER #
COMPONENT
TRANSACTION # 8054438
DOCUMENT #

**Total**  $307.95

**Please return copy of invoice with payment**

*Lea R. Cohen, RMR, CRR  *  Cheryl Zeone, RPR, CSR  *  Aana Giftos, RPR,CSR * Becky Gantt, RPR, CSR*



**Sivertsen Reporting Service**

5220 W. Briarstone Drive
Peoria, IL 61615
FEIN #37-1331220
(309)690-3330   FAX (309)693-9941

01526-P1975
BBI/JKK
10090
336185

| Invoice # |
|---|
| 6185 |

# Invoice

| Date | Reporter |
|---|---|
| 5/29/2006 | GC |

| Bill To |
|---|
| HEYL, ROYSTER, VOELKER & ALLEN<br>124 S.W. Adams Street, Suite 600<br>Peoria, IL  61602<br>ATTN: BRADFORD B. INGRAM, ESQ. |

| In Re |
|---|
| Moldenhauer vs.<br>Tazewell-Pekin Consolidated, et al.<br>Case No. 04 CV 1169 |

| Job Date | Description |
|---|---|
| 5/10/2006 | Copies of the depositions of DAVID TEBBEN and TAMMY CONOVER, taken in Peoria, Illinois. |

GL ACCT # 667900
ENTRY # 667900
CHECK # 792415
MATTER # _____
COMPONENT _____
TRANSACTION # 8678809
DOCUMENT # _____

| Total | $133.40 |
|---|---|

**Please return copy of invoice with payment**

*Lea R. Cohen, RMR, CRR*
*Cheryl Zeone, RPR, CSR*
*Becky Gantt, RPR, CSR*
*Gina Couri, CSR*

RECEIVED
MAY 26 REC'D
Heyl, Royster, Voelker & Allen