E-FILED
Thursday, 01 February, 2007  04:29:25 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK

JOHN M. WATERS
CLERK OF COURT

309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

January 30, 2007

**FILED**
FEB - 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Moldenhouer )
  Plaintiff )
 )
 )
vs )    Case # 04-1169
 )
Tazewell-Pekin Consolidated )
Communications Center )
  Defendant )
 )

## RECEIPT

**Received** from John M Waters, Clerk, United States District Court for the Central District of Illinois, the record on appeal consisting of three (3) volumes original documents.

Date: 2-1-07      *John Slevin*
                  John Slevin, Attorney for Plaintiff

                  *Patrick Corrigan*