AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
## AMENDED
## JUDGMENT IN A CIVIL CASE

FILED
FEB 8 - 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**DENISE N. MOLDENHAUER**

vs.

Case Number:  04-1169

**TAZEWELL-PEKIN CONSOLIDATED
  COMMUNICATIONS CENTER;
RICHARD HERSTEIN, Ex-City Manager;
TIMOTHY GILLESPIE, Chief;
CITY OF PEKIN; DAVID TEBBEN, Ex-Mayor;
TAZEWELL COUNTY, Illinois;
ROBERT HUSTON, Sheriff;
STEVEN F. THOMPSON, Director;
JAMES UNSICKER, County Board Member;
TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS
  CENTER, Executive Board of Directors/Chairman;**

**DECISION BY THE COURT.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that on 9/8/04 Defendants Richard Herstein and Tazewell-Pekin Consolidated Communications Center, Executive Board of Directors/Chairman were terminated by the filing of an amended complaint. On 12/29/06 summary judgment is entered in favor of remaining defendants and against Plaintiff. On 2/8/07, costs of suit are awarded to defendant Tazewell-Pekin Consolidated Communications Center in the amount of $1359.52 and to defendants City of Pekin, David Tebben and Timothy Gillespie in the amount of $1079.06.

ENTER this 8th day of February, 2007.

JOHN M. WATERS, CLERK
s/ C. Lamble
BY:  DEPUTY CLERK