UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DENISE N. MOLDENHAUER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 04-CV-1169 |
| TAZEWELL-PEKIN CONSOLIDATED | ) |
| COMMUNICATIONS CENTER, | ) |
| TAZEWELL COUNTY, CITY OF PEKIN, | ) |
| DAVID TEBBEN, TIMOTHY GILLESPIE, | ) |
| STEVEN F. THOMPSON, JAMES | ) |
| UNSICKER, ROBERT HUSTON | ) |
| | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW RECORD ON APPEAL**

NOW COME the Defendants, CITY OF PEKIN, DAVID TEBBEN, and TIMOTHY GILLESPIE, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, P.C., and for their Motion to Withdraw Record on Appeal, state as follows:

1. This case is now pending before the 7th Circuit Court of Appeals, No. 07-1118. The Appellee brief is currently due to be filed on June 4, 2007. Counsel for Defendants-Appellees requires the record on appeal in order to prepare the Appellee brief.

WHEREFORE, Defendants-Appellees, CITY OF PEKIN, DAVID TEBBEN, and TIMOTHY GILLESPIE, respectfully request that this Court grant their Motion to Withdraw Record on Appeal.

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

CITY OF PEKIN, DAVID TEBBEN, and
TIMOTHY GILLESPIE


BY: _____/s/ Craig L. Unrath_____
Craig L. Unrath
#6207905
HEYL, ROYSTER, VOELKER & ALLEN
124 S.W. Adams, Suite 600
Peoria, IL 61602
309-676-0400
309-676-3374   (FAX)

### CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| John Slevin | Jeffrey E. Krumpe |
| Voncachen, Lawless, Trager & Slevin | Patrick A. Murphey |
| 456 Fulton St., Suite 425 | Miller, Hall & Triggs |
| Peoria, IL 61602-1240 | 416 Main Street, Suite 1125 |
| jslevin@vltslaw.com | Peoria, IL 61602 |
| | jeffrey.krumpe@mhtlaw.com |

/s/ Craig L. Unrath
Craig L. Unrath
HEYL, ROYSTER, VOELKER & ALLEN
124 S.W. Adams, Suite 600
Peoria, IL 61602
309-676-0400
309-676-3374

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400