# HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

**FILED**
JUN 22 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
*Managing Partner*

BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM I. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFINGER
DAVID A. PERKINS
MARK J. MCCLENATHAN
LISA A. LACONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
DEBRA L. STEGALL
CRAIG L. UNRATH
BRENT A. SWANSON
TOBIN J. TAYLOR
SCOTT G. SALEMI
ROBERT M. BENNETT
MATTHEW R. BOOKER
EDWARD E. JOHNSTON
TIMOTHY A. GRAHAM
WILLIAM J. DYE, JR.
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
DOUGLAS R. HEISE
MICHAEL D. CLARK
MICHAEL D. SCHAG
JAMES J. BENTIVOGLIO
CHARLES E. TIMMERWILKE
TAMARA K. HACKMANN
DREW M. SCHILLING
HEIDI E. RUCKMAN
JENNIFER B. JOHNSON
WILLIAM J. CHARNOCK
DAVID M. WALTER
TONEY J. TOMASO
JAY E. ZNANIECKI
MARK A. LUDOLPH
MICHAEL F. DANIELS
APRIL G. TROEMPER
THOMAS J. DLUSKI
KEITH B. HILL
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
DEBORAH A. HAWKINS
JOHN O. LANGFELDER
LAURA L. ALTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
JEFFREY T. BASH
ANDREW J. ROTH
ADAM J. LAGOCKI
JANA L. BRADY
GREGORY J. RASTATTER
JOSEPH K. GUYETTE
JOHN M. REDLINGSHAFER
PATRICK D. CLOUD
PATRICK E. FOPPE
W. WYLIE BLAIR
CHRISTINE A. HEINSZ
MATTHEW J. MORRIS
JOHN K. KIM
LYNSEY A. WELCH
SARA A. INGRAM
STACIE K. LINDER
CHARLES S. ANDERSON
NATHANIEL E. STRICKLER
SHANA T. VINSON
DANA M. JOHNSON

June 22, 2007

VIA HAND DELIVERY

US District Court
309 Federal Bldg.
100 NE Monroe
Peoria, IL 61602

| | | |
|---|---|---|
| IN RE: | Our File: | 01526-P1975 |
| | 7th Circuit Appeal No: | 07-1118 |
| | Dist Ct No. | 04-cv-01169 |

*Denise N. Moldenhauer v. Tazewell-Pekin Consolidated Communications Center, et al.*

Dear Mr. Waters:

Enclosed you will find Six Volumes of the Record on appeal.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

By: *[signature: Craig Unrath]*
Craig L. Unrath
cunrath@hrva.com
CLU/dkn
Enc.: As indicated
G:\75\P1975\Appeal\P1975ACL 007 return roa.wpd