
# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: October 12, 2007

TO: District Court Clerk

RE: Notice to transmit the record

FILED
OCT 12, 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

No. 07-1118

DENISE N. MOLDENHAUER,
    Plaintiff - Appellant
 v.

TAZEWELL-PEKIN CONSOLIDATED COMMUNICATIONS CENTER, TAZEWELL COUNTY, Illinois, TIMOTHY GILLESPIE, Chief, et al.,
    Defendants - Appellees


Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 1169, Michael M. Mihm, Judge


    Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.


(1211-022296)