

FILED

OCT 1 8 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

October 15, 2007

**07-1118**

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: Moldenhauer v. Tazewell- Pekin Communications
D. C. Docket No. 04-1169
U. S. C. A. Docket No. 07-1118

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    1  Volumes of Pleadings

        Volumes of Transcript

        Volumes of Depositions

        Volumes of Exhibits:

        Impounded Exhibits:

U.S.C.A. – 7th Circuit
FILED
OCT 16 2007  DP
GINO J. AGNELLO
CLERK

Other (specify):  5 loose pleadings (#70,  #64 part 1,  #64 part 2,  #65 part 1, #65 part 2)

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

            Very truly yours,

            JOHN M. WATERS, CLERK

            s/C. Lambie
BY:_____
            Deputy Clerk